Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclu-sc.org
Jennifer L. Pasquarella (SBN 263241)
jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5236
Facsimile: (213) 977-5297

Ameena Mirza Qazi (SBN 250404)
aqazi@cair.com
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California 92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Attorneys for Plaintiffs
Continued on next page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ,

CASE NO. SACV11-00301 JST(VBKx)

**NOTICE OF INTERESTED PARTIES**

ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN;

          Defendants.

Additional Plaintiffs' Attorneys:

Dan Stormer (SBN 101967)
dstormer@hadsellstormer.com
Joshua Piovia-Scott (SBN 22364)
jps@hskrr.com
Reem Salahi (SBN 259711)
reem@hskrr.com
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

The undersigned counsel of record for Plaintiff-Petitioners certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Parties | Connection and Interest |
|---|---|
| Ali Uddin Malik | Plaintiff |
| Yassir Fazaga (aka Yassir Mohammed) | Plaintiff |
| Yasser AbdelRahim | Plaintiff |

Dated: February 22, 2011

ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

By: _____
Peter Bibring
Attorney for Plaintiffs

1