

1  Peter Bibring (SBN 223981)
2  pbibring@aclu-sc.org
   Ahilan T. Arulanantham (SBN 237841)
3  aarulanantham@aclu-sc.org
   Jennifer L. Pasquarella (SBN 263241)
4  jpasquarella@aclu-sc.org
5  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
6  1313 West Eighth Street
   Los Angeles, California  90017
7  Telephone: (213) 977-5236
   Facsimile: (213) 977-5297
8

9  Ameena Mirza Qazi (SBN 250404)
   aqazi@cair.com
10 COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
11 2180 W. Crescent Avenue, Suite F
   Anaheim, California  92801
12 Telephone: (714) 776-1847
13 Facsimile: (714) 776-8340

14
   Attorneys for Plaintiffs
15 Continued on next page

16

17                 UNITED STATES DISTRICT COURT

18                 CENTRAL DISTRICT OF CALIFORNIA

19

20                                    **SACV11-00301** JST(VBKx)

21 YASSIR FAZAGA, ALI UDDIN            CASE NO.
   MALIK, YASSER ABDELRAHIM,
22
                Plaintiffs,
23

24      v.                            **NOTICE OF RELATED CASES**

25 FEDERAL BUREAU OF
   INVESTIGATION; ROBERT
26 MUELLER, DIRECTOR OF THE
   FEDERAL BUREAU OF
27 INVESTIGATION, in his official
   capacity; STEVEN M. MARTINEZ,
28

1  ASSISTANT DIRECTOR IN CHARGE,
2  FEDERAL BUREAU OF
   INVESTIGATION'S LOS ANGELES
3  DIVISION, in his official capacity; J.
   STEPHEN TIDWELL; BARBARA
4  WALLS; PAT ROSE; KEVIN
5  ARMSTRONG; PAUL ALLEN;

6             Defendants.

7

8  Additional Plaintiffs' Attorneys:

9
   Dan Stormer (SBN 101967)
10 dstormer@hadsellstormer.com
11 Joshua Piovia-Scott (SBN 22364)
   jps@hskrr.com
12 Reem Salahi (SBN 259711)
13 reem@hskrr.com
   HADSELL STORMER KEENY RICHARDSON & RENICK, LLP
14 128 N. Fair Oaks Avenue, Suite 204
15 Pasadena, California 91103
   Telephone: (626) 585-9600
16 Facsimile: (626) 577-7079

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF RELATED CASES

Plaintiffs believe that the present action is related to Islamic Shura Council of

Southern California, et al. v. Federal Bureau of Investigation, et al.,  07-cv-01088-

CJC-(ANx) previously filed and currently pending in the Central District.


Dated:  February 22, 2011             ACLU FOUNDATION
                                      OF SOUTHERN CALIFORNIA


By:  _____
                                      Peter Bibring
                                      Attorney for Plaintiff

1