TONY WEST
Assistant Attorney General
ANDRÉ BIROTTE, JR.
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
E-mail: tony.coppolino@usdoj.gov
LYNN Y. LEE (SBN #235531)
E-mail: lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone:    202-514-4782
Facsimile:    202-616-8460
*Attorneys for Defendants*
*Sued in their Official Capacities.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.* <br><br> Defendants. | CASE:  SA11-CV-00301 CJC (VBKx) <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Anthony J. Coppolino, Special Litigation Counsel, United States Department of Justice, Civil Division, hereby enters his appearance in this matter as counsel representing defendants sued in their official capacities: the Federal Bureau of Investigation (FBI); Robert Mueller, Director of the FBI; and Steven Martinez of the FBI.  Mr. Coppolino may be reached by phone at (202) 514-4782, and by fax at (202) 616-8460, and correspondence or other communications may be directed to Mr. Coppolino at the following addresses:

1

<u>For U.S. mail:</u>

  Anthony J. Coppolino
  U.S. Department of Justice
  Civil Division, Federal Programs Branch
  Post Office Box 883
  Washington, D.C. 20044

<u>For overnight mail and courier delivery</u>:

  Anthony J. Coppolino
  U.S. Department of Justice
  Civil Division, Federal Programs Branch
  20 Massachusetts Avenue, NW, Room 6102
  Washington, D.C. 20001

Dated: March 9, 2011      Respectfully submitted,

            TONY WEST
            Assistant Attorney General

            ANDR BIROTTE, JR.
            United States Attorney

            VINCENT M. GARVEY
            Deputy Director, Federal Programs Branch

            */s/ Anthony J. Coppolino*
            ANTHONY J. COPPOLINO
            Special Litigation Counsel
            E-mail: tony.coppolino@usdoj.gov

            U.S. Department of Justice
            Civil Division, Federal Programs Branch
            20 Massachusetts Avenue N.W., Room 6102
            Washington, D.C. 20001
            Tel: (202) 514-4782
            Fax: (202) 616-8460

            *Attorneys for Defendants Sued in their*
            *Official Capacities*