TONY WEST
Assistant Attorney General
ANDR BIROTTE, JR.
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
E-mail: tony.coppolino@usdoj.gov
LYNN Y. LEE (SBN #235531)
E-mail: lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone:   202-305-0531
Facsimile:   202-616-8470
*Attorneys for Defendants
Sued in their Official Capacities*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA *et al.*, | CASE: SA11-CV-00301 CJC (VBKx) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| FEDERAL BUREAU OF INVESTIGATION *et al.* | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Lynn Y. Lee, Trial Attorney, United States Department of Justice, hereby enters her appearance in this matter as counsel representing defendants sued in their official capacities: the Federal Bureau of Investigation (FBI); Robert Mueller, Director of the FBI; and Steven Martinez of the FBI. Ms. Lee may be reached by phone at (202) 305-0531, and by fax at (202) 616-8470, and correspondence or other communications may be directed to Ms. Lee at the following addresses:

1

<u>For U.S. mail:</u>

        Lynn Y. Lee
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        Post Office Box 883
        Washington, D.C. 20044

<u>For overnight mail and courier delivery</u>:

        Lynn Y. Lee
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, NW, Room 7139
        Washington, D.C. 20001

Dated: March 9, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

ANDR BIROTTE, JR.
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

   */s/ Lynn Y. Lee*
Lynn Y. Lee (SBN #235531)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Tel: (202) 305-0531
Fax: (202) 616-8470
E-mail: Lynn.Lee@usdoj.gov

*Attorneys for Defendants Sued in their Official Capacities*