TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
E-mail: tony.coppolino@usdoj.gov
LYNN Y. LEE (SBN #235531)
E-mail: lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone:  202-305-0531
Facsimile:   202-616-8470
*Attorneys for Defendant Federal Bureau*
*of Investigation and Defendants Sued in*
*their Official Capacities*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.* <br><br> Defendants. | SA11-CV-00301 CJC (VBKx) <br><br> NOTICE OF RELATED CASE |

Pursuant to Local Rule 83-1.3, Defendant Federal Bureau of Investigation (FBI) and Defendants sued in their official capacity (FBI Director Robert Mueller and Steven M. Martinez, Assistant Director in Charge, FBI Los Angeles Field Office) respectfully notify the Court that the instant action is related to *Monteilh v. Federal Bureau of*

1

*Investigation et al.*, Case No. SA 10-cv-00102 JVS (RNBx), previously filed in this District before the Honorable James V. Selna.

Local Rule 83-1.3.1 provides:

> At the time a civil action (including a notice of removal or bankruptcy appeal) is filed, or as soon as known thereafter, the attorney shall file and serve on all parties who have appeared a Notice of Related Case(s), stating whether any action previously filed or currently pending in the Central District and the action being filed appear:
>
> (a) To arise from the same or a closely related transaction, happening or event; or
> (b) To call for determination of the same or substantially related or similar questions of law and fact; or
> (c) For other reasons would entail substantial duplication of labor if heard by different judges; or
> (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present.

This action is related to the *Monteilh* action under the terms of L.R. 83-1.3.1. The *Monteilh* action was brought against the United States, the FBI, the City of Irvine, and certain other named and unnamed City and FBI officials---including Barbara Walls of the FBI, a defendant in this case. The plaintiff in that action, Craig Monteilh, alleges that, in 2006-2007, the FBI "implemented him as a human intelligence operative within a secret surveillance program aimed at spying on the Islamic community in the counties of Orange, Los Angeles, and San Bernadino"; that he was told the program was called "Operation Flex"; and that as part of this program, he received and followed tasking orders from FBI Special Agents Kevin Armstrong and Paul Allen to infiltrate mosques in these areas and conduct surveillance on individual Muslims as well as the Islamic community in general by "surreptitiously recording" them using electronic surveillance devices and equipment. *See* Second Amended Complaint (SAC) in SA 10-cv-00102-JVS (RNBx) (Dkt #63) ¶¶ 24-37. Mr. Monteilh also alleges that the FBI violated the terms of

a confidential informant agreement, which he claims resulted in harm to his physical safety, and he brought suit against the FBI and unnamed officials under the Federal Tort Claims Act (FTCA), 28 U.S.C. 1346, and against FBI Agent Barbara Walls and unnamed officials in their personal capacity. *See* SAC in SA 10-cv-00102-JVS (Dkt. 63) ¶¶ 150-194 (FTCA claims) and *id*. at ¶¶ 145-149 (claims against Agent Walls and Does).[1]

The allegations raised by plaintiffs in the instant *Fazaga* action overlap substantially with the allegations raised in the *Monteilh* action.  Relying on allegations by Mr. Monteilh, plaintiffs claim that the FBI used Monteilh as a confidential source to infiltrate and engage in "dragnet" surveillance of the Islamic community.  *See, e.g.,* Complaint in SA 11-cv-00301-CJC (Dkt. 1) ¶¶ 1-3, 83, 86-87.  Notably, plaintiffs' complaint in the instant action specifically relies on the *Monteilh* action as a source of evidence that Mr. Monteilh was an FBI informant and that "he worked for the FBI to infiltrate the Muslim community of Southern California from about July 2006 until October 2007; that, during this time, he spent about six or seven days a week posing as a Muslim convert…that he conducted surveillance and other information-gathering on a wide variety of individuals and or organizations in the Muslim community, solely because they were Muslim; and that he conducted surveillance of Plaintiffs[.]"  *See id.* ¶¶ 160-163 & n. 27-30 (citing *Monteilh* action).  In addition, the complaints in both the instant *Fazaga* action and in the *Monteilh* action raise numerous allegations concerning Mr. Monteilh's alleged interactions with FBI Agents Walls, Armstrong, and Allen.  *See* SAC in SA 10-cv-00102-JVS at ¶¶ 23, 28, 30, 38, 39, 46, 50, 51, 53, 55, 56, 58-61, 63-66, 81-84, 94, 97, 104, 107, 118; *see generally* Complaint in SA 11-cv-00301-CJC (Dkt. 1) at ¶¶ 84-208 (allegations concerning Agents Allen and Armstrong) and *id.* at

