Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5236

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER KEENY
RICHARDSON & RENICK LLP

*Attorney for the Plaintiffs*

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782

*Attorneys for Defendants
Sued in their Official Capacities*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br>    Plaintiffs,<br>v.<br>FEDERAL BUREAU OF<br>  INVESTIGATION, *et al.*<br>    Defendants. | CASE: SA11-CV-00301 CJC (VBKx)<br><br>**[PROPOSED] Order Re:<br>Stipulation to Defer Class<br>Certification Proceedings** |

# ORDER

For good cause shown, the Court hereby **ORDERS** that Plaintiffs are relieved from the requirement set forth in Local Rule 23-3 that a motion for class certification be filed within 90 days after service of a pleading purporting to commence a class action.

In the event that Plaintiffs' claims against the Official Capacity Defendants are not dismissed, then within 21 days after any decision by this Court denying any initial dispositive motion filed in response to the Complaint by the Official Capacity Defendants, or within 21 days after the deadline for such a motion has passed without its filing, the Plaintiffs and Official Capacity Defendants shall submit a joint report setting forth their respective positions on class certification matters, including their positions concerning class discovery and the scheduling of class certification proceedings.

**IT IS SO ORDERED.**

Dated: _____

Hon. Cormac J. Carney
United States District Judge