| | |
|---|---|
| Peter Bibring (SBN 223981) | TONY WEST |
| pbibring@aclu-sc.org | Assistant Attorney General |
| ACLU FOUNDATION OF | ANDRE BIROTTE, JR. |
| SOUTHERN CALIFORNIA | United States Attorney |
| 1313 West Eighth Street | ANTHONY J. COPPOLINO |
| Los Angeles, California 90017 | tony.coppolino@usdoj.gov |
| Telephone: (213) 977-5236 | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| COUNCIL ON AMERICAN-ISLAMIC | 20 Mass. Avenue, N.W. |
| RELATIONS, CALIFORNIA | Washington, D.C. 20001 |
| | Telephone: (202) 514-4782 |
| HADSELL STORMER KEENY | |
| RICHARDSON & RENICK LLP | *Attorneys for Defendants* |
| | *Sued in their Official Capacities* |
| *Attorney for the Plaintiffs* | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA *et al.*, | CASE: SA11-CV-00301 CJC (VBKx) |
| Plaintiffs, | |
| v. | **Stipulation to Extend Time for Initial Response to Complaint** |
| FEDERAL BUREAU OF INVESTIGATION, *et al.* | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendants Federal Bureau of Investigation (FBI); Robert Mueller, named in his official capacity as Director of the FBI; and Steven M. Martinez, named in his official capacity as Assistant Director in Charge of the FBI's Los Angeles Field (hereinafter "Official Capacity Defendants"), by and through their counsel of record, do stipulate as follows:

1. WHEREAS, the Complaint in this action was served on the Official

1 Capacity Defendants on March 3, 2011, and the response of these Official
2 Capacity Defendants to the Complaint is presently due on May 2, 2011;
3     2.    WHEREAS, Defendant Stephen Tidwell, who is sued in his
4 individual capacity, waived service of the Complaint and must now presently
5 respond to the Complaint by May 2, 2011;
6     3.    WHEREAS, on April 8, 2011, the Plaintiffs completed service of the
7 Complaint on four other defendants sued in their individual capacity and,
8 accordingly, the response of these four other defendants to the Complaint is now
9 due on June 7, 2011;
10     4.    WHEREAS, the dates on which the respective defendants must
11 respond to the Complaint now differ and the Official Capacity Defendants have
12 requested that the Plaintiffs stipulate that the respective response dates of the
13 defendants be consolidated, and the Plaintiffs have agreed to so stipulate.
14     Plaintiffs and the Official Capacity Defendants hereby STIPULATE that,
15 subject to the Court's approval: (i) the date on which the Official Capacity
16 Defendants must respond to the Complaint shall be extended to June 7, 2011; and
17 that (ii) the date on which Defendant Stephen Tidwell must respond to the
18 Complaint shall also be extended to June 7, 2011.[1]
19 **IT IS SO STIPULATED:**

---

[1] The undersigned counsel for the official capacity defendants does not represent defendant Tidwell (who is in the process of requesting representation in his individual capacity, *see* 28 C.F.R. § 50.15), but has been advised by defendant FBI that Mr. Tidwell also requests an extension of his response date through this stipulation. This stipulation is filed for solely for that limited purpose.

Stipulation to Extend Time for Response to Complaint     SA11-CV-00301 CJC (VBKx)

2

Dated: 4/11/2011

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA

HADSELL STORMER KEENY RICHARDSON & RENICK LLP

By: *[signature]*
PETER BIBRING

*Attorneys for Plaintiffs*

Dated: 4/11/2011

TONY WEST
Assistant Attorney General

ANDRE BIROTTE, JR.
United States Attorney

BY: *[signature]*
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division
20 Massachusetts Ave N.W. Rm 6102
Washington, D.C. 20001

*Attorneys for Defendants
Sued in their Official Capacities*

Stipulation to Extend Time for Response to Complaint     SA11-CV-00301 CJC (VBKx)