Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5236

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER KEENY
RICHARDSON & RENICK LLP

*Attorney for the Plaintiffs*

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782

*Attorneys for Defendants
Sued in their Official Capacities*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*<br><br>  Defendants. | CASE: SA11-CV-00301 CJC (VBKx)<br><br>**[PROPOSED] Order Re: Stipulation to Extend Time for Initial Response to Complaint** |

## ORDER

For good cause shown, the Court hereby **ORDERS** that: (i) the date on which the Official Capacity Defendants must respond to the Complaint shall be extended to June 7, 2011; and that (ii) the date on which Defendant Stephen Tidwell must respond to the Complaint shall also be extended to June 7, 2011

**IT IS SO ORDERED.**

Dated: _____
Hon. Cormac J. Carney
United States District Judge