| | |
|---|---|
| Peter Bibring (SBN 223981)<br>pbibring@aclu-sc.org<br>ACLU FOUNDATION OF<br>SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, California 90017<br>Telephone: (213) 977-5236<br><br>COUNCIL ON AMERICAN-ISLAMIC<br>RELATIONS, CALIFORNIA<br><br>HADSELL STORMER KEENY<br>RICHARDSON & RENICK LLP<br><br>*Attorney for the Plaintiffs* | TONY WEST<br>Assistant Attorney General<br>ANDRE BIROTTE, JR.<br>United States Attorney<br>ANTHONY J. COPPOLINO<br>tony.coppolino@usdoj.gov<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Mass. Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 514-4782<br><br>*Attorneys for Defendants*<br>*Sued in their Official Capacities* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br>  Plaintiffs,<br>v.<br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*<br>  Defendants. | CASE: SACV 11-00301-CJC(VBKx)<br><br>[~~PROPOSED~~] **Order Re: Stipulation to Extend Time for Initial Response to Complaint** |

# ORDER

For good cause shown, the Court hereby **ORDERS** that: (i) the date on which the Official Capacity Defendants must respond to the Complaint shall be extended to June 7, 2011; and that (ii) the date on which Defendant Stephen Tidwell must respond to the Complaint shall also be extended to June 7, 2011

**IT IS SO ORDERED.**

Dated: April 20, 2011

Hon. Cormac J. Carney
United States District Judge