1  WILMER CUTLER PICKERING
   HALE AND DORR LLP
2  Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
3  P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
4  350 South Grand Avenue
   Los Angeles, California 90071
5  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
6  Attorneys for Defendants J. Stephen Tidwell
   and Barbara Walls
7
   SCHEPER, KIM & HARRIS LLP
8  David C. Scheper (SBN: 120174)
   dscheper@scheperkim.com
9  Angela Machala (SBN: 224496)
   amachala@scheperkim.com
10 601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071-2025
11 Telephone: (213) 613-4655
   Facsimile: (213) 613-4656
12 Attorneys for Defendants Pat Rose,
   Kevin Armstrong, and Paul Allen
13
   TONY WEST
14 Assistant Attorney General
   ANDRE BIROTTE, JR.
15 United States Attorney
   ANTHONY J. COPPOLINO
16 tony.coppolino@usdoj.gov
   U.S. Department of Justice
17 Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, N.W.
18 Washington, D.C. 20001
   Telephone: (202) 514-4782
19 Attorneys for Defendants Federal Bureau of Investigation,
   Robert Mueller, and Steven M. Martinez
20
   Peter Bibring (SBN 223981)
21 pbibring@aclu-sc.org
   ACLU FOUNDATION OF
22 SOUTHERN CALIFORNIA
   1313 West Eighth Street
23 Los Angeles, California 90017
   Telephone: (213) 977-5000 ex. 295
24 COUNCIL ON AMERICAN-ISLAMIC
   RELATIONS, CALIFORNIA
25
   HADSELL STORMER KEENY
26 RICHARDSON & RENICK LLP

27 Attorney for Plaintiffs

28 STIPULATION RE: EXTENSION OF TIME TO ANSWER OR           CASE NO. CV 11-00301-CJC (VBKx)
   OTHERWISE RESPOND TO COMPLAINT AND BRIEFING
   SCHEDULE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**STIPULATION RE: EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND BRIEFING SCHEDULE; [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>Hon. Cormac J. Carney |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, between Plaintiffs Yassir Fazaga, Ali Uddin Malik, Yasser AbdelRahim, by and through their counsel of record; and Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, by and through their counsel of record, as follows:

1. The Complaint in this action was served on Defendant FBI and Defendants Robert Mueller and Steven M. Martinez, who are sued in their official capacity, on March 3, 2011, and their response was originally due May 2, 2011;

2. Defendant J. Stephen Tidwell, who is sued in his individual capacity, waived service of the Complaint, and his response was originally due May 2, 2011;

STIPULATION RE: EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND BRIEFING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-1-

3. On April 8, 2011, Plaintiffs served the Complaint on Defendants Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, who are sued in their individual capacities, and their response was originally due June 7, 2011;

4. On April 20, 2011, in order to consolidate Defendants' respective response dates, this Court entered a stipulated order granting Defendants FBI, Robert Mueller, Steven M. Martinez, and J. Stephen Tidwell an extension of time to serve responsive pleadings until June 7, 2011;

5. Defendants Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen have not yet received an extension of time to serve responsive pleadings;

6. Defendants Pat Rose, Kevin Armstrong, Paul Allen, J. Stephen Tidwell and Barbara Walls only recently retained undersigned counsel;

7. Having only recently been retained, counsel for Defendants Pat Rose, Kevin Armstrong, and Paul Allen, as well as counsel for Defendants J. Stephen Tidwell and Barbara Walls, require additional time to review and analyze the allegations set forth in the Complaint, confer with their respective clients, confer with counsel for FBI and the official capacity defendants, conduct necessary investigation, review relevant documents, and consider and determine the appropriate response to the Complaint, particularly where, as here, the allegations raise complex factual and legal issues;

8. The parties stipulate and agree that, in light of the overlapping allegations in the Complaint, the response to the Complaint should be extended for all Defendants and coordinated on the same date, and that the requested extension of time is necessary and appropriate to allow all Defendants to answer or otherwise respond meaningfully to the Complaint, including through any dispositive motions;

9. The parties also stipulate and agree that the proposed schedule is necessary to accommodate the trial schedules, travel plans, and other commitments during the summer months by counsel for all parties;

10. Accordingly, and for the foregoing reasons, the parties stipulate and agree that good cause exists, and request that the Court order, that the time for all Defendants to answer or otherwise respond to the Complaint including through dispositive motions shall be extended until July 22, 2011; that the date for Plaintiffs to file opposition briefs to any dispositive motions filed by the Defendants shall be on or before September 19, 2011; that the date for Defendants to file reply briefs in connection with any dispositive motions they may file shall be on or before October 3, 2011; and that a date for a hearing on any dispositive motions be scheduled on or after October 18, 2011, subject to the Court's availability;

11. In the event the Court does not concur with this carefully negotiated schedule that seeks to accommodate the time required and potential scheduling conflicts for all sides, the parties respectfully request the opportunity to propose an alternative schedule.

Dated: May 27, 2011

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendants
J. Stephen Tidwell and Barbara Walls

/s/ Brian R. Michael
Brian R. Michael

STIPULATION RE: EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND BRIEFING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-3-

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
dscheper@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen

/s/ Angela Machala
Angela Machala (as authorized 5-27-11)

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782

Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez

/s/ Anthony J. Coppolino
Anthony J. Coppolino (as authorized 5-27-11)

Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5236
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA

HADSELL STORMER KEENY RICHARDSON & RENICK LLP

Attorney for Plaintiffs

/s/ Peter Bibring
Peter Bibring (as authorized 5-27-11)