WILMER CUTLER PICKERING
   HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Cormac J. Carney |

PLEASE TAKE NOTICE that Peiyin Patty Li of WILMER CUTLER PICKERING HALE and DORR LLP hereby enters her appearance as an attorney of record for Defendants J. Stephen Tidwell and Barbara Walls in the above-referenced action.

May 27, 2011                              By:   /s/ Peiyin Patty Li
                                                Peiyin Patty Li

NOTICE OF APPEARANCE                                  CASE NO. CV 11-00301-CJC (VBKx)