1  WILMER CUTLER PICKERING
      HALE AND DORR LLP
2  Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
3  P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
4  350 South Grand Avenue, Suite 2100
   Los Angeles, California  90071
5  Telephone:  (213) 443-5300
   Facsimile:  (213) 443-5400
6  Attorneys for Defendants J. Stephen Tidwell
   and Barbara Walls
7
   SCHEPER, KIM & HARRIS LLP
8  David C. Scheper (SBN: 120174)
   dscheper@scheperkim.com
9  Angela Machala (SBN: 224496)
   amachala@scheperkim.com
10 601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071-2025
11 Telephone: (213) 613-4655
   Facsimile: (213) 613-4656
12 Attorneys for Defendants Pat Rose,
   Kevin Armstrong, and Paul Allen
13
   TONY WEST
14 Assistant Attorney General
   ANDRE BIROTTE, JR.
15 United States Attorney
   ANTHONY J. COPPOLINO
16 tony.coppolino@usdoj.gov
   U.S. Department of Justice
17 Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, N.W.
18 Washington, D.C. 20001
   Telephone: (202) 514-4782
19 Attorneys for Defendants Federal Bureau of Investigation,
   Robert Mueller, and Steven M. Martinez
20
   Peter Bibring (SBN 223981)
21 pbibring@aclu-sc.org
   ACLU FOUNDATION OF
22 SOUTHERN CALIFORNIA
   1313 West Eighth Street
23 Los Angeles, California 90017
   Telephone: (213) 977-5000 ex. 295
24 COUNCIL ON AMERICAN-ISLAMIC
   RELATIONS, CALIFORNIA
25
   HADSELL STORMER KEENY
26 RICHARDSON & RENICK LLP

27 Attorney for Plaintiffs

28

[Proposed] Order Re: Extension of Time to Answer or Otherwise Respond to Complaint and Briefing Schedule

Case No. saCV 11-00301-CJC (VBKx)

-1-

*Wilmer Cutler Pickering Hale and Dorr LLP*
*350 South Grand Avenue*
*Los Angeles, California 90071*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**[PROPOSED] ORDER RE: EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND BRIEFING SCHEDULE**<br><br>Hon. Cormac J. Carney |

This Court, having reviewed the parties' Stipulation Re: Extension of Time to Answer or Otherwise Respond to Complaint and Briefing Schedule, filed on or about May 27, 2011, hereby ORDERS that the time for all Defendants to answer or otherwise respond to the Complaint including through dispositive motions shall be extended until July 22, 2011; that the date for Plaintiffs to file opposition briefs to any dispositive motions filed by the Defendants shall be on or before September 19, 2011; that the date for Defendants to file reply briefs in connection with any dispositive motions they may file shall be on or before October 3, 2011; and that the date for a hearing on any dispositive motions shall be October 17, 2011 at 1:30 p.m.

IT IS SO ORDERED.

DATED: May 31, 2011                    _____
                                       HON. CORMAC J. CARNEY
                                       UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Los Angeles, California 90071