| Attorney or Party without Attorney: <br> PETER BIBRING, Bar #223981 <br> ACLU FOUNDATION OF SOUTHERN CALIFORNIA <br> 1313 WEST EIGHTH STREET <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-977-9500   FAX No: 213-250-3919 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | |
| Plaintiff: YASSIR FAZAGA, ET AL. | | |
| Defendant: FEDERAL BUREAU OF INVESTIGATION, ET AL. | | |

| PROOF OF SERVICE HAND DELIVERY | Hearing Date: | Time: | Dept/Div: | Case Number: SACV11-00301 JST (VBKX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OF INTERESTED PARTIES; NOTICE OF RELATED CASES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES)

3. a. Party served:             U.S. ATTORNEY OFFICE
   b. Person served:           PAT MYLES, AGENT AUTHORIZED TO ACCEPT SEVICE, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   300 N. LOS ANGELES ST.
                                         ROOM 7516
                                         LOS ANGELES, CA 90012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 03, 2011 (2) at: 3:30PM

7. **Person Who Served Papers:**
   a. DOUG FORREST



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone   (213) 250-9111
Fax         (213) 250-1197
www.firstlegalnetwork.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. **The Fee** for Service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:   5141
   (iii) County:            Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Fri, Mar. 04, 2011

                                                                    (DOUG FORREST)

Judicial Council Form                    PROOF OF SERVICE                4867824.petbib.350946
Rule 2.150.(a)&(b) Rev January 1, 2007   HAND DELIVERY