

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1670 0002 0443 5437**
Status: **Acceptance**

Your item was accepted at 4:42 pm on March 03, 2011 in LOS ANGELES, CA 90057. No further information is available for this item. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >)  (?)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1670 0002 0443 5420**
Status: **Delivered**

Your item was delivered at 7:16 am on March 12, 2011 in WASHINGTON, DC 20535. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Ac

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com
WASHINGTON, DC 20535       OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.61 | 0017 |
| Certified Fee | $2.80 | 18 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.41 | 03/03/2011 |

Sent To: Robert Mueller - FBI
Street, Apt. No.; or PO Box No.: 935 Pennsylvania NW
City, State, ZIP+4: W/ash DC 20535-0001

7010 1670 0002 0443 5420

PS Form 3800, August 2006    See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do      6/8/2011



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1670 0002 0443 5444**
Status: **Delivered**

Your item was delivered at 7:16 am on March 12, 2011 in WASHINGTON, DC 20535. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

7010 1670 0002 0443 5444

WASHINGTON DC 20535  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.61 | 0017 |
| Certified Fee | $2.80 | 18 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.41 | 03/03/2011 |

Sent To: V. CARMONI - FBI
Street, Apt. No.; or PO Box No. 935 PENNSYL. AVE NW
City, State, ZIP+4 WASH DC 20535-0001