| Attorney or Party without Attorney: <br> PETER BIBRING, Bar #223981 <br> ACLU FOUNDATION OF SOUTHERN CALIFORNIA <br> 1313 WEST EIGHTH STREET <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-977-9500    FAX No: 213-250-3919 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | |
| Plaintiff: YASSIR FAZAGA, ET AL. | | |
| Defendant: FEDERAL BUREAU OF INVESTIGATION, ET AL. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> SACV11-00301 JST (VBKX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CLASS ACTION COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OF RELATED CASES; NOTICE OF INTERESTED PARTIES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES)

3. a. Party served:          PAUL ALLEN
   b. Person served:         KIMBERLY HARBERSON, LEGAL DEPARTMENT CLERK AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   11000 WILSHIRE BLVD.
                                         #1700
                                         LOS ANGELES, CA 90024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 08, 2011 (2) at: 4:30PM

7. *Person Who Served Papers:*
   a. JONATHAN SOLIS

   

   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   6303
      (iii) County:            Los Angeles
      (iv) Expiration Date:    Thu, Aug. 25, 2011

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Apr. 11, 2011

                                                                    *Jonathan Solis*
                                                                    (JONATHAN SOLIS)

Judicial Council Form                       PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                              4899307.petbib.358912

| Attorney or Party without Attorney: <br> PETER BIBRING, Bar #223981 <br> ACLU FOUNDATION OF SOUTHERN CALIFORNIA <br> 1313 WEST EIGHTH STREET <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-977-9500   FAX No: 213-250-3919 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | | | |
| Plaintiff: YASSIR FAZAGA, ET AL. | | | | |
| Defendant: FEDERAL BUREAU OF INVESTIGATION, ET AL. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> SACV11-00301 JST (VBKX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CLASS ACTION COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OF RELATED CASES; NOTICE OF INTERESTED PARTIES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES)

3. a. Party served:                KEVIN ARMSTRONG
   b. Person served:               KIMBERLY HARBERSON, LEGAL DEPARTMENT CLERK AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    11000 WILSHIRE BLVD.
                                           #1700
                                           LOS ANGELES, CA  90024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 08, 2011 (2) at: 4:30PM

7. **Person Who Served Papers:**
   a. JONATHAN SOLIS



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone   (213) 250-9111
Fax         (213) 250-1197
www.firstlegalnetwork.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*
e. I am: (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:    6303
   (iii) County:              Los Angeles
   (iv)  Expiration Date:     Thu, Aug. 25, 2011

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Apr. 11, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(JONATHAN SOLIS)
4899309.petbib.358906

| Attorney or Party without Attorney: <br> PETER BIBRING, Bar #223981 <br> ACLU FOUNDATION OF SOUTHERN CALIFORNIA <br> 1313 WEST EIGHTH STREET <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-977-9500   FAX No: 213-250-3919 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | | | | |
| Plaintiff: YASSIR FAZAGA, ET AL. | | | | | |
| Defendant: FEDERAL BUREAU OF INVESTIGATION, ET AL. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> SACV11-00301 JST (VBKX) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CLASS ACTION COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OF RELATED CASES; NOTICE OF INTERESTED PARTIES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES)

3. a. Party served:  PAT ROSE
   b. Person served:  KIMBERLY HARBERSON, LEGAL DEPARTMENT CLERK AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:  11000 WILSHIRE BLVD. #1700 LOS ANGELES, CA 90024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 08, 2011 (2) at: 4:30PM

7. **Person Who Served Papers:**
   a. JONATHAN SOLIS



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone  (213) 250-9111
Fax  (213) 250-1197
www.firstlegalnetwork.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. **The Fee** for Service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:  6303
   (iii) County:  Los Angeles
   (iv) Expiration Date:  Thu, Aug. 25, 2011

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Mon, Apr. 11, 2011

(JONATHAN SOLIS)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007   PROOF OF SERVICE   4899311.petbib.358918

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PETER BIBRING, Bar #223981<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 WEST EIGHTH STREET<br>LOS ANGELES, CA 90017<br>Telephone No: 213-977-9500     FAX No: 213-250-3919 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Central District Of California | | | | |
| Plaintiff: YASSIR FAZAGA, ET AL. | | | | |
| Defendant: FEDERAL BUREAU OF INVESTIGATION, ET AL. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV11-00301 JST (VBKX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CLASS ACTION COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OF RELATED CASES; NOTICE OF INTERESTED PARTIES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES)

3. a. Party served:           BARBARA WALLS
   b. Person served:          KIMBERLY HARBERSON, LEGAL DEPARTMENT CLERK AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    11000 WILSHIRE BLVD.
                                          #1700
                                          LOS ANGELES, CA 90024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 08, 2011 (2) at: 4:30PM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JONATHAN SOLIS                                     d. **The Fee** for Service was:



   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:      6303
      (iii) County:                Los Angeles
      (iv)  Expiration Date:       Thu, Aug. 25, 2011

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Apr. 11, 2011

                                                                    (JONATHAN SOLIS)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                              4899304.petbib.358909