Name and address:
Howard M. Shapiro, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fazaga<br><br>Plaintiff(s)<br>v.<br>Federal Bureau of Investigation, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>11-CV-00301 (C.D. Cal. 2011)<br>-JC-VBK<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:  Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Howard M. Shapiro                     , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Stephen Tidwell and Barbara Walls      by whom I have been retained.

My business information is:
Wilmer Cutler Pickering Hale and Dorr LLP
*Firm Name*

1875 Pennsylvania Avenue, NW
*Street Address*

Washington, DC 20006                  Howard.Shapiro@wilmerhale.com
*City, State, Zip*                    *E-Mail Address*

(202) 663-6606                         (202) 663-6363
*Telephone Number*                     *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of the United States | May 27, 1997 |
| U.S. Court of Appeals for the Second Circuit | February 28, 1989 |
| U.S. Court of Appeals for the Fourth Circuit | October 1, 1991 |
| U.S. District Court for the Southern District of New York | March 21, 1991 (HS 3642) |

ORIGINAL

PAID

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate  Brian R. Michael, Esq.  as local counsel, whose business information is as follows:

Wilmer Cutler Pickering Hale and Dorr LLP
*Firm Name*

350 South Grand Avenue, Suite 2100
*Street Address*

Los Angeles, CA 90071                    Brian.Michael@wilmerhale.com
*City, State, Zip*                       *E-Mail Address*

(213) 443-5374                           (213) 443-5400
*Telephone Number*                        *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  May 24, 2011                      Howard M. Shapiro
                                         *Applicant's Name (please print)*

                                         /s/ Howard M. Shapiro
                                         *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  June 7, 2011                      Brian R. Michael
                                         *Designee's Name (please print)*

                                         /s/ Brian R. Michael
                                         *Designee's Signature*

                                         240560
                                         *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

Howard M. Shapiro, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Fazaga,
          Plaintiff(s)

v.

Federal Bureau of Investigation, et al.,
          Defendant(s).

Case No. 11-CV-00301 (C.D. Cal. 2011)

APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC CASE

**CONTINUATION SHEET RE:**

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| U.S. District Court for the District of Columbia | November 3, 1997 |
| U.S. District Court for the Eastern District of Michigan | May 15, 2008 |
| U.S. Court of Appeals for the District of Columbia | September 30, 1999 |
| Supreme Court of New York State | September 29, 1986 (2085429) |
| District of Columbia Court of Appeals | February 27, 1997 (454274) |



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### HOWARD M. SHAPIRO

was on the  7TH  day of  FEBRUARY, 1997  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 7, 2011.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
>      Deputy Clerk

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071. On June 9, 2011, I served the within documents:

**APPLICATION OF NON-RESIDENT ATTORNEY HOWARD SHAPIRO TO APPEAR IN A SPECIFIC CASE**

☐    I sent such document from facsimile machine +1 (617) 526-5000 on June 8, 2011. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine +1 (617) 526-5000 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelop(s) addressed to the parties listed below.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**See Attached Service List**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    Executed on June 9, 2011, at Los Angeles, California.

_____
JoAnn Ambrosini-Bacon

1

PROOF OF SERVICE
Case No. SACV11-0030 JST(VBK)
US1DOCS 7962740v1

## Service List

| | |
|---|---|
| David Scheper<br>dscheper@scheperkim.com<br>Angela Machala<br>amachala@scheperkim.com<br>SCHEPER, KIM & HARRIS<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071-2025 | Attorneys for Pat Rose, Kevin Armstrong, and Paul Allen |
| Tony West<br>Andre Birotte, Jr.<br>Anthony Coppolino<br>tony.coppolino@usdoj.gov<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20001 | Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven Martinez |
| Lynn Y. Lee<br>Lynn.lee@usdoj.gov<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>P.O. Box 883<br>Washington, DC 20044 | |
| Peter Bibring<br>pbibring@aclu-sc.org<br>Ahilan Arulanantham<br>aarulanantham@aclu-sc.org<br>Jennifer Pasquarella<br>jpasquarella@aclu-sc.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017 | Attorneys for Plaintiffs |
| Ameena Mirza Qazi<br>AMERICAN-ISLAMIC RELATIONS, CALIFORNIA<br>2180 W. Crescent Avenue, Suite F<br>Anaheim, CA 92801 | Attorneys for Plaintiffs |
| Dan Stormer<br>dstormer@hadsellstormer.com<br>Joshua Piovia-Scott<br>jps@hskrr.com<br>Reem Salahi<br>reem@hskrr.com<br>HADSELL STORMER KEENY RICHARDSON & RENICK, LLP<br>128 North Fair Oaks Ave., Suite 204<br>Pasadena, CA 91103 | Attorneys for Plaintiffs |