Name & Address:
Howard M. Shapiro
Wilmer Cutler Pickering and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| YASSIR FAZAGA, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:11-cv-00301-CJC-VBK |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| FEDERAL BUREAU OF INVESTIGATION, et al. | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Howard M. Shapiro__, of __WilmerHale LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006__
     *Applicant's Name*                                  *Firm Name / Address*

__(202) 663-6606__                __howard.shapiro@wilmerhale.com__
*Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ✓ Defendant

Intervener or other interested person __J. Stephen Tidwell and Barbara Wells__

and the designation of __Brian R. Michael, CBN 240560__
                              *Local Counsel Designee /State Bar Number*

of __WilmerHale LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071__
                                    *Local Counsel Firm / Address*

__(213) 443-5374__               __brian.michael@wilmerhale.com__
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____           _____
                                                               U. S. District Judge/U.S. Magistrate Judge