Name & Address:
Carl J. Nichols
Wilmer Cutler Pickering and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YASSIR FAZAGA, et al. | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 8:11-cv-00301-CJC-VBK |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| FEDERAL BUREAU OF INVESTIGATION, et al. | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of ___Carl J. Nichols___, of __WilmerHale LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006__
    *Applicant's Name*                                   *Firm Name / Address*

___(202) 663-6226___                        ___carl.nichols@wilmerhale.com___
  *Telephone Number*                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ✓ Defendant

Intervenor or other interested person ___J. Stephen Tidwell and Barbara Walls___

and the designation of ___Brian R. Michael, CBN 240560___
                       *Local Counsel Designee /State Bar Number*

of ___WilmerHale LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071___
                       *Local Counsel Firm / Address*

___(213) 443-5374___                        ___brian.michael@wilmerhale.com___
  *Telephone Number*                                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

~~☐ GRANTED~~

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                                      U. S. District Judge/U.S. Magistrate Judge