WILMER CUTLER PICKERING
  HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Howard M. Shapiro (admitted pro hac vice)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted pro hac vice)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted pro hac vice)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
dscheper@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Defendants Pat Rose,
Kevin Armstrong, and Paul Allen

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782

Attorneys for Defendants Federal Bureau of Investigation,

Robert Mueller, and Steven M. Martinez

Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000 ex. 295

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER KEENY
RICHARDSON & RENICK LLP

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST FOR EXTENSION OF PAGE LIMITS; [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>Hon. Cormac J. Carney |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, between Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim, by and through their counsel of record; and Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND
REQUEST FOR EXTENSION OF PAGE LIMITS

CASE NO. CV 11-00301-CJC (VBKx)

-1-

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1 Division, in his official capacity; and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, by and through their counsel of record, as follows:

   1.   The Complaint in this action was served on Defendant FBI and Defendants Robert Mueller and Steven M. Martinez, who are sued in their official capacity (collectively, the "official-capacity Defendants"), on March 3, 2011, and their response was originally due May 2, 2011;

   2.   Defendant J. Stephen Tidwell, who is sued in his individual capacity, waived service of the Complaint, and his response was originally due May 2, 2011;

   3.   On April 8, 2011, Plaintiffs served the Complaint on Defendants Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, who are sued in their individual capacities, and their response was originally due June 7, 2011;

   4.   On April 20, 2011, in order to consolidate Defendants' respective response dates, this Court entered a stipulated order granting Defendants FBI, Robert Mueller, Steven M. Martinez, and J. Stephen Tidwell an extension of time to serve responsive pleadings until June 7, 2011;

   5.   On May 31, 2011, this Court entered an Order granting the parties' Stipulation Re: Extension of Time to Answer or Otherwise Respond to Complaint and Briefing Schedule, ordering that the time for all Defendants to answer or otherwise respond to the Complaint including through dispositive motions shall be extended until July 22, 2011; that the date for Plaintiffs to file opposition briefs to any dispositive motions filed by the Defendants shall be on or before September 19, 2011; that the date for Defendants to file reply briefs in connection with any dispositive motions they may file shall be on or before October 3, 2011; and that the date for a hearing on any dispositive motions shall be October 17, 2011 at 1:30 p.m.;

*Wilmer Cutler Pickering Hale and Dorr LLP*
*350 South Grand Avenue, Suite 2100*
*Los Angeles, California 90071*

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST FOR EXTENSION OF PAGE LIMITS

CASE NO. CV 11-00301-CJC (VBKx)

-2-

1. 6. At this time, all Defendants intend to file motions to dismiss the Complaint. With regard to the briefing schedule for the contemplated motions to dismiss, the parties stipulate and agree as follows:

   a. That the U.S. Department of Justice (DOJ), on behalf of Defendant FBI and the official-capacity Defendants, be granted a brief extension of two-business days to file their motion, until July 26, 2011, in order to complete consultations and preparation of their motion;

   b. Because DOJ may present arguments that will have a direct and important bearing on the arguments that may be offered by Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen (collectively, the "individual-capacity Defendants"), that the individual-capacity Defendants be granted a brief extension to file their motions, until August 2, 2011 at 5:00 p.m. PDT, i.e., one-week from the date DOJ files its motion;

   c. That the requested extension of time for the individual-capacity Defendants is necessary and appropriate for them to adequately defend themselves because it will afford sufficient time to review and, as necessary, take into account and address the arguments set forth by DOJ in its motion;

   d. That the requested extension of time for the individual-capacity Defendants is in the interests of judicial efficiency and economy because it will avoid the potential need for supplemental and/or amended briefing;

   e. That the time for Plaintiffs to file opposition briefs to all Defendants' motions shall be extended until October 7, 2011, and the time for all Defendants to file their reply briefs shall be extended until October 21, 2011; and

   f. That the date for a hearing on all Defendants' motions to dismiss shall be November 7, 2011 at 1:30 p.m.;

2. 7. The parties further stipulate and agree that, to the extent the extension of time requested herein is granted, the time for Plaintiffs to amend their

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1. Complaint pursuant to Fed.R.Civ.P 15(a)(1)(B) as to all Defendants shall be 21 days from the date the individual-capacity Defendants file their motions to dismiss;

8. The parties further stipulate and agree that a modest extension of the page limit for briefing on the contemplated motions to dismiss is necessary and appropriate for Defendants to adequately defend themselves, and for Plaintiffs to oppose any such motions. This case presents several complex and novel legal and factual issues arising from the Complaint, which alleges, among other things, violations of the following: (1) the First Amendment Establishment Cause under *Bivens* and 42 U.S.C. § 1985(3); (2) the First Amendment Free Exercise Cause under *Bivens* and 42 U.S.C. § 1985(3); (3) the Religious Freedom Restoration Act (RFRA); (4) the Fifth Amendment Equal Protection Clause under *Bivens* and 42 U.S.C. § 1985(3); (5) the Privacy Act; (6) the Fourth Amendment under *Bivens*; and (7) the Foreign Intelligence Surveillance Act (FISA). Therefore, the parties respectfully request an order that memoranda of law in support of or in opposition to a motion to dismiss shall not exceed 35 pages;

9. Accordingly, and for the foregoing reasons, the parties stipulate and agree that good cause exists, and respectfully request that the Court order as follows:

    a. That the time for DOJ to file its motion to dismiss shall be extended until July 26, 2011; the time for the individual-capacity Defendants to file their motions to dismiss shall be extended until August 2, 2011 at 5:00 p.m. PDT; the time for Plaintiffs to file opposition briefs to all Defendants' motions shall be extended until October 7, 2011; and the time for all Defendants to file their reply briefs shall be extended until October 21, 2011;

    b. That the date for a hearing on all Defendants' motions to dismiss shall be November 7, 2011 at 1:30 p.m.;

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS   CASE NO. CV 11-00301-CJC (VBKx)
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND
REQUEST FOR EXTENSION OF PAGE LIMITS

-4-

1          c.    That the time for Plaintiffs to amend their Complaint pursuant
2 to Fed.R.Civ.P 15(a)(1)(B) as to all Defendants shall be 21 days from the date the
3 individual-capacity Defendants file their motions to dismiss; and

4         d.    That the parties' briefs in support of or in opposition to
5 Defendants' motions to dismiss shall not exceed 35 pages.

6     Dated:  July 19, 2011

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Howard M. Shapiro (admitted pro hac vice)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted pro hac vice)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted pro hac vice)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Attorneys for Defendants
J. Stephen Tidwell and Barbara Walls

/s/ Brian R. Michael
Brian R. Michael

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
dscheper@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND
REQUEST FOR EXTENSION OF PAGE LIMITS

CASE NO. CV 11-00301-CJC (VBKx)

-5-

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen

/s/ Angela Machala
Angela Machala (as authorized July 18, 2011)

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782

Attorneys for Defendants Federal Bureau of Investigation,
Robert Mueller, and Steven M. Martinez

/s/ Anthony J. Coppolino
Anthony J. Coppolino (as authorized July 18, 2011)

Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5236

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA

HADSELL STORMER KEENY RICHARDSON & RENICK LLP

Attorney for Plaintiffs

/s/ Peter Bibring
Peter Bibring (as authorized July 18, 2011)

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND
REQUEST FOR EXTENSION OF PAGE LIMITS

CASE NO. CV 11-00301-CJC (VBKx)

-6-