**Wilmer Cutler Pickering Hale and Dorr LLP**
**350 South Grand Avenue, Suite 2100**
**Los Angeles, California 90071**

1  WILMER CUTLER PICKERING
       HALE AND DORR LLP
2  Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
3  P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
4  350 South Grand Avenue, Suite 2100
   Los Angeles, California  90071
5  Telephone:  (213) 443-5300
   Facsimile:  (213) 443-5400
6
   WILMER CUTLER PICKERING
7        HALE AND DORR LLP
   Howard M. Shapiro (admitted pro hac vice)
8  howard.shapiro@wilmerhale.com
   Carl J. Nichols (admitted pro hac vice)
9  carl.nichols@wilmerhale.com
   Annie L. Owens (admitted pro hac vice)
10 annie.owens@wilmerhale.com
   1875 Pennsylvania Avenue, N.W.
11 Washington, D.C.  20006
   Telephone:  (202) 663-6000
12 Facsimile:  (202) 663-6363

13 Attorneys for Defendants J. Stephen Tidwell
   and Barbara Walls
14
   SCHEPER, KIM & HARRIS LLP
15 David C. Scheper (SBN: 120174)
   dscheper@scheperkim.com
16 Angela Machala (SBN: 224496)
   amachala@scheperkim.com
17 601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071-2025
18 Telephone: (213) 613-4655
   Facsimile: (213) 613-4656
19
   Attorneys for Defendants Pat Rose,
20 Kevin Armstrong, and Paul Allen

21 TONY WEST
   Assistant Attorney General
22 ANDRE BIROTTE, JR.
   United States Attorney
23 ANTHONY J. COPPOLINO
   tony.coppolino@usdoj.gov
24 U.S. Department of Justice
   Civil Division, Federal Programs Branch
25 20 Massachusetts Avenue, N.W.
   Washington, D.C. 20001
26 Telephone: (202) 514-4782

27

28 [PROPOSED] ORDER RE: EXTENSION OF TIME FOR        CASE NO. CV 11-00301-CJC (VBKx)
   DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
   COMPLAINT AND REQUEST FOR EXTENSION OF PAGE
   LIMITS

-1-

1    Attorneys for Defendants Federal Bureau of Investigation,
     Robert Mueller, and Steven M. Martinez

2
     Peter Bibring (SBN 223981)
3    pbibring@aclu-sc.org
     ACLU FOUNDATION OF
4    SOUTHERN CALIFORNIA
     1313 West Eighth Street
5    Los Angeles, California 90017
     Telephone: (213) 977-5000 ex. 295

6
     COUNCIL ON AMERICAN-ISLAMIC
7    RELATIONS, CALIFORNIA

8    HADSELL STORMER KEENY
     RICHARDSON & RENICK LLP

9
     Attorney for Plaintiffs

10
                    **UNITED STATES DISTRICT COURT**
11                   **CENTRAL DISTRICT OF CALIFORNIA**

12   YASSIR FAZAGA, ALI UDDIN          )
     MALIK, YASSER ABDELRAHIM,         )    No. SA CV 11-00301-CJC (VBKx)
                                       )
13                                     )
             Plaintiffs,               )
14                                     )
         v.                            )    **[PROPOSED] ORDER RE:**
                                       )    **EXTENSION OF TIME FOR**
15                                     )    **DEFENDANTS TO ANSWER OR**
     FEDERAL BUREAU OF                 )    **OTHERWISE RESPOND TO**
16   INVESTIGATION; ROBERT             )    **COMPLAINT AND REQUEST FOR**
     MUELLER, DIRECTOR OF THE          )    **EXTENSION OF PAGE LIMITS**
     FEDERAL BUREAU OF                 )
17   INVESTIGATION, in his official    )    Hon. Cormac J. Carney
     capacity; STEVEN M. MARTINEZ,     )
18   ASSISTANT DIRECTOR IN             )
     CHARGE, FEDERAL BUREAU OF         )
19   INVESTIGATION'S LOS ANGELES       )
     DIVISION, in his official capacity; J. )
20   STEPHEN TIDWELL; BARBARA          )
     WALLS; PAT ROSE; KEVIN            )
21   ARMSTRONG; PAUL ALLEN,            )
                                       )
22           Defendants.               )

23

24        This Court, having reviewed the parties' Stipulation Re: Extension of Time

25   for Defendants to Answer or Otherwise Respond to Complaint and Request for

26   Extension of Page Limits, filed on or about July 19, 2011, and for good cause

27   shown, hereby ORDERS as follows:

28   [PROPOSED] ORDER RE: EXTENSION OF TIME FOR                    CASE NO. CV 11-00301-CJC (VBKx)
     DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
     COMPLAINT AND REQUEST FOR EXTENSION OF PAGE
     LIMITS
                                      -2-

*(Left margin, vertical text)* Wilmer Cutler Pickering Hale and Dorr LLP · 350 South Grand Avenue, Suite 2100 · Los Angeles, California 90071

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1    (1)    That the time for the U.S. Department of Justice (DOJ), on behalf of

2  Defendant FBI and official-capacity Defendants Robert Mueller and Steven M.

3  Martinez, to file its contemplated motion to dismiss shall be extended until July 26,

4  2011; the time for individual-capacity Defendants J. Stephen Tidwell, Barbara

5  Walls, Pat Rose, Kevin Armstrong, and Paul Allen to file their motions to dismiss

6  shall be extended until August 2, 2011 at 5:00 p.m. PDT; the time for Plaintiffs to

7  file opposition briefs to all Defendants' motions shall be extended until October 7,

8  2011; and the time for all Defendants to file their reply briefs shall be extended

9  until October 21, 2011;

10    (2)    That the date for a hearing on all Defendants' motions to dismiss shall

11  be November 7, 2011 at 1:30 p.m.;

12    (3)    That the time for Plaintiffs to amend their Complaint pursuant to

13  Fed.R.Civ.P 15(a)(1)(B) as to all Defendants shall be 21 days from the date the

14  individual-capacity Defendants file their motions to dismiss; and

15    (4)    That the parties' briefs in support of or in opposition to Defendants'

16  motions to dismiss shall not exceed 35 pages.

17

18    IT IS SO ORDERED.

19  DATED:    _____

20    HON. CORMAC J. CARNEY
      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28  [PROPOSED] ORDER RE: EXTENSION OF TIME FOR                CASE NO. CV 11-00301-CJC (VBKX)
    DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
    COMPLAINT AND REQUEST FOR EXTENSION OF PAGE
    LIMITS