WILMER CUTLER PICKERING
   HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Howard M. Shapiro (admitted pro hac vice)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted pro hac vice)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted pro hac vice)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
dscheper@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Defendants Pat Rose,
Kevin Armstrong, and Paul Allen

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782

[PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST FOR EXTENSION OF PAGE LIMITS

CASE NO. SACV 11-00301-CJC (VBKX)

-1-

Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez

Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000 ex. 295

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA

HADSELL STORMER KEENY RICHARDSON & RENICK LLP

Attorney for Plaintiffs

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST FOR EXTENSION OF PAGE LIMITS**<br><br>Hon. Cormac J. Carney |

This Court, having reviewed the parties' Stipulation Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint and Request for Extension of Page Limits, filed on or about July 19, 2011, and for good cause shown, hereby ORDERS as follows:

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REQUEST FOR EXTENSION OF PAGE LIMITS

CASE NO. SACV 11-00301-CJC (VBKX)

-2-

(1) That the time for the U.S. Department of Justice (DOJ), on behalf of Defendant FBI and official-capacity Defendants Robert Mueller and Steven M. Martinez, to file its contemplated motion to dismiss shall be extended until July 26, 2011; the time for individual-capacity Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen to file their motions to dismiss shall be extended until August 2, 2011 at 5:00 p.m. PDT; the time for Plaintiffs to file opposition briefs to all Defendants' motions shall be extended until October 7, 2011; and the time for all Defendants to file their reply briefs shall be extended until October 21, 2011;

(2) That the date for a hearing on all Defendants' motions to dismiss shall be November 7, 2011 at 1:30 p.m.;

(3) That the time for Plaintiffs to amend their Complaint pursuant to Fed.R.Civ.P 15(a)(1)(B) as to all Defendants shall be 21 days from the date the individual-capacity Defendants file their motions to dismiss; and

(4) That the parties' briefs in support of or in opposition to Defendants' motions to dismiss shall not exceed 35 pages.

IT IS SO ORDERED.

DATED: July 20, 2011

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Extension of Time For Defendants To Answer or Otherwise Respond to Complaint and Request for Extension of Page Limits

Case No. saCV 11-00301-CJC (VBKx)

-3-