Name & Address:
Howard M. Shapiro
Wilmer Cutler Pickering and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:11-cv-00301-CJC(VBKx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application
of     Howard M. Shapiro    , of WilmerHale LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006
          *Applicant's Name*                              *Firm Name / Address*

    (202) 663-6606                                  howard.shapiro@wilmerhale.com
     *Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   √ Defendant

Intervenor or other interested person    J. Stephen Tidwell and Barbara Wells

and the designation of        Brian R. Michael, CBN 240560
                              *Local Counsel Designee /State Bar Number*

of    WilmerHale LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071
                                 *Local Counsel Firm / Address*

    (213) 443-5374                                  brian.michael@wilmerhale.com
     *Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated    7/21/11

U. S. District Judge/~~U.S. Magistrate Judge~~