Name & Address:
Annie L. Owens
Wilmer Cutler Pickering and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, et al., <br><br> Plaintiff(s) <br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, et al <br><br> Defendant(s). | CASE NUMBER <br><br> 8:11-cv-00301-CJC-VBKx <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of ____Annie L. Owens____, of WilmerHale LLP, 1875 Pennsylvania Ave., NW Washington, DC 20006
    *Applicant's Name*                                       *Firm Name / Address*

____(202) 663-6471____                                       ____annie.owens@wilmerhale.com____
    *Telephone Number*                                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    √ Defendant

☐ Intervenor or other interested person ____J. Stephen Tidwell and Barbara Walls____

and the designation of ____Brian R. Michael, CBN 240560____
                                          *Local Counsel Designee /State Bar Number*

of WilmerHale LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071
                                          *Local Counsel Firm / Address*

____(213) 443-5374____                                        ____brian.michael@wilmerhale.com____
    *Telephone Number*                                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ DENIED. Fee shall be returned by the Clerk.

☒ GRANTED

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated ____7/21/11____                                     /s/

                                                U. S. District Judge/~~U.S. Magistrate Judge~~