Name & Address:
Carl J. Nichols
Wilmer Cutler Pickering and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

YASSIR FAZAGA, et al.

Plaintiff(s)

v.

FEDERAL BUREAU OF INVESTIGATION, et al.

Defendant(s).

CASE NUMBER

8:11-cv-00301-CJC(VBKx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Carl J. Nichols__, of __WilmerHale LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006__
      *Applicant's Name*        *Firm Name / Address*

__(202) 663-6226__        __carl.nichols@wilmerhale.com__
  *Telephone Number*        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ✓ Defendant

Intervenor or other interested person __J. Stephen Tidwell and Barbara Walls__

and the designation of __Brian R. Michael, CBN 240560__
       *Local Counsel Designee / State Bar Number*

of __WilmerHale LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071__
       *Local Counsel Firm / Address*

__(213) 443-5374__        __brian.michael@wilmerhale.com__
  *Telephone Number*        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __7/21/11__

U. S. District Judge/~~U.S. Magistrate Judge~~

GB64 ORDER (11/10)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE