TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Howard M. Shapiro (admitted pro hac vice)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted pro hac vice)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted pro hac vice)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
*Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
dscheper@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen*

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND
REQUEST FOR EXTENSION OF PAGE LIMITS

CASE NO. CV 11-00301-CJC (VBKx)

Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000 ex. 295

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER KEENY
RICHARDSON & RENICK LLP

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br> Defendants. | No. SA CV 11-00301-CJC (VBKx) <br><br> **STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; REVISION TO BRIEFING AND HEARING SCHEDULE; [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** <br><br> Hon. Cormac J. Carney |

## INTRODUCTION

As set forth below, the Court has already entered several extensions of time for the defendants in this action to respond to the Complaint, including most recently by Order dated July 22, 2011 (Dkt. 26). Under that Order, a response to the Complaint by Defendant Federal Bureau of Investigation ("FBI"), Defendant

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; REVISION TO BRIEFING AND HEARING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-1-

Robert Mueller, Director of the FBI, in his official capacity, and Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity ("Government Defendants"), is presently due on Tuesday, July 26, 2011.  The response of the defendants sued in their individual capacity is presently due on August 2, 2011.

The Government Defendants respectfully request a short additional extension of their response date by one week--to August 1, 2001.  Counsel for the individual capacity defendants and plaintiffs have agreed to this request as set forth in the stipulation below, which would extend all current filing and hearing dates by one week.

In support of this request, the Government Defendants state that the requested extension is sought to provide the Attorney General of the United States a brief additional amount of time to personally review the Government's response to the Complaint before it is filed.  *See* Declaration of Anthony J. Coppolino, U.S. Department of Justice.  The Attorney General has requested that the undersigned counsel for the Government Defendants ask the Court for this additional time.  *Id.* This case raises significant and complex issues, and the Attorney General is reviewing the Government Defendants' position in this case.  *Id.*  The Attorney General will be on business travel for most of July 26, 2011 through Thursday, July 27, 2011.  *Id.*  While the Government Defendants have been working diligently on their response to the Complaint, the Attorney General requests additional time to review the matter beyond the current response date.  *Id.* Counsel for the Government Defendants has conferred with counsel for the plaintiffs and individual capacity defendants, and all parties stipulate to this request as follows.  *Id.*

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, between Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim, by and through their counsel of record; and Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, by and through their counsel of record, as follows:

1.      The Complaint in this action was served on the Government Defendants on March 3, 2011, and their response was originally due May 2, 2011;

2.      Defendant J. Stephen Tidwell, who is sued in his individual capacity, waived service of the Complaint, and his response was originally due May 2, 2011;

3.      On April 8, 2011, Plaintiffs served the Complaint on Defendants Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, who are sued in their individual capacities, and their response was originally due June 7, 2011;

4.      On April 20, 2011, in order to consolidate defendants' respective response dates, this Court entered a stipulated order granting Defendants FBI, Robert Mueller, Steven M. Martinez, and J. Stephen Tidwell an extension of time to serve responsive pleadings until June 7, 2011;

5.      On May 31, 2011, this Court entered an Order (Dkt. 16) granting the parties' Stipulation Re: Extension of Time to Answer or Otherwise Respond to Complaint and Briefing Schedule, ordering that the time for all defendants to answer or otherwise respond to the Complaint including through dispositive motions shall be extended until July 22, 2011; that the date for plaintiffs to file opposition briefs to any dispositive motions filed by the defendants shall be on or before September 19, 2011; that the date for defendants to file reply briefs in connection with any dispositive motions they may file shall be on or before

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT;
REVISION TO BRIEFING AND HEARING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-3-

1  October 3, 2011; and that the date for a hearing on any dispositive motions shall be

2  October 17, 2011 at 1:30 p.m.;

3       6.     By stipulation filed on July 19, 2011 (Dkt. 23), all defendants

4  indicated that they intended to file motions to dismiss the Complaint and the

5  parties stipulated and agreed as follows:

6            a.     That the U.S. Department of Justice (DOJ), on behalf of the

7  Government Defendants, be granted a brief extension of two-business days to file

8  their motion, until July 26, 2011, in order to complete consultations and

9  preparation of their motion;

10            b.     That because DOJ may present arguments that will have a

11  direct and important bearing on the arguments that may be offered by Defendants

12  J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen

13  (collectively, the "individual-capacity defendants"), the individual-capacity

14  defendants be granted a brief extension to file their motions, until August 2, 2011

15  at 5:00 p.m. PDT, i.e., one-week from the date DOJ files its motion;

16            c.     That the requested extension of time for the individual-capacity

17  defendants is necessary and appropriate for them to adequately defend themselves

18  because it will afford sufficient time to review and, as necessary, take into account

19  and address the arguments set forth by DOJ in its motion;

20            d.     That the requested extension of time for the individual-capacity

21  defendants is in the interests of judicial efficiency and economy because it will

22  avoid the potential need for supplemental and/or amended briefing;

23            e.     That the time for plaintiffs to file opposition briefs to all

24  defendants' motions shall be extended until October 7, 2011, and the time for all

25  defendants to file their reply briefs shall be extended until October 21, 2011; and

26            f.     That the date for a hearing on all defendants' motions to

27  dismiss shall be November 7, 2011 at 1:30 p.m.;

28

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT;
REVISION TO BRIEFING AND HEARING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-4-

7.     The parties also stipulated and agreed that, to the extent the extension of time requested was granted, the time for plaintiffs to amend their Complaint pursuant to Fed.R.Civ.P 15(a)(1)(B) as to all defendants shall be 21 days from the date the individual-capacity defendants file their motions to dismiss;

8.     The parties further stipulated and agreed that the page limit for briefing on the contemplated motions to dismiss be extended to 35 pages.

