TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal Bureau of Investigation,
Robert Mueller, and Steven M. Martinez*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM, <br><br>  Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br> Defendants. | No. SA CV 11-00301-CJC (VBKx) <br><br> **DECLARATION OF ANTHONY J. COPPOLINO RE: STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; REVISION TO BRIEFING AND HEARING SCHEDULE.** <br><br> Hon. Cormac J. Carney |

I, Anthony J. Coppolino, do hereby state and declare as follows:

1. I am Special Litigation Counsel, United States Department of Justice, Civil Division, Federal Programs Branch. I am counsel of record in this action for the Defendant Federal Bureau of Investigation ("FBI"), Defendant Robert Mueller, Director of the FBI, in his official capacity, and Defendant Steven M. Martinez,

Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity ("Government Defendants").

2. By Order dated July 22, 2011 (Dkt. 26), the Government Defendants' response to the Complaint is presently due on Tuesday, July 26, 2011. Today, I contacted counsel for the plaintiffs and individual capacity defendants requesting their consent to an extension of the Government Defendants' response date by one week—to August 1, 2011. Counsel for the individual capacity defendants and plaintiffs agreed to this request as set forth in the stipulation filed herewith, which seeks to extend all current filing and hearing dates by one week.

3. The Government Defendants seek this extension to provide the Attorney General of the United States a brief additional amount of time to personally review the Government's response to the Complaint before it is filed. I attended a meeting with the Attorney General today (July 25, 2011) to discuss the Government's response to the Complaint in this case. At this meeting, the Attorney General directed me to seek the requested extension from the Court. This case raises significant and complex issues, and the Attorney General is reviewing the Government Defendants' position in this case. The Attorney General will be on business travel for most of July 26, 2011 through Thursday, July 28, 2011. The Government Defendants have been working diligently on their response to the Complaint. However, the Attorney General requests additional time to review the matter beyond the current response date.

4. As indicated above, after my meeting with the Attorney General, I contacted counsel for the plaintiffs and individual capacity defendants, and they have agreed to stipulate to the additional time requested by the Government

---

DECLARATION OF ANTHONY J. COPPOLINO RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; REVISION TO BRIEFING AND HEARING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-1-

1  Defendants and to revise the current briefing and hearing schedule as set forth in
2  the stipulation.
3       I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO

Counsel for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez

---

DECLARATION OF ANTHONY J. COPPOLINO RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; REVISION TO BRIEFING AND HEARING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-2-