1  TONY WEST
   Assistant Attorney General
2  ANDRE BIROTTE, JR.
   United States Attorney
3  ANTHONY J. COPPOLINO
   tony.coppolino@usdoj.gov
4  U.S. Department of Justice
   Civil Division, Federal Programs Branch
5  20 Massachusetts Avenue, N.W.
   Washington, D.C. 20001
6  Telephone: (202) 514-4782
   *Attorneys for Defendants Federal Bureau of Investigation,*
7  *Robert Mueller, and Steven M. Martinez*

8  WILMER CUTLER PICKERING
       HALE AND DORR LLP
9  Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
10 P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
11 350 South Grand Avenue
   Los Angeles, California 90071
12 Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
13
   WILMER CUTLER PICKERING
14     HALE AND DORR LLP
   Howard M. Shapiro (admitted pro hac vice)
15 howard.shapiro@wilmerhale.com
   Carl J. Nichols (admitted pro hac vice)
16 carl.nichols@wilmerhale.com
   Annie L. Owens (admitted pro hac vice)
17 annie.owens@wilmerhale.com
   1875 Pennsylvania Avenue, N.W.
18 Washington, D.C. 20006
   Telephone: (202) 663-6000
19 Facsimile: (202) 663-6363
   *Attorneys for Defendants J. Stephen Tidwell*
20 *and Barbara Walls*

21 SCHEPER, KIM & HARRIS LLP
   David C. Scheper (SBN: 120174)
22 dscheper@scheperkim.com
   Angela Machala (SBN: 224496)
23 amachala@scheperkim.com
   601 W. Fifth Street, 12th Floor
24 Los Angeles, CA 90071-2025
   Telephone: (213) 613-4655
25 Facsimile: (213) 613-4656
   *Attorneys for Defendants Pat Rose,*
26 *Kevin Armstrong, and Paul Allen*

27

28 [PROPOSED] ORDER RE: EXTENSION OF TIME FOR   CASE NO. CV 11-00301-CJC (VBKx)
   DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
   COMPLAINT AND REVISION TO HEARING AND BRIEFING
   SCHEDULE

Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000 ex. 295

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER KEENY
RICHARDSON & RENICK LLP

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**[PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; REVISION TO BRIEFING AND HEARING SCHEDULE**<br><br>Hon. Cormac J. Carney |

This Court, having reviewed the parties' Stipulation Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint; Revision to Briefing and Hearing Schedule, filed on or about July 25, 2011, and for good cause shown, hereby ORDERS as follows:

---

[PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REVISION TO HEARING AND BRIEFING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

1      (1)    The time for DOJ to file its motion to dismiss shall be extended until August 1, 2011; the time for the individual-capacity defendants to file their motions to dismiss shall be extended until August 9, 2011; the time for plaintiffs to file opposition briefs to all defendants' motions shall be extended until October 14, 2011; and the time for all defendants to file their reply briefs shall be extended until October 28, 2011;

     (2)    The date for a hearing on all defendants' motions to dismiss shall be November 14, 2011 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REVISION TO HEARING AND BRIEFING SCHEDULE

CASE NO. CV 11-00301-CJC (VBKx)

-3-