TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Howard M. Shapiro (admitted pro hac vice)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted pro hac vice)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted pro hac vice)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
*Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
dscheper@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen*

[P̶r̶o̶p̶o̶s̶e̶d̶] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND REVISION TO HEARING AND BRIEFING SCHEDULE

CASE NO. SACV 11-00301-CJC (VBKX)

Peter Bibring (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000 ex. 295

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER KEENY
RICHARDSON & RENICK LLP

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>[~~PROPOSED~~] **ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; REVISION TO BRIEFING AND HEARING SCHEDULE**<br><br>Hon. Cormac J. Carney |

This Court, having reviewed the parties' Stipulation Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint; Revision to Briefing and Hearing Schedule, filed on or about July 25, 2011, and for good cause shown, hereby ORDERS as follows:

1	(1)	The time for DOJ to file its motion to dismiss shall be extended until August 1, 2011; the time for the individual-capacity defendants to file their motions to dismiss shall be extended until August 9, 2011; the time for plaintiffs to file opposition briefs to all defendants' motions shall be extended until October 14, 2011; and the time for all defendants to file their reply briefs shall be extended until October 28, 2011;

(2)	The date for a hearing on all defendants' motions to dismiss shall be November 14, 2011 at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 26, 2011	_____
	HON. CORMAC J. CARNEY
	UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Extension of Time For Defendants To Answer or Otherwise Respond to Complaint and revision to hearing and briefing schedule

Case No. SACV 11-00301-CJC (VBKx)

-3-