TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
E-mail: tony.coppolino@usdoj.gov
LYNN Y. LEE (SBN #235531)
E-mail: lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-305-0531
Facsimile: 202-616-8470
*Attorneys for Defendants*
*Sued in their Official Capacities*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*<br><br>          Defendants. | CASE: SA11-CV-00301 CJC (VBKx)<br><br>**GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF** *IN CAMERA, EX PARTE* **CLASSIFIED DECLARATION OF MARK F. GIULIANO, FEDERAL BUREAU OF INVESTIGATION**<br><br>Date: November 14, 2011<br>Time: 1:30 pm<br>Judge: Hon. Cormac J. Carney |

1

Defendants Federal Bureau of Investigation ("FBI"), Robert Mueller, Director of the FBI sued in his official capacity, and Steven Martinez, Assistant Director in Charge of the FBI Los Angeles Field Office, sued in his official capacity, hereby provide notice that the Classified Declaration of Mark F. Giuliano, Federal Bureau of Investigation, is being lodged with classified information security officers of the Department of Justice, Litigation Security Group, Security & Emergency Planning Staff, Washington, D.C., and will be made available on request for the Court's *in camera*, *ex parte* review.

Dated: August 1, 2011                               Respectfully Submitted,

                                                    TONY WEST
                                                    Assistant Attorney General

                                                    ANDRE BIROTTE, JR.
                                                    United States Attorney

                                                    VINCENT M. GARVEY
                                                    Deputy Director, Federal Programs Branch

                                                      */s/ Anthony J. Coppolino*
                                                    ANTHONY J. COPPOLINO
                                                    Special Litigation Counsel

                                                      */s/ Lynn Y. Lee*
                                                    Lynn Y. Lee (SBN #235531)
                                                    Trial Attorney
                                                    U.S. Department of Justice, Civil Division
                                                    Federal Programs Branch
                                                    Tel: (202) 305-0531
                                                    Fax: (202) 616-8470
                                                    E-mail: Lynn.Lee@usdoj.gov

                                                    *Attorneys for Defendants Sued in their Official Capacities*