TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
E-mail: tony.coppolino@usdoj.gov
LYNN Y. LEE (SBN #235531)
E-mail: lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-305-0531
Facsimile: 202-616-8470
*Attorneys for Defendants
Sued in their Official Capacities*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*<br><br>Defendants. | CASE: SA11-CV-00301 CJC (VBKx)<br><br>**GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF** *IN CAMERA, EX PARTE* **CLASSIFIED SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**<br><br>Date: November 14, 2011<br>Time: 1:30 pm<br>Judge: Hon. Cormac J. Carney |

1

Defendants Federal Bureau of Investigation ("FBI"), Robert Mueller, Director of the FBI sued in his official capacity, and Steven Martinez, Assistant Director in Charge of the FBI Los Angeles Field Office, sued in his official capacity, hereby provide notice that the Classified Supplemental Memorandum in Support of the Government Defendants' Motion to Dismiss and for Summary Judgment is being lodged with classified information security officers of the Department of Justice, Litigation Security Group, Security & Emergency Planning Staff, Washington, D.C., and will be made available on request for the Court's *in camera*, *ex parte* review.

Dated: August 1, 2011                                Respectfully Submitted,

                                                     TONY WEST
                                                     Assistant Attorney General

                                                     ANDRE BIROTTE, JR.
                                                     United States Attorney

                                                     VINCENT M. GARVEY
                                                     Deputy Director, Federal Programs Branch

                                                       */s/ Anthony J. Coppolino*
                                                     ANTHONY J. COPPOLINO
                                                     Special Litigation Counsel

                                                       */s/ Lynn Y. Lee*
                                                     Lynn Y. Lee (SBN #235531)
                                                     Trial Attorney
                                                     U.S. Department of Justice, Civil Division
                                                     Federal Programs Branch
                                                     Tel: (202) 305-0531
                                                     Fax: (202) 616-8470
                                                     E-mail: Lynn.Lee@usdoj.gov

                                                     *Attorneys for Defendants Sued in their Official Capacities*