1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*<br>    Defendants. | CASE: SA11-CV-00301 CJC (VBKx)<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS'** *EX PARTE* **APPLICATION TO STAY REVIEW OF GOVERNMENT DEFENDANTS'** *IN CAMERA* **FILINGS** |

# ORDER

For good cause shown, the Court hereby **GRANTS** Plaintiffs' *ex parte* application. The Court will stay its review of the *ex parte*, *in camera* submissions by defendants FBI, Mueller and Martinez ("Government Defendants") in support of their motion to dismiss the complaint and for summary judgment, *see* Government Defendants' Notice of Lodging of *In Camera*, *Ex Parte* Classified Declaration of Mark F. Giuliano, Federal Bureau of Investigation, Dkt. No. 35 (filed Aug. 1, 2011), *and* Government Defendants' Notice of Lodging of *In Camera*, *Ex Parte* Classified Supplemental Memorandum in Support of Motion to Dismiss and For Summary Judgment, Dkt. No. 36 (filed Aug. 1, 2011), until it has had the opportunity to review Plaintiffs' opposition to the Government Defendants' motion and to consider their arguments as to whether the state secrets doctrine properly can be invoked in this case.

**IT IS SO ORDERED.**

Dated: _____

                                                  Hon. Cormac J. Carney
                                                  United States District Judge

Submitted by:
By:  Peter Bibring
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Attorneys for Plaintiffs