**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
amachala@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendants
Pat Rose, Kevin Armstrong and Paul Allen**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM, <br><br>Plaintiffs, <br><br>v. <br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN;, <br><br>Defendants. | **CASE NO. SACV 11-00301 CJC(VBKx)** <br><br>**NOTICE OF JOINDER BY DEFENDANTS PAT ROSE, KEVIN ARMSTRONG AND PAUL ALLEN TO GOVERNMENT DEFENDANTS' RESPONSE TO PLAINTIFFS' *EX PARTE* APPLICATION** <br><br>**Court:** Hon. Cormac J. Carney |

NOTICE OF JOINDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Rose, Armstrong and Allen hereby join in the *Government Defendants' Response to Plaintiffs' Ex Parte Application* (Docket No. 43) because the arguments raised therein apply with equal force to Defendants Rose, Armstrong and Allen.

DATED: August 10, 2011         Respectfully submitted,

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE
ANGELA M. MACHALA


By:     /s/
    Alexander H. Cote
    Attorneys for Defendants Pat Rose, Kevin Armstrong and Paul Allen