**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
amachala@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendants**
**Pat Rose, Kevin Armstrong and Paul**
**Allen**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN;,<br><br>Defendants. | **CASE NO.**<br>**SACV 11-00301 CJC(VBKx)**<br><br>**NOTICE OF ERRATA**<br><br>**Court:** Hon. Cormac J. Carney |

1    Defendants Pat Rose, Kevin Armstrong and Paul Allen hereby submit a

2  Notice of Errata for the Motion to Dismiss Plaintiffs' Class Action Complaint filed

3  August 9, 2011, (Docket No. 41).  Due to a pagination error, the motion begins at

4  page 5 as opposed to page 1.

5    Attached hereto as Exhibit 1 is the Corrected Notice of Motion and Motion by

6  Defendants Pat Rose, Kevin Armstrong and Paul Allen To Dismiss Plaintiff's Class

7  Action Complaint.

8

9  DATED: August 11, 2011          Respectfully submitted,

10                                SCHEPER KIM & HARRIS LLP
11                                DAVID C.  SCHEPER
                                  ALEXANDER H.  COTE
12                                ANGELA M.  MACHALA

13

14

15                                By:  _____/s/_____
16                                     Angela M. Machala
                                       Attorneys for Defendants Pat Rose, Kevin
17                                     Armstrong and Paul Allen

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA