UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-00301-CJC(VBKx)            Date: August 11, 2011

Title: YASSIR FAZAGA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION** [filed 08/04/2011]

      Plaintiffs' *ex parte* application is DENIED. The Court needs to consider the Government's classified submissions in order to conduct a "searching judicial review" of the basis for and merits of the Government's assertion of the state secrets privilege. *See, e.g., Mohamed v. Jeppesen Dataplan, Inc.*, 614 F.3d 1070, 1085–86, 1093 (9th Cir. 2010) (en banc) (noting that under *United States v. Reynolds*, courts have an obligation to review the government's assertion of the state secrets privilege "with a very careful, indeed a skeptical eye" and holding that government's valid assertion of the *Reynolds* privilege warranted dismissal of foreign nationals' action). There is no legal bar to the Court's review of the classified submissions, *see id.* at 1086, and the Court is confident that its independent evaluation of the Government's assertion of the state secrets privilege will not be compromised by the contents of those submissions.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                                    Initials of Deputy Clerk MU