ACLU FOUNDATION OF
    SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
    pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS, CALIFORNIA
HADSELL STORMER KEENY
    RICHARDSON & RENICK LLP
Attorneys for Plaintiffs

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
    brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
    patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
Attorneys for Defendants J. Stephen Tidwell
    and Barbara Walls

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
    dscheper@scheperkim.com
Angela Machala (SBN: 224496)
    amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
Attorneys for Defendants Pat Rose,
    Kevin Armstrong, and Paul Allen

TONY WEST, Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO
    tony.coppolino@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
Attorneys for Defendants Federal Bureau of Investigation,
    Robert Mueller, and Steven M. Martinez

---

STIPULATION FOR AN EXTENSION OF TIME                    CASE NO. CV 11-00301-CJC (VBKX)
TO FILE PLAINTIFFS' AMENDED COMPLAINT
AND BRIEFING SCHEDULE

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' AMENDED COMPLAINT AND BRIEFING SCHEDULE** |

### STIPULATION FOR AN EXTENSION OF TIME FOR BREIFING OF PLAINTIFFS' AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, between Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim, by and through their counsel of record; and Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, by and through their counsel of record, as follows:

1.   The Complaint in this action was served on Defendant FBI and Defendants Robert Mueller and Steven M. Martinez, who are sued in their official capacity (collectively, the "official-capacity Defendants"), on March 3, 2011, and their response was originally due May 2, 2011;

2.   Defendant J. Stephen Tidwell, who is sued in his individual capacity, waived service of the Complaint, and his response was originally due May 2, 2011;

3.   On April 8, 2011, Plaintiffs served the Complaint on Defendants

Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, who are sued in their individual capacities, and their response was originally due June 7, 2011;

4. On April 20, 2011, in order to consolidate Defendants' respective response dates, this Court entered a stipulated order granting Defendants FBI, Robert Mueller, Steven M. Martinez, and J. Stephen Tidwell an extension of time to serve responsive pleadings until June 7, 2011;

5. On May 31, 2011, this Court entered an order granting the parties' Stipulation Re: Extension of Time to Answer or Otherwise Respond to Complaint and Briefing Schedule, ordering that the time for all Defendants to answer or otherwise respond to the Complaint including through dispositive motions shall be extended until July 22, 2011; that the date for Plaintiffs to file opposition briefs to any dispositive motions filed by the Defendants shall be on or before September 19, 2011; that the date for Defendants to file reply briefs in connection with any dispositive motions they may file shall be on or before October 3, 2011; and that the date for a hearing on any dispositive motions shall be October 17, 2011 at 1:30 p.m.;

6. On July 20, 2011, this Court entered an Order granting the parties' Stipulation Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint and Request for Extension of Page Limits, ordering that the time for the U.S. Department of Justice (DOJ), on behalf of Defendant FBI and official-capacity Defendants Robert Mueller and Steven M. Martinez, to file its contemplated motion to dismiss shall be extended until July 26, 2011; the time for individual-capacity Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen to file their motions to dismiss be extended until August 2, 2011; that the time for Plaintiffs to file opposition briefs to all Defendants' motions shall be extended until October 7, 2011; that the time for all Defendants to file their reply briefs shall be extended until October 21, 2011; that

the date for a hearing on all Defendants' motions to dismiss shall be November 7, 2011 at 1:30 p.m.; that the time for Plaintiffs to amend their Complaint pursuant to Fed.R.Civ.P 15(a)(1)(B) as to all Defendants shall be 21 days from the date the individual-capacity Defendants file their motions to dismiss; and that the parties' briefs in support of or in opposition to Defendants' motions to dismiss shall not exceed 35 pages.

7. On July 26, 2011, this Court entered an order Stipulation Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint; Revision to Briefing and Hearing Schedule, filed on or about July 25, 2011 ordering that the time for DOJ to file its motion to dismiss shall be extended until August 1, 2011; the time for the individual-capacity defendants to file their motions to dismiss shall be extended until August 9, 2011; the time for plaintiffs to file opposition briefs to all defendants' motions shall be extended until October 14, 2011; and the time for all defendants to file their reply briefs shall be extended until October 28, 2011; and that the date for a hearing on all defendants' motions to dismiss shall be November 14, 2011 at 1:30 p.m.

8. The FBI and official capacity defendants filed a motion to dismiss and for summary judgment on August 1, 2011. The individual capacity defendants filed motions to dismiss on August 9, 2011.

9. Plaintiffs anticipate that they will amend the Complaint in light of Defendants' Motions to Dismiss. However, due to the various extensions that were granted, and in particular the last extension, granted on July 26, 2011, that extended by one week the time for the individual-capacity Defendants to file their motions to dismiss, Plaintiffs' deadline to amend the complaint as of right pursuant to Fed.R.Civ.P 15(a)(1)(B) now falls on August 30, 2011, the day after Plaintiffs' lead counsel against the individual capacity defendants, Peter Bibring, returns from vacation.

STIPULATION FOR AN EXTENSION OF TIME  CASE NO. CV 11-00301-CJC (VBKX)
TO FILE PLAINTIFFS' AMENDED COMPLAINT
AND BRIEFING SCHEDULE

4

Therefore, in order to provide Plaintiffs with sufficient time to amend their complaint as of right, and sufficient time for all defendants to review the amended complaint and respond thereto, including through the submission of renewed dispositive motions, the parties stipulate and agree as follows:

a) That in order for the Plaintiffs to be provided sufficient time to amend their complaint as of right, the parties have agreed that is it necessary and proper for the Plaintiffs to be granted leave beyond the 21 days provided by Fed.R.Civ.P 15(a)(1)(B) to amend their complaint. The parties have agreed that the Plaintiffs shall be permitted to submit amendments as of right to the Complaint by September 13, 2011.

b) That the Defendants, pursuant to Fed.R.Civ.P 15(a)(3), shall be permitted additional time to respond to the Plaintiffs' amended complaint.

c) That the parties request that the remainder of the schedule for briefing the motions to dismiss in this case be adjusted as follows:

   1. Plaintiffs' First Amended Complaint shall be due on September 13, 2011;
   2. The FBI and Official Capacity Defendants' response to the First Amended Complaint shall be due on October 14, 2011;
   3. The Individual Capacity Defendants' response to the First Amended Complaint shall be due on October 21, 2011;
   4. Plaintiffs' oppositions to any dispositive motions filed by the defendants shall be due on December 2, 2011;
   5. Defendants' respective replies to plaintiffs' oppositions shall be due on December 16, 2011;
   6. A hearing on pending dispositive motions shall be held on January 9, 2012, or at such other time as the Court makes available.

\\\

\\\

1 | It is so stipulated.

3 | Dated: August 29, 2011

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
   pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK LLP

*Attorneys for Plaintiffs*

/s/ Peter Bibring
Peter Bibring

WILMER CUTLER PICKERING HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

/s/ P. Patty Li
P. Patty Li (as authorized 8-29-11)

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
   dscheper@scheperkim.com
Angela Machala (SBN: 224496)
   amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

*Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen*

/s/ Angela Machala
Angela Machala (as authorized 8-29-11)

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
   tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W. Rm 6102
Washington, D.C. 20001
Telephone: (202) 514-4782

*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

/s/ Anthony J. Coppolino
Anthony J. Coppolino (as authorized 8-29-11)

STIPULATION FOR AN EXTENSION OF TIME   CASE NO. CV 11-00301-CJC (VBKX)
TO FILE PLAINTIFFS' AMENDED COMPLAINT
AND BRIEFING SCHEDULE

7