1  ACLU FOUNDATION OF
       SOUTHERN CALIFORNIA
2  Peter Bibring (SBN 223981)
       pbibring@aclu-sc.org
3  1313 West Eighth Street
4  Los Angeles, California 90017
   Telephone: (213) 977-5000
5  COUNCIL ON AMERICAN-ISLAMIC
       RELATIONS, CALIFORNIA
6  HADSELL STORMER KEENY
7      RICHARDSON & RENICK LLP
   Attorneys for Plaintiffs
8  WILMER CUTLER PICKERING
9      HALE AND DORR LLP
   Brian R. Michael (SBN: 240560)
10     brian.michael@wilmerhale.com
   P. Patty Li (SBN: 266937)
11     patty.li@wilmerhale.com
12 350 South Grand Avenue
   Los Angeles, California 90071
13 Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
14 Attorneys for Defendants J. Stephen Tidwell
15     and Barbara Walls

16 SCHEPER, KIM & HARRIS LLP
   David C. Scheper (SBN: 120174)
17     dscheper@scheperkim.com
   Angela Machala (SBN: 224496)
18     amachala@scheperkim.com
   601 W. Fifth Street, 12th Floor
19 Los Angeles, CA 90071-2025
   Telephone: (213) 613-4655
20 Facsimile: (213) 613-4656
21 Attorneys for Defendants Pat Rose,
       Kevin Armstrong, and Paul Allen
22
23 TONY WEST, Assistant Attorney General
   ANDRE BIROTTE, JR., United States Attorney
24 ANTHONY J. COPPOLINO
       tony.coppolino@usdoj.gov
25 U.S. Department of Justice, Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, N.W.
26 Washington, D.C. 20001
   Telephone: (202) 514-4782
27 Attorneys for Defendants Federal Bureau of Investigation,
28     Robert Mueller, and Steven M. Martinez

[PROPOSED] ORDER EXTENDING TIME                          CASE NO. CV 11-00301-CJC (VBKX)
FOR LEAVE TO FILE PLAINTIFFS'
AMENDED COMPLAINT

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFFS' AMENDED COMPLAINT AND BRIEFING SCHEDULE** |

This Court, having reviewed the parties' stipulation for an extension of time for the filing of plaintiffs' Amended Complaint and briefing schedule, filed on or about August 29, 2011, hereby ORDERS that the schedule for filing of the Plaintiffs' First Amended Complaint and any dispositive motions challenging the First Amended Complaint shall be as follows:

1. Plaintiffs' First Amended Complaint shall be due on September 13, 2011;
2. The FBI and Official Capacity Defendants' response to the First Amended Complaint shall be due on October 14, 2011;
3. The Individual Capacity Defendants' response to the First Amended Complaint shall be due on October 21, 2011;
4. Plaintiffs' oppositions to any dispositive motions filed by the defendants shall be due on December 2, 2011;
5. Defendants' respective replies to plaintiffs' oppositions shall be due on December 16, 2011;
6. A hearing on pending dispositive motions shall be held on _____, 2012.

IT IS SO ORDERED.

Dated: _____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE