ACLU FOUNDATION OF
   SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
   pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
   RELATIONS, CALIFORNIA
HADSELL STORMER KEENY
   RICHARDSON & RENICK LLP
Attorneys for Plaintiffs

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
Attorneys for Defendants J. Stephen Tidwell
   and Barbara Walls

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
   dscheper@scheperkim.com
Angela Machala (SBN: 224496)
   amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
Attorneys for Defendants Pat Rose,
   Kevin Armstrong, and Paul Allen

TONY WEST, Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO
   tony.coppolino@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
Attorneys for Defendants Federal Bureau of Investigation,
   Robert Mueller, and Steven M. Martinez

| [PROPOSED] ORDER EXTENDING TIME FOR LEAVE TO FILE PLAINTIFFS' AMENDED COMPLAINT | CASE NO. SACV 11-00301-CJC (VBKX) |
|---|---|

1

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **CENTRAL DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFFS' AMENDED COMPLAINT AND BRIEFING SCHEDULE** |

This Court, having reviewed the parties' stipulation for an extension of time for the filing of plaintiffs' Amended Complaint and briefing schedule, filed on or about August 29, 2011, hereby ORDERS that the schedule for filing of the Plaintiffs' First Amended Complaint and any dispositive motions challenging the First Amended Complaint shall be as follows:

1. Plaintiffs' First Amended Complaint shall be due on September 13, 2011;
2. The FBI and Official Capacity Defendants' response to the First Amended Complaint shall be due on October 14, 2011;
3. The Individual Capacity Defendants' response to the First Amended Complaint shall be due on October 21, 2011;
4. Plaintiffs' oppositions to any dispositive motions filed by the defendants shall be due on December 2, 2011;
5. Defendants' respective replies to plaintiffs' oppositions shall be due on December 16, 2011;
6. A hearing on pending dispositive motions shall be held on January 9, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: August 29, 2011                    _____
                                          HON. CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE