Name & Address: Peter Bibring, Jennie Pasquarella, Ahilan Arulanantham, ACLU FOUNDATION OF SOUTHERN CALIFORNIA, 1313 West Eighth St., Los Angeles, California 90017
Continued on Attachment

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM<br><br>PLAINTIFF(S)<br>v.<br>FEDERAL BUREAU OF INVESTIGATION;<br>Continued on Attachment<br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 11-00301 CJC (VBKx)<br><br>SUMMONS |

TO: DEFENDANT(S): United States of America

A lawsuit has been filed against you.

**FOR OFFICE USE ONLY**

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ __First__ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Peter Bibring__, whose address is __ACLU Foundation of Southern California, 1313 W. Eighth St., Los Angeles, CA 90017__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 14 2011

Dated: _____

Clerk, U.S. District Court

By: __ROLLS ROYCE PASCHAL__
Deputy Clerk

(Seal of the Court)

1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

CV-01A (12/07)  SUMMONS

ORIGINAL    BY FAX

## ATTACHMENT TO SUMMONS

**Additional Plaintiff's Attorneys:**

FOR OFFICE USE ONLY

Ameena Mirza Qazi (SBN 250404)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California 92801

Dan Stormer (SBN 101967)
Joshua Piovia-Scott (SBN 22364)
Reem Salahi (SBN 259711)
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103

**Defendants continued:**

UNITED STATES OF AMERICA; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN; Does 1-20

FOR OFFICE USE ONLY

FOR OFFICE USE ONLY