Peter Bibring (SBN 223981)
  pbibring@aclu-sc.org
Ahilan T. Arulanantham (SBN 237841)
  aarulanantham@aclu-sc.org
Jennifer L. Pasquarella (SBN 263241)
  jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Ameena Mirza Qazi (SBN 250404)
  aqazi@cair.com
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California 92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Attorneys for Plaintiffs
Continued on next page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; UNITED STATES OF AMERICA; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. | CASE NO.: SA CV 11-00301 CJC (VBKx)<br><br>**PROOF OF SERVICE OF MAILING OF FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Additional Plaintiffs' Attorneys:

Dan Stormer (SBN 101967)
  dstormer@hadsellstormer.com
Joshua Piovia-Scott (SBN 22364)
  jps@hskrr.com
Reem Salahi (SBN 259711)
  reem@hskrr.com
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West 8th Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On September 13, 2011, I served the foregoing document:

## FIRST AMENDED COMPLAINT

on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Brian R. Michael
Patty Li
Katie Moran
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

Howard M. Shapiro
Carl J. Nichols
Annie Owens
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

David C. Scheper
Alexander H. Cote
Angela M. Machala
SCHEPER KIM & HARRIS LLP
601 West 5th Street, 12th Floor
Los Angeles, CA 90071

Anthony J. Coppolino
US DOJ, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001

BY U.S. MAIL: I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, in the United States mail at Los Angeles, California.

Executed on September 13, 2011, at Los Angeles, California.

_____
Geneva Tien