| | |
|---|---|
| 1 | TONY WEST, Assistant Attorney General |
| 2 | ANDRE BIROTTE, JR., United States Attorney |
| | ANTHONY J. COPPOLINO, Special Litigation Counsel |
| 3 |     tony.coppolino@usdoj.gov |
| | U.S. Department of Justice, Civil Division, Federal Programs Branch |
| 4 | 20 Massachusetts Avenue, N.W. |
| | Washington, D.C. 20001 |
| 5 | Telephone: (202) 514-4782 |
| |   *Attorneys for Defendants Federal Bureau of Investigation,* |
| 6 |   *Robert Mueller, and Steven M. Martinez* |
| 7 | |
| | STEPHEN E. HANDLER, Senior Trial Counsel |
| 8 |     stephen.handler@usdoj,gov |
| | U.S. Department of Justice, Civil Division, Torts Branch |
| 9 | 1331 Pennsylvania Avenue N.W., Rm 8070N |
| | Washington, D.C. 20530 |
| 10 | Telephone: (202) 616-4279 |
| 11 |   *Attorney for the United States* |
| 12 | ACLU FOUNDATION OF |
| |   SOUTHERN CALIFORNIA |
| 13 | Peter Bibring (SBN 223981) |
| 14 |     pbibring@aclu-sc.org |
| | 1313 West Eighth Street |
| 15 | Los Angeles, California 90017 |
| | Telephone: (213) 977-5000 |
| 16 | COUNCIL ON AMERICAN-ISLAMIC |
| 17 |   RELATIONS, CALIFORNIA |
| | HADSELL STORMER KEENY |
| 18 |   RICHARDSON & RENICK LLP |
| | *Attorneys for Plaintiffs* |
| 19 | |
| | WILMER CUTLER PICKERING |
| 20 |   HALE AND DORR LLP |
| | Brian R. Michael (SBN: 240560) |
| 21 |     brian.michael@wilmerhale.com |
| 22 | P. Patty Li (SBN: 266937) |
| |     patty.li@wilmerhale.com |
| 23 | 350 South Grand Avenue |
| | Los Angeles, California 90071 |
| 24 | Telephone: (213) 443-5300 |
| | Facsimile: (213) 443-5400 |
| 25 | *Attorneys for Defendants J. Stephen Tidwell* |
| 26 |   *and Barbara Walls* |
| 27 | |
| 28 | |

STIPULATION FOR AN EXTENSION OF TIME    CASE NO. CV 11-00301-CJC (VBKX)
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
AND BRIEFING SCHEDULE; PAGE EXTENSION

```
 1  SCHEPER, KIM & HARRIS LLP
    David C. Scheper (SBN: 120174)
 2     dscheper@scheperkim.com
    Angela Machala (SBN: 224496)
 3     amachala@scheperkim.com
    601 W. Fifth Street, 12th Floor
 4  Los Angeles, CA 90071-2025
    Telephone: (213) 613-4655
 5  Facsimile: (213) 613-4656
 6  Attorneys for Defendants Pat Rose,
       Kevin Armstrong, and Paul Allen
 7
```

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.,*<br><br>Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE; PAGE LIMIT EXTENSION** |

**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE; PAGE LIMIT EXTENSION**

<u>INTRODUCTION</u>

On September 13, 2011, plaintiffs filed their First Amended Complaint (FAC) in this action. *See* Dkt. 49. As set forth further below, the Amended Complaint adds a cause of action raising four claims under the Federal Tort Claims Act against the United States of America. *See* FAC at 67-68, Eleventh Cause of Action. As a result, new counsel for the U.S. Department of Justice, Civil Division, Torts Branch, has been assigned to represent Defendant United States in

connection with the FTCA claims. Through this stipulation, Defendant United States requests, and all parties have agreed to, a revision in the current schedule to allow additional time for the United States to respond to the FTCA claims. Under this stipulation, the date on which the United States and other Government Defendants (the FBI and Defendants Muller and Martinez sued only in their official capacities) must respond to the FAC would be extended by three weeks-- from October 14, 2011 under the current schedule to November 4, 2011. This stipulation also provides for a corresponding extension in the date on which the individual capacity defendants must respond to the FAC and revises the current schedule for the completion of briefing on any dispositive motions filed by the defendants as well the date for a hearing on those motions.

