SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
  dscheper@scheperkim.com
Angela Machala (SBN: 224496)
  amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendants Pat Rose,*
   *Kevin Armstrong, and Paul Allen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE; PAGE LIMIT EXTENSION |

This Court, having reviewed the parties' stipulation for an extension of time for the filing of defendants' response to plaintiffs' First Amended Complaint and briefing schedule, filed on or about September 30, 2011, hereby ORDERS that the schedule for filing responses to the Plaintiffs' First Amended Complaint and any dispositive motions challenging the First Amended Complaint shall be as follows:

1. The combined response of Defendant FBI and the Official Capacity Defendants (Mueller and Martinez) and Defendant United States of America to the First Amended Complaint shall be due on November 4, 2011;

2. The Individual Capacity Defendants' response to the First Amended Complaint shall be due on November 11, 2011;

3. Plaintiffs' oppositions to any dispositive motions filed by the defendants shall be due on December 23, 2011;

4. Defendants' respective replies to plaintiffs' oppositions shall be due on January 13, 2012;

5. A hearing on pending dispositive motions shall be held on [January 30, 2012] at 1:30 p.m. or at such other time as the Court makes available.

The Court FURTHER ORDERS THAT all Government Defendants (the United States, the FBI, and Defendants Mueller and Martinez sued only in their official capacities) may have up to 55 pages for a combined brief in support of a dispositive motion in response to the First Amended Complaint and that Plaintiffs may have an equal number of pages for their brief in opposition to the Government Defendants' combined brief in support of a dispositive motion.

IT IS SO ORDERED.

Dated: 10/3/11

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; PAGE EXTENSION

CASE NO. CV 11-00301-CJC (VBKX)

3