| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PETER BIBRING, Bar #223981<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 WEST EIGHTH STREET<br>LOS ANGELES, CA 90017 | | | | |
| Telephone No: 213-977-9500    FAX No: 213-250-3919 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: YASSIR FAZAGA, ET AL.
Defendant: FEDERAL BUREAU OF INVESTIGATION, ET AL.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV11-00301 CJC (VBKX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; FIRST AMENDED COMPLAINT; NOTICE OF RELATED CASES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05; NOTICE OF INTERESTED PARTIES.

3. a. Party served:                    UNITED STATES OF AMERICA
   b. Person served:                   PAT MYLES, CLERK AUTHORIZED TO ACCEPT SERVICE, SERVED
                                       UNDER F.R.C.P. RULE 4

4. Address where the party was served:  300 N. SPRING STREET
                                         #7516
                                         LOS ANGELES, CA 90012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 15, 2011 (2) at: 3:35PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                      d. *The Fee for Service was:*

   First Legal                                          e. I am: (3) registered California process server
   1511 West Beverly Blvd.                                  (i)   Independent Contractor
   Los Angeles, CA 90026                                    (ii)  Registration No.:    5141
   Telephone   (213) 250-9111                               (iii) County:              Los Angeles
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Sep. 19, 2011

                                                                         (DOUG FORREST)

Judicial Council Form                    PROOF OF SERVICE                3032998.petbib.395737
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS