English    Customer Service    USPS Mobile                                                      Register / Sign In



Search USPS.com or Track Packages

Quick Tools              Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000348113581 | | Delivered | September 26, 2011, 4:37 am | WASHINGTON, DC 20530 | Certified Mail ™ |
| | | Notice Left (No Authorized Recipient Available) | September 25, 2011, 10:02 am | WASHINGTON, DC 20530 | |
| | | Processed through Sort Facility | September 23, 2011, 4:23 am | WASHINGTON, DC 20066 | |
| | | Arrival at Unit | September 21, 2011, 4:55 pm | LOS ANGELES, CA 90023 | |

### Check on Another Item

What's your label (or receipt) number?



---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2011 USPS. All Rights Reserved.

---

AAZHEN - PAC

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Atty General
    U.S. Dept. of Justice
    950 Pennsylvania Ave NW
    WASH, DC
    20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail       ☐ Express Mail
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7011 1570 0003 4811 3581

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540