1   TONY WEST
    Assistant Attorney General
2   ANDRE BIROTTE JR.
    United States Attorney
3   VINCENT M. GARVEY
    Deputy Branch Director
4   ANTHONY J. COPPOLINO
    E-mail: tony.coppolino@usdoj.gov
5   LYNN. Y LEE (SBN #235531)
    E-mail: lynn.lee@usdoj.gov
6   U.S. Department of Justice
    Civil Division, Federal Programs Branch
7   20 Massachusetts Avenue, N.W.
    Washington, D.C. 20001
8   Telephone: 202-514-4782
    *Attorneys for the Federal Bureau of*
9   *Investigation and Defendants Mueller*
    *and Martinez Sued in their Official Capacities*
10
    PHYLLIS J. PYLES
11  Director, Torts Branch
    STEPHEN E. HANDLER
12  Senior Trial Counsel
    E-mail: stephen.handler@usdoj,gov
13  U.S. Department of Justice
    Civil Division, Torts Branch
14  1331 Pennsylvania Avenue, N.W.
    Room 8070N
15  Washington, D.C. 20004
    Telephone: (202) 616-4279
16  *Attorneys for the United States of America*

17              IN THE UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
18                     SANTA ANA DIVISION

19
    YASSIR FAZAGA *et al.*,              )   CASE:   SA11-CV-00301 CJC (VBKx)
20                                       )
            Plaintiffs,                  )
21                                       )
                                         )
22  v.                                   )   NOTICE OF APPEARANCE
                                         )
23                                       )
    FEDERAL BUREAU OF                    )
24  INVESTIGATION, *et al.*,             )
                                         )
25          Defendants.                  )
26
               PLEASE TAKE NOTICE that Stephen E. Handler, Senior Trial Counsel,
27

28
    _____

    Notice of Appearance                   -1-   Case No. SA11-CV-00301 CJC (VBKx)

United States Department of Justice, Civil Division, hereby enters his appearance in this matter as counsel representing the United States of America.

All pleadings and correspondence should be mailed in the following manner:

| Regular Mail | Express Mail |
|---|---|
| Mr. Stephen E. Handler, Esq. | Mr. Stephen E. Handler, Esq. |
| Senior Trial Counsel, | Senior Trial Counsel |
| U.S. Department of Justice | U.S. Department of Justice |
| Civil Division, Torts Branch | Civil Division, Torts Branch |
| Benjamin Franklin Station | 1331 Pennsylvania Ave., N.W. |
| Post Office Box 888 | Room 8070N |
| Washington, D.C.  20044 | Washington, D.C.  20004 |

Dated: November 3, 2011        Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

PHYLLIS J. PYLES
Director, Torts Branch
Civil Division

STEPHEN E. HANDLER
Senior Trial Counsel
E-mail: stephen.handler@usdoj.gov

U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W.
Room 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279

*Attorneys for the United States of America*