TONY WEST
Assistant Attorney General
ANDRE BIROTTE JR.
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
E-mail: tony.coppolino@usdoj.gov
LYNN Y. LEE (SBN #235531)
E-mail: lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001
Telephone: 202-514-4782
*Attorneys for the Federal Bureau of
Investigation and Defendants Mueller
and Martinez Sued in their Official Capacities*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.*, <br><br> Defendants. | CASE:   SA11-CV-00301 CJC (VBKx) <br><br> **GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF IN CAMERA, EX PARTE CLASSIFIED SUPPLEMENTAL DECLARATION OF MARK F. GIULIANO, FEDERAL BUREAU OF INVESTIGATION** <br><br> DATE:   January 30, 2012 <br> TIME:   1:30 p.m. <br> JUDGE:   Hon. Cormac J. Carney |

Defendants Federal Bureau of Investigation ("FBI"), Robert Mueller, Director of the FBI sued in his official capacity, and Steven Martinez, Assistant Director in Charge of the FBI Los Angeles Field Office, sued in his official capacity, hereby provide notice that the Classified Supplemental Declaration of Mark F. Giuliano, Federal Bureau of Investigation, is being lodged with classified information security officers of the Department of Justice, Litigation Security Group, Security & Emergency Planning Staff, Washington, D.C., and will be made available on request for the Court's *in camera, ex parte* review.

This Supplemental Declaration updates the Court on changes in the status of

certain investigations discussed in the classified Giuliano Declaration lodged on August 1, 2011, but does not alter the Government's assertion of the state secrets privilege.

Date: November 4, 2011

                                      Respectfully submitted,

TONY WEST
Assistant Attorney General

ANDRE BIROTTE, JR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

  /s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO
E-mail: tony.coppolino@usdoj.gov

  /s/ Lynn Y. Lee
LYNN Y. LEE (SBN # 235531)
E-mail: lynn.lee@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-514-4782
Facsimile: 202-616-8460

*Attorneys for the Federal Bureau of Investigation and Defendants Mueller and Martinez Sued in their Official Capacities*

2