1  Peter Bibring (SBN 223981)
     *pbibring@aclu-sc.org*
2  Ahilan Arulanantham (SBN 237841)
     *aarulanantham@aclu-sc.org*
3  ACLU FOUNDATION OF
4  SOUTHERN CALIFORNIA
5  1313 West Eighth Street
   Los Angeles, California 90017
6  T: (213) 977-9500
7  F: (213) 977-5297
   COUNCIL ON AMERICAN-ISLAMIC
8    RELATIONS, CALIFORNIA
9  HADSELL STORMER KEENY
     RICHARDSON & RENICK LLP
10 *Attorneys for the Plaintiffs*

11
12 Additional Counsel listed on next page.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br> Defendants. | CASE: SA11-CV-00301 CJC (VBKx) <br><br> **STIPULATION TO ALLOW PARTIES TO COMBINE OPPOSITION OR REPLY BRIEFS ON MOTIONS TO DISMISS** |

Additional counsel continued from previous page:

WILMER CUTLER PICKERING
HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
  *brian.michael@wilmerhale.com*
P. Patty Li (SBN: 266937)
  *patty.li@wilmerhale.com*
350 South Grand Avenue
Los Angeles, California 90071
T: (213) 443-5300
F: (213) 443-5400
Attorneys for Defendants J. Stephen Tidwell
  and Barbara Walls

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
  *dscheper@scheperkim.com*
Angela Machala (SBN: 224496)
  *amachala@scheperkim.com*
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T: (213) 613-4655
F: (213) 613-4656
Attorneys for Defendants Pat Rose,
  Kevin Armstrong, and Paul Allen

TONY WEST, Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO
  *tony.coppolino@usdoj.gov*
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
T: (202) 514-4782
Attorneys for Defendants Federal Bureau of Investigation,
  Robert Mueller, and Steven M. Martinez

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendants, by and through their counsel of record, do stipulate as follows:

1. WHEREAS, three separate groups of Defendants have filed three separate motions to dismiss;[1]

2. WHEREAS, Plaintiffs' oppositions to Defendants Motion to Dismiss are due December 23, 2011;

3. WHEREAS, the Parties in this action stipulated, and the Court in its order of July 20, 2011, Dkt. No. 26, ordered, that "the parties' briefs in support of or in opposition to Defendants' motions to dismiss shall not exceed 35 pages";

4. WHEREAS, the Parties in this action stipulated, and this Court in its order of October 3, 2011, Dkt. No. 48, ordered, that "the Government Defendants (the United States, the FBI and Defendants Mueller and Martinez sued only in their official capacity capacities) may have up to 55 pages for a combined brief in support of a dispositive motion in response to the First Amended Complaint and that Plaintiffs may have an equal number of pages for their brief in opposition;"

5. WHEREAS, Plaintiffs believe that because some Defendants' motions to dismiss the FAC raise similar or closely related arguments, their opposition briefs will be clearer and less repetitive if they combine some or all of their opposition briefs, or re-allocate pages between briefs so that an issue raised by more than one party can be addressed fully only once, thus serving the interests of efficiency for all parties and the Court;

---

[1] *See* Motion to Dismiss Amended Complaint and for Summary Judgment by Defendants FBI, Mueller, Martinez, and United States, Dkt. No 55 (filed Nov. 4, 2011); Motion to Dismiss by Individual-Capacity Defendants J. Stephen Tidwell and Barbara Walls, Dkt. No 58 (filed Nov. 11, 2011); Motion by Defendants Pat Rose, Kevin Armstrong and Paul Allen to Dismiss Plaintiffs' First Amended Class Action Complaint, Dkt. No. 57 (filed Nov. 11, 2011).

1 `      6.      WHEREAS, Defendants believe that their replies may be clearer and less repetitive, and more efficiently address the issues before the Court, if they combine some of their reply briefs, or re-allocate pages between their respective briefs in response to Plaintiffs' oppositions;

THE PARTIES THEREFORE STIPULATE that

Plaintiffs may combine any or all of their briefs in opposition to the motions to dismiss, or re-allocate pages between briefs, so long as the total number of pages of all opposition briefs filed does not exceed the total of 125 pages allowed for all Plaintiffs' opposition briefs in the Court's orders of July 20, 2011 (Dkt. No. 26) and October 3, 2011 (Dkt. No. 48);

Defendants, in filing their replies to the motions to dismiss, may combine part of their reply briefs, or re-allocate pages between their respective briefs, so long as the total number of pages of all reply briefs filed does not exceed 75 pages, as allowed for Defendants' reply briefs under Central District Local Rule 11-6.

**IT IS SO STIPULATED.**

Dated:  Dec. 15, 2011         ACLU FOUNDATION OF SOUTHERN CALIFORNIA

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA

HADSELL STORMER KEENY RICHARDSON & RENICK LLP

By: \s\ Peter Bibring
PETER BIBRING

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: Dec. 15, 2011 | TONY WEST |
| 2 | | Assistant Attorney General |
| | | ANDRE BIROTTE, JR. |
| 3 | | United States Attorney |
| 4 | | By: \s\ Anthony J. Coppolino |
| | | (as authorized 12/15/2011) |
| 5 | | ANTHONY J. COPPOLINO |
| 6 | | U.S. Department of Justice |
| | | Civil Division |
| 7 | | |
| 8 | | *Attorneys for Defendants* |
| | | *Sued in their Official Capacities* |
| 9 | | |
| 10 | Dated: Dec. 15, 2011 | SCHEPER KIM & HARRIS LLP |
| | | DAVID C. SCHEPER |
| 11 | | ALEXANDER H. COTE |
| 12 | | ANGELA M. MACHALA |
| 13 | | |
| | | By: \s\ Angela M. Machala |
| 14 | | (as authorized 12/15/2011) |
| 15 | | *Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen* |
| 16 | | |
| 17 | Dated: Dec. 15, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 18 | | |
| 19 | | By: \s\ Brian R. Michael |
| | | (as authorized 12/15/2011) |
| 20 | | Brian R. Michael |
| 21 | | P. Patty Li |
| | | Katie Moran |
| 22 | | 350 South Grand Avenue, Suite 2100 |
| 23 | | Los Angeles, CA 90071 |
| 24 | | Howard M. Shapiro |
| | | Carl J. Nichols |
| 25 | | Annie L. Owens |
| 26 | | 1875 Pennsylvania Avenue, N.W. |
| | | Washington, DC 20006 |
| 27 | | |
| 28 | | *Attorneys for Defendants J. Stephen Tidwell and Barbara Walls* |

3
**STIPULATION TO ALLOW COMBINED OPPOSITION OR REPLY BRIEFS ON MTNS. TO DISMISS**