1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION, *et al.*<br>  Defendants. | CASE: SA11-CV-00301 CJC (VBKx)<br><br>**[PROPOSED] ORDER ALLOWING PARTIES TO COMBINE OPPOSITION OR REPLY BRIEFS ON MOTIONS TO DISMISS** |

**ORDER**

This Court, having reviewed the parties' stipulation to allow the parties to combine opposition or reply briefs, hereby ORDERS as follows:

In filing their oppositions to Defendants' dispositive motions challenging their First Amended Complaint (Dkt. Nos. 55, 57, and 58), Plaintiffs may combine any or all of their opposition briefs, or re-allocate pages between briefs, so long as the total number of pages of all opposition briefs filed does not exceed the total of 125 pages allowed in the Court's orders of July 20, 2011 (Dkt. No. 26) and October 3, 2011 (Dkt. No. 48);

Defendants, in filing their replies to these motions, may combine any part of their reply briefs, or re-allocate pages between their respective briefs, so long as the total number of pages of all reply briefs filed does not exceed 75 pages, as allowed for Defendants' reply briefs under Central District Local Rule 11-6.

**IT IS SO ORDERED.**

Dated:  December 16, 2011

_____
Hon. Cormac J. Carney
United States District Judge