# ATTACHMENT A Claims Chart

# CLAIMS CHART
Fazaga v. FBI

| Claim | Harm | Remedy | General Defenses | | |
| --- | --- | --- | --- | --- | --- |
| | | | State Secrets | No Bivens Cause of Action | Qualified Immunity |
| 1st COA (1st A – Free Exercise; Bivens) | Religious Discrimination | $$$ | X | X | X |
| 1st COA (1st A – Free Exercise; Injunctive) | Religious Discrimination | Expunge Records | X | | |
| 2nd COA (§ 1985 – Free Exercise) | Religious Discrimination | $$$ | X | | X |
| 3rd COA (1st A – Establishment; Bivens) | Religious Discrimination | $$$ | X | X | X |
| 3rd COA (1st A – Establishment; Injunctive) | Religious Discrimination | Expunge Records | X | | |
| 4th COA (§ 1985 – Establishment) | Religious Discrimination | $$$ | X | | X |
| 5th COA: RFRA | Religious Discrimination | $$$ | X | | X |
| 6th COA: EP (Bivens) | Religious Discrimination | $$$ | X | X | X |
| 6th COA: EP (Injunctive) | Religious Discrimination | Expunge Records | X | | |

| Claim | Harm | Remedy | General Defenses | | |
|---|---|---|---|---|---|
| | | | State Secrets | No Bivens Cause of Action | Qualified Immunity |
| 7th COA: § 1985 (EP) | Religious Discrimination | $$$ | X | | X |
| 8th COA: Privacy Act | Religious Discrimination | Expunge Records | X | | |
| 9th COA: 4th A (Bivens) | Unlawful Search | $$$ | | X | X |
| 9th COA: 4th A (Inj.) | Unlawful Search | Expunge Records | | | |
| 10th COA: FISA | Unlawful Search | $$$ | | | X |
| 11th COA: FTCA – Privacy | Unlawful Search | $$$ | X? | | |
| 11th COA: 52.1 | Religious Discrimination | $$$ | X | | |
| 11th COA: IIED | Unlawful Search | $$$ | X? | | |
| | | | | | |