1  Peter Bibring (SBN 223981)
    *pbibring@aclu-sc.org*
2  Ahilan T. Arulanantham (SBN 237841)
    *aarulanantham@aclu-sc.org*
3  Jennifer L. Pasquarella (SBN 263241)
4  Mohammad Tajsar (SBN 280152)
5  Laura Moran  (bar admission pending)
   ACLU FOUNDATION OF SOUTHERN CALIFORNIA
6  1313 West Eighth Street
7  Los Angeles, California  90017
   Telephone: (213) 977-9500
8  Facsimile: (213) 977-5297
9

10 Attorneys for Plaintiffs

11 (Additional Counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.*, <br><br> Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx) <br><br> **DECLARATION OF AHILAN ARULANANTHAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT** <br><br> Date:     January 30, 2012 <br> Time:    1:30 p.m. <br> Judge:   Hon. Cormac J. Carney |

Additional Plaintiffs' Attorneys:

Ameena Mirza Qazi (SBN 250404)
  *aqazi@cair.com*
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California 92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Dan Stormer (SBN 101967)
  *dstormer@hadsellstormer.com*
Joshua Piovia-Scott (SBN 222364)
  *jps@hskrr.com*
Reem Salahi (SBN 259711)
  *reem@hskrr.com*
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

**Declaration of Ahilan Arulanantham**

I, Ahilan Arulanantham, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. There has been no discovery conducted in this case. As a result, Plaintiffs have not had the opportunity to explore the factual allegations that Defendants rely on in support of their Motion for Summary Judgment. This is particularly problematic in this case because the vast majority of the relevant information is in the exclusive possession, custody and control of the Defendants.

3. For example, Plaintiffs do not have sufficient information at this time as to whether the information gathered by Monteilh and concerning Operation Flex is located in the Central Record System ("CRS") and the Electronic Surveillance ("ELSUR"), as alleged by Defendants in Fact Nos. 4, 6 and 7.

4. If the Court is inclined to grant Defendants' Motion for Summary Judgment on the basis of Defendants' allegedly uncontroverted facts, Plaintiffs respectfully request that the Court defer ruling on the Motion and allow Plaintiffs the opportunity to conduct discovery on these factual issues pursuant to Federal Rule of Civil Procedure 56(d).

5. Attached hereto as Exhibit 1 are true and exact copies of Privacy Act records requests sent to the FBI by plaintiffs on August 30, 2011.

6. Attached hereto as Exhibit 2 is a true and exact copy of plaintiffs' December 21, 2011 letter appealing the FBI's constructive denial of plaintiffs' requests made pursuant to the Privacy Act.

//
//
//

1

7. Attached hereto as Exhibit 3 are true and exact copies of a portion of the documents produced by David Hardy on August 8, 2010 in response to litigation under the Freedom of Information Act, in *Hamdan, et al. v. United States Department of Justice,* 10-cv-6149- JHN-JEMx. The documents were filed as part of the Declaration of David Hardy, Dkt #29-25.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of December, 2011 in Los Angeles, California.

           s/ Ahilan Arulanantham
           Ahilan Arulananatham