1  TONY WEST, Assistant Attorney General
2  ANDRE BIROTTE, JR., United States Attorney
   ANTHONY J. COPPOLINO, Special Litigation Counsel
3      tony.coppolino@usdoj.gov
   LYNN Y. LEE, Trial Attorney
4      lynn.lee@usdoj.gov
   U.S. Department of Justice, Civil Division, Federal Programs Branch
5  20 Massachusetts Avenue, N.W.
   Washington, D.C. 20001
6  Telephone: (202) 514-4782
7      *Attorneys for Defendants Federal Bureau of Investigation,*
       *Robert Mueller, and Steven M. Martinez*
8
   STEPHEN E. HANDLER, Senior Trial Counsel
9      stephen.handler@usdoj.gov
   U.S. Department of Justice, Civil Division, Torts Branch
10 1331 Pennsylvania Avenue N.W., Rm 8070N
   Washington, D.C. 20530
11 Telephone: (202) 616-4279
12     *Attorney for the United States*

13 ACLU FOUNDATION OF
       SOUTHERN CALIFORNIA
14 Peter Bibring (SBN 223981)
       pbibring@aclu-sc.org
15 1313 West Eighth Street
   Los Angeles, California 90017
16 Telephone: (213) 977-5000
17 COUNCIL ON AMERICAN-ISLAMIC
       RELATIONS, CALIFORNIA
18 HADSELL STORMER KEENY
19     RICHARDSON & RENICK LLP
   *Attorneys for Plaintiffs*
20
   WILMER CUTLER PICKERING
21     HALE AND DORR LLP
   Brian R. Michael (SBN: 240560)
22     brian.michael@wilmerhale.com
   P. Patty Li (SBN: 266937)
23     patty.li@wilmerhale.com
24 350 South Grand Avenue
   Los Angeles, California 90071
25 Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
26 *Attorneys for Defendants J. Stephen Tidwell*
27     *and Barbara Walls*

28

STIPULATION TO EXTEND TIME FOR DEFENDANTS                CASE NO. CV 11-00301-CJC (VBKX)
TO FILE REPY BRIEFS AND FOR HEARING DATE

1

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
  dscheper@scheperkim.com
Angela Machala (SBN: 224496)
  amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendants Pat Rose,
  Kevin Armstrong, and Paul Allen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.,* <br><br> Defendants. | Case No.: SA CV 11-00301 CJC (VBKx) <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS' TO FILE REPLY BRIEFS AND TO REVISE HEARING DATE** |

## INTRODUCTION

On December 23, 2011, Plaintiffs filed oppositions to Defendants' motions to dismiss the First Amended Complaint (FAC) in this action. *See* Dkts. 63-66. Defendants' respective reply briefs are presently due on January 13, 2012, and a hearing on the pending dispositive motions is presently scheduled for January 30, 2012. At Defendants' request, to provide Defendants additional time to respond to Plaintiffs' oppositions, the parties stipulate and seek the Court's approval for a one week extension of Defendants' current reply deadline to January 20, 2012. The parties also stipulate and request that the Court reset the hearing date in this action for one of the following dates: February 7, 8 or 9, 2012. The parties recognize

these proposed dates are outside days on which the Court normally hears civil motions, but request that the Court make an exception in this circumstance because not all counsel for the parties are available on Monday, February 6, 2012 or Monday, February 13, 2012.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, between Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim, by and through their counsel of record; and Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; Defendant United States of America; and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, by and through their counsel of record, as follows:

1. The original Complaint in this action (Dkt. 1) was served on Defendant FBI and Defendants Robert Mueller and Steven M. Martinez, who are sued in their official capacity (the "Official-Capacity Defendants"), on March 3, 2011, and their response was originally due May 2, 2011;

2. Defendant J. Stephen Tidwell, who is sued in his individual capacity, waived service of the Complaint, and his response was originally due May 2, 2011;

3. On April 8, 2011, Plaintiffs served the Complaint on Defendants Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, who are sued in their individual capacities, and their response was originally due June 7, 2011;

