1   TONY WEST, Assistant Attorney General
    ANDRE BIROTTE, JR., United States Attorney
2   ANTHONY J. COPPOLINO, Special Litigation Counsel
        tony.coppolino@usdoj.gov
3   LYNN Y. LEE, Trial Attorney
        Lynn.lee@usdoj.gov
4   U.S. Department of Justice, Civil Division, Federal Programs Branch
5   20 Massachusetts Avenue, N.W.
    Washington, D.C. 20001
6   Telephone: (202) 514-4782
7       *Attorneys for Defendants Federal Bureau of Investigation,*
        *Robert Mueller, and Steven M. Martinez*
8
    STEPHEN E. HANDLER, Senior Trial Counsel
9       stephen.handler@usdoj.gov
10  U.S. Department of Justice, Civil Division, Torts Branch
    1331 Pennsylvania Avenue N.W., Rm 8070N
11  Washington, D.C. 20530
    Telephone: (202) 616-4279
12      *Attorney for the United States*
13
    ACLU FOUNDATION OF
14      SOUTHERN CALIFORNIA
    Peter Bibring (SBN 223981)
15      pbibring@aclu-sc.org
    1313 West Eighth Street
16  Los Angeles, California 90017
    Telephone: (213) 977-5000
17  COUNCIL ON AMERICAN-ISLAMIC
18      RELATIONS, CALIFORNIA
    HADSELL STORMER KEENY
19      RICHARDSON & RENICK LLP
    *Attorneys for Plaintiffs*
20
    WILMER CUTLER PICKERING
21      HALE AND DORR LLP
    Brian R. Michael (SBN: 240560)
22      brian.michael@wilmerhale.com
    P. Patty Li (SBN: 266937)
23      patty.li@wilmerhale.com
24  350 South Grand Avenue
    Los Angeles, California 90071
25  Telephone: (213) 443-5300
    Facsimile: (213) 443-5400
26  *Attorneys for Defendants J. Stephen Tidwell*
27      *and Barbara Walls*
28

---

[PROPOSED] ORDER EXTENDING TIME                    CASE NO. CV 11-00301-CJC (VBKX)
FOR DEFENDANTS' REPLY BRIEFS AND
SETTING REVISED HEARING DATE

1

2  SCHEPER, KIM & HARRIS LLP
   David C. Scheper (SBN: 120174)
3      dscheper@scheperkim.com
   Angela Machala (SBN: 224496)
4      amachala@scheperkim.com
   601 W. Fifth Street, 12th Floor
5  Los Angeles, CA 90071-2025
   Telephone: (213) 613-4655
6  Facsimile: (213) 613-4656
7  *Attorneys for Defendants Pat Rose,*
       *Kevin Armstrong, and Paul Allen*
8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12  YASSIR FAZAGA, ALI UDDIN            Case No.: SA CV 11-00301 CJC (VBKx)
    MALIK, YASSER ABDELRAHIM,
13                                      **[PROPOSED] ORDER EXTENDING**
                                        **TIME FOR DEFENDANTS' REPLY**
14              Plaintiffs,             **BRIEFS AND SETTING REVISED**
                                        **HEARING DATE**
15      v.

16  FEDERAL BUREAU OF
17  INVESTIGATION, *et al.,*

18              Defendants.

19

20      Having reviewed the parties' stipulation for an extension of time for the

21  filing of Defendants' replies to Plaintiffs' oppositions to Defendants' respective

22  motions to dismiss Plaintiffs' First Amended Complaint and to reset the hearing

23  date on the pending dispositive motions on either February 7, 8, or 9, 2012, the

24  Court hereby ORDERS that:

25      1.  Defendants' respective replies to plaintiffs' oppositions shall be due on

26          January 20, 2012;

27      2.  A hearing on pending dispositive motions shall be held on

28

[PROPOSED] ORDER EXTENDING TIME                    CASE NO. CV 11-00301-CJC (VBKX)
FOR DEFENDANTS' REPLY BRIEFS AND
SETTING REVISED HEARING DATE

1            February [7] or [8] or [9] at 1:30 p.m.

2

3    IT IS SO ORDERED.

4

5

6    Dated:

                          _____

7                              HON. CORMAC J. CARNEY
                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING TIME                CASE NO. CV 11-00301-CJC (VBKX)
FOR DEFENDANTS' REPLY BRIEFS AND
SETTING REVISED HEARING DATE