TONY WEST, Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO, Special Litigation Counsel
  tony.coppolino@usdoj.gov
LYNN Y. LEE, Trial Attorney
  Lynn.lee@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
  *Attorneys for Defendants Federal Bureau of Investigation,*
  *Robert Mueller, and Steven M. Martinez*

STEPHEN E. HANDLER, Senior Trial Counsel
  stephen.handler@usdoj.gov
U.S. Department of Justice, Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W., Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
  *Attorney for the United States*

ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
  pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
  RELATIONS, CALIFORNIA
HADSELL STORMER KEENY
  RICHARDSON & RENICK LLP
*Attorneys for Plaintiffs*

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
  brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
  patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
*Attorneys for Defendants J. Stephen Tidwell*
  *and Barbara Walls*

| [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS' REPLY BRIEFS AND SETTING REVISED HEARING DATE | CASE NO. SACV 11-00301-CJC (VBKX) |
|---|---|

1

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
 dscheper@scheperkim.com
Angela Machala (SBN: 224496)
 amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendants Pat Rose,*
 *Kevin Armstrong, and Paul Allen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME FOR DEFENDANTS' REPLY BRIEFS AND SETTING REVISED HEARING DATE** |

Having reviewed the parties' stipulation for an extension of time for the filing of Defendants' replies to Plaintiffs' oppositions to Defendants' respective motions to dismiss Plaintiffs' First Amended Complaint and to reset the hearing date on the pending dispositive motions on either February 7, 8, or 9, 2012, the Court hereby ORDERS that:

 1. Defendants' respective replies to plaintiffs' oppositions shall be due on January 20, 2012;

 2. A hearing on pending dispositive motions shall be held on

[~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS' REPLY BRIEFS AND SETTING REVISED HEARING DATE   CASE NO. SACV 11-00301-CJC (VBKX)

2

1 | February 10, 2012 at 10:00 a.m.

3 | IT IS SO ORDERED.

Dated: 1/10/12

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE