# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 11-301-CJC (VBKx)**                    Date: **February 2, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

## DOCKET ENTRY

PRESENT:

### HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE

| Deb Taylor | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFFS:          ATTORNEY PRESENT FOR DEFENDANTS:

       None Present                                      None Present

**PROCEEDINGS:    REFERRAL OF MATTER FOR SETTLEMENT CONFERENCE**

       At the request of the parties, this matter has been referred to the Honorable David T. Bristow, United States Magistrate Judge for purposes of settlement proceedings.  The Honorable Victor B. Kenton shall remain as the Magistrate Judge assigned to this matter in all other respects.  The parties are advised that Judge Bristow has agreed to act as the settlement officer in this matter.  Counsel are directed to contact Judge Bristow's Court Room Deputy, Deb Taylor at (951) 328-4466 for purposes of scheduling a settlement conference.

copy: Judge Carney
        Judge Kenton