TONY WEST, Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO, Special Litigation Counsel
    tony.coppolino@usdoj.gov
LYNN Y. LEE, Trial Attorney
    lynn.lee@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
    *Attorneys for Defendants Federal Bureau of Investigation,*
    *Robert Mueller, and Steven M. Martinez*

STEPHEN E. HANDLER, Senior Trial Counsel
    stephen.handler@usdoj.gov
U.S. Department of Justice, Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W., Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
    *Attorney for the United States*

ACLU FOUNDATION OF
    SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
    pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS, CALIFORNIA
HADSELL STORMER KEENY
    RICHARDSON & RENICK LLP
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.,* <br><br> Defendants. | Case No.: SA CV 11-00301 CJC (VBKx) <br><br> **STIPULATION AND REQUEST TO CONTINUE MOTION HEARING PENDING SETTLEMENT CONFERENCE** |

## INTRODUCTION

Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; Defendant United States of America (hereafter "Government Defendants"), and Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim ("Plaintiffs"), by and through their counsel of record, hereby STIPULATE and jointly request that the Court continue the hearing on pending motions to dismiss the First Amended Complaint ("FAC") filed by all Defendants, presently scheduled for Friday, February 10, 2012, while the parties prepare for and attend a settlement conference in this action. As set forth below, the individual capacity defendants concur in this request.

## RECITALS AND STIPULATION

1. By Minute Order dated February 2, 2012 (Dkt. 72), this matter was referred to Magistrate Judge David T. Bristow for a settlement conference.

2. The Plaintiffs and Government Defendants stipulate and request that the hearing presently scheduled in this action for February 10, 2012 on pending motions to dismiss the FAC filed by all Defendants be continued to April 20, 2012 at 10 a.m., or at such other time thereafter as the Court determines, while the parties prepare for and attend the settlement conference.[1]

3. The Plaintiffs and Government Defendants further stipulate and agree that they will present their respective initial settlement positions and proposals in their confidential Statements of the Case to be submitted *in camera* to the settlement officer only pursuant to Local Rule 16-15.5 no later than ten (10)

---

[1] The parties again request that the Court set any hearing on the pending motions outside of its normal Monday motions calendar.

STIPULATION AND REQUEST
TO CONTINUE MOTION HEARING

2

1     days before the settlement conference.

2   4. The individual capacity defendants, through their counsel, have advised the undersigned counsel for the Government Defendants of their concurrence in this requested continuance of the hearing date for their pending motions to dismiss the FAC.

A proposed order is attached hereto.

Dated: February 6, 2012

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
   tony.coppolino@usdoj.gov
LYNN Y. Lee
   lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W. Rm 6102
Washington, D.C. 20001
Telephone: (202) 514-4782

*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

/s/ Anthony J. Coppolino
Anthony J. Coppolino

STEPHEN E. HANDLER
Senior Trial Counsel
   stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W. Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
*Attorney for Defendant the United States*

/s/ Stephen E. Handler
Stephen E. Handler (as authorized 2-6-12)

STIPULATION AND REQUEST
TO CONTINUE MOTION HEARING

3

```
                          ACLU FOUNDATION OF SOUTHERN
                             CALIFORNIA
                          Peter Bibring (SBN 223981)
                             pbibring@aclu-sc.org
                          1313 West Eighth Street
                          Los Angeles, California 90017
                          Telephone: (213) 977-5000
                          COUNCIL ON AMERICAN-ISLAMIC
                             RELATIONS, CALIFORNIA
                          HADSELL STORMER KEENY RICHARDSON
                             & RENICK LLP
```

*Attorneys for Plaintiffs*

<u>/s/Peter Bibring</u>
Peter Bibring (as authorized 2-6-12)