TONY WEST, Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO, Special Litigation Counsel
    tony.coppolino@usdoj.gov
LYNN Y. LEE, Trial Attorney
    lynn.lee@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
   *Attorneys for Defendants Federal Bureau of Investigation,
   Robert Mueller, and Steven M. Martinez*

STEPHEN E. HANDLER, Senior Trial Counsel
    stephen.handler@usdoj.gov
U.S. Department of Justice, Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W., Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
   *Attorney for the United States*

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
    pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS, CALIFORNIA
HADSELL STORMER KEENY
    RICHARDSON & RENICK LLP
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE** |

[PROPOSED] ORDER CONTINUING
HEARING DATE ON DISPOSITIVE MOTIONS

1

Having reviewed the stipulation and request by the Plaintiffs and Government Defendants to continue the hearing date on all Defendants' motions to dismiss Plaintiffs' First Amended Complaint pending a settlement conference in this action, and good cause appearing, the Court hereby ORDERS that the hearing on the pending dispositive motions filed by all Defendants shall be continued to April 20, 2012 at 10 a.m.

IT IS SO ORDERED.

Dated: _____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONTINUING
HEARING DATE ON DISPOSITIVE MOTIONS

2