TONY WEST, Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO, Special Litigation Counsel
    tony.coppolino@usdoj.gov
LYNN Y. LEE, Trial Attorney
    lynn.lee@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
   *Attorneys for Defendants Federal Bureau of Investigation,*
   *Robert Mueller, and Steven M. Martinez*

STEPHEN E. HANDLER, Senior Trial Counsel
    stephen.handler@usdoj.gov
U.S. Department of Justice, Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W., Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
   *Attorney for the United States*

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
    pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
   RELATIONS, CALIFORNIA
HADSELL STORMER KEENY
   RICHARDSON & RENICK LLP
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>        Defendants. | Case No.: SA CV 11-00301 CJC (VBKx)<br><br>**ORDER CONTINUING HEARING DATE** |

ORDER CONTINUING
HEARING DATE ON DISPOSITIVE MOTIONS

1

1    Having reviewed the stipulation and request by the Plaintiffs and
2  Government Defendants to continue the hearing date on all Defendants' motions to
3  dismiss Plaintiffs' First Amended Complaint pending a settlement conference in
4  this action, and good cause appearing, the Court hereby ORDERS that the hearing
5  on the pending dispositive motions filed by all Defendants shall be continued to
6  April 20, 2012 at 10 a.m.
7  IT IS SO ORDERED.

10  Dated: 2/7/12                        _____
                                          HON. CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
HEARING DATE ON DISPOSITIVE MOTIONS

2