WILMER CUTLER PICKERING
  HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Howard M. Shapiro (admitted *pro hac vice*)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted *pro hac vice*)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted *pro hac vice*)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>    Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**NOTICE OF INTERESTED PARTIES BY INDIVIDUAL-CAPACITY DEFENDANTS J. STEPHEN TIDWELL AND BARBARA WALLS**<br><br>**[Local Rule 7.1-1]** |

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

Pursuant to Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Individual-Capacity Defendants J. Stephen Tidwell and Barbara Walls certifies that the following listed parties may have a pecuniary interest in the outcome of the case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Defendant J. Stephen Tidwell; Hudson Specialty Insurance Company

2.  Defendant Barbara Walls

Dated:  March 13, 2012

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By:   /s/ Brian R. Michael

Brian R. Michael
P. Patty Li
Katie Moran
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

Howard M. Shapiro
Carl J. Nichols
Annie L. Owens
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants*
*J. Stephen Tidwell and*
*Barbara Walls*