SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
amachala@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656
*Attorneys for Defendants*
*Pat Rose, Kevin Armstrong and*
*Paul Allen*

STUART F. DELERY , Acting Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO, Special Litigation Counsel
     tony.coppolino@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal Bureau of*
*Investigation, Robert Mueller, and Steven M Martinez*

STEPHEN E. HANDLER, Senior Trial Counsel
     stephen.handler@usdoj,gov
U.S. Department of Justice, Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W., Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
*Attorney for the United States*

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
PETER BIBRING (State Bar No. 223981)
     pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK LLP
*Attorneys for Plaintiffs*

WILMER CUTLER PICKERING
HALE AND DORR LLP
BRIAN R. MICHAEL (State Bar No. 240560)
     brian.michael@wilmerhale.com
P. PATTY LI (SBN: 266937)

1

STIPULATION TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE

patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN;,<br><br>Defendants. | Case No. SACV 11-00301-CJC (VBKx)<br><br>**STIPULATION TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** |

# STIPULATION TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE

Defendants Pat Rose, Kevin Armstrong, Paul Allen, Barbara Walls and J. Stephen Tidwell (the "Individual Capacity Defendants"); Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; Defendant United States of America (the "Government Defendants"); and Plaintiffs Yassir Fazaga, Ali Uddin Malik and Yasser AbdelRahim ("Plaintiffs"), by and through their counsel of record, hereby STIPULATE to excuse the presence of the Individual Capacity Defendants and Plaintiffs Malik and AbdelRahim at the Settlement Conference Scheduled for March 29, 2012.

## RECITALS

1. Several of the individual parties, both plaintiffs and defendants, reside out of the state and have requested availability by phone in their respective settlement conference statements. The parties agree that excusing the attendance of all the Individual Capacity Defendants is appropriate in this circumstance. The parties also parties agree that the absence of the Individual Capacity Defendants and Plaintiffs Malik and AbdelRahim will not negatively affect the upcoming settlement discussions.

2. Defendants Rose and Armstrong will be available via telephone during the Settlement Conference.

3. Defendant Allen resides out of the state and will be available via telephone during the Settlement Conference.

4. Defendants Walls and Tidwell reside out of the state and will be available via telephone during the Conference.

5. Plaintiffs Malik and AbdelRahim currently reside out of the state and will be available via telephone during the Conference.

## STIPULATION

Accordingly, the undersigned parties hereby stipulate and agree that Defendants Rose, Armstrong, Allen, Tidwell and Walls and Plaintiffs Malik and AbdelRahim from attendance at the March 29, 2012 Settlement Conference.

DATED: March 27, 2012

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ANGELA M. MACHALA


By: /s/ David C. Scheper
    David C. Scheper
    Attorneys for Defendants Pat Rose, Kevin Armstrong and Paul Allen

U.S. Department of Justice, Civil Division,
STUART F. DELERY
Acting Assistant Attorney General
ANDRE BIROTTE, JR.,
United States Attorney
ANTHONY J. COPPOLINO
Special Litigation Counsel
Federal Programs Branch


By: /s/ Anthony J. Coppolino
    Anthony J. Coppolino
    Attorneys for Defendants Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M Martinez

| | |
|---|---|
| 1 | U.S. Department of Justice, Civil Division, Torts Branch |
| 2 | STEPHEN E. HANDLER |

U.S. Department of Justice, Civil Division, Torts Branch
STEPHEN E. HANDLER

By: /s/ Stephen E. Handler
    Stephen E. Handler
    Attorneys for the United States

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER KEENY
RICHARDSON & RENICK LL
PETER BIBRING

By: /s/ Peter Bibring
    Peter Bibring
    Attorneys for Plaintiffs

WILMER CUTLER PICKERING
HALE AND DORR LLP
BRIAN R. MICHAEL
P. PATTY LI

By: /s/ Brian R. Michael
    Brian R. Michael
    Attorneys for Defendants J. Stephen
    Tidwell and Barbara Walls