SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
amachala@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656
   *Attorneys for Defendants*
   *Pat Rose, Kevin Armstrong and*
   *Paul Allen*

STUART F DELERY, Acting Assistant Attorney General
ANDRE BIROTTE, JR., United States Attorney
ANTHONY J. COPPOLINO, Special Litigation Counsel
   tony.coppolino@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
   *Attorneys for Defendants Federal Bureau of*
   *Investigation, Robert Mueller, and Steven M Martinez*

STEPHEN E. HANDLER, Senior Trial Counsel
   stephen.handler@usdoj.gov
U.S. Department of Justice, Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W., Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
   *Attorney for the United States*

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
PETER BIBRING (State Bar No. 223981)
   pbibring@aclu-sc.org
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK LLP
   *Attorneys for Plaintiffs*

WILMER CUTLER PICKERING
HALE AND DORR LLP
BRIAN R. MICHAEL (State Bar No. 240560)
   brian.michael@wilmerhale.com
P. PATTY LI (SBN: 266937)

1

[PROPOSED] ORDER RE STIPULATION TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE

patty.li@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
*Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN;,<br><br>Defendants. | Case No. SACV 11-00301-CJC (VBKx)<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE |

2

[PROPOSED] ORDER RE STIPULATION TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE

1. Having reviewed the stipulation and request by the parties to excuse the
2. presence of Defendants Pat Rose, Kevin Armstrong, Paul Allen, J. Stephen Tidwell
3. and Barbara Walls and Plaintiffs Ali Uddin Malik and Yasser AbdelRahim, and
4. good cause appearing, the Court hereby EXCUSES Defendants Rose, Armstrong,
5. Allen, Tidwell and Walls and Plaintiffs Malik and AbdelRahim from attendance at
6. the March 29, 2012 Settlement Conference.
7. IT IS SO ORDERED.

DATED: March 27, 2012

_____
HON. DAVID T. BRISTOW