# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                Date: **March 29, 2012**

Title:  **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

## DOCKET ENTRY

PRESENT:

### HON. **DAVID T. BRISTOW**, UNITED STATES MAGISTRATE JUDGE

| Deb Taylor | RS-4 03-29-12 |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:

Peter Bibring
Ahilan T. Arulanantham
Laura Moran
Ameena Mirza Qazi
Reem Salahi

ATTORNEYS PRESENT FOR DEFENDANTS:

Anthony Joseph Coppolino
Lynn Y. Lee
Brian R. Michael
Carl J. Nichols
Alexander H. Cote
Stephen E. Handler

**PROCEEDINGS:    SETTLEMENT CONFERENCE**

A settlement conference was held as previously scheduled.  Attorneys Peter Bibring, Ahilan T. Arulanantham, Laura Moran, Ameena Mirza Qazi, and Reem Salahi appeared on behalf of plaintiffs.  Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf defendants United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez.  Assistant United States Attorney Stephen  F. Handler appeared on behalf of the United States of America.  Attorneys Brian R. Michael, Carl J. Nichols and Katie Moran appeared on behalf of defendants J. Stephen Tidwell and  Barbara Walls.  Attorney Alexander H. Cote appeared on behalf of defendants Pat Rose, Kevin Armstrong and Paul Allen.  Also present were Federal Bureau of Investigation Attorneys Ted Schwartz and Kim Schwartz.  Following consultation with the Court, and after significant discussions between the Court and counsel, the parties were unable to agree upon settlement terms. The parties indicated that they would continue to discuss settlement terms, and would also provide tentative dates to the Court for a possible second settlement conference.

MINUTES FORM 11                                Initials of Deputy Clerk___dts___
CIVIL-GEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.: SACV 11-0301-CJC (VBKx)                              **March 29, 2012**
   **Yassir Fazaga, et al. v. Federal Bureau of Investigations, et al.**            **Page 2**

-------------------------------------------------------------------------------------------------------------------

The Court encouraged counsel to continue to work towards a settlement, and offered to assist in any manner necessary, including engaging with the parties telephonically regarding settlement issues.

06      :      40

Initials of Deputy Clerk            dts

copy: Judge Carney
       Judge Kenton

MINUTES FORM 11                                    Initials of Deputy Clerk_____
CIVIL-GEN