# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>    Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx)<br><br>[PROPOSED] ORDER RE CONTINUING APRIL 20, 2012 HEARING |

# [PROPOSED] ORDER CONTINUING HEARING DATE

Having reviewed the stipulation and request by the Plaintiffs and Government Defendants to continue the hearing date on all Defendants' motions to dismiss Plaintiffs' First Amended Complaint pending a settlement conference in this action, and good cause appearing, the Court hereby ORDERS that the hearing on the pending dispositive motions filed by all Defendants shall be continued to June 13, 2012, at 10 a.m.

IT IS SO ORDERED.

DATED: April __, 2012

_____
HON. CORMAC J. CARNEY