# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                                          Date: **May 3, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>DAVID T. BRISTOW</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Deb Taylor</u> | <u>RS-4 03-29-12</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Peter Bibring                              Anthony Joseph Coppolino
Ahilan T. Arulanantham                     Lynn Y. Lee
Laura Moran                                Brian R. Michael
                                           Carl J. Nichols
                                           Alexander H. Cote
                                           Stephen E. Handler

**PROCEEDINGS:     TELEPHONIC STATUS CONFERENCE RE SETTLEMENT CONFERENCE**

The case was called for a telephonic status conference. Attorneys Peter Bibring, Ahilan T. Arulanantham, and Laura Moran appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf defendants United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen F. Handler appeared on behalf of the United States of America. Attorneys Brian R. Michael, and Carl J. Nichols appeared on behalf of defendants J. Stephen Tidwell and Barbara Walls. Attorney Alexander H. Cote appeared on behalf of defendants Pat Rose, Kevin Armstrong and Paul Allen. The Court and counsel discussed the status of settlement, as well as preparations for the upcoming settlement conference.

|  | 00 | : | 30 |
|---|---|---|---|

Initials of Deputy Clerk    dts

MINUTES FORM 11
CIVIL-GEN