WILMER CUTLER PICKERING
    HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
brian.michael@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Howard M. Shapiro (admitted *pro hac vice*)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted *pro hac vice*)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted *pro hac vice*)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

(Additional Counsel listed on next page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION *et al.*,<br><br>        Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY OF INDIVIDUAL-CAPACITY DEFENDANTS IN SUPPORT OF MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:    June 13, 2012<br>Time:   10:00 a.m.<br>Judge:  Hon. Cormac J. Carney<br>Crtrm:  Courtroom 9B |

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1  SCHEPER, KIM & HARRIS LLP
   David C. Scheper (SBN: 120174)
2  dscheper@scheperkim.com
   Alexander H. Cote (SBN: 211558)
3  acote@scheperkim.com
   Angela Machala (SBN: 224496)
4  amachala@scheperkim.com
   601 W. Fifth Street, 12th Floor
5  Los Angeles, CA 90071-2025
   Telephone: (213) 613-4655
6  Facsimile: (213) 613-4656

7  Attorneys for Defendants Pat Rose,
   Kevin Armstrong, and Paul Allen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Wilmer Cutler Pickering Hale and Dorr LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

Defendants J. Stephen Tidwell and Barbara Walls, and Defendants Pat Rose, Kevin Armstrong, and Paul Allen (collectively, "individual capacity defendants"), by and through their respective counsel of record, respectfully submit this joint notice of supplemental authority to apprise the Court of the May 2, 2012 decision by the United States Court of Appeals for the Ninth Circuit in *Padilla v. Yoo*, -- F.3d ---, 2012 WL 1526156 (9th Cir. May 2, 2012) (copy attached as Exhibit A).

The individual capacity defendants seek dismissal of the First Amended Complaint for several reasons, including that (1) special factors counsel against creating a new damages remedy under *Bivens v. Six Unknown Named Agents of Fed. Bur. of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), for the individual capacity defendants' alleged supervision of a counterterrorism investigation; and (2) the individual capacity defendants are entitled to qualified immunity on all claims because it was not clearly established that their alleged conduct violated any of Plaintiffs' constitutional rights.

In their opposition to the individual capacity defendants' pending motions to dismiss, Plaintiffs relied upon *Padilla v. Yoo*, 633 F. Supp. 2d 1005 (N.D. Cal. 2009), in support of their contentions that the unique national security context of this case should not preclude extending *Bivens* to provide remedies for their First, Fourth and Fifth Amendment claims, *see* Pl. Opp. To Individual Capacity Defs'. Mot. To Dismiss at 8, 9, 12, 25 (Dkt. #63), and that RFRA allows for damages claims against government officials in their individual capacities, *see id.* at 56.

On May 2, 2012, however, the Ninth Circuit reversed the decision of the district court in *Padilla*. Holding that the defendant was entitled to qualified immunity, the Ninth Circuit reaffirmed that government officials are entitled to qualified immunity if it was not "beyond debate" that the conduct in question violated plaintiff's constitutional rights. 2012 WL 1526156, at *14. The Court held that the Supreme Court's decision in *Ashcroft v. al-Kidd* precluded a finding of liability where the law was not "'sufficiently clear that every reasonable official would have understood that

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1  what he [wa]s doing violate[d]' the plaintiffs' rights." *Padilla*, 2012 WL 1526156, at

2  *1 (quoting *Ashcroft v. al-Kidd,* 131 S. Ct. 2074, 2083, 179 L. Ed. 2d 1149, 1159

3  (2011)).  The Court further held that "'[q]ualified immunity gives government

4  officials breathing room to make reasonable but mistaken judgments about open legal

5  questions,'" emphasizing that the Supreme Court "admonished [courts] 'not to define

6  clearly established law at a high level of generality.'"  *Id.* at *8 (quoting *al-Kidd,* 131

7  S. Ct. at 2084-85).  Accordingly, the Ninth Circuit concluded that the defendant was

8  entitled to qualified immunity for his alleged role in drafting and implementing

9  counterterrorism policies regarding the detention and interrogation of enemy

10  combatants because it was not clearly established that the treatment to which plaintiff

11  claims he was subjected violated his rights under RFRA and the First, Fourth, and

12  Fifth (and Sixth and Eighth) Amendments.  *Id.* at *11, 12, 14.

13

14

15  Dated:  May 17, 2012                    Respectfully submitted,

16

17                                          WILMER CUTLER PICKERING

18                                            HALE AND DORR LLP

19                                          By:    /s/ Brian R. Michael

20

21                                          Brian R. Michael

22                                          P. Patty Li
                                            Katie Moran

23                                          350 South Grand Avenue
                                            Suite 2100

24                                          Los Angeles, CA 90071
                                            Telephone:  (213) 443-5300

25                                          Facsimile:  (213) 443-5400

26

27                                          Howard M. Shapiro

28                                          Carl J. Nichols
                                            Annie L. Owens

2



1  |  1875 Pennsylvania Avenue, N.W.
2  |  Washington, D.C.  20006
3  |  Telephone:  (202) 663-6000
   |  Facsimile:  (202) 663-6363

*Attorneys for Defendants*
*J. Stephen Tidwell and*
*Barbara Walls*

SCHEPER, KIM & HARRIS LLP

By:     /s/ Angela Machala

David C. Scheper (SBN: 120174)
dscheper@scheperkim.com
Alexander H. Cote (SBN: 211558)
actoe@scheperkim.com
Angela Machala (SBN: 224496)
amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Defendants Pat Rose,
Kevin Armstrong, and Paul Allen

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS
Case No. SA CV 11-00301-CJC (VBKx)