# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**  Date: **May 16, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | RS-4 03-29-12 |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:
  Peter Bibring
  Ahilan T. Arulanantham
  Laura Moran
  Ameena Mirza Qazi
  Reem Salahi
  Dan Stormer
  Michael Germa

ATTORNEY PRESENT FOR DEFENDANTS:
  Anthony Joseph Coppolino

**PROCEEDINGS:**    **SETTLEMENT CONFERENCE**

A second settlement conference was held as previously scheduled.  Attorneys Ahilan T. Arulanantham, Ameena Mirza Qazi , Peter Bibring, Reem Salahi, Dan Stormer, Laura Moran and Michael German appeared on behalf of plaintiffs.  Assistant United States Attorney Anthony Joseph Coppolino appeared on behalf defendants United States of America, Federal Bureau of Investigation,  Robert Mueller, and Steven M Martinez.  Also present were Federal Bureau of Investigation Attorneys Ted Schwartz and Kim Schwartz.  Following consultation with the Court, and after significant discussions between the Court and counsel, the parties were unable to agree upon settlement terms. The parties indicated that they would continue to discuss settlement terms, and would like to have a third settlement conference.  The Court set a third settlement conference for May 31, 2012, at 10:00 a.m. without further notice.  The Court encouraged counsel to continue to work towards a settlement, and offered to assist in any manner necessary, including engaging with the parties telephonically regarding settlement.

06 : 26

Initials of Deputy Clerk   dts