Peter Bibring (SBN 223981)
  pbibring@aclu-sc.org
Ahilan T. Arulanantham (SBN 237841)
  aarulanantham@aclu-sc.org
Jennifer L. Pasquarella (SBN 263241)
Mohammad Tajsar (SBN 280152)
Laura Moran  (*bar admission pending*)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California  90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Attorneys for Plaintiffs

(Additional Counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>    Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx)<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT** |

Additional Plaintiffs' Attorneys:

Ameena Mirza Qazi (SBN 250404)
  *aqazi@cair.com*
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California  92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Dan Stormer (SBN 101967)
  *dstormer@hadsellstormer.com*
Joshua Piovia-Scott (SBN 222364)
  *jps@hskrr.com*
Reem Salahi (SBN 259711)
  *reem@hskrr.com*
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

**STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

INTRODUCTION

Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim ("Plaintiffs"), and Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; Defendant United States of America (hereafter "Government Defendants"), by and through their counsel of record, hereby STIPULATE and jointly request that the Court continue the hearing on pending motions to dismiss the First Amended Complaint ("FAC") filed by all Defendants, presently scheduled for Wednesday, June 13, 2012, while the parties prepare for and attend an additional settlement conference in this action. As set forth below, the individual capacity defendants concur in this request.

RECITALS AND STIPULATION

1.  By Order dated February 2, 2012 (Dkt. 72), this matter was referred to Magistrate Judge David T. Bristow for a settlement conference.

2.  By Order dated February 7, 2012 (Dkt. 75), the Court continued the hearing on the pending Defendants' Motion to Dismiss the FAC from February 10, 2012 until April 20, 2012 to provide an opportunity for the parties prepare for and attend a settlement conference.

3.  On March 29, 2012, the Plaintiffs and the Defendants met with Judge Bristow for a settlement conference. (See Settlement Conference Minutes, Dkt. 80.)

4.  By Order dated April 13, 2012 (Dkt. 82), the Court continued the hearing on the pending Defendants' Motion to Dismiss the FAC from April 20,

2012 until June 13, 2012 to provide an opportunity for the parties prepare for and attend a second settlement conference.

5. Following further discussion between the parties, another settlement conference was held between Plaintiffs and the Government Defendants on May16, 2012. (See Settlement Conference Minutes, Dkt. 86.) Although no agreement has yet been reached, the parties believe that progress has been made and would like to continue exploring settlement options with an additional settlement conference to be held before Judge Bristow on June 14, 2012. Plaintiffs and the Government Defendants believe that the next settlement conference may result either in an agreement in principle on aspects of the settlement, or an understanding that agreement is unlikely at this time and the hearing on the motions to dismiss would proceed.

6. In light of the progress the parties have made in settlement negotiations, the Plaintiffs and Government Defendants stipulate and request that the hearing presently scheduled in this action for June 13, 2012, on pending Motions to Dismiss the FAC filed by all Defendants be continued to July 19, 2012, or at such other time thereafter as the Court determines, while the parties attempt to resolve this case without further litigation.[1]

7. The individual capacity defendants, through their counsel, have advised the undersigned counsel for Plaintiffs and Government Defendants of their

---

[1] The parties recognize that July 19 is not the Court's normal motions day, but again request that the Court schedule the motions in this case on a different day to accommodate scheduling conflicts. If the Court is not available on July 19, the parties propose July 18, 2012 in the alternative, or, if the Court is also unavailable on that date, then on the morning of July 20, 2012. If none of those dates are available as well, the Parties request an opportunity to confer and submit another proposed date to the Court because of scheduling conflicts. However, Plaintiffs' agreement to continue the hearing from June 13, 2012, is contingent on the parties' ability to set a hearing on or before July 20, 2012.

2

concurrence in this requested continuance of the hearing date for their pending motions to dismiss the FAC.

A proposed order is attached hereto.

Dated: May 31, 2012

Respectfully submitted,
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK LLP

/s/ Peter Bibring
Peter Bibring
*Attorneys for Plaintiffs*

TONY WEST
Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
  tony.coppolino@usdoj.gov
LYNN Y. Lee
  lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W. Rm 6102
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

/s/ Anthony J. Coppolino
Anthony J. Coppolino (as authorized 5-31-2012)