1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| YASSIR FAZAGA, *et al.*, | CASE NO.: SA CV 11-00301 CJC (VBKx) |
|---|---|
| Plaintiffs, | |
| v. | ORDER RE CONTINUING JUNE 13, 2012 HEARING |
| FEDERAL BUREAU OF INVESTIGATION *et al.*, | |
| Defendants. | |

1 **[PROPOSED] ORDER CONTINUING HEARING DATE**

3 Having reviewed the stipulation and request by the Plaintiffs and Government Defendants to continue the hearing date on all Defendants' motions to dismiss Plaintiffs' First Amended Complaint pending a settlement conference in this action, and good cause appearing, the Court hereby ORDERS that the hearing on the pending dispositive motions filed by all Defendants shall be continued to July 19, 2012, at 10 a.m.

IT IS SO ORDERED.

DATED: June 4, 2012

_____
HON. CORMAC J. CARNEY