# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                              Date: **June 12, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

## DOCKET ENTRY

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | RS-4 06-12-12 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:
- Peter Bibring
- Ahilan T. Arulanantham
- Laura Moran
- Reem Salahi

ATTORNEY PRESENT FOR DEFENDANTS:
- Anthony Joseph Coppolino
- Lynn Y. Lee
- Brian Michael
- Carl J. Nichols
- Katie Moran
- Peiyin Patty Li
- Alexander H. Cote
- Stephen E. Handler

**PROCEEDINGS:    TELEPHONIC STATUS CONFERENCE RE SETTLEMENT CONFERENCE**

The case was called for a telephonic status conference.  Attorneys Peter Bibring, Ahilan T. Arulanantham, Laura Moran, and Reem Salahi appeared on behalf of plaintiffs.  Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of defendants United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez.  Assistant United States Attorney Stephen E. Handler appeared on behalf of the United States of America.  Attorneys Brian R. Michael, Carl J. Nichols, Peiyin Patty Li, and Katie Moran appeared on behalf of defendants J. Stephen Tidwell and Barbara Walls.  Attorney Alexander H. Cote appeared on behalf of defendants Pat Rose, Kevin Armstrong, and Paul Allen.  Also present were Federal Bureau of Investigation Attorneys Ted Schwartz and Kim Schwartz.  Following discussion with counsel, the Court granted the request to continue the settlement conference that was previously scheduled for June 14, 2012 to June 19, 2012, at 9:00 a.m.

|  | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | dsb | |