# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                                   Date: **June 28, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | RS-4 06-28-12 |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEY PRESENT FOR DEFENDANTS:

Peter Bibring                                                    Anthony Joseph Coppolino
Ahilan T. Arulanantham
Laura Moran
Reem Salahi

**PROCEEDINGS:    SETTLEMENT CONFERENCE**

A third settlement conference was held as previously scheduled.  Attorneys Peter Bibring, Ahilan T. Arulanantham, Laura Moran and Reem Salahi, appeared on behalf of plaintiffs.  Assistant United States Attorney Anthony Joseph Coppolino appeared on behalf defendants United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez.  Also present was Federal Bureau of Investigation Attorneys Ted Schwartz.  Following consultation with the Court, and after significant discussions between the Court and counsel, the parties were unable to agree upon settlement terms. The parties indicated that they would continue to discuss settlement terms, and the Court set a telephonic status conference for Friday, July 6, 2012.  The Court encouraged counsel to confer with their clients and continue to work towards a settlement, and offered to assist in any manner necessary, including engaging with the parties telephonically regarding settlement.  However, the Court also indicated that the parties had until July 6, 2012, to agree to settle the matter or the Court would conclude the Court's settlement process.

|  | 08 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | dts | | |