# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-00301-CJC(VBKx) | Date | July 6, 2012 |
|---|---|---|---|
| Title | Yassir Fazaga, et al v. Federal Bureau of Investigation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT

    The Court hereby CONTINUES the hearing on Defendants' motions to dismiss first amended complaint from July 19, 2012 at 10:00 a.m. to August 3, 2012 at 9:00 a.m.

                                                                           : 0

Initials of Preparer   mu