STUART F. DELERY
Acting Assistant Attorney General
ANDRE BIROTTE, JR.,
United States Attorney
ANTHONY J. COPPOLINO
tony.coppolino@udsoj.gov
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal
Bureau of Investigation, Robert
Mueller, and Steven M. Martinez*

STEPHEN E. HANDLER
Senior Trial Counsel
U.S. Department of Justice, Civil
Division, Torts Branch Rm 8070N
1331 Pennsylvania Avenue N.W.,
Washington, D.C. 20530
Telephone: (202) 616-4279
*Attorney for the United States*

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Brian R. Michael (SBN: 240560)
    brian.michael@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
*Attorneys for Defendants J. Stephen
Tidwell and Barbara Walls*

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
    dscheper@scheperkim.com
Angela Machala (SBN: 224496)
    amachala@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendants Pat Rose,
    Kevin Armstrong, and Paul Allen*

ACLU FOUNDATION OF
    SOUTHERN CALIFORNIA
Peter Bibring (SBN 223981)
    *pbibring@aclu-sc.org*
Ahilan T. Arulanantham (SBN
237841) *aarulanantham@aclu-sc.org*
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000

Ameena Mirza Qazi (SBN 250404)
    *aqazi@cair.com*
COUNCIL ON AMERICAN-
ISLAMIC RELATIONS,
CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California  92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Dan Stormer (SBN 101967)
    *dstormer@hadsellstormer.com*
Joshua Piovia-Scott (SBN 222364)
    *jps@hskrr.com*
Reem Salahi (SBN 259711)
    *reem@hskrr.com*
HADSELL STORMER KEENY
RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx)<br><br>**JOINT REQUEST TO RESCHEDULE HEARING ON DEFENDANTS' MOTIONS TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT** |

## INTRODUCTION

Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim ("Plaintiffs"), Defendant Federal Bureau of Investigation ("FBI"); Defendant Robert Mueller, Director of the FBI, in his official capacity; Defendant Steven M. Martinez, Assistant Director In Charge, FBI's Los Angeles Division, in his official capacity; Defendant United States of America (hereafter "Government Defendants"); and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen sued in their individual capacity, by and through their counsel of record, hereby jointly request that the Court reschedule the hearing on pending motions to dismiss the First Amended Complaint ("FAC") filed by all Defendants, which is presently scheduled for Friday, August 3, 2012.

## RECITALS

1.    By Order dated February 2, 2012 (Dkt. 72), this matter was referred to Magistrate Judge David T. Bristow for a settlement conference.

2.    By Order dated February 7, 2012 (Dkt. 75), the Court continued the

hearing on the pending Defendants' Motion to Dismiss the FAC from February 10, 2012 until April 20, 2012 to provide an opportunity for the parties prepare for and attend a settlement conference.

3.    On March 29, 2012, the Plaintiffs and the Defendants met with Judge Bristow for a settlement conference.  (*See* Settlement Conference Minutes, Dkt. 80.)

4.    At the parties' request, by Order dated April 13, 2012 (Dkt. 82), the Court continued the hearing on the pending Defendants' Motion to Dismiss the FAC from April 20, 2012 until June 13, 2012 to provide an opportunity for the parties prepare for and attend a second settlement conference.

5.    Following further discussion between the parties, another settlement conference was held between Plaintiffs and the Government Defendants on May 16, 2012.  (*See* Settlement Conference Minutes, Dkt. 86.)

6.    At the parties' request, by Order dated June 4, 2012 (Dkt. 87), the Court continued the hearing on the pending Defendants' Motion to Dismiss the FAC from June 13, 2012 until July 19, 2012 to provide an opportunity for the parties prepare for and attend a third settlement conference.

7.    Following further discussion between the parties, another settlement conference was held between Plaintiffs and the Government Defendants on June 28, 2012.  (*See* Settlement Conference Minutes, Dkt. 86.)

