# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>　　　　　Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx)<br><br>[PROPOSED] ORDER RE CONTINUING AUGUST 3, 2012 HEARING |

# [PROPOSED] ORDER CONTINUING HEARING DATE

Having reviewed the stipulation and request by the parties to reschedule the hearing date on all Defendants' motions to dismiss Plaintiffs' First Amended Complaint, and good cause appearing, the Court hereby ORDERS that the hearing on the pending dispositive motions filed by all Defendants shall be continued to August 14, 2012, at 10 a.m.

IT IS SO ORDERED.

DATED:

_____
HON. CORMAC J. CARNEY