# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **SACV 11-0301-CJC (VBKx)** Date: **July 6, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | RS-4 07-06-12 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:	ATTORNEY PRESENT FOR DEFENDANTS:
	Peter Bibring	Anthony Joseph Coppolino
	Ahilan T. Arulanantham	Lynn Y. Lee
	Laura Moran	Stephen E. Handler

**PROCEEDINGS:	TELEPHONIC STATUS CONFERENCE RE SETTLEMENT CONFERENCE**

The case was called for a telephonic status conference. Attorneys Peter Bibring, Ahilan T. Arulanantham, and Laura Moran appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of defendants United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen E. Handler appeared on behalf of the United States of America. Also present were Federal Bureau of Investigation Attorneys Ted Schwartz and Kim Schwartz. Following consultation with the Court, the parties confirmed that they have been unable to agree upon settlement terms. The Court encouraged counsel to continue to work towards a settlement, and offered to assist in any manner necessary. The Court directed counsel to confer with their clients regarding the prospect of settling the action prior to the scheduled motion to dismiss on July 19, 2012.

1 : 00

Initials of Deputy Clerk	dts