```
 1  STUART F. DELERY
    Acting Assistant Attorney General
 2  ANDRE BIROTTE, JR
    United States Attorney
 3  VINCENT M. GARVEY
    Deputy Branch Director
 4  ANTHONY J. COPPOLINO
    E-mail: tony.coppolino@usdoj.gov
 5  LYNN Y. LEE (SBN #235531)
    E-mail: lynn.lee@usdoj.gov
 6  U.S. Department of Justice
    Civil Division, Federal Programs Branch
 7  20 Massachusetts Avenue, N.W.
    Washington, D.C. 20001
 8  Telephone: 202-514-4782
    Attorneys for the Federal Bureau of
 9  Investigation and Defendants Mueller
    and Martinez Sued in their Official Capacities
10
    STEPHEN E. HANDLER
11  Senior Trial Counsel
    E-mail: stephen.handler@usdoj.gov
12  U.S. Department of Justice, Civil Division, Torts Branch
    1331 Pennsylvania Avenue N.W., Rm 8070N
13  Washington, D.C. 20530
    Telephone: (202) 616-4279
14  Attorney for the United States
```

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>　　　Defendants. | CASE: SA11-CV-00301 CJC (VBKx)<br><br>**UNITED STATES CORRECTION TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT AND FOR SUMMARY JUDGMENT**<br><br>DATE: August 14, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Cormac J. Carney |

The United States withdraws the citation *United States v. Aguilar*, 871 F.2d

1436 (9th Cir. 1989),[1] which appears at pages 29-30 of its main brief. This decision was superceded by *United States v. Aguilar*, 883 F.2d 662 (9th Cir. 1989).

Date: July 30, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ANDRE BIROTTE, JR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel
LYNN Y. LEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-514-4782

*Attorneys for the Federal Bureau of Investigation and Defendants Mueller and Martinez Sued in their Official Capacities*

STEPHEN E. HANDLER
Senior Trial Counsel
E-mail: stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W. Room 8070N
Washington, D.C. 20004
Telephone: (202) 616-4279

*Attorney for the United States*

---

[1] Neither Westlaw (Keycite) nor Lexis (Sheppard's) identify any negative history for *United States v. Aguilar*, 871 F.2d 1436 (9th Cir. 1989).

## CERTIFICATE OF SERVICE

I hereby certify that on _July 30, 2012_, I caused to be served upon the counsel of record a true and correct copy of the United States Correction to Memorandum in Support of Motion to Dismiss Amended Complaint and for Summary Judgment by electronic mail and/or ECF filing.

_/s/ Stephen E. Handler_
Stephen E. Handler