# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Yassir Fazaga et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | SACV11-00301 CJC (VBKx) |
| v. | |
| Federal Bureau of Investigation et al | ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases) |
| Defendant(s). | |

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to the transfer of the above-entitled case ☐ as to any matters referred pursuant to General Order 05-07 ☐ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and General Order 08-05.

_____        Arthur Nakazato
Date                                              United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth: Judge Bristow has already spent a substantial amount of time becoming familiar with the underlying facts, and it would be a waste of judicial resources to transfer the case to me at this juncture.

August 3, 2012                              [signature]
Date                                              United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   SACV07-01088 CJC (ANx)   and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials ~~CJC (ANx)~~ after the case number in place of the initials of the prior judge, so that the case number will read ~~SACV11-00301-CJC (ANx)~~ . This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the   ☐ Western   ☑ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-34A (09/10)      ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)