UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-00301-CJC(VBKx) | Date | August 14, 2012 |
|---|---|---|---|
| Title | Yassir Fazaga, et al v. Federal Bureau of Investigation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Bibring<br>Ahilan Arulanantham | Anthony J. Coppolino<br>David C. Scheper<br>Carl Nichols<br>Stephen E. Handler |

**Proceedings:**

1. DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND FOR SUMMARY JUDGMENT (fld 11/4/11)

2. MOTION OF INDIVIDUAL-CAPACITY DEFENDANTS J. STEPHEN TIDWELL AND BARBARA WALLS TO DISMISS FIRST AMENDED COMPLAINT (fld 11/11/11)

3. MOTION OF DEFENDANTS PAT ROSE, KEVIN ARMSTRONG AND PAUL ALLEN TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (fld 11/11/11)

Motion hearing held. Court confers with counsel and hears oral argument. Defendants' motions to dismiss are taken under submission.

3 : 35

Initials of Preparer   mu

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-00301-CJC(VBKx) | Date | August 14, 2012 |
|---|---|---|---|
| Title | Yassir Fazaga, et al v. Federal Bureau of Investigation, et al | | |