WILMER CUTLER PICKERING
 HALE AND DORR LLP
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Howard M. Shapiro (admitted *pro hac vice*)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted *pro hac vice*)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted *pro hac vice*)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell and Barbara Walls

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>            Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF BRIAN R. MICHAEL** |

TO:  The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Brian R. Michael is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP, and should be removed from the Court's service list with respect to this action.  The law firm of Wilmer Cutler Pickering Hale and Dorr LLP continues to serve as Counsel for J. Stephen Tidwell and Barbara Wells through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated:  August 17, 2012

By:  /s/ P. Patty Li
P. Patty Li

WILMER CUTLER PICKERING
  HALE AND DORR LLP
P. Patty Li
Katie Moran
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

Howard M. Shapiro
Carl J. Nichols
Annie L. Owens
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants*
*J. Stephen Tidwell and Barbara Walls*