**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
Peter Bibring (SBN 223981)
**pbibring@aclu-sc.org**
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-5000
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK LLP
**Attorneys for Plaintiffs**

**WILMER CUTLER PICKERING HALE AND DORR LLP**
P. Patty Li (SBN: 266937)
**patty.li@wilmerhale.com**
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
**Attorneys for Defendants J. Stephen Tidwell and Barbara Walls**

**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
amachala@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
**Attorneys for Defendants Pat Rose, Kevin Armstrong and Paul Allen**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN;,<br><br>Defendants. | CASE NO.<br><br>SACV 11-00301-CJC(VBKx)<br><br>**STIPULATION TO EXTEND TIME FOR INDIVIDUAL-CAPACITY DEFENDANTS TO ANSWER THE TENTH CAUSE OF ACTION OF THE FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, between Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim ("Plaintiffs"), by and through their counsel of record and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen, (collectively "Individual-Capacity Defendants") by and through their counsel of record, as follows:

1. On August 14, 2012, the Court dismissed the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Eleventh Causes of Action of the First Amended Complaint against all Defendants on the basis of the United States' assertion of the state secrets privilege, and further dismissed the Tenth Cause of Action against Defendants the Federal Bureau of Investigation, the United States of America, Robert Mueller, and Steven M. Martinez. However, the Court denied the

Individual-Capacity Defendants' Motions to Dismiss with respect to the Tenth Cause of Action of the First Amended Complaint;

2. Pursuant to Fed.R.Civ.P 12(a)(4), the Individual-Capacity Defendants currently must file a responsive pleading on or before August 28, 2012;

3. Pursuant to Fed.R.App.P 4(a)(1)(B)(iv), the Individual-Capacity Defendants have until October 12, 2012 to file a notice of appeal as to the denial of their Motions to Dismiss the Tenth Cause of Action of the First Amended Complaint;

4. Plaintiffs and Defendants stipulate and agree that because of the potential appeals that may be filed by one or more parties, the time for the Individual-Capacity Defendants to answer the Tenth Cause of Action of the First Amended Complaint shall be extended until October 27, 2012.

DATED: August 27, 2012

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: /s/Peter Bibring
Peter Bibring
Attorneys for Plaintiffs

DATED: August 27, 2012

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/P. Patty Li
P. Patty Li
Attorneys for Defendants J. Stephen Tidwell and Barbara Walls

DATED: August 27, 2012

SCHEPER KIM & HARRIS LLP

By: /s/Alexander H. Cote
Alexander H. Cote
Attorneys for Defendants Pat Rose, Kevin Armstrong and Paul Allen