1 | **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
2 | Peter Bibring (SBN 223981)
  | **pbibring@aclu-sc.org**
3 | 1313 West Eighth Street
4 | Los Angeles, California 90017
  | Telephone: (213) 977-5000
5 | COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
6 | HADSELL STORMER KEENY RICHARDSON & RENICK LLP
7 | **Attorneys for Plaintiffs**

8 | **WILMER CUTLER PICKERING HALE AND DORR LLP**
9 | P. Patty Li (SBN: 266937)
  | **patty.li@wilmerhale.com**
10 | Katie Moran (SBN: 272041)
11 | katie.moran@wilmerhale.com
   | 350 South Grand Avenue
12 | Los Angeles, California 90071
   | Telephone: (213) 443-5300
13 | Facsimile: (213) 443-5400
   | **Attorneys for Defendants J. Stephen Tidwell**
14 | **and Barbara Walls**

15 | **SCHEPER KIM & HARRIS LLP**
   | DAVID C. SCHEPER (State Bar No. 120174)
16 | dscheper@scheperkim.com
   | ALEXANDER H. COTE (State Bar No. 211558)
17 | acote@scheperkim.com
   | ANGELA M. MACHALA (State Bar No. 224496)
18 | amachala@scheperkim.com
   | 601 West Fifth Street, 12th Floor
19 | Los Angeles, CA 90071-2025
   | Telephone: (213) 613-4655
20 | Facsimile: (213) 613-4656
21 | **Attorneys for Defendants**
   | **Pat Rose, Kevin Armstrong and Paul**
22 | **Allen**

[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME FOR INDIVIDUAL-CAPACITY DEFENDANTS TO ANSWER THE TENTH CAUSE OF ACTION OF THE FIRST AMENDED COMPLAINT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN;,<br><br>Defendants. | CASE NO.<br><br>SACV 11-00301-CJC(VBKx)<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME FOR INDIVIDUAL-CAPACITY DEFENDANTS TO ANSWER THE TENTH CAUSE OF ACTION OF THE FIRST AMENDED COMPLAINT** |

This Court, having reviewed the parties' Stipulation to Extend Time for Individual-Capacity Defendants to Answer the Tenth Cause of Action of the First Amended Complaint filed on August 27, 2012, hereby ORDERS that the time for Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen to answer the Tenth Cause of Action of the First Amended Complaint shall be extended until October 27, 2012.

IT IS SO ORDERED.

DATED: _____, 2012

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE