# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                              Date: **August 31, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | RS-4 08-31-12 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEY PRESENT FOR DEFENDANTS:
  Peter Bibring                                               Anthony Joseph Coppolino
  Ahilan T. Arulanantham                                Lynn Y. Lee
                                                                        Stephen E. Handler
                                                                        Patty Li
                                                                        Alexander Cote
                                                                        Amos Lowder
                                                                        Angela Machala

**PROCEEDINGS:**   **TELEPHONIC STATUS CONFERENCE RE SETTLEMENT CONFERENCE**

The case was called for a telephonic status conference. Attorneys Peter Bibring, Ahilan T. Arulanantham appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of defendants United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen E. Handler appeared on behalf of the United States of America. Attorney Patty Li appeared on behalf of defendants J. Stephen Tidwell and Barbara Walls. Attorneys Alexander Cote, Amos Lowder and Angela Machala appeared on behalf of defendants Pat Rose, Kevin Armstrong, and Paul Allen. Following discussion with counsel, the Court set a further settlement conference for October 4, 2012, at 9:00 a.m. Counsel for the individual capacity defendants and the defendants themselves are not required to be present, although they may attend. The parties indicated that they will each separately contact the Court prior to October 4, 2012 to discuss settlement issues.

                                                                                                    0   :   25

                                                                        Initials of Deputy Clerk   dsb