# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**　　　　　　　　　　Date: **October 4, 2012**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

　　J. Holmes, Relief CRD　　　　　　　　RS-4 10-04-12
　　Deputy Clerk　　　　　　　　　　　　Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFFS:　　　ATTORNEYS PRESENT FOR DEFENDANTS:
　　Peter Bibring　　　　　　　　　　　　Anthony Joseph Coppolino
　　Ahilan T. Arulanantham　　　　　　　Stephen E. Handler
　　Reem Salahi
　　Ameena Mirza Qazi

PROCEEDINGS:　　CONTINUED SETTLEMENT CONFERENCE

　　A further settlement conference was held as previously scheduled.  Attorneys Peter Bibring, Ahilan T. Arulanantham, Reem Salahi and Ameena Mirza Qazi appeared on behalf of plaintiffs.  Assistant United States Attorney Anthony Joseph Coppolino appeared on behalf of defendants United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez.  Assistant United States Attorney Stephen E. Handler appeared on behalf of defendant United States of America. Also present were Federal Bureau of Investigation Attorneys Ted Schwartz and Kim Schwartz.  The Court met separately with counsel for the respective parties regarding various potential settlement terms.  Thereafter, counsel for the parties met collectively with the Court and discussed potential settlement terms.  Ultimately, counsel discussed in broad terms the construction of the framework for a potential settlement, based on their prior discussions.  The parties identified four general categories of issues to comprise the settlement terms.
　　At approximately 6:00 p.m., the parties concluded settlement discussions without reaching a settlement agreement.  However, the parties did agree that the proposed settlement framework could lead to a settlement in this matter. It was anticipated that Counsel for Plaintiffs will contact Counsel for the Defendants within one week of today's date to discuss the potential terms of settlement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: SACV 11-0301-CJC (VBKx)                                            October 4, 2012
**Yassir Fazaga, et al. v. Federal Bureau of Investigations, et al.**                    Page 2

-----------------------------------------------------------------------------------------------------------------

As discussed with the parties the Court will make itself available should either side wish to continue discussions on the four areas with Counsel in this matter.

IT IS SO ORDERED.

06   :   40

Initials of Deputy Clerk:  jh-relief