WILMER CUTLER PICKERING
   HALE AND DORR LLP
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Howard M. Shapiro (admitted *pro hac vice*)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted *pro hac vice*)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted *pro hac vice*)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*, | No. SA CV 11-00301-CJC (VBKx) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL OF INDIVIDUAL-CAPACITY DEFENDANTS J. STEPHEN TIDWELL AND BARBARA WALLS** |
| FEDERAL BUREAU OF INVESTIGATION *et al.*, | |
| Defendants. | |

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(B)(iv), notice is hereby given that individual-capacity defendants J. Stephen Tidwell and Barbara Walls appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on August 14, 2012, denying their Motion to Dismiss as to count ten of the First Amended Complaint on the ground that they are not entitled to qualified immunity from suit. *See Order Granting in Part Defendants' Motions to Dismiss Plaintiffs' FISA Claim*, Dkt. No. 102 (Aug. 14, 2012). Defendants Tidwell and Walls invoke the jurisdiction of the Court of Appeals pursuant to 28 U.S.C. § 1291. *See Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985) (holding that an order denying qualified immunity is an immediately appealable "final decision" within the meaning of 28 U.S.C. § 1291).

Dated: October 12, 2012

        Respectfully submitted,

        WILMER CUTLER PICKERING
         HALE AND DORR LLP

        /s/ P. Patty Li
        P. Patty Li (SBN: 266937)
        Katie Moran (SBN: 272041)
        350 South Grand Avenue, Suite 2100
        Los Angeles, CA 90071
        Telephone: (213) 443-5300
        Facsimile: (213) 443-5400

        Howard M. Shapiro
        Carl J. Nichols
        Annie L. Owens
        1875 Pennsylvania Avenue, N.W.
        Washington, DC 20006
        Telephone: (202) 663-6000
        Facsimile: (202) 663-6363

        *Attorneys for Defendants*
        *J. Stephen Tidwell and Barbara Walls*

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071