WILMER CUTLER PICKERING
  HALE AND DORR LLP
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Howard M. Shapiro (admitted *pro hac vice*)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted *pro hac vice*)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted *pro hac vice*)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*, | No. SA CV 11-00301-CJC (VBKx) |
| Plaintiffs, | |
| v. | **REPRESENTATION STATEMENT OF INDIVIDUAL-CAPACITY DEFENDANTS J. STEPHEN TIDWELL AND BARBARA WALLS** |
| FEDERAL BUREAU OF INVESTIGATION *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2, defendant-appellants J. Stephen Tidwell and Barbara Walls, through their counsel, provide the following Representation Statement.

Representing Defendant-Appellants J. Stephen Tidwell and Barbara Walls:

> Howard M. Shapiro
> Carl J. Nichols
> Annie L. Owens
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006
> Telephone:  (202) 663-6000
>
> P. Patty Li
> Katie Moran
> Wilmer Cutler Pickering Hale and Dorr LLP
> 350 South Grand Avenue, Suite 2100
> Los Angeles, California  90071
> Telephone:  (213) 443-5300

Representing Defendant-Appellants Pat Rose, Kevin Armstrong, and Paul Allen:

> David C. Scheper
> Angela Machala
> Alexander H. Cote
> Amos Alexander Lowder
> Scheper, Kim & Harris LLP
> 601 W. Fifth Street, 12th Floor
> Los Angeles, CA  90071-2025
> Telephone: (213) 613-4655

Representing Plaintiff-Appellees Yassir Fazaga, Ali Uddin Malik, and Yasser Abdelrahim:

  Peter Bibring
  Ahilan T. Arulanantham
  Jennifer L. Pasquarella
  ACLU Foundation of Southern California
  1313 West Eighth Street
  Los Angeles, California 90017
  Telephone: (213) 977-5000

  Ameena Mirza Qazi
  Council on American-Islamic Relations, California
  2180 W. Crescent Avenue, Suite F
  Anaheim, California 92801
  Telephone: (714) 776-1847

  Dan Stormer
  Joshua Piovia-Scott
  Reem Salahi
  Hadsell Stormer Keeny Richardson & Renick LLP
  128 N. Fair Oaks Avenue, Suite 204
  Pasadena, California 91103
  Telephone: (626) 585-9600

Dated:  October 12, 2012

        Respectfully submitted,

        WILMER CUTLER PICKERING
         HALE AND DORR LLP

        <u>/s/ P. Patty Li</u>
        P. Patty Li (SBN: 266937)
        Katie Moran (SBN: 272041)
        350 South Grand Avenue, Suite 2100
        Los Angeles, CA 90071
        Telephone: (213) 443-5300
        Facsimile: (213) 443-5400

*Wilmer Cutler Pickering Hale and Dorr LLP*
*350 South Grand Avenue, Suite 2100*
*Los Angeles, California 90071*

Howard M. Shapiro
Carl J. Nichols
Annie L. Owens
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants*
*J. Stephen Tidwell and Barbara Walls*