WILMER CUTLER PICKERING
    HALE AND DORR LLP
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Howard M. Shapiro (admitted *pro hac vice*)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted *pro hac vice*)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted *pro hac vice*)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>   Defendants. | No. SA CV 11-00301-CJC (VBKx)<br><br>**INDIVIDUAL-CAPACITY DEFENDANTS J. STEPHEN TIDWELL AND BARBARA WALLS NOTICE OF ERRATA RE DOCKET NUMBER 111** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Individual-Capacity Defendants J. Stephen Tidwell and Barbara Walls filed Docket No. 111 under an incorrect event category.  This error was corrected by filing Docket No. 112.

Dated:      October 12, 2012

        Respectfully submitted,

        WILMER CUTLER PICKERING
          HALE AND DORR LLP

/s/ P. Patty Li
P. Patty Li (SBN: 266937)
Katie Moran (SBN: 272041)
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400


Howard M. Shapiro
Carl J. Nichols
Annie L. Owens
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants*
*J. Stephen Tidwell and Barbara Walls*