**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
amachala@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants**
**Pat Rose, Kevin Armstrong and Paul Allen**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM, <br><br>  Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, in his official capacity; STEVEN M. MARTINEZ, ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br>  Defendants. | Case No. SACV 8:11-00301-CJC(VBKx) <br><br> **NOTICE OF APPEAL OF DEFENDANTS PAT ROSE, KEVIN ARMSTRONG AND PAUL ALLEN** |

1 | Notice is hereby given that Defendants Pat Rose, Kevin Armstrong and Paul Allen in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Orders denying Defendants' Motion To Dismiss Plaintiffs' FISA Claim entered on the 14th day of August, 2012. According to *Mitchell v. Forsyth,* 472 U.S. 511 (1985), the Court's denial of qualified immunity to Defendants Rose, Armstrong and Allen on the FISA claim is an "appealable 'final decision' within the meaning of 28 U.S.C. § 1291." *Id.* at 530.

Pursuant to Ninth Circuit Rule 3-2(b), a Representation Statement is attached hereto.

DATED: October 12, 2012      Respectfully submitted,

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE
ANGELA M. MACHALA


By: /s/ Angela M. Machala
    Angela M. Machala
    Attorneys for Defendants Pat Rose, Kevin Armstrong and Paul Allen

1