**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
amachala@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

**Attorneys for Defendants
Pat Rose, Kevin Armstrong and
Paul Allen**

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAT ROSE, KEVIN ARMSTRONG AND PAUL ALLEN,<br><br>   Defendants/Appellants,<br><br>v.<br><br>YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>   Plaintiffs/Appellees. | CASE NO. SACV 11-00301-CJC (VBKx) (C.D. Cal)<br><br>**APPELLANTS' REPRESENTATION STATEMENT** |

   The undersigned represents PAT ROSE, KEVIN ARMSTRONG AND PAUL ALLEN, appellants in this matter, and no other party.  Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address, where appropriate.

DATED: October 12, 2012        Respectfully submitted,

                                       SCHEPER KIM & HARRIS LLP
                                       DAVID C. SCHEPER
                                       ALEXANDER H. COTE
                                       ANGELA M. MACHALA


                                       By:   /s/ Angela M. Machala
                                                 Angela M. Machala
                                                 Attorneys for Defendants Pat Rose, Kevin
                                                 Armstrong and Paul Allen


## CERTIFICATE OF SERVICE

       This is to certify that on October 12, 2012, a true and correct copy of the foregoing Representation Statement, in the appeal from D.C. #SA CV 11-00301 CJC (VBKx), was served by United States Mail, first class, on counsel of record for all parties to the action below in this matter as follows (see attached service list):

# SERVICE LIST

| APPELLANTS/DEFENDANTS | COUNSEL |
|---|---|
| Pat Rose, Kevin Armstrong and Paul Allen | David C. Scheper<br>dscheper@scheperkim.com<br>Alexander H. Cote<br>acote@scheperkim.com<br>Angela M. Machala<br>amachala@scheperkim.com<br>**SCHEPER KIM & HARRIS LLP**<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA  90071-2025<br>Telephone:  (213) 613 4655<br>Facsimile:  (213) 613 4656 |
| **APPELLEES/PLAINTIFFS** | **COUNSEL** |
| Yassir Fazaga, Ali Uddin Malik, Yasser Abdelrahim, | Peter Bibring<br>pbibring@aclu-sc.org<br>Ahilan T. Arulanantham<br>aarulanantham@aclu-sc.org<br>Jennifer L. Pasquarella<br>jpasquarella@aclu-sc.org<br>**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 West Eighth Street<br>Los Angeles, California 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297<br><br>Ameena Mirza Qazi<br>aqazi@cair.com<br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>2180 W. Crescent Avenue, Suite F<br>Anaheim, California 92801<br>Telephone: (714) 776-1847<br>Facsimile: (714) 776-8340<br><br>Dan Stormer<br>dstormer@hadsellstormer.com<br>Joshua Piovia-Scott  jps@hskrr.com<br>Reem Salahi<br>reem@hskrr.com<br>**HADSELL STORMER KEENY RICHARDSON & RENICK, LLP**<br>128 N. Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079 |

| **DEFENDANTS** | **COUNSEL** |
|---|---|
| J. Stephen Tidwell and Barbara Walls | Brian R. Michael<br>brian.michael@wilmerhale.com<br>P. Patty Li<br>Patty.li@wilmerhale.com<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400 |