```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA006182
Cashier ID: dlcash
Transaction Date: 10/12/2012
Payer Name: SANTA ANA LEGAL SUPPORT INC
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SANTA ANA LEGAL SUPPORT INC
 Case/Party: D-CAC-8-11-CV-000301-001
 Amount:         $455.00
-------------------------------------
CHECK
 Check/Money Order Num: 6066
 Amt Tendered:  $455.00
-------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```