Peter Bibring (SBN 223981)
  *pbibring@aclu-sc.org*
Ahilan T. Arulanantham (SBN 237841)
  *aarulanantham@aclu-sc.org*
Jennifer L. Pasquarella (SBN 263241)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California  90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Attorneys for Plaintiffs

(Additional Counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>　　　　　Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx)<br><br>PLAINTIFFS' MOTION FOR ISSUANCE OF PARTIAL FINAL JUDGMENT PURSUANT TO F.R.C.P. 54(b)<br><br>Hearing Date: December 10, 2012<br>Time: 1:30 p.m.<br>Courtroom:  9-D |

Additional Plaintiffs' Attorneys:

Ameena Mirza Qazi (SBN 250404)
  *aqazi@cair.com*
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California  92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Dan Stormer (SBN 101967)
  *dstormer@hadsellstormer.com*
Joshua Piovia-Scott (SBN 222364)
  *jps@hadsellstormer.com*
Reem Salahi (SBN 259711)
  *reem@hadsellstormer.com*
HADSELL STORMER RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Additional Plaintiffs' Attorneys:

Ameena Mirza Qazi (SBN 250404)
 *aqazi@cair.com*
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California  92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Dan Stormer (SBN 101967)
 *dstormer@hadsellstormer.com*
Joshua Piovia-Scott (SBN 222364)
 *jps@hadsellstormer.com*
Reem Salahi (SBN 259711)
 *reem@hadsellstormer.com*
HADSELL STORMER RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

2

# NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)
## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 10, at 1:30 PM, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Cormac J. Carney, located at 411 West Fourth Street, Room 1053, Santa Ana, CA 92701, Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 54(b) for an order entering partial final judgment on each and every dismissed cause of action in Plaintiffs' First Amended Complaint against the Government and Individual Defendants.[1]

Partial final judgment is appropriate with respect to the Government Defendants because:

(1) This Court dismissed all claims against the Government Defendants on August 14, 2012. The Court dismissed the FISA claims on sovereign immunity grounds, and dismissed the remaining non-FISA claims on the basis of the state secrets privilege. Therefore, no claims remain pending against the Government Defendants in the instant litigation.

(2) There is no just reason for delay of entry of partial final judgment with respect to the Government Defendants. Judicial economy and the interests of the parties are best served by immediate entry of partial final judgment so that Plaintiffs may appeal this Court's order granting dismissal based on the state secrets privilege. No purpose is served by delaying that appeal until resolution of the Individual Defendants' appeal

---

[1] The "Government Defendants" are the United States of America, Federal Bureau of Investigation; Robert Mueller, Director of the Federal Bureau of Investigation, in his official capacity; and Steven M. Martinez, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity. The "Individual Defendants" are J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen.

and subsequent trial on the qualified immunity defense. Partial final judgment is appropriate with respect to the dismissed claims against the Individual Defendants because:

(1) This Court dismissed all non-FISA claims against the Individual Defendants on August 14, 2012. The FISA claim is the only remaining claim against these Defendants, as the Court denied qualified immunity to the Individual Defendants. However, the individual defendants have appealed this denial of qualified immunity. Thus, there are no remaining claims for this Court's consideration during the pendency of their appeal.

(2) There is no just reason for delay of entry of final judgment with respect to the dismissed claims against the Individual Defendants because delay would prevent the appeals from being considered at the same time. The basis for dismissal of the non-FISA claims against Individual Defendants is identical to the basis for dismissal of the non-FISA claims against the Government Defendants – both were dismissed under the state secrets privilege. As a result, judicial economy is best served by combining the appeals.[2]

This motion is based on the accompanying Memorandum of Law and all pleadings and papers on file with the Court in this action.

**Statement of Local Rule 7-3 Compliance**

This motion is made following the conference of counsel pursuant to L.R. 7-3 which initially took place with the Government Defendants on August 31, 2012, the Individual Capacity Defendants on September 10 and October 17, 2012, and

---

[2] Alternatively, Plaintiffs move for certification of this Court's orders of August 14, 2012 dismissing Plaintiffs' claims against the Government and Individual Defendants for immediate appeal under 28 U.S.C. 1292(b) because they involve a controlling question of law, there are substantial grounds for difference of opinion, and certification would advance the ultimate termination of this litigation.

through e-mail correspondence thereafter. During conferral, counsel for the Individual Defendants stated they would take no position on this motion as long as it also sought partial final judgment as to the Individual Defendants, which it now does. Counsel for the Government Defendants informed Plaintiffs via e-mail on October 31, 2012 that they intend to oppose this motion because they "don't believe the requirements of Rule 54(b) are satisfied."

Respectfully submitted,

Dated:  Dated: November 1, 2012

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP

By: s/ Peter Bibring
    Peter Bibring

Attorneys for Plaintiffs