1
2
3
4
5
6  **UNITED STATES DISTRICT COURT**
7
8  **CENTRAL DISTRICT OF CALIFORNIA**
9
10
11  YASSIR FAZAGA, *et al.*,         CASE NO.: SA CV 11-00301 CJC
                                     (VBKx)
12              Plaintiffs,
13     v.                            [PROPOSED] PARTIAL FINAL
                                     JUDGMENT UNDER F.R.C.P. 54(b)
14  FEDERAL BUREAU OF
    INVESTIGATION *et al.*,
15
16              Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] PARTIAL FINAL JUDGMENT UNDER F.R.C.P. 54(b)**

Following Plaintiffs' Motion for Issuance of Partial Final Judgment pursuant to Fed. R. Civ. P. 54(b), and having heard and considered the papers and arguments of the parties, the Court hereby GRANTS the motion and issues judgment as follows:

JUDGMENT IS ENTERED in favor of Defendants United States of America; the Federal Bureau of Investigation; Robert Mueller, Director of the Federal Bureau of Investigation, in his official capacity; and Steven M. Martinez, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity, on all Plaintiffs' claims.

JUDGMENT IS ENTERED in favor of Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen in their individual capacities on Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Causes of Action.

IT IS SO ORDERED.

DATED: November __, 2012

_____
HON. CORMAC J. CARNEY