Peter Bibring (SBN 223981)
 pbibring@aclu-sc.org
Ahilan T. Arulanantham (SBN 237841)
 aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Plaintiffs*

(Additional Counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.*, <br><br> Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx) <br><br> **JOINT STIPULATION TO STAY FISA CLAIM AND REQUEST TO CHANGE DATES FOR STATUS CONFERENCE AND MOTION HEARING** |

ActiveUS 102823131v.1

Ameena Mirza Qazi (SBN 250404)
  aqazi@cair.com
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California 92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

Dan Stormer (SBN 101967)
  dstormer@hadsellstormer.com
Joshua Piovia-Scott (SBN 222364)
  jps@hadsellstormer.com
Reem Salahi (SBN 259711)
  reem@hadsellstormer.com
HADSELL STORMER RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

*Attorneys for Plaintiffs*

Anthony J. Coppolino, Special Litigation Counsel
tony.coppolino@usdoj.gov
Lynn Y. Lee
lynn.lee@usdoj.gov
U.S. Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-4782

*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

Stephen E. Handler, Senior Trial Counsel
stephen.handler@usdoj,gov
U.S. Department of Justice, Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W., Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279

*Attorney for the United States*

WILMER CUTLER PICKERING
   HALE AND DORR LLP
P. Patty Li (SBN 266937)
patty.li@wilmerhale.com
Katie Moran (SBN 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ActiveUS 102823131v.1

1  WILMER CUTLER PICKERING
     HALE AND DORR LLP
2  Howard M. Shapiro (admitted *pro hac vice*)
   howard.shapiro@wilmerhale.com
3  Carl J. Nichols (admitted *pro hac vice*)
   carl.nichols@wilmerhale.com
4  Annie L. Owens (admitted *pro hac vice*)
   annie.owens@wilmerhale.com
5  1875 Pennsylvania Avenue, N.W.
   Washington, D.C. 20006
6  Telephone: (202) 663-6000
   Facsimile: (202) 663-6363
7
8  *Attorneys for Defendants J. Stephen Tidwell and Barbara Walls*

9  SCHEPER, KIM & HARRIS LLP
   David C. Scheper (SBN 120174)
10 dscheper@scheperkim.com
   Alexander H. Cote (SBN 211558)
11 acote@scheperkim.com
   Angela Machala (SBN 224496)
12 amachala@scheperkim.com
   Amos A. Lowder (SBN 269362)
13 alowder@scheperkim.com
   601 W. Fifth Street, 12th Floor
14 Los Angeles, CA 90071-2025
   Telephone: (213) 613-4655
15 Facsimile: (213) 613-4656

16 *Attorneys for Defendants Pat Rose, Kevin Armstrong, and Paul Allen*
17
18
19
20
21
22
23
24
25
26
27
28

ActiveUS 102823131v.1

# JOINT STIPULATION TO STAY FISA CLAIMS AND REQUEST TO CHANGE DATES FOR STATUS CONFERENCE AND MOTION HEARING

## INTRODUCTION

Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim ("Plaintiffs"); Defendants United States of America, Federal Bureau of Investigation; Robert Mueller, Director of the Federal Bureau of Investigation, in his official capacity; and Steven M. Martinez, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity (hereafter "Government Defendants"); and Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen (hereafter "Individual Capacity Defendants") by and through their counsel of record, hereby enter into the STIPULATION set forth below that would stay all further proceedings related to Count Ten of the Amended Complaint (the "FISA Count") against Individual-Capacity Defendants, pending their appeal of the Court's August 14, 2012, Order denying their Motions to Dismiss the FISA Count. The parties also jointly request that the Court re-schedule the upcoming status conference and schedule the hearing on the pending motion for issuance of partial final judgment by all Plaintiffs, for Tuesday, December 11, 2012 or Wednesday, December 12, 2012.

