| | |
|---|---|
| YASSIR FAZAGA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.*, <br><br> Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx) <br><br> [PROPOSED] ORDER RE STAY OF FISA CLAIMS AND DATE OF STATUS CONFERENCE AND HEARING FOR PLAINTIFFS' MOTION FOR PARTIAL FINAL JUDGMENT |

1 ▮

3  Having reviewed the stipulation and request by the Plaintiffs and
4 Defendants, and good cause appearing, the Court hereby ORDERS that the FISA
5 claims against the Individual Capacity Defendants be immediately stayed pending
6 resolution of the appeal; that the Court will hear and subsequently rule on
7 Plaintiffs' pending Motion for Issuance of Partial Final Judgment on Tuesday,
8 December 11, 2012 at 10 a.m.; and that the November 5, 2012 status conference be
9 continued until Tuesday, December 11, 2012 at 10 a.m.

11 IT IS SO ORDERED.

13 DATED: November __, 2012

15  _____
    HON. CORMAC J. CARNEY

ActiveUS 102824909v.1