NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.*, <br><br> Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx) <br><br> [~~PROPOSED~~] ORDER RE STAY OF FISA CLAIMS AND DATE OF STATUS CONFERENCE AND HEARING FOR PLAINTIFFS' MOTION FOR PARTIAL FINAL JUDGMENT |

1    Having reviewed the stipulation and request by the Plaintiffs and Defendants, and good cause appearing, the Court hereby ORDERS that the FISA claims against the Individual Capacity Defendants be immediately stayed pending resolution of the appeal; that the Court will hear and subsequently rule on Plaintiffs' pending Motion for Issuance of Partial Final Judgment on Tuesday, December 11, 2012 at 4:30 p.m.; and that the November 5, 2012 status conference be continued until Tuesday, December 11, 2012 at 4:30 p.m.

IT IS SO ORDERED.

DATED: November 2, 2012

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ActiveUS 102824909v.1