**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,<br><br>Plaintiffs,<br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION, ET AL.,<br><br>Defendants. | Case No.: 8:11-cv-00301-CJC(VBKx)<br><br>**PARTIAL FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

In accordance with its Order Granting Plaintiffs' Motion for Issuance of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) issued concurrently herewith, the Court issues judgment as follows:

///

JUDGMENT IS ENTERED in favor of Defendants United States of America; the Federal Bureau of Investigation; Robert Mueller, Director of the Federal Bureau of Investigation, in his official capacity; and Steven M. Martinez, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity, on all Plaintiffs' claims.

JUDGMENT IS ENTERED in favor of Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen in their individual capacities on Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Causes of Action.

IT IS SO ORDERED.

DATED: December 3, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE