Peter Bibring (SBN 223981)
 *pbibring@aclu-sc.org*
Ahilan T. Arulanantham (SBN 237841)
 *aarulanantham@aclu-sc.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California  90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297


Attorneys for Plaintiffs

(Additional Counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION *et al.*,<br><br>             Defendants. | CASE NO.: SA CV 11-00301 CJC (VBKx)<br><br>**NOTICE OF APPEAL** |

| | |
|---|---|
| 1 | Additional Plaintiffs' Attorneys: |
| 2 | |
| 3 | Ameena Mirza Qazi (SBN 250404) |
| | *aqazi@cair.com* |
| 4 | COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA |
| 5 | 2180 W. Crescent Avenue, Suite F |
| | Anaheim, California  92801 |
| 6 | Telephone: (714) 776-1847 |
| 7 | Facsimile: (714) 776-8340 |
| 8 | |
| | Dan Stormer (SBN 101967) |
| 9 | *dstormer@hadsellstormer.com* |
| 10 | Joshua Piovia-Scott (SBN 222364) |
| | *jps@hadsellstormer.com* |
| 11 | Reem Salahi (SBN 259711) |
| 12 | *reem@hadsellstormer.com* |
| | HADSELL STORMER RICHARDSON & RENICK, LLP |
| 13 | 128 N. Fair Oaks Avenue, Suite 204 |
| 14 | Pasadena, California 91103 |
| | Telephone: (626) 585-9600 |
| 15 | Facsimile: (626) 577-7079 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(B)(iv), notice is hereby given that plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on December 5, 2012 (Dkt. No. 129), granting judgment in favor of Defendants United States of America; the Federal Bureau of Investigation; Robert Mueller, Director of the Federal Bureau of Investigation, in his official capacity; and Steven M. Martinez, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity, on all Plaintiffs' claims; and granting judgment in favor of Defendants J. Stephen Tidwell, Barbara Walls, Pat Rose, Kevin Armstrong, and Paul Allen in their individual capacities on Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Causes of Action, and all interlocutory and related orders giving rise to that judgment, including but not limited to the Court's ruling that Plaintiffs' FISA claims against the government must be dismissed on sovereign immunity grounds, *see* Order Granting in Part Defendants' Motions to Dismiss Plaintiffs' FISA Claim, Dkt. No. 102 (Aug. 14, 2012); and the Court's ruling that all other claims must be dismissed based on the United States' assertion of the state secrets privilege. *See* Order Granting Defendants' Motions to Dismiss

//
//
//

Based on the State Secrets Privilege, Dkt. No. 101 (Aug. 14, 2012).

This appeal arises from the same litigation and district court determinations already before the Ninth Circuit Court of Appeals in two pending appeals, Case Nos. 12-56867 and 12-56874.

| | |
|---|---|
| Dated: January 3, 2013 | Respectfully submitted,<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA<br>HADSELL STORMER KEENY RICHARDSON & RENICK LLP |
| | /s/ Peter Bibring<br>Peter Bibring<br>*Attorneys for Plaintiffs* |

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), the undersigned represent Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim, Appellants in this matter, and no other parties. Attached is a service list that shows all of the parties to the action, and identifies their counsel by name, firm address, telephone number, facsimile number, and e-mail address, where appropriate.

Dated:  January 3, 2013         Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN
    CALIFORNIA
COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS, CALIFORNIA
HADSELL STORMER KEENY
    RICHARDSON & RENICK LLP

/s/ Peter Bibring
Peter Bibring
*Attorneys for Plaintiffs*

# **ATTACHMENT**

<u>Counsel for Appellants YASSIR FAZAGA, ALI UDDIN MALIK, YASSER ABDELRAHIM,</u>

Peter Bibring (SBN 223981)
  *pbibring@aclu-sc.org*
Ahilan T. Arulanantham (SBN 237841)
  *aarulanantham@aclu-sc.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California  90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297


Ameena Mirza Qazi (SBN 250404)
  *aqazi@cair.com*
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, California  92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340


Dan Stormer (SBN 101967)
  *dstormer@hadsellstormer.com*
Joshua Piovia-Scott (SBN 222364)
  *jps@hadsellstormer.com*
Reem Salahi (SBN 259711)
  *reem@hadsellstormer.com*
HADSELL STORMER RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

<u>Counsel for Respondent UNITED STATES OF AMERICA</u>

Anthony Joseph Coppolino
US Department of Justice

```
 1  Federal Programs Branch
    20 Massachusetts Avenue NW
 2  Room 6102 883
    Washington, DC 20001
 3  202-514-4782
 4  Email: tony.coppolino@usdoj.gov

 5
    Stephen E Handler
 6  US Department of Justice
    Civil Division Torts Branch
 7  Benjamin Franklin Station
    Post Office Box 888
 8  Washington, DC 20044
 9  202-616-4279
10  Email: stephen.handler@usdoj.gov

11
    Counsel for Respondents THE FEDERAL BUREAU OF INVESTIGATION;
12  ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF
13  INVESTIGATION, in his official capacity; and STEVEN M. MARTINEZ,
    ASSISTANT DIRECTOR IN CHARGE, FEDERAL BUREAU OF
14  INVESTIGATION'S LOS ANGELES DIVISION, in his official capacity,

15
    Anthony Joseph Coppolino
16  US Department of Justice
17  Federal Programs Branch
    20 Massachusetts Avenue NW
18  Room 6102 883
19  Washington, DC 20001
    202-514-4782
20  Email: tony.coppolino@usdoj.gov

21
    Lynn Y Lee
22  US Department of Justice
23  Civil Division
    P O Box 883
24  Washington, DC 20044
25  202-305-0531
    Fax: 202-616-8470
26  Email: lynn.lee@usdoj.gov

27

28
```

Counsel for Respondents J. STEPHEN TIDWELL, BARBARA WALLS in their individual capacities

Peiyin Patty Li
  patty.li@wilmerhale.com
Katie Moran
  katie.moran@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
350 South Grand Avenue Suite 2100
Los Angeles, CA 91335
213-443-5300
Fax: 213-443-5400

Howard M Shapiro
  howard.shapiro@wilmerhale.com
Carl J. Nichols
  carl.nichols@wilmerhale.com
Annie L. Owens
  annie.owens@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6606
Fax: 202-663-6363

Counsel for Respondents PAT ROSE, KEVIN ARMSTRONG, PAUL ALLEN in their individual capacities

David C. Scheper
  dscheper@scheperkim.com
Alexander H Cote
  acote@scheperkim.com
Angela M. Machala
  amachala@scheperkim.com
Scheper Kim & Harris LLP
601 West Fifth Street 12th Floor
Los Angeles, CA 90071-2025
213-613-4655
Fax: 213-613-4656