UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 11-00301-CJC(VBKx)                              Date: January 29, 2013

Title: Yassir Fazaga, et al., v. Federal Bureau of Investigation, et al.

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

---

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| None Present | None Present |

---

Proceedings:      ☐ In Court      X In Chambers      ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated November 2, 2012 [123]. Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within __ days.  Make JS-6.

☐   Other _____

☐   Entered _____.

CV-74 (08/97)                                          Initials by Deputy Clerk    mu