UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Peter Bibring | 2. PHONE NUMBER: 213.977.5229 | 3. DATE: February 4, 2013 |
| 4. FIRM NAME: ACLU Foundation of So California | 5. E-MAIL ADDRESS: clebano@aclu-sc.org | |
| 6. MAILING ADDRESS: 1313 West Eighth Street | 7. CITY: Los Angeles | 8. STATE: CA / 9. ZIP CODE: 90017 |
| 10. CASE NUMBER: SACV 11-301 CJC | 11. CASE NAME: Fazaga, et al. v. FBI, et al. | 12. JUDGE: Carney |
| 13. APPEAL CASE NUMBER: 13-55017 | 14. ORDER FOR: ☑ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Aug 14, 2012 | Maria Beesley | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): MTD Hearing |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:       Day:       Year:
Transcript payment arrangements were made with:

17. DATE: February 4, 2013

NAME OF OFFICIAL: _____

18. SIGNATURE: s/ Peter Bibring

Payment of estimated transcript fees were sent on the following date:
Month:       Day:       Year:

G-120 (09/12)