UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                                    Date: **April 5, 2013**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | RS-4 04-05-13 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
   Peter Bibring                                                                   Anthony Joseph Coppolino
   Ahilan T. Arulanantham                                              Stephen E. Handler
                                                                                Lynn Y. Lee
                                                                                Annie L. Owens
                                                                                Alexander H. Cote

**PROCEEDINGS:**         **TELEPHONIC STATUS CONFERENCE**

     A telephonic status conference regarding settlement was held as previously scheduled. Attorneys Ahilan T. Arulanantham and Peter Bibring appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of the United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen F. Handler appeared on behalf of the United States of America. Attorney Annie L. Owens appeared on behalf of J. Stephen Tidwell and Barbara Walls. Attorney Alexander H. Cote appeared on behalf Pat Rose and Kevin Armstrong. The Court and counsel discussed the status on the case. Counsel indicated that further discussions with the Court would be beneficial, prior to scheduling any further settlement conference. Accordingly, defense counsel will contact the Court telephonically no later than April 30, 2013, and the Court will thereafter contact plaintiffs' counsel regarding the settlement status. Thereafter, the Court will calendar a further settlement conference if it deems it appropriate.

                                                                                                                                            00    :    15

Initials of Deputy Clerk      dts