# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **SACV 11-0301-CJC (VBKx)**            Date: **November 7, 2013**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

      **HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | RS-4 04-05-13 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    Peter Bibring                                Anthony Joseph Coppolino
    James Burch                                 Stephen E. Handler
                                                             Lynn Y. Lee

**PROCEEDINGS:**        **TELEPHONIC STATUS CONFERENCE RE SETTLEMENT**

      A telephonic status conference regarding the status of settlement was held as previously scheduled. Attorneys Peter Bibring and James Burch appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of the United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen F. Handler appeared on behalf of the United States of America. Also present were Federal Bureau of Investigation Attorneys Ted Schwartz and Kim Schwartz. The Court and counsel discussed the status on the case. The Court directed counsel to confer and contact the Court with an updated status on Friday, November 8, 2013, at 11:30 a.m.

                                                                           01   :   05

                                                       Initials of Deputy    dts
                                                       Clerk