# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**               Date: **December 19, 2013**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

## DOCKET ENTRY

PRESENT:

### HON. <u>DAVID T. BRISTOW</u>, UNITED STATES MAGISTRATE JUDGE

| Deb Taylor | RS-4 12-19-13 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:

Peter Bibring
Ahilan T. Arulanantham

ATTORNEYS PRESENT FOR DEFENDANTS:

Anthony Joseph Coppolino
Lynn Y. Lee
Stephen E. Handler

**PROCEEDINGS:**          **TELEPHONIC STATUS CONFERENCE RE SETTLEMENT**

A telephonic status conference regarding the status of settlement was held as previously scheduled. Attorneys Peter Bibring and Ahilan T. Arulanantham appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of the United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen E. Handler appeared on behalf of the United States of America. The Court and counsel discussed the status on the case. The Court directed the government to provide a final statement, in light of plaintiffs' previously-stated position regarding such, and to have a further telephonic conference with the plaintiffs regarding the same. Following the telephonic conference the Court and counsel shall confer regarding settlement status, and, accordingly, the Court set a further telephonic conference for January 7, 2014, at 11:00 a.m.

| | 00 | : | 35 |
|---|---|---|---|
| Initials of Deputy Clerk | dts | | |