UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**     Date: **January 7, 2014**

Title:  **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | RS-3 01-07-14 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
      Peter Bibring                                                            Anthony Joseph Coppolino
      Ahilan T. Arulanantham                                         Lynn Y. Lee
                                                                                          Stephen E. Handler

**PROCEEDINGS:         TELEPHONIC STATUS CONFERENCE RE SETTLEMENT**

        A telephonic status conference regarding the status of settlement was held as previously scheduled.  Attorneys Peter Bibring and Ahilan T. Arulanantham appeared on behalf of plaintiffs.  Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of the United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez.  Assistant United States Attorney Stephen E. Handler appeared on behalf of the United States of America.  The Court and counsel discussed the status on the case.  The Court ordered plaintiffs' counsel to respond, in writing, to the government's most recent draft with red-line revisions within one week prior to determining that a settlement would not be possible.  The Court set a further telephonic conference for January 17, 2014, at 11:00 a.m.

|  | 00 | : | 55 |
|---|---|---|---|
| Initials of Deputy Clerk | dts | | |