UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                     Date: **January 17, 2014**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | RS-4 01-17-14 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
   Peter Bibring                                                         Anthony Joseph Coppolino
   Ahilan T. Arulanantham                                        Lynn Y. Lee
                                                                                    Stephen E. Handler

**PROCEEDINGS:**     **TELEPHONIC STATUS CONFERENCE RE SETTLEMENT**

A telephonic status conference regarding the status of settlement was held as previously scheduled. Attorneys Peter Bibring and Ahilan T. Arulanantham appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of the United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen E. Handler appeared on behalf of the United States of America. The Court and counsel discussed the status on the case. Plaintiff's counsel informed the Court that they have been unable to agree with defense counsel on acceptable language for a proposed written statement regarding the settlement of the case, and that such a statement was a requirement of any proposed settlement. Accordingly, plaintiff's counsel believed any further settlement discussions regarding a global settlement would be futile. Defense counsel thereafter again inquired as to whether plaintiffs believed a settlement with only the individual plaintiffs was a possibility. Following further discussion, the Court thereafter directed counsel to confer as to whether a settlement between the plaintiffs and the individual defendants would be possible. The Court set a further telephonic conference for February 5, 2014, at 11:00 a.m.

                                                                                                    00        :        25

                                                                          Initials of Deputy      dts
                                                                          Clerk