# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 11-0301-CJC (VBKx)**                                   Date: **February 5, 2014**

Title: **Yassir Fazaga, et al. v. Federal Bureau of Investigation, et al.**

## DOCKET ENTRY

PRESENT:
   **HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

   Deb Taylor                           RS-4 02-05-14
   Deputy Clerk                         Court Reporter/Recorder

ATTORNEY PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
   Peter Bibring                           Anthony Joseph Coppolino
                                           Lynn Y. Lee
                                           Stephen E. Handler
                                           Katie Moran
                                           David Scheper

**PROCEEDINGS:**     **TELEPHONIC STATUS CONFERENCE RE SETTLEMENT**

   A telephonic status conference regarding the status of settlement was held as previously scheduled. Attorneys Peter Bibring appeared on behalf of plaintiffs. Assistant United States Attorneys Anthony Joseph Coppolino and Lynn Y. Lee appeared on behalf of the United States of America, Federal Bureau of Investigation, Robert Mueller, and Steven M. Martinez. Assistant United States Attorney Stephen E. Handler appeared on behalf of the United States of America. Attorneys Katie Moran and David Scheper appeared on behalf of defendants J. Stephen Tidwell and Barbara Walls. Upon inquiry by the Court, the parties confirmed that they were unable to agree upon terms for a possible partial settlement of this action involving only the individual plaintiffs. Accordingly, the Court confirmed that settlement discussions had been exhausted, as it appeared that negotiations had reached an intractable impasse. The Court noted that the settlement discussions in this case had been extraordinary, and that they had encompassed nearly two years. Notwithstanding the absence of a settlement agreement, the Court advised the parties of its willingness to conduct further settlement negotiations

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

| Case No.: SACV 11-0301-CJC (VBKx) | February 5, 2014 |
|---|---|
| <u>Yassir Fazaga, et al. v. Federal Bureau of Investigations, et al.</u> | Page 2 |

---

in the future if the parties believed such efforts were warranted by any factual or procedural developments. The Clerk shall serve a copy of this Order on the Ninth Circuit Court of Appeals settlement coordinator, Claudia Lynn Bernard.


|  | 00 | : | 25 |
|---|---|---|---|
| Initials of Deputy Clerk | dts | | |

# NOTICE PARTY SERVICE LIST

Case No. SACV 11-00301-CJC (VBKx)   Case Title Yassir Fazaga, et al. v. FBI, et al.

Title of Document  Minute Order Re: Telephonic Status Conference Re: Settlement

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office, L.A. Death Penalty Coordinator |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Case Processing |
| | Chief Deputy Judicial Services |
| | CJA Supervising Attorney |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep in Chg E Div |
| | Dep in Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Managing Attorney, Legal Services Unit |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division - L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division - L.A. |
| | US Attorneys Office - Criminal Division - S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service - Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |
| | Warden, Central Calif Women's Facility |

Claudia

| ADD NEW NOTICE PARTY |
|---|
| (if sending by fax, mailing address must also be provided) |
| Name: Claudia Lynn Bernard |
| Firm: |
| Address: |
| |
| *E-mail: Claudia_Bernard@ca9.uscourts.gov |
| *Fax No.: |

* For CIVIL cases only

| JUDGE/MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk  dsb