UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-00301-CJC (VBKx)            Date: August 12, 2020

Title: YASSIR FAZAGA, *et al.* v. FEDERAL BUREAU OF INVESTIGATION, *et al.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING TELEPHONIC STATUS CONFERENCE**

     The Court is in receipt of the July 28, 2020 Mandate of the Ninth Circuit Court of Appeals. (Dkt. 155) remanding this action back to the District Court. Accordingly, the parties are hereby **ORDERED** to appear for a telephonic status conference on Tuesday, August 18, 2020 at 10:00 a.m.  The Courtroom deputy shall provide the parties with the dial-in directions prior to the hearing.

gga

MINUTES FORM 11
CIVIL-GEN                                                                         Initials of Deputy Clerk GGA