Name and address:
Catherine M.A. Carroll
1875 Pennsylvania Avenue NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YASSIR FAZAGA, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:11-cv-00301-CJC-VBK |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, ET AL. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Carroll, Catherine M.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
*Firm/Agency Name & Address*

(202) 663-6072
*Telephone Number*

(202) 663-6363
*Fax Number*

Catherine.Carroll@wilmerhale.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

J. Stephen Tidwell and Barbara Walls
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Moran, Katie
*Designee's Name (Last Name, First Name & Middle Initial)*

of Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
*Firm/Agency Name & Address*

272041
*Designee's Cal. Bar No.*

(213) 443-5381
*Telephone Number*

(213) 443-5400
*Fax Number*

Katie.Moran@wilmerhale.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge