# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YASSIR FAZAGA, ET AL.

Plaintiff(s)

v.

FEDERAL BUREAU OF INVESTIGATION, ET AL.

Defendant(s).

CASE NUMBER

8:11-cv-00301-CJC-VBK

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Carroll, Catherine M.A.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 663- 6072

*Telephone Number*

(202) 663-6363

*Fax Number*

Catherine.Carroll@wilmerhale.com

*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

J. Stephen Tidwell and Barbara Walls

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Moran, Katie

*Designee's Name (Last Name, First Name & Middle Initial)*

272041

*Designee's Cal. Bar No.*

(213) 443-5381

*Telephone Number*

(213) 443-5400

*Fax Number*

Katie.Moran@wilmerhale.com

*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**  August 17, 2020

Cormac J. Carney, U.S. District Judge