UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | SACV 11-000301-CJC (VBKx) | Date | August 18, 2020 |
|---|---|---|---|
| Title | Yassir Fazaga et al v. Federal Bureau of Investigation et al | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:
    BY TELEPHONE:           BY TELEPHONE:

Ahilan T Arulanantham       Catherine Carroll
Peter Bibring       Howard Shapiro
Mohammad K Tajsar       Alexander Cote
        Jeffrey Steinfeld
        Joseph DeMott
        Stephen Handler

### PROCEEDINGS: STATUS CONFERENCE

    Status Conference held. The Court and counsel confer. The parties shall submit their reports as stated on the record by August 28, 2020.

    0 : 20

Initials of Deputy Clerk    gga

cc: