ETHAN P. DAVIS
Acting Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
E-mail: tony.coppolino@usdoj.gov
JOSEPH J. DEMOTT
Trial Attorney
E-mail: joseph.demott@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: 202-514-3367
*Attorneys for the Federal Bureau of
Investigation and Official Capacity Defendants*

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, et al. | No. 8:11-cv-00301-CJC-VBK |
| Plaintiffs, | |
| v. | **GOVERNMENT DEFENDANTS' MOTION FOR A STAY OF PROCEEDINGS PENDING PETITION FOR WRIT OF CERTIORARI** |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants. | DATE: October 5, 2020<br>TIME: 1:30 PM<br>JUDGE: Hon. Cormac J. Carney<br>CRTRM: 9B |

STEPHEN E. HANDLER
Senior Trial Counsel
E-mail: stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W. Room 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
*Attorney for the United States*

**NOTICE OF MOTION AND MOTION FOR A STAY OF PROCEEDINGS PENDING PETITION FOR WRIT OF CERTIORARI**

PLEASE TAKE NOTICE that on Monday, October 5, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard, before The Honorable Cormac J. Carney, in the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, CA, 92701, Defendants United States, Federal Bureau of Investigation, and all Government Defendants sued in their official capacity (collectively "Government Defendants"), will move, and hereby do move, for a stay of further proceedings in this case pending: (1) a decision by the United States on whether to petition the Supreme Court for a writ of certiorari; (2) a decision by the Supreme Court on the writ of certiorari, if a petition is filed; and (3) resolution of proceedings in the Supreme Court, if a writ of certiorari is granted. The Government's request for a stay does not extend to briefing in connection with the individual capacity defendants' renewed motions to dismiss *Bivens* claims against them. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 17, 2020, and is supported by the accompanying Memorandum of Points and Authorities.

Dated: September 1, 2020         Respectfully submitted,

                                 ETHAN P. DAVIS
                                 Acting Assistant Attorney General

                                 /s/ *Anthony. J. Coppolino*
                                 ANTHONY J. COPPOLINO
                                 Deputy Branch Director

                                 */s/ Joseph J. DeMott*
                                 JOSEPH DEMOTT
                                 Trial Attorney
                                 E-mail: joseph.demott@usdoj.gov
                                 U.S. Department of Justice
                                 Civil Division, Federal Programs Branch

**Gov't Defs.' Notice of Mot. and Mot. for a Stay of Proceedings
Pending Petition for Writ of Certiorari**                              Page 1

1100 L Street, NW
Washington, DC 20530
Telephone: 202-514-3367
*Attorneys for the Federal Bureau of Investigation and Official Capacity Defendants*

STEPHEN E. HANDLER
Senior Trial Counsel
E-mail: stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue N.W. Room 8070N
Washington, D.C. 20530
Telephone: (202) 616-4279
*Attorney for the United States*