# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, et al.<br><br>Plaintiffs,<br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | No. 8:11-cv-00301-CJC-VBK<br><br>**[PROPOSED] ORDER GRANTING A STAY OF PROCEEDINGS PENDING PETITION FOR WRIT OF CERTIORARI**<br><br>Hon. Cormac J. Carney |

Upon consideration of the Government Defendants' Motion for a Stay of Proceedings Pending Petition for Writ of Certiorari, ECF No. 164, this Court hereby ORDERS as follows:

Further proceedings in this case are hereby stayed pending (1) a decision by the United States on whether to petition the Supreme Court for a writ of certiorari; (2) a decision by the Supreme Court on the writ of certiorari, if a petition is filed; and (3) resolution of proceedings in the Supreme Court, if a writ of certiorari is granted.

This stay does not extend to briefing in connection with the individual capacity defendants' renewed motions to dismiss *Bivens* claims against them.

IT IS SO ORDERED.

DATED:

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE