JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
E-mail: tony.coppolino@usdoj.gov
JOSEPH J. DEMOTT
Trial Attorney
E-mail: joseph.demott@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: 202-514-3367
*Attorneys for the Federal Bureau of Investigation and Official Capacity Defendants*

(Additional counsel listed on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASSIR FAZAGA, et al. | No. 8:11-cv-00301-CJC-VBK |
| Plaintiffs, | |
| v. | **NOTICE OF FILING OF PETITION FOR WRIT OF *CERTIORARI*** |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants. | |

1  STEPHEN E. HANDLER
2  Senior Trial Counsel
   E-mail: stephen.handler@usdoj.gov
3  U.S. Department of Justice
4  Civil Division, Torts Branch
   175 N Street, N.E. Room 11.139
5  Washington, D.C. 20002
6  Telephone: (202) 616-4279
   *Attorney for the United States*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On September 29, 2020, the Court stayed this case "until whichever of the following events applies: (1) the government decides not to petition the Supreme Court for a writ of certiorari . . . (2) the government files a petition for writ of certiorari and the Supreme Court denies it . . . or (3) the government files a petition for writ of certiorari and the Supreme Court grants it." Order, ECF No. 168, at 4. The Government Defendants hereby respectfully provide notice that the Government has filed a petition for a writ of certiorari. *See* Ex. A. Accordingly, pursuant to the Court's prior order, the case remains stayed. The Government will file a further notice when the Supreme Court grants or denies the petition.

Dated:  December 21, 2020             Respectfully Submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ Joseph J. DeMott*
JOSEPH J. DEMOTT
Trial Attorney
E-mail: joseph.demott@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20530
Telephone: 202-514-3367
*Attorneys for the Federal Bureau of Investigation and Official Capacity Defendants*

STEPHEN E. HANDLER
Senior Trial Counsel
E-mail: stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, N.E., Room 11.139
Washington, D.C. 20002

Telephone: (202) 616-4279
*Attorney for the United States*

**Government's Notice of Filing of Petition for Writ of *Certiorari*** **Page 2**