BRIAN M. BOYNTON
Acting Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
E-mail: tony.coppolino@usdoj.gov
JOSEPH J. DEMOTT
Trial Attorney
E-mail: joseph.demott@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: 202-514-3367
*Attorneys for the Federal Bureau of
Investigation and Official Capacity Defendants*

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, et al. | No. 8:11-cv-00301-CJC-VBK |
| Plaintiffs, | |
| v. | **NOTICE RE: GRANT OF PETITION FOR WRIT OF CERTIORARI** |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants. | |

STEPHEN E. HANDLER
Senior Trial Counsel
E-mail: stephen.handler@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, N.E. Room 11.139
Washington, D.C. 20002
Telephone: (202) 616-4279
*Attorney for the United States*

On September 29, 2020, the Court stayed this case "until whichever of the following events applies: (1) the government decides not to petition the Supreme Court for a writ of certiorari . . . (2) the government files a petition for writ of certiorari and the Supreme Court denies it . . . or (3) the government files a petition for writ of certiorari and the Supreme Court grants it, in which case the government is instructed to file a notice within three days of the filing of the Supreme Court's decision." Order, ECF No. 168, at 4.

On December 17, 2020, the Government filed a petition for a writ of certiorari. *See* Notice, ECF No. 171. The Government hereby respectfully provides notice that on June 7, 2021, the Supreme Court granted the Government's petition for certiorari. *See* Ex. A at 2.

Dated: June 8, 2021               Respectfully Submitted,

                                  BRIAN M. BOYNTON
                                  Acting Assistant Attorney General

                                  ANTHONY J. COPPOLINO
                                  Deputy Branch Director

                                  */s/ Joseph J. DeMott*
                                  JOSEPH J. DEMOTT
                                  Trial Attorney
                                  E-mail: joseph.demott@usdoj.gov
                                  U.S. Department of Justice
                                  Civil Division, Federal Programs Branch
                                  1100 L Street, NW
                                  Washington, DC  20530
                                  Telephone: 202-514-3367
                                  *Attorneys for the Federal Bureau of*
                                  *Investigation and Official Capacity Defendants*

                                  STEPHEN E. HANDLER
                                  Senior Trial Counsel
                                  E-mail: stephen.handler@usdoj.gov
                                  U.S. Department of Justice

|   |   |
|---|---|
| 1 | Civil Division, Torts Branch |
| 2 | 175 N Street, N.E., Room 11.139 |
|   | Washington, D.C. 20002 |
| 3 | Telephone: (202) 616-4279 |
| 4 | *Attorney for the United States* |

**Government's Notice re: Grant of Petition for Writ of *Certiorari***     **Page 2**