**(ORDER LIST: 593 U.S.)**

**MONDAY, JUNE 7, 2021**

**CERTIORARI -- SUMMARY DISPOSITION**

20-896    GRAHAM, TERESA M. V. BARNETTE, SHANNON L., ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Caniglia* v. *Strom*, 593 U. S. ___ (2021).

**ORDERS IN PENDING CASES**

20M84     ROSE, JAMES E. V. SUNUNU, GOV. OF NH, ET AL.

20M85     TOLIVER, JAMES L. V. INCH, SEC., FL DOC

20M86     ZAVALIDROGA, TOMAS V. HESTER, SAMUEL, ET AL.

The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

20M87     L. C. V. S. C., ET AL.

The motion for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record is granted.

20M88     JOHN DOE V. UNITED STATES

The motion for leave to file a petition for a writ of certiorari with the supplemental appendix under seal is granted.

20-480    BABCOCK, DAVID B. V. SAUL, ANDREW M.

The motion of petitioner to dispense with printing the joint appendix is granted.

1

**CERTIORARI GRANTED**

20-828      FBI, ET AL. V. FAZAGA, YASSIR, ET AL.

        The petition for a writ of certiorari is granted.

**CERTIORARI DENIED**

20-1019     THOMPSON, JADE V. MARIETTA ED. ASSN., ET AL.

20-1062     BENNETT, CHAD V. WASHINGTON

20-1093     JUST ENERGY MARKETING, ET AL. V. HURT, DAVINA, ET AL.

20-1148     SELLERS, ROBERT M. V. McDONOUGH, SEC. OF VA

20-1195     KS NATURAL RESOURCE COALITION V. DEPT. OF INTERIOR, ET AL.

20-1197     CLEMONS, EUGENE M. V. DUNN, COMM'R, AL DOC, ET AL.

20-1210     SENECA COUNTY, NY V. CAYUGA INDIAN NATION OF NY

20-1220     COMCAST CABLE COMMUNICATIONS V. PROMPTU SYSTEMS CORP., ET AL.

20-1372     CHAMBERS, JOHN V. TEXAS

20-1384     EVERETT, AMY V. COBB COUNTY, GA, ET AL.

20-1386     EISELE, DALE S. V. ESTATE OF JOSEPH BRODIE SMITH

20-1399     CAPUL, ANDREW J., ET AL. V. NEW YORK, NY, ET AL.

20-1403     HERNANDEZ, BENNY V. EXCEL CONTRACTORS, INC.

20-1406     ARMSTRONG, ARTHUR O. V. NORTH CAROLINA, ET AL.

20-1433     AGUILAR-MOLINA, ARTURO A. V. GARLAND, ATT'Y GEN.

20-1454     RUKORO, VEKUII, ET AL. V. GERMANY

20-1467     VARCO, MICHAEL V. SUPERIOR COURT OF DC, ET AL.

20-1512     DACANAY, GREGORY C. V. ILLINOIS

20-1517     FAST 101 PTY. LTD. V. CITIGROUP INC., ET AL.

20-1554     CITIZENS AGAINST CORPORATE CRIME V. LENNAR CORPORATION

20-1565     MITCHAN, MICHAEL R. V. UNITED STATES

20-1576     145 FISK, LLC V. NICKLAS, F. W.

