BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
E-mail: tony.coppolino@usdoj.gov
JOSEPH J. DEMOTT
Trial Attorney
E-mail: joseph.demott@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: 202-514-3367

*Attorneys for the Federal Bureau of
Investigation and Official Capacity Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, et al.<br><br>Plaintiffs,<br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | No. 8:11-cv-00301-CJC-VBK<br><br>**NOTICE RE: DECISION OF THE SUPREME COURT** |

On September 29, 2020, the Court stayed this case "until whichever of the following events applies: (1) the government decides not to petition the Supreme Court for a writ of certiorari . . . (2) the government files a petition for writ of certiorari and the Supreme Court denies it . . . or (3) the government files a petition for writ of certiorari and the Supreme Court grants it, in which case the government is instructed to file a notice within three days of the filing of the Supreme Court's decision."  Order, ECF No. 168, at 4.

The Government respectfully provides notice that on March 4, 2022, the Supreme Court issued the attached decision reversing the Ninth Circuit's decision in this case and remanding the matter to the Ninth Circuit for further proceedings.

Dated:  March 7, 2022                    Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

<u>/s/ Joseph J. DeMott</u>
JOSEPH J. DEMOTT
Trial Attorney
E-mail: joseph.demott@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20530
Telephone: 202-514-3367
*Attorneys for the Federal Bureau of Investigation and Official Capacity Defendants*