Peter Bibring (SBN 223981)
pbibring@aclusocal.org
Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Counsel for Plaintiffs*
*(Additional Counsel listed on next page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR FAZAGA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.*, <br><br> Defendants. | CASE NO.: 8:11-cv-00301-CJC-VBK <br><br> **NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF CRAIG F. MONTEILH** |

*Additional Counsel for Plaintiffs:*

Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA SCHOOL OF LAW
385 Charles E. Young Drive East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Amr Shabaik (SBN 288109)
ashabaik@cair.com
Dina Chehata (SBN 295596)
dchehata@cair.com
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, CA 92801
Telephone: (714) 776-1847

Dan Stormer (SBN 101967)
dstormer@hadsellstormer.com
Shaleen Shanbhag (SBN 301047)
sshanbhag@hadsellstormer.com
HADSELL STORMER RENICK & DAI, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

**Notice of Filing of Supplemental Declaration of Craig F. Monteilh**

PLEASE TAKE NOTICE that Plaintiffs in this action hereby file the attached Supplemental Declaration of Craig F. Monteilh. Mr. Monteilh recently approached Plaintiffs' counsel and informed them that he had discovered two statements in the declaration he signed on April 23, 2010 (Docket No. 66) that he believes to be inaccurate, and that he would like to correct the record. Plaintiffs therefore file the attached supplemental declaration by Mr. Monteilh.

Dated: March 23, 2022                  Respectfully submitted,

                                       By: /s/ Peter Bibring
                                           Peter Bibring
                                           *Counsel for Plaintiffs*