# Declaration of Craig F. Monteilh

I, Craig F. Monteilh, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I signed a declaration regarding my activities in this case on April 23, 2010, which was filed in this case on Dec. 23, 2011, in Docket No. 66. In Paragraph 81 of that declaration, I made two statements that I have come to realize are not accurate. I file this declaration in order to correct the record.

3. In the first sentence of Paragraph 81, I stated, "Prior to February 2009, I never confirmed to anyone outside of law enforcement and my immediate family that I was working as an informant for the FBI." In reviewing documents and emails, I have realized that I told two reporters that I was working as an informant for the FBI in fall of 2007, and pointed a few others to documents in a court case (which were later sealed) that I believed confirmed that I was working as an informant for the FBI. Also, in about fall 2008, I filled out an online intake form with the ACLU of Southern California using a pseudonym, and subsequently had a conversation with Samuel Parker, their intake coordinator, in which I said I was working as an informant for the FBI. They sent me a form letter with a list of legal resources, and I had no further contact with the ACLU until after my work as an FBI informant was publicly reported in the press in February 2009.

4. In the last sentence of Paragraph 81, I stated, "I am not aware of any information either publicly released by the FBI or otherwise available to any member of the Orange County Muslim community prior to February 2009 that would allow them to do anything more than speculate that I might have been an FBI informant." However, in about late May or early June 2007, several FBI agents told me that an officer with the Irvine Police Department had told some members of the Muslim community that I was an FBI informant. At the time I signed my declaration, I had no evidence that this was true, but in 2015, in

1

reviewing depositions in one of my civil cases, I found corroborating testimony.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 22th day of March, 2022 in IRVINE, California.

_____
Craig F. Monteilh