CATHERINE CARROLL, *pro hac vice*
  catherine.carroll@wilmerhale.com
HOWARD M SHAPIRO, *pro hac vice*
  howard.shapiro@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

*Attorneys for Defendants J Stephen Tidwell and Barbara Walls*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>  Defendant. | CASE NO. 8:11-cv-00301-CJC-VBK<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Catherine M.A. Carroll and Howard M Shapiro is:

WILMER CUTLER PICKERING HALE AND DORR LLP

2100 Pennsylvania Ave, NW

Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

Dated:   January 27, 2023       Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Catherine M.A. Carroll*
CATHERINE CARROLL, *pro hac vice*
catherine.carroll@wilmerhale.com
HOWARD M SHAPIRO, *pro hac vice*
howard.shapiro@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

*Attorneys for Defendants*