**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yassir Fazaga et al <br><br> PLAINTIFF(S), <br> v. <br> Federal Bureau of Investigation et al <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:11-cv-00301-CJC-VBKx <br><br> **NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To:     All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for ☑ random ☐ direct reassignment.

Accordingly, this case has been reassigned to:
☑ Hon. David O. Carter, U.S. District Judge for all further proceedings.
☐ Hon. _____, Magistrate Judge for:
  ☐ any discovery and/or post-judgment matters that may be referred.
  ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: 8:11-cv-00301-DOC-VBKx. This is very important because documents are routed by the initials.

Clerk U.S. District Court

December 27, 2024              By: A. Bandek
Date                                        Deputy Clerk