JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 8:11-cv-00301-DOC-VBK                     Date November 24, 2025

Title: Yassir Fazaga et al v. Federal Bureau of Investigation et

Present: The Honorable DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

None Present                                   None Present

Proceedings:    ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 08/20/2025 (Dkt. 204).

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Parties must submit a joint status report within 10 days of the Supreme Courts decision [217].

☐ Entered _____.

Initials of Preparer     kdu