BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

JESSICA A. LUNDBERG
JAMES R. POWERS
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-4688
Email: jessica.a.lundberg@usdoj.gov

*Counsel for the Government Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, et al.<br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.<br>Defendants. | No. CV 8:11-cv-00301-DOC-VBKx<br><br>**JOINT STATUS REPORT**<br><br>Honorable David O. Carter |

The Parties submit this Joint Status Report pursuant to the Court's April 24, 2026 Order. *See* ECF No. 229. The Parties have conferred about the Court's scheduling order and solicited Craig Monteilh's availability for a hearing should the Court find it necessary.

First, Plaintiffs respectfully request the Court continue the oral argument on Defendants' anticipated Motion to Strike from July 15, 2026 at 10:00 a.m. to August 3, 2026 (or any day thereafter) to accommodate conflicts in counsels' schedules.

Undersigned Plaintiffs' counsel will now be out of the country until July 23, 2026, and unavailable for an in-person appearance, and counsel for individual Defendants Kevin Armstrong and Paul Allen is similarly unavailable for an in-person appearance between July 23 and July 31, 2026.

Second, should the Court continue the hearing, the Parties respectfully request the opportunity to modify the deadlines to file their joint opening and reply briefs currently set for June 11 and June 25, respectively. The parties propose filing a stipulated proposed joint briefing schedule for the Court's approval after a hearing date has been set.

Finally, the Parties have conferred with Mr. Monteilh concerning his availability for a hearing in July and August. Mr. Monteilh represented that he is available for a hearing throughout the month of July (including July 15, 2026), and is available for a hearing between August 1 and August 15, 2026, in the month of August. Per his request, attached to this Report as Exhibit 1 is a letter Mr. Monteilh e-mailed to the Parties' counsel on May 7, 2026 concerning the Court's order.

Dated: May 8, 2026

Respectfully submitted,

/s/ *Mohammad Tajsar*
*Attorney for Plaintiffs*

Mohammad Tajsar
*mtajsar@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

_/s/ Jessica A. Lundberg_
JESSICA A. LUNDBERG
Trial Attorney (WA Bar No. 60100)
JAMES R. POWERS
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-4688
Email: jessica.a.lundberg@usdoj.gov

*Counsel for the Government Defendants*

_/s/ Alexander H. Cote_
David C. Scheper (Bar No. 120174)
DScheper@winston.com
Alexander H. Cote (Bar No. 211558)
ACote@winston.com
Megan K. Arian (Bar No. 358584)
Marian@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: +1 213-615-1700
Facsimile: +213-615-1750

*Counsel for Defendants Kevin Armstrong and Paul Allen*