# EXHIBIT 1

**Availability In The Month of July:**
**Request of the Court**

Dear Honorable David O. Carter, presiding Judge for case Fazaga v FBI 8:11-cv-00301-DOC-VBK. Per your order of April 24, 2026 the Parties have reached out to me regarding my availability in the month of July 2026, including specifically July 15, 2026, in case the Court needs to hear testimony from me.

It is my intention to respect the Court, comply with the Court, specifically with my obligation under oath to do the following 3 things: 1) **tell the truth.** 2) **tell the whole truth.** 3) and finally, **tell nothing but the truth.**

Your Honor, it has been now 20 years since my activities as the FBI's operative on the counterterrorism operation called [Operation Flex]. As Your Honor stated in the April 24, 2026 order, "**Significant time has passed since the last complaint** . . . . ." That was 9/13/2011. Significant time has passed also for my recollection more so, an additional 5 1/2 more years, accumulating 20 years, and because of the "**Significant time**" that has passed, you, Your Honor, **GRANTED** Plaintiffs leave to file a Second Amended Complaint.

I, Craig Monteilh, respectfully request the Court to **GRANT** me access to review my handwritten notes so that my recollection is fresh and accurate that I may confidently uphold my obligation to the Court to **tell the truth, the whole truth, and nothing but the truth.**

This is a serious case and as the principle witness I'm taking my responsibility very seriously. Your Honor, I believe my respectful request is reasonable. After all, I wrote those notes just in case I had to testify in Court.

My handwritten notes are over 1,000 pages. If I begin reviewing them now I am confident that I will be prepared with a strong recollection to give accurate and intelligent testimony by July 15, 2026. Thank you, Sir, for considering my request.

With respect to the Court's **ORDER** detailing my availability for the month of July 2026, including specifically July 15, 2026, I am available for the entire month of July, including specifically July 15, 2026, at 10:00 am.