BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

JAMES R. POWERS
Chief Litigation Counsel
JESSICA A. LUNDBERG
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-4688
Email: jessica.a.lundberg@usdoj.gov

*Counsel for the Government Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| YASSIR FAZAGA, et al.<br>Plaintiffs,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION, et al.<br>Defendants. | No. CV 8:11-cv-00301-DOC-VBKx<br><br>**JOINT STATUS REPORT**<br><br>Honorable David O. Carter |

The Parties submit this Joint Status Report pursuant to the Court's May 22, 2026 Order. *See* ECF No. 234. The Parties have conferred about the schedule and propose the below briefing schedule for the motion to strike.

- Parties' Joint Brief will be due July 22, 2026.
- Parties' Joint Reply Brief will be due August 6, 2026.

- Hearing is set for August 25, 2026 at 10:00 am.

Dated: June 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*/s/ Jessica A. Lundberg*
JAMES R. POWERS
Chief Litigation Counsel
JESSICA A. LUNDBERG
Trial Attorney (WA Bar No. 60100)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-4688
Email: jessica.a.lundberg@usdoj.gov

*Counsel for the Government Defendants*

*/s/ Alexander H. Cote*
David C. Scheper (Bar No. 120174)
DScheper@winston.com
Alexander H. Cote (Bar No. 211558)
ACote@winston.com
Megan K. Arian (Bar No. 358584)
Marian@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: +1 213-615-1700
Facsimile: +213-615-1750

*Counsel for Defendants Kevin Armstrong and Paul Allen*

/s/ *Mohammad Tajsar*
*Attorney for Plaintiffs*

Mohammad Tajsar
*mtajsar@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081

CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA

HADSELL STORMER RENICK & DAI, LLP

*Counsel for Plaintiffs*