**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:11-cv-00301-DOC-VBKx Date: August 28, 2026

Title: Yassir Fazaga et al v. Federal Bureau of Investigation et al

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| | |
|---|---|
| Priscilla Deason<br>for Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF:<br>None Present | ATTORNEYS PRESENT FOR DEFENDANT:<br>None Present |

**PROCEEDINGS (IN CHAMBERS): ORDERING NON-PRIVLEGED DISCOVERY FORTHWITH**

The Government represented previously that for some of the claims in its Motion to Dismiss, "sufficient non-privileged evidence may be available to litigate these claims should they otherwise survive motions to dismiss on non-privileged grounds." (Dkt. 55 at 4).

Therefore, the Court **ORDERED** at its August 25, 2026, hearing that the Government is ordered to turn over this non-privileged information **FORTHWITH** to Plaintiffs and to the Court.