---

[1]     On February 16, 2011, Judge Selna dismissed with prejudice Mr. Monteilh's FTCA claims against the FBI as well as the individual capacity claims against Agent Walls, but granted Mr. Monteilh leave to amend to the extent that these claims were deficiently pled.  *See* Dkt. 93 in SA 10-cv-00102-JVS (RNBx) at 12-19 (claims against Agent Walls) and *id.* at 19-26 (FTCA claims against United States).

NOTICE OF RELATED CASE                                    Case No. SA11-cv-301 CJC (VBKx)

¶¶ 134, 147, 149 (allegations concerning Agent Walls).  All three agents are sued in their individual capacities in the instant case based on Mr. Monteilh's allegations.  *See* Complaint in SA 11-cv-00301-CJC (Dkt. 1) ¶¶ 18, 19, 21.  As noted, Agent Walls has been sued in her individual capacity in both cases based on allegations by Mr. Monteilh.[2]

Accordingly, while the specific claims at issue in the respective actions differ, both actions nonetheless "arise from the same or a closely related transaction, happening or event" and "call for determination of the same or substantially related or similar questions of law and fact." *See* L.R. 83-1.3.1(a), (b).  The factual allegations overlap in both cases, and claims have been brought against the FBI and its agents in both cases based on the same or similar allegations by Mr. Monteilh, including FTCA and individual capacity "*Bivens*" claims.

On February 22, 2011, plaintiffs filed a notice that the instant action was related to *Islamic Shura Council of Southern California et al. v. Federal Bureau of Investigation et al*. 07-cv-10188-CMC-(ANx)---a Freedom of Information Act action that also is mentioned in the Complaint in the instant *Fazaga* action.  *See* Complaint in SA 11-cv-00301-CJC (Dkt. 1) ¶ 43 (citing *Shura Council* action); *see* Dkt. 2 (Notice of Related Case).  The Court transferred the action two days later---on February 24, 2011---before the time period had run under Local Rule 83.1.3.2 for any defendant to respond to the notice.  *See* Dkt. 4.[3]  Plaintiffs' notice did not identify the *Monteilh* action as also related to the instant action, nor refer to plaintiffs' reliance on the *Monteilh* action as a source of evidence in support of their allegations.  *See* Complaint in SA 11-cv-00301-CJC (Dkt. 1) ¶¶ 160-163, n. 27-30.  The instant case nonetheless is clearly related to the *Monteilh* action based on the broadly overlapping allegations in both cases.  Indeed, the individual

[2]    Plaintiffs in the instant action have also filed administrative FTCA claims with the FBI based on the allegations in the Complaint.

[3]    This action was originally assigned to Judge Josephine Staton Tucker.

4

NOTICE OF RELATED CASE                                    Case No. SA11-cv-301 CJC (VBKx)

capacity claims in both cases against named and unnamed FBI agents, which are based on Mr. Monteilh's allegations, renders this action more related to *Monteilh*.[4]

For the foregoing reasons, notice is provided that this action is related to the *Monteilh* action.

Dated: March 31, 2011                    Respectfully submitted,

TONY WEST
Assistant Attorney General

ANDRE BIROTTE, JR.
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

 */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
Tel: (202) 514-4782
Fax: (202) 616-8460

 */s/ Lynn Y. Lee*
Lynn Y. Lee (SBN #235531)
Trial Attorney
Tel: (202) 305-0531
Fax: (202) 616-8470
E-mail:  Lynn.Lee@usdoj.gov

U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue N.W.

---

[4]      The five FBI agents sued in their individual capacity in this case—J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen—have requested legal representation by the Department of Justice, in accordance with 28 C.F.R. § 50.15.  Because those requests remain pending, this notice is being filed solely by the FBI and the official capacity defendants.  However, in light of the numerous common allegations raised against FBI agents sued in their individual capacities, including defendant Walls, the instant *Fazaga* complaint is especially related to the *Monteilh* action.

Washington, D.C. 20001

*Attorneys for Defendant Federal Bureau of Investigation and Defendants Sued in their Official Capacities*

6