9.     By Order dated July 21, 2011, the Court entered the parties' July 19 stipulation as filed.  *See* Dkt. 26.

10.     On July 25, 2011, the Government Defendants sought agreement from the individual capacity defendants and plaintiffs to extend the Government Defendants' deadline for responding to the Complaint by one week to allow time for the Attorney General to personally review the Government Defendants' response to the Complaint.  *See* Coppolino Declaration.  Counsel for the individual-capacity defendants and the plaintiffs stipulate to the request as set forth herein.

11.  Plaintiffs state that they have joined this stipulation at the request of the Government Defendants, and only on the condition that their deadline to respond to defendants' motions be extended by an equal amount of time.  The full time provided by the present briefing schedule for plaintiffs' to respond to defendants' motions is necessary given the number of issues raised by three separate sets of defendants in enlarged briefs, the novelty and complexity of the issues raised, and the fact that plaintiffs' lead counsel will be out of the country with limited access to email for approximately three weeks during August.

12.  Accordingly, the parties stipulate and agree that good cause exists, and respectfully request that the Court order, the following revised schedule:

a.     The time for DOJ to file its motion to dismiss shall be extended until August 1, 2011; the time for the individual-capacity defendants to file their

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT;
REVISION TO BRIEFING AND HEARING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-5-

1   motions to dismiss shall be extended until August 9, 2011; the time for plaintiffs to

2   file opposition briefs to all defendants' motions shall be extended until October 14,

3   2011; and the time for all defendants to file their reply briefs shall be extended

4   until October 28, 2011;

5           b.    The date for a hearing on all defendants' motions to dismiss

6   shall be November 14, 2011 at 1:30 p.m.

7         Dated:  July 25, 2011

8                       Respectfully Submitted

9

10                       TONY WEST
                    Assistant Attorney General

11                       ANDRE BIROTTE, JR.
                    United States Attorney

12                       ANTHONY J. COPPOLINO
                    tony.coppolino@usdoj.gov

13                       U.S. Department of Justice
                    Civil Division, Federal Programs Branch

14                       20 Massachusetts Avenue, N.W.
                    Washington, D.C. 20001
                    Telephone: (202) 514-4782

15

16                       *Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

17                       */s/ Anthony J. Coppolino*

18                       Anthony J. Coppolino

19                       WILMER CUTLER PICKERING
                      HALE AND DORR LLP

20                       Brian R. Michael (SBN: 240560)
                    brian.michael@wilmerhale.com

21                       P. Patty Li (SBN: 266937)
                    patty.li@wilmerhale.com

22                       350 South Grand Avenue
                    Los Angeles, California  90071

23                       Telephone:  (213) 443-5300
                    Facsimile:  (213) 443-5400

24

25                       WILMER CUTLER PICKERING
                      HALE AND DORR LLP

26                       Howard M. Shapiro (admitted pro hac vice)
                    howard.shapiro@wilmerhale.com

27                       Carl J. Nichols (admitted pro hac vice)
                    carl.nichols@wilmerhale.com
                    Annie L. Owens (admitted pro hac vice)

28

Stipulation Re: Extension of Time For Defendants To Answer or Otherwise Respond to Complaint; revision to briefing and hearing schedule

Case No. CV 11-00301-CJC (VBKx)

-6-

1   annie.owens@wilmerhale.com
    1875 Pennsylvania Avenue, N.W.
2   Washington, D.C.  20006
    Telephone:  (202) 663-6000
3   Facsimile:  (202) 663-6363

4   *Attorneys for Defendants*
    *J. Stephen Tidwell and Barbara Walls*

5

6   */s/ Brian R. Michael*
    Brian R. Michael (as authorized July 25,
7   2011)

8   SCHEPER, KIM & HARRIS LLP
    David C. Scheper (SBN: 120174)
9   dscheper@scheperkim.com
    Angela Machala (SBN: 224496)
10  amachala@scheperkim.com
    601 W. Fifth Street, 12th Floor
11  Los Angeles, CA 90071-2025
    Telephone: (213) 613-4655
12  Facsimile: (213) 613-4656

13  *Attorneys for Defendants Pat Rose,*
    *Kevin Armstrong, and Paul Allen*

14

15  */s/ David C. Scheper*
    David C. Scheper (as authorized July 25,
16  2011)

17  Peter Bibring (SBN 223981)
    pbibring@aclu-sc.org
18  ACLU FOUNDATION OF
    SOUTHERN CALIFORNIA
19  1313 West Eighth Street
    Los Angeles, California 90017
20  Telephone: (213) 977-5236

21  COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS, CALIFORNIA
22
    HADSELL STORMER KEENY
23  RICHARDSON & RENICK LLP

24  *Attorney for Plaintiffs*

25  */s/ Peter Bibring*
    Peter Bibring (as authorized July 25,
26  2011)

27

28