As also set forth below, the Government Defendants request that the 35-page limit previously approved by the Court for briefing on their initial dispositive motion be extended by an additional 20 pages to accommodate briefing on the new FTCA claims. Under this extension, all Government Defendants (the United States, the FBI, and Defendants Mueller and Martinez sued only in their official capacities) would have up to 55 pages for a combined brief in support of a dispositive motion in response to the First Amended Complaint. Plaintiffs have agreed to this requested page extension on the condition that they be granted an equal number of pages for their brief in opposition to the Government Defendants' combined brief in support of a dispositive motion.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, between Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim, by and through their counsel of record; and Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles

STIPULATION FOR AN EXTENSION OF TIME   CASE NO. CV 11-00301-CJC (VBKX)
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
AND BRIEFING SCHEDULE; PAGE EXTENSION

3

Division, in his official capacity; Defendant United States of America; and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, by and through their counsel of record, as follows:

1. The Complaint in this action was served on Defendant FBI and Defendants Robert Mueller and Steven M. Martinez, who are sued in their official capacity (the "Official-Capacity Defendants"), on March 3, 2011, and their response was originally due May 2, 2011;

2. Defendant J. Stephen Tidwell, who is sued in his individual capacity, waived service of the Complaint, and his response was originally due May 2, 2011;

3. On April 8, 2011, Plaintiffs served the Complaint on Defendants Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, who are sued in their individual capacities, and their response was originally due June 7, 2011;

4. On April 20, 2011, in order to consolidate Defendants' respective response dates, this Court entered a stipulated order granting Defendants FBI, Robert Mueller, Steven M. Martinez, and J. Stephen Tidwell an extension of time to serve responsive pleadings until June 7, 2011;

5. On May 31, 2011, this Court entered an order granting the parties' Stipulation Re: Extension of Time to Answer or Otherwise Respond to Complaint and Briefing Schedule, ordering that the time for all Defendants to answer or otherwise respond to the Complaint including through dispositive motions shall be extended until July 22, 2011; that the date for Plaintiffs to file opposition briefs to any dispositive motions filed by the Defendants shall be on or before September 19, 2011; that the date for Defendants to file reply briefs in connection with any dispositive motions they may file shall be on or before October 3, 2011; and that the date for a hearing on any dispositive motions shall be October 17, 2011 at 1:30 p.m..

6. On July 20, 2011, this Court entered an Order granting the parties'

Stipulation Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint and Request for Extension of Page Limits, ordering that the time for the U.S. Department of Justice (DOJ), on behalf of Defendant FBI and official-capacity Defendants Robert Mueller and Steven M. Martinez, to file its contemplated motion to dismiss shall be extended until July 26, 2011; the time for individual-capacity Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen to file their motions to dismiss be extended until August 2, 2011; that the time for Plaintiffs to file opposition briefs to all Defendants' motions shall be extended until October 7, 2011; that the time for all Defendants to file their reply briefs shall be extended until October 21, 2011; that the date for a hearing on all Defendants' motions to dismiss shall be November 7, 2011 at 1:30 p.m.; that the time for Plaintiffs to amend their Complaint pursuant to Fed. R. Civ. P 15(a)(1)(B) as to all Defendants shall be 21 days from the date the individual-capacity Defendants file their motions to dismiss; and that the parties' briefs in support of or in opposition to Defendants' motions to dismiss shall not exceed 35 pages.

7. On July 26, 2011, this Court entered an Order Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint; Revision to Briefing and Hearing Schedule, filed on or about July 25, 2011, which provided that the time for DOJ to file its motion to dismiss shall be extended until August 1, 2011; the time for the individual-capacity defendants to file their motions to dismiss shall be extended until August 9, 2011; the time for plaintiffs to file opposition briefs to all defendants' motions shall be extended until October 14, 2011; and the time for all defendants to file their reply briefs shall be extended until October 28, 2011; and that the date for a hearing on all defendants' motions to dismiss shall be November 14, 2011 at 1:30 p.m.