4. On April 20, 2011, in order to consolidate Defendants' respective response dates, this Court entered a stipulated order (Dkt. 12) granting Defendants FBI, Robert Mueller, Steven M. Martinez, and J. Stephen Tidwell an extension of time to serve responsive pleadings until June 7, 2011;

5. On May 31, 2011, this Court entered an order (Dkt. 16) granting the parties' Stipulation Re: Extension of Time to Answer or Otherwise Respond to

Complaint and Briefing Schedule, under which the time for all Defendants to answer or otherwise respond to the Complaint including through dispositive motions was extended until July 22, 2011; the date for Plaintiffs to file opposition briefs to any dispositive motions filed by the Defendants was to be on or before September 19, 2011; the date for Defendants to file reply briefs in connection with any dispositive motions they may file was to be on or before October 3, 2011; and that the date for a hearing on any dispositive motions was set for October 17, 2011 at 1:30 p.m..

6. On July 20, 2011, this Court entered an order (Dkt. 26) granting the parties' Stipulation Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint and Request for Extension of Page Limits, under which the time for the U.S. Department of Justice (DOJ), on behalf of Defendant FBI and official-capacity Defendants Robert Mueller and Steven M. Martinez, to file its contemplated motion to dismiss was extended until July 26, 2011; the time for individual-capacity Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen to file their motions to dismiss was extended until August 2, 2011; the time for Plaintiffs to file opposition briefs to all Defendants' motions was extended until October 7, 2011; the time for all Defendants to file their reply briefs was extended until October 21, 2011; the date for a hearing on all Defendants' motions to dismiss was reset for November 7, 2011 at 1:30 p.m.; the time for Plaintiffs to amend their Complaint pursuant to Fed. R. Civ. P 15(a)(1)(B) as to all Defendants was to be 21 days from the date the individual-capacity Defendants file their motions to dismiss; and further providing that the parties' briefs in support of or in opposition to Defendants' motions to dismiss shall not exceed 35 pages.

7. On July 26, 2011, this Court entered a stipulated Order Re: Extension of Time for Defendants to Answer or Otherwise Respond to Complaint; Revision to Briefing and Hearing Schedule, filed on or about July 25, 2011 (Dkt. 31), under

which the time for DOJ to file its motion to dismiss was extended until August 1, 2011; the time for the individual-capacity defendants to file their motions to dismiss was extended until August 9, 2011; the time for plaintiffs to file opposition briefs to all defendants' motions was extended until October 14, 2011; and the time for all defendants to file their reply briefs was extended until October 28, 2011; and the date for a hearing on all defendants' motions to dismiss was reset for November 14, 2011 at 1:30 p.m.

    8.   On August 1, 2011, the FBI and Official Capacity Defendants Mueller and Martinez filed a motion to dismiss the original complaint and for summary judgment. *See* Dkts. 32-36. On August 9, 2011, the individual capacity defendants filed their own motions to dismiss the original complaint. *See* Dkts. 41, 42.

    9.   On August 29, 2011, this Court entered a further order revising the schedule pursuant to a stipulation filed on that date. *See* Dkts. 47 and 48. The Court's order extended the Plaintiffs' deadline to amend the complaint as of right pursuant to Fed.R.Civ.P 15(a)(1)(B) from August 30, 2011 to September 13, 2011, and established a further schedule for briefing and hearing any dispositive motions challenging the First Amended Complaint under which the FBI and Official Capacity Defendants' response to the First Amended Complaint was due on October 14, 2011; the Individual Capacity Defendants' response to the First Amended Complaint was due on October 21, 2011; Plaintiffs' oppositions to any dispositive motions filed by the defendants was due on December 2, 2011; Defendants' respective replies to plaintiffs' oppositions was due on December 16, 2011; and that a hearing on pending dispositive motions was reset for January 9, 2012 at 1:30 pm. *See* Dkt. 48.