8.    Following further discussion between the parties, as well as *ex parte* telephonic conferences between the settlement magistrate and the parties, a telephonic conference was held between Plaintiffs and the Government Defendants on July 6, 2012.  The Plaintiffs and Government Defendants have made extensive efforts to reach a settlement in this litigation.  While the parties made significant progress toward a framework for settlement, on understanding each other's positions and requirements, and in developing and exploring various proposals to address their respective concerns in this litigation, the parties agree that they are

1    presently at an impasse and that settlement is not possible at this time.

2    9.    By Order dated July 6, 2012 (Dkt. 94), the Court rescheduled the

3    hearing on the pending Defendants' Motions to Dismiss the FAC from July 19,

4    2012 until August 3, 2012.

5    10.    In reliance on the July 19 hearing date, counsel for both the Plaintiffs

6    and Government Defendants have long-standing prepaid vacation plans for a

7    period that includes August 3, 2012.  Plaintiffs' counsel is unavailable beginning

8    on July 22, 2012, and the first date on which Plaintiffs' and Government counsel

9    are available thereafter is on or after August 14, 2012.

10    11.    Accordingly, in light of scheduling conflicts, the parties jointly

11    request that the hearing presently scheduled in this action for August 3, 2012, be

12    rescheduled to August 14, 2012.  If the Court is not available on August 14, the

13    parties respectfully request the opportunity to discuss further a proposed date for

14    the hearing.[1]

15

16    Dated: July 10, 2012                    Respectfully submitted,

17

18    **DEFENDANTS**                         **PLAINTIFFS**

19    STUART F. DELERY                        ACLU FOUNDATION OF
      Acting Assistant Attorney General           SOUTHERN CALIFORNIA

20    ANDRE BIROTTE, JR.,
      United States Attorney                  BY: _ *s/ Peter Bibring*

21                                            Peter Bibring (SBN 223981)
                                                 pbibring@aclu-sc.org

22    BY*: s/ Anthony J. Coppolino*           Ahilan T. Arulanantham (SBN 237841)
      ANTHONY J. COPPOLINO                    *aarulanantham@aclu-sc.org*

23    tony.coppolino@udsoj.gov                 1313 West Eighth Street
      U.S. Department of Justice              Los Angeles, California 90017

24    Civil Division

25    _____

26    [1] The parties recognize that August 14 is not the Court's normal motions day, but

27    again request that the Court schedule the motions in this case on a different day to
      accommodate scheduling conflicts.

28

4

20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal*
*Bureau of Investigation, Robert*
*Mueller, and Steven M. Martinez*

BY:  *s/ Stephen E. Handler*
STEPHEN E. HANDLER
Senior Trial Counsel
U.S. Department of Justice, Civil
Division, Torts Branch Rm 8070N
1331 Pennsylvania Avenue N.W.,
Washington, D.C. 20530
Telephone: (202) 616-4279
*Attorney for the United States*

WILMER CUTLER PICKERING
    HALE AND DORR LLP

BY:   *s/ Carl J. Nichols*
Carl J. Nichols (admitted *pro hac vice*)
    carl.nichols@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
*Attorneys for Defendants J. Stephen*
*Tidwell and Barbara Walls*

SCHEPER, KIM & HARRIS LLP
David C. Scheper (SBN: 120174)
    dscheper@scheperkim.com

BY: *s/ Amos A. Lowder*
Amos A. Lowder (SBN: 269362)
    alowder@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendants Pat Rose,*
*        Kevin Armstrong, and Paul Allen*

Telephone: (213) 977-5000

Ameena Mirza Qazi (SBN 250404)
  aqazi@cair.com
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California  92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340


Dan Stormer (SBN 101967)
  dstormer@hadsellstormer.com
Joshua Piovia-Scott (SBN 222364)
  jps@hskrr.com
Reem Salahi (SBN 259711)
  reem@hskrr.com
HADSELL STORMER KEENY
RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
*Attorneys for Plaintiffs*