## RECITALS AND STIPULATION

1. Concurrently with this stipulation, Plaintiffs have filed a Motion for Issuance of Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b), which is presently noticed for hearing on the Court's civil motions calendar on Monday, December 10, 2012. To accommodate scheduling conflicts and the time of the Government's attorneys traveling from Washington, D.C., the parties respectfully request that that the Court re-schedule the hearing outside its normal motions day for Tuesday, December 11, 2012 or Wednesday, December 12, 2012.

2. By Order dated October 29, 2012 (Dkt. No. 117), this matter was scheduled for a status conference on November 5, 2012 at 3:00 PM. In light of

1  Plaintiffs' Motion and the Joint Stipulation for a Stay of FISA Claims, Plaintiffs
2  and all Defendants jointly request that this Court continue the status conference
3  scheduled for November 5, 2012 to the same date and time as the hearing on
4  Plaintiffs' Motion for Issuance of a Partial Final Judgment.
5       3.     By notices filed on October 12, 2012 (Dkt. Nos. 114 and 115), the
6  Individual Capacity Defendants have appealed this Court's order denying their
7  motion to dismiss the FISA Count on qualified immunity grounds (Dkt. No. 102).
8  Plaintiffs and the Individual Capacity Defendants stipulate to and jointly request
9  that this Court enter a stay of all further proceedings related to the FISA Count
10 against Individual Capacity Defendants.  The Plaintiffs and all Defendants stipulate
11 and agree that the foregoing stay does not affect claims for which this Court has
12 already granted defendants' motions to dismiss, and in no way bars the Court from
13 considering or ruling on Plaintiffs' pending Motion for Issuance of Partial Final
14 Judgment Pursuant to Fed. R. Civ. P. 54(b).

16      IT IS SO STIPULATED.

18 Dated: November 1, 2012     Respectfully submitted,

     ACLU FOUNDATION OF SOUTHERN
        CALIFORNIA
     COUNCIL ON AMERICAN-ISLAMIC
        RELATIONS, CALIFORNIA
     HADSELL STORMER KEENY
        RICHARDSON & RENICK LLP

     /s/ Peter Bibring
     Peter Bibring
     *Attorneys for Plaintiffs*

2

STUART F. DELERY
Acting Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ANTHONY J. COPPOLINO
  tony.coppolino@usdoj.gov
LYNN Y. Lee
  lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W. Rm 6102
Washington, D.C. 20001
Telephone: (202) 514-4782
*Attorneys for Defendants Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez*

/s/ Anthony J. Coppolino
Anthony J. Coppolino (authorized 11-01-12)


STEPHEN E. HANDLER
Senior Trial Counsel
  stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Ave N.W. Rm 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
*Attorney for Defendant the United States*

/s/ Stephen E. Handler
Stephen E. Handler (authorized 11-0112)

WILMER CUTLER PICKERING
  HALE AND DORR LLP
P. Patty Li
patty.li@wilmerhale.com
Katie Moran
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

3

ActiveUS 102823131v.1

| | |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | Howard M. Shapiro |
| 3 | howard.shapiro@wilmerhale.com |
|   | Carl J. Nichols |
| 4 | carl.nichols@wilmerhale.com |
|   | Annie L. Owens |
| 5 | annie.owens@wilmerhale.com |
|   | 1875 Pennsylvania Avenue, N.W. |
| 6 | Washington, D.C.  20006 |
|   | Telephone:  (202) 663-6000 |
| 7 | Facsimile:  (202) 663-6363 |

/s/ Carl J. Nichols
Carl J. Nichols (authorized 11-01-12)
*Attorneys for Defendants*
*J. Stephen Tidwell and Barbara Walls*

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE
ANGELA M. MACHALA
AMOS A. LOWDER
/s/ Amos A. Lowder
Amos A. Lowder (authorized 11-01-12)
*Attorneys for Defendants Pat Rose, Kevin Armstrong and Paul Allen*

4

ActiveUS 102823131v.1