20-6399     JONES, DUWAYNE V. UNITED STATES

20-6794     SALAMANCA, OSCAR G. V. UNITED STATES

| | |
|---|---|
| 20-7101 | BILLINGS, ANTHONY J. V. UNITED STATES |
| 20-7162 | AGUILAR, JOSE, ET UX. V. SPECIALIZED LOAN SERV., ET AL. |
| 20-7185 | ESPOSITO, JOHN A. V. FORD, WARDEN |
| 20-7282 | MALLOY, EARL V. UNITED STATES |
| 20-7284 | CURRY, TYRELL D. V. UNITED STATES |
| 20-7285 | COLLINS, CEDRIC D. V. UNITED STATES |
| 20-7286 | DAVIS, KASHUS V. UNITED STATES |
| 20-7287 | CIUS, VIGUENS V. UNITED STATES |
| 20-7304 | IVERS, ROBERT P. V. UNITED STATES |
| 20-7326 | VALENTINE, TYRONE V. UNITED STATES |
| 20-7330 | LLOYD, JAMES M. V. HUTCHINSON, WARDEN |
| 20-7341 | CODDINGTON, JAMES V. FARRIS, WARDEN |
| 20-7348 | YBARRA, ANTHONY R. V. UNITED STATES |
| 20-7359 | GAGARIN, KAREN V. UNITED STATES |
| 20-7536 | COLEMAN, TIMOTHY L. V. BRADSHAW, WARDEN |
| 20-7601 | SMITH, LYNN Z. V. NJ BUREAU OF SECURITIES |
| 20-7605 | MARTINEZ, CODY J. V. ARIZONA |
| 20-7613 | WOMACK, CARL V. OXLEY, MERRIMON |
| 20-7627 | SHABANI, KHALED V. MADISON, WI, ET AL. |
| 20-7630 | MADLOCK, SCOTT P. V. LUMPKIN, DIR., TX DCJ |
| 20-7631 | THOMPSON, BRADFORD V. JPMORGAN CHASE BANK, ET AL. |
| 20-7638 | GOMEZ, CESAR V. LUMPKIN, DIR., TX DCJ |
| 20-7642 | FETZER, DANIEL V. HARRIS, SHEVAUN, ET AL. |
| 20-7643 | FAISON, NAFIS A. V. WETZEL, SEC., PA DOC, ET AL. |
| 20-7646 | GATSON, KENNIS E. V. LUMPKIN, DIR., TX DCJ |
| 20-7651 | CURIEL, GONZALO V. CALIFORNIA |
| 20-7653 | DENTON, JEFFREY V. DAVIDS, WARDEN |
| 20-7654 | DOUGLAS, ALAN V. STATE BAR OF CA |

| | |
|---|---|
| 20-7658 | RICE, JOHNNY V. VANIHEL, WARDEN |
| 20-7662 | LUEVANO, JAIME V. YEAKEL, JUDGE, USDC WDTX, ET AL. |
| 20-7665 | DILLBECK, DONALD D. V. FLORIDA |
| 20-7666 | PONDER, WILLIE V. INCH, SEC., FL DOC |
| 20-7669 | JACKSON, MOSES V. ALABAMA |
| 20-7670 | DEAN, FAIZAH V. WORKERS' COMPENSATION, ET AL. |
| 20-7682 | BARNES, ANTOINE V. SALINAS SUP. CT. JUDGE |
| 20-7685 | HEARD, TERRANCE V. PERRY, WARDEN |
| 20-7690 | WINZER, JON T. V. VANNOY, WARDEN |
| 20-7696 | ARDANEH, HAMID R. V. UNITED STATES, ET AL. |
| 20-7718 | PIERRE, DEIDRE A. V. LOUISIANA |
| 20-7720 | THOMAS, COREY D. V. INCH, SEC., FL DOC, ET AL. |
| 20-7724 | WILSON, JOHN K. V. NDOH, WARDEN |
| 20-7740 | VICKERS, JASON R. V. DIGGS, WARDEN |
| 20-7741 | ZHAO, WEN DONG V. DEPT. OF STATE |
| 20-7747 | PATEL, ANTHONY A. V. ROBINSON, CHARLES, ET AL. |
| 20-7756 | TADEMY, BRANDON L. V. COLORADO |
| 20-7759 | WILLIAMS, RODERICK V. PAYNE, DIR., AR DOC |
| 20-7760 | WORTHINGTON, JOHN V. ONDCP, ET AL. |
| 20-7762 | MA, BINER V. CVS PHARMACY, INC., ET AL. |
| 20-7766 | DAVIS, LYNDON V. REAGLE, WARDEN |
| 20-7771 | BATOR, ANTHONY J. V. NILSSON, DAVID, ET AL. |
| 20-7781 | GOULD, ABDU-SALIM V. BESS, LESLIE, ET AL. |
| 20-7787 | MILLSAP, LEE C. V. PAYNE, DIR., AR DOC |
| 20-7809 | MILLER, JULIAN J. V. RADTKE, WARDEN |
| 20-7849 | LOPEZ, ISMAEL V. UNITED STATES, ET AL. |
| 20-7854 | OLSON, DAVID V. OLSON, STEPHANIE |
| 20-7869 | TORRES, WILFREDO V. BLACKSTONE GROUP |