8. On August 1, 2011, the FBI and Official Capacity Defendants Mueller

1 and Martinez filed a motion to dismiss and for summary judgment.  On August 9,
2 2011, the individual capacity defendants filed their own motions to dismiss.
3   9. On August 29, 2011, this Court entered a further order revising the
4 schedule pursuant to a stipulation filed on that date.  *See* Dkts. 47 and 48.  The
5 Court's order extended the Plaintiffs' deadline to amend the complaint as of right
6 pursuant to Fed.R.Civ.P 15(a)(1)(B) from August 30, 2011 to September 13, 2011,
7 and established a further schedule for briefing and hearing any dispositive motions
8 challenging the First Amended Complaint under which the FBI and Official
9 Capacity Defendants' response to the First Amended Complaint shall be due on
10 October 14, 2011; the Individual Capacity Defendants' response to the First
11 Amended Complaint shall be due on October 21, 2011; Plaintiffs' oppositions to
12 any dispositive motions filed by the defendants shall be due on December 2, 2011;
13 Defendants' respective replies to plaintiffs' oppositions shall be due on December
14 16, 2011; and that a hearing on pending dispositive motions shall be held on
15 January 9, 2012 at 1:30 pm.  *See* Dkt. 48.
16   10. On September 13, 2011, Plaintiffs filed their First Amended
17 Complaint (FAC).  *See* Dkt. 49.
18   11. Plaintiffs' Amended Complaint adds a new cause of action raising
19 four claims against the United States pursuant to the Federal Torts Claim Act
20 (FTCA), 28 U.S.C. §§1346(b), 2671 *et seq*.  *See* FAC at 67-68, Eleventh Cause of
21 Action.  New counsel for the U.S. Department of Justice, Civil Division, Torts
22 Branch, has been assigned to represent Defendant United States in connection with
23 the FTCA claims.
24   12. Through this stipulation, Defendant United States requests, and all
25 parties have agreed to, a revision in the current schedule to allow additional time
26 for the United States to respond to the FTCA claims in the FAC.  Under this
27 stipulation, the date on which the United States and other Government Defendants
28

STIPULATION FOR AN EXTENSION OF TIME    CASE NO. CV 11-00301-CJC (VBKX)
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
AND BRIEFING SCHEDULE; PAGE EXTENSION

(the FBI and Defendants Muller and Martinez sued only in their official capacities) must respond to the FAC would be extended by three weeks--from October 14, 2011 under the current schedule to November 4, 2011.  This stipulation also provides for a corresponding extension in the date on which the individual capacity defendants must respond to the FAC and revises the current schedule for the completion of briefing on any dispositive motions filed by the defendants as well the date for a hearing on those motions.  The revised schedule would be as follows:

1. The combined response of Defendant FBI and the Official Capacity Defendants (Mueller and Martinez) and of Defendant United States of America to the First Amended Complaint shall be due on November 4, 2011;
2. The Individual Capacity Defendants' response to the First Amended Complaint shall be due on November 11, 2011;
3. Plaintiffs' oppositions to any dispositive motions filed by the defendants shall be due on December 23, 2011;
4. Defendants' respective replies to plaintiffs' oppositions shall be due on January 13, 2012;
5. A hearing on pending dispositive motions shall be held on [January 30, 2012] or at such other time as the Court makes available.

13.   In addition, the Government Defendants request that the 35-page limit previously approved by the Court for briefing on their initial dispositive motion be extended by an additional 20 pages to accommodate briefing on the new FTCA claims.  Under this extension, all Government Defendants (the United States, the FBI, and Defendants Mueller and Martinez sued only in their official capacities) would have up to 55 pages for a combined brief in support of a dispositive motion in response to the First Amended Complaint.  Plaintiffs have agreed to this requested page extension on the condition that they be granted an equal number of

STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND BRIEFING SCHEDULE; PAGE EXTENSION   CASE NO. CV 11-00301-CJC (VBKX)

7

pages for their brief in opposition to the Government Defendants' combined brief in support of a dispositive motion.

\\\

It is so stipulated. A proposed order is attached hereto.

Dated: September 30, 2011

>TONY WEST
>Assistant Attorney General
>ANDRE BIROTTE, JR.
>United States Attorney
>ANTHONY J. COPPOLINO
>   tony.coppolino@usdoj.gov
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave N.W. Rm 6102
>Washington, D.C. 20001
>Telephone: (202) 514-4782
>
>*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*
>
>/s/ Anthony J. Coppolino
>Anthony J. Coppolino
>
>STEPHEN E. HANDLER
>Senior Trial Counsel
>   stephen.handler@usdoj,gov
>U.S. Department of Justice
>Civil Division, Torts Branch
>1331 Pennsylvania Avenue N.W. Rm 8070N
>Washington, D.C. 20530
>Telephone: (202) 616-4279
>
>*Attorney for Defendant the United States*
>
>/s/ Stephen E. Handler
>Stephen E. Handler (as authorized 9-30-11)

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
   pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK LLP

*Attorneys for Plaintiffs*

<u>/s/ Peter Bibring</u>
Peter Bibring (as authorized 9-30-11)

WILMER CUTLER PICKERING HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

<u>/s/ Brian R. Michael</u>
Brian R. Michael (as authorized 9-30-11)

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
   dscheper@scheperkim.com
Angela Machala (SBN: 224496)
   amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND BRIEFING SCHEDULE; PAGE EXTENSION     CASE NO. CV 11-00301-CJC (VBKX)

9

*Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen*

<u>/s/ David C. Scheper</u>
David C. Scheper (as authorized 9-30-11)