    10.  On September 13, 2011, Plaintiffs filed their First Amended Complaint (FAC). *See* Dkt. 49.

    11.  Plaintiffs' Amended Complaint added a new cause of action raising

four claims against the United States pursuant to the Federal Torts Claim Act (FTCA), 28 U.S.C. §§1346(b), 2671 *et seq.* *See* FAC at 67-68, Eleventh Cause of Action. New counsel for the U.S. Department of Justice, Civil Division, Torts Branch, was assigned to represent Defendant United States in connection with the FTCA claims.

12. By stipulated Order dated October 3, 2011 (*see* Dkts. 51, 52), the Court approved a revised schedule for briefing and hearing defendants' dispositive motions in order to allow additional time for the United States to respond to the FTCA claims in the FAC. Under that stipulated order, the date on which the United States and other Government Defendants (the FBI and Defendants Mueller and Martinez sued only in their official capacities) responded to the FAC was extended by three weeks from October 14, 2011 to November 4, 2011; the date on which the Individual Capacity Defendants' responded to the First Amended Complaint was extended to November 11, 2011; the date on which Plaintiffs filed oppositions to defendants' dispositive motions was extended to December 23, 2011; the date for defendants' respective reply briefs was extended to January 13, 2012; and a hearing on the pending dispositive motions was reset for January 30, 2012 at 1:30 p.m.

13. Pursuant to the Court's Order of October 3, 2011, the U.S. Government Defendants filed a motion to dismiss and for summary judgment in response to the FAC on November 4, 2011 (Dkts. 55-56); the individual capacity defendants filed motions to dismiss the FAC on November 11, 2011 (Dkts. 57-58); and plaintiffs filed their oppositions thereto on December 23, 2011. Plaintiffs filed a combined 73 page opposition to the motion by the individual capacity defendants to dismiss the FAC (Dkt. 63) and a separate 52 page opposition to the motion to dismiss or for summary judgment filed by the United States Government Defendants (Dkt. 64).

14. At Defendants' request, to provide Defendants additional time to

respond to Plaintiffs' oppositions, the parties stipulate and seek the Court's approval for a one week extension of Defendants' current reply deadline to January 20, 2012.  The parties also stipulate and request that the Court reset the hearing date in this action for one of the following dates: February 7, 8 or 9, 2012.  The parties recognize these proposed dates are outside days on which the Court normally hears civil motions, but request that the Court make an exception in this circumstance because not all counsel for the parties are available on Monday, February 6, 2012 or Monday, February 13, 2012.

\\\

It is so stipulated.  A proposed order is attached hereto.

Dated:  January 6, 2012

        TONY WEST
        Assistant Attorney General
        ANDRE BIROTTE, JR.
        United States Attorney
        ANTHONY J. COPPOLINO
           tony.coppolino@usdoj.gov
        LYNN Y. Lee
           lynn.lee@usdoj.gov
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave N.W. Rm 6102
        Washington, D.C. 20001
        Telephone: (202) 514-4782

*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

/s/ Lynn Y. Lee
Lynn Y. Lee

STEPHEN E. HANDLER
Senior Trial Counsel
   stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W.  Rm 8070N

Washington, D.C. 20530
Telephone: (202) 616-4279

*Attorney for Defendant the United States*

/s/ Stephen E. Handler
Stephen E. Handler (as authorized 1-5-12)

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
   pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK LLP

*Attorneys for Plaintiffs*

/s/ Peter Bibring
Peter Bibring (as authorized 1-5-12)

WILMER CUTLER PICKERING HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
   brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

/s/ Brian R. Michael
Brian R. Michael (as authorized 1-5-12)

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)

STIPULATION TO EXTEND TIME FOR DEFENDANTS   CASE NO. CV 11-00301-CJC (VBKX)
TO FILE REPY BRIEFS AND FOR HEARING DATE

8


dscheper@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

*Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen*

/s/ David C. Scheper
David C. Scheper (as authorized 1-5-12)

STIPULATION TO EXTEND TIME FOR DEFENDANTS   CASE NO. CV 11-00301-CJC (VBKX)
TO FILE REPY BRIEFS AND FOR HEARING DATE