| | |
|---|---|
| 20-7873 | McBRIDE, KENNETH V. ZATECKY, SUPT., PENDLETON |
| 20-7898 | RIDLEY, EDWARD T. V. FLORIDA |
| 20-7912 | GOMEZ-GOMEZ, JORGE V. UNITED STATES |
| 20-7913 | WIMS, DALLAS J. V. UNITED STATES |
| 20-7931 | SEGURA-RESENDEZ, OSCAR V. UNITED STATES |
| 20-7936 | PONCE-ULLOA, JOSE O. V. UNITED STATES |
| 20-7937 | LOGGINS, ISAAC L. V. UNITED STATES |
| 20-7940 | ELBEBLAWY, KHALED V. UNITED STATES |
| 20-7941 | ONICK, KIANDRICK V. UNITED STATES |
| 20-7944 | BOBAL, PETER V. UNITED STATES |
| 20-7945 | ARNAUD, TROY V. VANNOY, WARDEN |
| 20-7946 | BIRON, LISA V. UNITED STATES |
| 20-7950 | SERRANO-PEREZ, ANTONIO V. UNITED STATES |
| 20-7956 | MONTALVO, BRYAN V. UNITED STATES |
| 20-7959 | CONNERTON, THOMAS J. V. UNITED STATES |
| 20-7961 | OLMEDA, ANTONIO V. UNITED STATES |
| 20-7964 | RILEY, JOHN V. UNITED STATES |
| 20-7969 | AGUSTIN-PINEDA, REFUGIO V. UNITED STATES |
| 20-7970 | GLENN, CHRISTOPHER R. V. UNITED STATES |
| 20-7973 | NUNLEY, ZAVION V. UNITED STATES |
| 20-7976 | THOMAS, TREYTON L. V. UNITED STATES |
| 20-7981 | NIVENS, STEPHEN V. MORGAN, WARDEN, ET AL. |
| 20-7991 | CONTRERAS-FIGUEROA, BULMARO V. UNITED STATES |
| 20-8008 | CONN, ERIC C. V. UNITED STATES |
| 20-8011 | WEBB, TROY V. UNITED STATES |
| 20-8014 | BAEZ, KELVIN V. UNITED STATES |
| 20-8018 | TISDALE, DESHAUN V. UNITED STATES |
| 20-8024 | BIRON, LISA V. UNITED STATES |

The petitions for writs of certiorari are denied.

20-850   BIG TIME VAPES, INC., ET AL. V. FDA, ET AL.

The motion of 19 National and State Electronic Nicotine Delivery System Product Advocacy Associations for leave to file a brief as *amici curiae* is granted. The petition for a writ of certiorari is denied.

20-1305   DOUGLAS J. HOLDINGS, ET AL. V. EBERLINE, JOY, ET AL.

The motion of American Association of Cosmetology Schools for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

20-1373   COLE, WANZA V. WAKE COUNTY BD. OF ED.

The motion of Constitutional Accountability Center for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

20-1381   FOX, MATTHEW, ET AL. V. SUMMERS, CHARLES A.

The motion of Buckeye State Sheriffs' Association for leave to file a brief as *amicus curiae* is granted. The motion of Legal Momentum, et al. for leave to file a brief as *amici curiae* is granted. The motion of Ohio Prosecuting Attorneys Association for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

20-1563   RASHID, AMIN A. V. UNITED STATES

The petition for a writ of certiorari is denied. Justice Alito took no part in the consideration or decision of this petition.

20-7668   WEIDRICK, MARY JO V. BIDEN, PRESIDENT OF U.S., ET AL.

The petition for a writ of certiorari before judgment is denied.

| | |
|---|---|
| 20-7966 | RUDZAVICE, JAMES L. V. UNITED STATES |

The petition for a writ of certiorari is denied. Justice Kagan took no part in the consideration or decision of this petition.

| | |
|---|---|
| 20-8009 | CALHOUN, DAVID V. PENNSYLVANIA, ET AL. |

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

## HABEAS CORPUS DENIED

| | |
|---|---|
| 20-7994 | IN RE LEE R. SCOTT |
| 20-8044 | IN RE ANNAMALAI ANNAMALAI |

The petitions for writs of habeas corpus are denied.

## MANDAMUS DENIED

| | |
|---|---|
| 20-1387 | IN RE LAKSHMI ARUNACHALAM |

The petition for a writ of mandamus is denied. The Chief Justice took no part in the consideration or decision of this petition.

## PROHIBITION DENIED

| | |
|---|---|
| 20-7650 | IN RE BO ZOU |

The petition for a writ of prohibition is denied.

## REHEARINGS DENIED

| | |
|---|---|
| 20-938 | WALKER, VILMA, ET AL. V. DEUTSCHE BANK NATIONAL TRUST CO. |
| 20-1321 | LEE, JOHN C. V. UNITED STATES |
| 20-1361 | HEISLER, REGINA B. V. GIROD LOANCO, LLC |
| 20-5817 | LEWIS, THOMAS V. DECKER, JONATHAN, ET AL. |
| 20-6385 | DEVERS, JASON D. V. NEBRASKA |
| 20-6404 | LIGGINS, HENRY T. V. VASHAW, WARDEN |
| 20-6614 | JARVIS, DEREK V. LEGGETT, ISIAH, ET AL. |

| | |
|---|---|
| 20-6839 | TOWNSEND, HENRY A. V. TAYLOR, SUPT., EASTERN OR |
| 20-6847 | TORRES, CHRISTOPHER B. V. LIVINGSTON, BRAD, ET AL. |
| 20-6981 | WALTER, PHILLIP J. V. TEXAS |
| 20-7117 | TROY-McKOY, DERVANNA H. A. V. MOUNT SINAI BETH ISRAEL |
| 20-7141 | BROWN, CURTIS J. V. UNITED STATES |
| 20-7321 | DOUGLAS, ALAN V. SUPERIOR COURT OF CA |
| 20-7389 | UDOH, EMEM U. V. DOOLEY, WARDEN |
| 20-7390 | UDOH, EMEM U. V. KNUTSON, WARDEN |

The petitions for rehearing are denied.

Cite as: 593 U. S. ____ (2021)  1

Statement of SOTOMAYOR, J.

# SUPREME COURT OF THE UNITED STATES

NATIONAL COALITION FOR MEN, ET AL. *v.*
SELECTIVE SERVICE SYSTEM, ET AL.

ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED
STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

No. 20–928. Decided June 7, 2021

The petition for a writ of certiorari is denied.

Statement of JUSTICE SOTOMAYOR, with whom JUSTICE BREYER and JUSTICE KAVANAUGH join, respecting the denial of certiorari.

The Fifth Amendment to the United States Constitution prohibits the Federal Government from discriminating on the basis of sex absent an "'exceedingly persuasive justification.'" *Sessions* v. *Morales-Santana*, 582 U. S. ___, ___ (2017) (slip op., at 9) (quoting *United States* v. *Virginia*, 518 U. S. 515, 531 (1996)); see *Califano* v. *Westcott*, 443 U. S. 76 (1979); *Califano* v. *Goldfarb*, 430 U. S. 199 (1977); *Weinberger* v. *Wiesenfeld*, 420 U. S. 636 (1975); *Frontiero* v. *Richardson*, 411 U. S. 677 (1973). Cf. *Bolling* v. *Sharpe*, 347 U. S. 497 (1954). The Military Selective Service Act requires men, and only men, however, to register for the draft upon turning 18. See 85 Stat. 353, 50 U. S. C. §3802(a). In *Rostker* v. *Goldberg*, 453 U. S. 57 (1981), this Court upheld the Act's gender-based registration requirement against an equal protection challenge, citing the fact that women were "excluded from combat" roles and hence "would not be needed in the event of a draft." *Id.,* at 77.

The role of women in the military has changed dramatically since then. Beginning in 1991, thousands of women have served with distinction in a wide range of combat roles, from operating military aircraft and naval vessels to participating in boots-on-the-ground infantry missions. See Brief for Modern Military Association of America et al. as

*Amici Curiae* 11–18. Women have passed the military's demanding tests to become U. S. Army Rangers, Navy SEALs, and Green Berets. See Brief for General Michael Hayden et al. as *Amici Curiae* 11–13. As of 2015, there are no longer any positions in the United States Armed Forces closed to women. See Memorandum from Secretary of Defense to Secretaries of the Military Departments et al. Re: Implementation Guidance for the Full Integration of Women in the Armed Forces 1 (Dec. 3, 2015). Petitioners ask the Court to overrule *Rostker* in light of these developments.

Petitioners, however, are not the only ones asking whether a male-only registration requirement can be reconciled with the role women can, and already do, play in the modern military. In 2016, Congress created the National Commission on Military, National, and Public Service (NCMNPS) and tasked it with studying whether Selective Service registration should be conducted "regardless of sex." National Defense Authorization Act for Fiscal Year 2017, §§551(a), 555(c)(2)(A), 130 Stat. 2130, 2135.

On March 25, 2020, the Commission released its final report, in which it recommended "eliminat[ing] male-only registration." Inspired to Serve: The Final Report of the [NCMNPS] 111. Among other things, the Commission found that "[m]ale-only registration sends a message to women not only that they are not vital to the defense of the country but also that they are not expected to participate in defending it." *Id.,* at 118. Just a few months ago, the Senate Armed Services Committee held a hearing on the report, where Chairman Jack Reed expressed his "hope" that a gender-neutral registration requirement will be "incorporated into the next national defense bill." Tr. of Hearing on Final Recommendations and Report of the [NCMNPS] before the Senate Committee on Armed Services, 117th Cong., 1st Sess., 21 (Mar. 11, 2021).

It remains to be seen, of course, whether Congress will end gender-based registration under the Military Selective

Cite as: 593 U. S. ____ (2021) 3

Statement of SOTOMAYOR, J.

Service Act. But at least for now, the Court's longstanding deference to Congress on matters of national defense and military affairs cautions against granting review while Congress actively weighs the issue. I agree with the Court's decision to deny the petition for a writ of certiorari.