**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; Isir Said; Amr Shabaik; Dina Chehata
**Cc:** Powers, James R. (CIV); Lundberg, Jessica A (CIV); alexander.cote@winstontaylor.com; Josh Gerstein
**Subject:** [EXTERNAL] Operation Flex Emails
**Date:** Wednesday, September 16, 2026 12:49:33 AM
**Attachments:** 3-9-07; 2-8-07; 2-5-07.pdf

Litigants,

I understand that you are having difficulty opening my attachments. Attached are the emails in scanned form. I hope this is easier.

Craig -

| | |
|---|---|
| **From:** | [redacted]@gmail.com> |
| **Date:** | Friday, March 9, 2007 8:52 AM |
| **To:** | [redacted] |
| **Subject:** | Vote for Prophet Mohamed PBUH (most influential man...) |
| **Size:** | 7 KB |

Assalamu Alaikum All,

I received this email and wanted to share with all of you , please take a couple of minutes of your time to vote for Sayiduna Mohammad Salawatu ALLAAHI Be Upon Him :

Just click on the link to vote for the most influential man...

Link: http://www.elmundo.es/elmundo/debate/2007/01/689/prevotaciones689.html

Currently, the Spanish Newspaper Elmundo is running a survey about the person that influenced the world most. A documentary will be produced about the most voted person. Among the people that you can vote for is Prophet Muhammad صلى الله عليه وسلم (PBUH). We ask from you all to participate in this survey please to give Spanish speakers a closer look at the character of Prophet Muhammad صلى الله عليه وسلم (PBUH).the name Muhammad in Spanish is Mahoma. follow this link:

http://www.elmundo.es/elmundo/ debate/2007/ 01/689/prevotaciones689.html

Please forward this e-mail

Thank You Jazzakum Allah Khairun May Allah reward your efforts

| | |
|---|---|
| **From:** | **cfmonteilh@cox.net** |
| **Date:** | **Thursday, February 8, 2007 10:18 PM** |
| **To:** | [redacted]**@hotmail.com>** |
| **Subject:** | **Re: Must Watch this!!** |
| **Size:** | **5 KB** |

This is horrible. And no way for Muslim children to live. Something must be done to stop this horror.

---[redacted]@hotmail.com> wrote:

| | |
|---|---|
| **From:** | **cfmonteilh@cox.net** |
| **Date:** | **Thursday, February 8, 2007 10:14 PM** |
| **To:** | [redacted] **<**[redacted]**@gmail.com>** |
| **Subject:** | **Re: Video of Refugee Camp (You have to see this)** |
| **Size:** | **6 KB** |

This is horrible. And no way for muslim children to live. Thank you for the website. These websites open my eyes more to what is going on.

---[redacted]@gmail.com> wrote:
> ---------------------------
>
> http://vids.myspace.com/index.cfm?fuseaction=vids.fullscreen&videoid=[illegible]

**From:** cfmonteilh@cox.net

**Date:** Monday, February 5, 2007 9:54 AM

**To:** [redacted]@hotmail.com>

**Subject:** Re: http://www.missionislam.com/nwo/index.htm

**Size:** 6 KB

Assalamu Alaikum,

Brother, thank you so much for the website on MissionIslam. That website has greatly inspired me and opened my eyes more to the truth. Thank you again.

Assalamu Alaikum,

Farouk

--[redacted]@hotmail.com> wrote:

**From:** cfmonteilh@cox.net

**Date:** Sunday, January 28, 2007 9:07 PM

**To:** [redacted]@gmail.com>

**Subject:** Re: Don't forget to FAST Sun & Mon & Tue صوم عاشوراء

**Size:** 6 KB

Assalamu Alaikum,

Masaa el kheer. Good to see you back brother.

----[redacted]@gmail.com> wrote:

> *[redacted]

*كل عام وانتم بخير*

* **الأحد* *

* *الاثنين*

*محرم 9*

*محرم 10*

| | |
|---|---|
| **From:** | Craig Monteilh |
| **To:** | Mohammad Tajsar; Ahilan Arulanantham; Amr Shabaik; Dina Chehata; Isir Said |
| **Cc:** | Powers, James R. (CIV); Lundberg, Jessica A (CIV); alexander.cote@winstontaylor.com; Josh Gerstein |
| **Subject:** | [EXTERNAL] Emails? |
| **Date:** | Wednesday, September 16, 2026 1:00:50 AM |

Hello, I'm not sure if you're receiving my emails from Operation Flex. I want to send you approximately 50 more tomorrow but I'm not sure if you're able to open them. Some of my emails are direct communications with a covert FBI email communications that dictate tasking, etc.

Craig -

| | |
|---|---|
| **From:** | Craig Monteilh |
| **To:** | Mohammad Tajsar; Ahilan Arulanantham; Isir Said; Amr Shabaik; Dina Chehata |
| **Cc:** | Josh Gerstein; Powers, James R. (CIV); Lundberg, Jessica A (CIV); alexander.cote@winstontaylor.com |
| **Subject:** | [EXTERNAL] OP FLEX - Monteilh and FBI Electronic Communications |
| **Date:** | Wednesday, September 16, 2026 3:52:05 PM |
| **Attachments:** | FBI Communication.pdf<br>FBI Comm.pdf |

Fazaga v. FBI case no. 8:11-cv-00301-DOC-VBKx

Dear litigants and the Honorable David O. Carter,

Since the FBI has released me from all prosecution and liability pertaining to my Non-Disclosure Agreement, it is now very important to complete the record of what the ACLU/CAIR needs to fully acquire what the FBI has obtained from Operation Flex. Especially since the Government believes it is unlikely that Monteilh has any privileged information.

My handwritten notes and the audio and video recordings are only half of what Plaintiiffs have been seeking access to. The other half that's much more informative and completes the surveillance is the [electronic communications] that the FBI possesses. The FBI and Craig Monteilh constantly communicated through email communications throughout Operation Flex.

The FBI's covert email address was [redacted]@yahoo.com." I have attached 2 email documents to demonstrate that our communications existed. Please find a way to open the attachments. You people are resourceful enough. The email communications were necessary for mass surveillance. Such as license plate numbers at large gatherings, identifying specific individuals and their associations, targeting the donation box to identify donors and how they donated (cash, check, or prepaid cards), who was coming and going in the Imam's office, and other areas that I'll give testimony to.

"Gow" is an acronym for "Gears of War." FBI SA Paul Allen was a video game enthusiast. SA Allen operated and oversaw the email electronic program. A wealth of information was gathered from this program. This program worked together with OFAC (The Office of Foreign Assets Control). If you subpoena [redacted]@yahoo.com information that will complete the surveillance information you are seeking.

It feels so good not to have that NDA lurking over me. Happy hunting.

Respectfully,

Craig Monteilh -

**From:** **Farouk Aziz <cfmonteilh@cox.net>**

**Date:** **Wednesday, June 27, 2007 11:49 AM**

**To:** [redacted]**@yahoo.com**

**Subject:** **Survival**

**Size:** **9 KB**

Assalamu Alaikum,

Brother, a few weeks have passed and I've given this whole caotic matter much thought. I have made dua countless times on what has happened. I have gone through a lot the past few weeks. There is now a restraining order against me. A legal order from the courts that could possibly put me in jail.

I would never harm another brother. I have never given any thought to harm another brother. I would rather have my hands cut off than to harm another worshipper of Allah. But yet, there is a restraining order against me. And now I'm hearing you are a part of this whole thing.

I really thought you were my brother. I sincerely thought from my heart you were my brother. Well, I guess I was wrong. I never believed you would betray me. Not you. Anybody else I could believe it. But you, no way. I was dead wrong. This whole matter has allowed me to question my faith. To question Islam.

Christianity, Judism, Islam, buddhist. Its all the same. A bunch of hypocrites. Actually, according to my experience Islam in an arab religion. Islam is a religion strictly for Arabs. White Americans do not belong in Islam. I've lost clients because I'm muslim. My family looks down on me because I'm muslim. And now the so-called Brotherhood has let me down.

I also understand this group called CAIR has come against me. This group are the people you warned me about. Well, Ahmad, now is the time to survive. I must now look out for me and my family. I must now protect my family and look out for their interests.

The F.B.I. has contacted me. They want to interview me about certain rumors. Whats funny is these rumors cannot be proven. There's no proof of me doing or saying anything. This is why I'm somewhat

**From:** **Farouk Aziz <cfmonteilh@cox.net>**

**Date:** **Wednesday, June 27, 2007 11:49 AM**

**To:** [redacted]**@yahoo.com**

**Subject:** **Survival**

**Size:** **9 KB**

Assalamu Alaikum,

Brother, a few weeks have passed and I've given this whole caotic matter much thought. I have made dua countless times on what has happened. I have gone through a lot the past few weeks. There is now a restraining order against me. A legal order from the courts that could possibly put me in jail.

I would never harm another brother. I have never given any thought to harm another brother. I would rather have my hands cut off than to harm another worshipper of Allah. But yet, there is a restraining order against me. And now I'm hearing you are a part of this whole thing.

I really thought you were my brother. I sincerely thought from my heart you were my brother. Well, I guess I was wrong. I never believed you would betray me. Not you. Anybody else I could believe it. But you, no way. I was dead wrong. This whole matter has allowed me to question my faith. To question Islam.

Christianity, Judism, Islam, buddhist. Its all the same. A bunch of hypocrites. Actually, according to my experience Islam in an arab religion. Islam is a religion strictly for Arabs. White Americans do not belong in Islam. I've lost clients because I'm muslim. My family looks down on me because I'm muslim. And now the so-called Brotherhood has let me down.

I also understand this group called CAIR has come against me. This group are the people you warned me about. Well, Ahmad, now is the time to survive. I must now look out for me and my family. I must now protect my family and look out for their interests.

The F.B.I. has contacted me. They want to interview me about certain rumors. Whats funny is these rumors cannot be proven. There's no proof of me doing or saying anything. This is why I'm somewhat

**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; Isir Said; Amr Shabaik; Dina Chehata
**Cc:** Josh Gerstein; Powers, James R. (CIV); Lundberg, Jessica A (CIV); alexander.cote@winstontaylor.com
**Subject:** [EXTERNAL] Developing The gow1911@yahoo.com Info
**Date:** Wednesday, September 16, 2026 4:03:55 PM

Fazaga v FBI case no. 8:11-cv-00301-DOC-VBKx

Dear litigants and the Honorable David O. Carter,

Please give me a few days, I have found a way to gather all of the [redacted]@yahoo.com information. Information that the Government believes is unlikely that I possess that is privileged. It's so comforting to know that our nations' secrets are in the capable hands of "Old Jimbo" Powers.

Respectfully,

Craig Monteilh -

**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; Isir Said; Amr Shabaik; Dina Chehata
**Cc:** Josh Gerstein; Powers, James R. (CIV); Lundberg, Jessica A (CIV); alexander.cote@winstontaylor.com
**Subject:** [EXTERNAL] Yassir Fazaga"s Connection To FBI"s Main Target
**Date:** Wednesday, September 16, 2026 6:32:14 PM
**Attachments:** Special Target - OP FLEX.pdf

---

Fazaga v FBI case no. 8:11-cv-DOC-VBKx

Dear litigants and the Honorable David O. Carter,

The FBI has for some time suspected Sheikh Yassir Fazaga of associating with other Islamic clerics suspected of sympathizing and supporting terrorists. The FBI had a main target: an American white Imam by the name of Sheikh [redacted]. The FBI said Mr. [redacted] had ties to Imam Anwar al-Awlaki. And suspected Yassir Fazaga of the same.

So when Sheikh [redacted] came to the Islamic Center of Irvine, that confirmed to the FBI what they had suspected all along. Mr. [redacted] was the featured speaker. But also Sheikh Yassir Fazaga was a highlighted speaker on the same day. Attached is the ICOI letter confirming the date, featured speaker, and other speakers.

That day was a big day for the FBI. Everyone who attended was viewed as a follower of Sheikh [redacted].

Respectfully,

Craig Monteilh -

**From:** ICOI <donotreply@icoi.net>

**Date:** Tuesday, October 2, 2007 2:06 AM

**To:** cfmonteilh@cox.net

**Subject:** Laylat Ul-Qadr ~ All Night Qiyam at ICOI lwith Sheikh Suhaib Webb

**Size:** 14 KB

This eNewsletter is being sent from the Islamic Center of Irvine. You have received this e-mail because you subscribed to our mailing list. Please note, this is a read-only list. Any replies or e-mails to this list are not read by ICOI staff.

# ICOI Weekly eNewsletter

October 2, 2007 Visit us on the web at www.icoi.net

In the Name of God, the Compassionate, the Merciful

## Laylat Ul-Qadr ~ All Night Qiyam with Sh. [redacted]

ICOI invites you all to join us on **Saturday, October 6th, 2007** from **10pm to Fajr** for an all night qiyam with Sheikh [redacted]

**Recitation & Reflections by:**
Sheikh [redacted] (ICOI)
Sheikh [redacted] (IIOC)
Sheikh Yassir Fazaga (OCIF)
Sheikh [redacted]man (OCIF)
Sheikh [redacted] (IIOC)

**Location:** Islamic Center of Irvine (2 Truman, Irvine, CA 92620)

*Suhur & refreshments will be provided*

## Hadith of the Week

Narrated Abu Huraira:
The Prophet said, "Whoever established prayers on the night of Qadr out of sincere faith and hoping for a reward from Allah, then all his previous sins will be forgiven; and whoever fasts in the month of Ramadan out of sincere faith, and hoping for a reward from Allah, thenall his previous sins will be forgiven."

Tel: (949) 786-ICOI | Email: office@icoi.net
©Islamic Center of Irvine, 2 Truman Street, Irvine, CA 92606. Unsubscribe from this newsletter.

**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; isaid@aclunc.org; aShabaik@cair.com; dChehata@cair.com
**Cc:** Powers, James R. (CIV); Lundberg, Jessica A (CIV)
**Subject:** [EXTERNAL] Fwd: Niazi Emails
**Date:** Wednesday, September 16, 2026 10:52:57 PM
**Attachments:** niazi email 05282007#1.pdf
niazi email 05282007#2.pdf
niazi email 05282007#3.pdf
niazi email 05282007#4.pdf
niazi email 05282007#5.pdf
niazi email 05282007#6.pdf

---

More OP FLEX emails.

> Begin forwarded message:
>
> **From:** Craig Monteilh <craigmonteilh@yahoo.com>
> **Subject: Niazi Emails**
> **Date:** September 16, 2026 at 7:37:52 PM PDT
> **To:** Josh Gerstein [redacted]@politico.com>
>
> Attached

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Monday, May 28, 2007 3:57 PM |
| **To:** | |
| **Subject:** | US detention camps Tortures |
| **Size:** | 83 KB |

# USA
# Days of adverse hardship in US detention camps - Testimony of Guant�namo detainee Jumah al-Dossari

*Below is the testimony of Jumah al-Dossari, which he wrote in July 2005 in the US detention facility at Guant�namo Bay naval base, Cuba. The hand written testimony was given to Amnesty International by Jumah al-Dossari�s civilian lawyer. At the date of publication Jumah al-Dossari remains detained in Guant�namo Bay. This testimony is Jumah al-Dossari�s personal account of his experiences in Pakistani and US custody, and the views expressed in it are his own.*

"When I took up a pen and decided to write about what I have suffered and my tragedy, I was unable to decide where and how I should start. What I have seen is a huge tragedy and a weighty matter, far weightier than I can put to paper. Indeed, the enormous horrors that my eyes have seen have and continue to see renew my anxiety and pain and my very being and feelings are shaken at the mere thought or flash of them in my memory. How can my heart forget them and how can my soul who bore these horrors continue with life? As I hold my pen, my hand is shaking. How will I write about these tragedies? Yes, tragedies, in all the possible meanings of the word. How will I write about these horrors and must I swallow the bitter lump that forms in my throat when I remember them? The revolting torture and those vile attacks which were a humiliation and will continue to be a vile stain on history, memories that whenever I look back on them, I wonder how my soft heart could bear them, how my body could bear the pain of the torture and how my mind could bear all that stress. How I wish my memories and my thoughts could be forgotten. But for me, in forgetting it and its effects, there are still memories, lifelong evidence of what happened to me in my wounds, my afflictions, my pain and my sadness. From here, in the gloom of prisons and from the depths of the detention camp, I am writing about what I have suffered. I am writing about my pain and my suffering. I am writing a story that has no end. I am writing about the suffering I have sustained for months and years. From here, from behind the walls of these dreadful cells, I am writing these lines about the part of my life that has come to pass, and which is still continuing, in American detention camps; lines about humiliation, indignity, oppression, deprivation and attacks on my religion, my person, my dignity and my humanity. From here, from the depths of the degradation that debase a person�s dignity, attack his religion, his person, his honour, his dignity and his humanity, all in the name of fighting terror. I am writing for those who will read my words. I am writing the story of what I have suffered from the day I was kidnapped on the Pakistani border and sold to American troops until now and my being in Guant�namo, Cuba. What I will write here is not a flight of fancy or a moment of madness; what I will write here are the established facts and events agreed upon by detainees who were eye witnesses to them, representatives of the International Committee of the Red Cross (ICRC) as well as soldiers, investigators and interpreters. All of these incidents have been filmed on camera and the film is kept in a secret archive somewhere.

**Arrest and treatment by Pakistani authorities**

"My suffering and my tragedy started when I reached the Pakistani border on my way out of Afghanistan. There I met a unit from the Pakistani army who were there to kidnap people leaving Afghanistan. When I met them, I told them that I wanted to go to my country�s embassy; they welcomed me with all their treachery, cunning and wickedness and started transferring me from prison to prison along the border and even the Pakistani military base in the border town of Kohat. I passed through several small jails where there was a lot of abuse. I had previously met several people when I was on the border, they were of different nationalities. They had left Afghanistan and the Pakistani army abused us and gave us the worst and most nasty kind of food. They put me in a cell which was 4m x 4m in which there were 59 prisoners without mattresses, blankets or a bathroom; there was only one bucket in the cell for everyone to relieve themselves in without a screen. Because there were so many of us in such a small place, we sat without moving and we were so close together that we almost felt suffocated. We remained in this situation for several days. They did not give us any food except for a few hard loaves of bread. The men started paying them to buy us food. They stole the money and only brought us a little food. In the Pakistani jails, they stole money from most of the prisoners and even our personal belongings, including clothes, shoes and watches. They stole many passports from the prisoners who were of many nationalities and we were abused. They abused me personally and beat me several times during investigations. The worst tribulation for us was when they transported us from one place to another: they would tie us up in the most savage way, so much so that some of us got gangrenous fingers and our hands and feet swelled and turned blue. They would tie us up for long periods of time in military trucks, sometimes from daybreak until night, in addition to the hours that they spent transporting us in trucks. Often it took very long. All of this while we were still tied up in the same way and all of this time we were unable to use the toilet or perform our prayers. We would pray by gesticulating and pray without purifying ourselves. We had no food and drink. Some of the brothers were ill and had to relieve themselves while they were tied up. Their urine would spill onto some of us. When they put us in cells and we objected to the abuse, they frightened us by drawing their weapons at us. On one occasion, a soldier shot at us to frighten us and terrorise us; the bullet hit the ceiling of the cell. Our situation remained bad. Once when we were being transported, there was a fight between some prisoners and the Pakistani army. The bus that this happened in was in front of the bus I was in. The bus rolled over in front of us and the two sides started shooting at each other as some of the prisoners had taken weapons from the Pakistani soldiers. The Pakistani army started shooting everywhere. Bullets flew over our heads and wounded many of the prisoners and the Pakistani soldiers. They also killed a number of people on both sides. Then the Pakistani army abused us all until things settled down at the Pakistani army base in the mountain town of Kohat. They gave us the worst kind of food: very, very awful beans. There were a few of them at the bottom of a dirty bucket half filled with water and half filled with oil, without any salt. Some of the brothers went on hunger strike and I was one of them. I wanted to go to

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Monday, May 28, 2007 3:49 PM |
| **To:** | |
| **Cc:** | [redacted]@hotmail.com |
| **Subject:** | 9/11 Was Staged to Defame Muslims |
| **Size:** | 13 KB |

# 9/11 Was Staged to Defame Muslims

***For those who still want to live in denial and look down uponthose as terrorists who doubt the US official story about 9/11***

In addition to the millions of Americans who are protesting their nation's unjust and immoral torture of the shellshocked country of Iraq, there are also a substantial number of people in the U.S. who see through the lies of Zionist controlled U.S. mainstream media and believe the story told to them by their government about the tragedy of September 11, 2001 is merely another self-serving, nightmare fairytale meant to rally political support by the ignorant and uncaring for the continuing American/British/Israeli assault on the Islamic world.

Indeed, this small but vociferous minority of 9/11 skeptics believes that was the primary purpose of that awful day - to vilify Muslims in the collective mind of the American public and enable the Western war machine to increase its level of aggression against the Persian Gulf states without any political opposition at home. Half the plan seems to have worked. Few Americans initially questioned the official version of 9/11 and rallied round the flag, but now, as clumsy excuses for the invasions of Afghanistan and Iraq have been exposed throughout the world as blatant lies, even some of the most closed-minded Americans are beginning to question their g overnment's dishonest behavior, even in regard to 9/11.

The deaths of many American troops, the sex crimes by American soldiers at Abu Ghraib prison in Baghdad, and the scandals involving misappropriated funds by giant American corporations have emerged into mainstream discussion throughout America, causing not only shame but a reconsideration of the public lies used to start these wars in the first place.

Yet, exposure of these embarrassing revelations seems to have had no tempering impact on the behavior of the U.S. military. It is a sad barometer of mainstream thought in America that President Bush's chief opponent in the upcoming election (November 2004) talks in even more warlike terms than his war-mongering opponent, so that the rest of the world can expect no change in America's charge toward violent imperialism no matter who wins the election.

Still, a vocal minority in America continues its efforts to expose the deceptions that comprise perhaps the greatest threat to political stability the world has ever known, as the Zionist-controlled neocon cabal in Washington continues its efforts to usurp all the Persian Gulf oilfields by planning a series of wars throughout the Middle East aimed at accomplishing this objective.

In both the cases of the 9/11 tragedy and the Iraq war, the great unspoken influence continues to be Israel.

The principal figure in the 9/11 mystery continues to be Larry Silverstein, who leased the World Trade Center towers months before their demise and collected a $3.5 billion insurance payout shortly after their destruction. Silverstein was caught on video ordering the destruction of one of the undamaged WTC towers after the initial damage had been done, leading to speculation that the two main towers were wired for destruction prior to the event. Silverstein, an influential official of several powerful American Jewish groups, is known to be a telephone friend of Israeli Prime Minister Ariel Sharon.

Among the various groups in the American 9/11 skeptics movement, one dividing line appears to be the validity of the hijacker thesis. Since the FBI published a list of the names of the alleged 19 hijackers mere

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Monday, May 28, 2007 3:11 PM |
| **To:** | |
| **Cc:** | [redacted]@hotmail.com |
| **Subject:** | Islam is the Real Civilization |
| **Size:** | 29 KB |

# Islam is the Real Civilization

Islam knows only two kinds of societies, the Islamic and the *jahili*. The Islamic society is that which follows Islam in belief and ways of worship, in law and organization, in morals and manners. The *jahili* society is that which does not follow Islam and in which neither the Islamic belief and concepts, nor Islamic values or standards, Islamic laws and regulations, or Islamic morals and manners are cared for.
The Islamic society is not one in which people call themselves 'Muslims' nor in which the Islamic law has no status, even though prayer, fasting and Hajj are regularly observed; and the Islamic society is not one in which people invent their own version of Islam, other than what God and His Messenger-peace be on him-have prescribed and explained, and call it, for example, 'progressive Islam'.

Jahili society appears in various forms, all of them ignorant of the Divine guidance.

Sometimes it takes the form of a society in which belief in God is denied and human history is explained in terms of intellectual materialism, and 'scientific socialism' becomes its system.

Sometimes it appears in the form of a society in which God's existence is not denied, but His domain is restricted to the heavens and His rule on earth is suspended. Neither the Shari'ah nor the values prescribed by God and ordained by Him as eternal and invariable find any place in this scheme of life. In this society, people are permitted to go to mosques, churches and synagogues; yet it does not tolerate people's demanding that the Shari'ah of God be applied in their daily affairs. Thus, such a society denies or suspends God's sovereignty on earth, while God says plainly:

**"It is He Who is Sovereign in the heavens and Sovereign in the earth."** (43:84)

Because of this behavior, such a society does not follow the religion of God as defined by Him:

**"The command belongs to God alone. He commands you not to worship anyone except Him. This is the right way of life." (12:40)**

Because of this, such a society is to be counted among jahili societies, although it may proclaim belief in God and permit people to observe their devotions in mosques, churches and synagogues.

The Islamic society is, by its very nature, the only civilized society, and the jahili societies, in all their various forms, are backward societies. It is necessary to elucidate this great truth.

**Now the question is, what is the meaning of 'civilization?' Let us try to explain it.**

When, in a society, the sovereignty belongs to God alone, expressed in its obedience to the Divine Law, only then is every person in that society free from servitude to others, and only then does he taste true freedom. This alone is 'human civilization', as the basis of a human civilization is the complete and true freedom of every person and the full dignity of every individual of the society. On the other hand, in a society in which some people are lords who legislate and some others are slaves who obey them, then there is no freedom in the real sense, nor dignity for each and every individual.

It is necessary that we clarify the point that legislation is not limited only to legal matters, as some people assign this narrow meaning to the *Shari'ah*. The fact is that attitudes, the way of living, the values, criteria, habits and traditions, are all legislated and affect people. If a particular group of people forges all these chains and imprisons others in them, this will not be a free society. I n such a society some people have the position of authority, while others are subservient to them; hence this society will be backward, and in Islamic terminology is called a 'jahili' society.

Only Islamic society is unique in this respect, in that the authority belongs to God alone; and man, cutting off his

| | |
|---|---|
| **From:** | [redacted]**@hotmail.com>** |
| **Date:** | **Monday, May 28, 2007 2:32 PM** |
| **To:** | |
| **Subject:** | **Quotations on Islamic Civilization** |
| **Size:** | **20 KB** |

# Quotations on Islamic Civilization

**�If any religion had the chance of ruling over <?xml:namespace prefix = st1 ns = "urn:schemas-microsoft-com:office:smarttags" />England, nay Europe within the next hundred years, it could be Islam."** <?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />

Napoleon Bonaparte as Quoted in Cherfils, �Bonaparte et Islam,� Paris, France, pp. 105, 125.

**"Moses has revealed the existence of God to his nation. Jesus Christ to the Roman world, Muhammad to the old continent...**

**�Arabia was idolatrous when, six centuries after Jesus, Muhammad introduced the worship of the God of Abraham, of Ishmael, of Moses, and Jesus. The Ariyans and some other sects had disturbed the tranquility of the east by agitating the question of the nature of the Father, the son, and the Holy Ghost. Muhammad declared that there was none but one God who had no father, no son and that the trinity imported the idea of idolatry...**

**�I hope the time is not far off when I shall be able to unite all the wise and educated men of all the countries and establish a uniform regime based on the principles of Qur'an which alone are true and which alone can lead men to happiness."**

**Sir George Bernard Shaw in 'The Genuine Islam,' Vol. 1, No. 8, 1936.**

�If any religion had the chance of ruling over England, nay Europe within the next hundred years, it could be Islam."

�I have always held the religion of Muhammad in high estimation because of its wonderful vitality. It is the only religion which appears to me to possess that assimilating capacity to the changing phase of existence which can make itself appeal to every age. I have studied him - the wonderful man and in my opinion far from being an anti-Christ, he must be called the Savior of Humanity."

�I believe that if a man like him were to assume the dictatorship of the modern world he would succeed in solving its problems in a way that would bring it the much needed peace and happiness: I have prophesied about the faith of Muhammad that it would be acceptable to the Europe of tomorrow as it is beginning to be acceptable to the Europe of today."

**Bertrand Russel in �History of Western Philosophy,� London, 1948, p. 419.**

�Our use of phrase 'The Dark ages' to cover the period from 699 to 1,000 marks our undue concentration on Western Europe...

�From India to Spain, the brilliant civilization of Islam flourished. What was lost to Christendom at this time was not lost to civilization, but quite the contrary...

�To us it seems that West-European civilization is civilization, but this is a narrow view."

**H.G. Wells**

�The Islamic teachings have left great traditions for equitable and gentle dealings and behavior, and inspire people with nobility and tolerance. These are human teachings of the highest order and at the same time practicable. These teachings brought into existence a society in which hard-heartedness and collective oppression and injustice were the least as compared with all other societies preceding it.... Islam is replete with gentleness, courtesy, and fraternity."

| | |
|---|---|
| **From:** | [redacted]**@hotmail.com>** |
| **Date:** | **Monday, May 28, 2007 9:47 AM** |
| **To:** | |
| **Cc:** | [redacted]**@hotmail.com** |
| **Subject:** | **Reasons for the Weakness of Muslim Nation** |
| **Size:** | **38 KB** |

# Reasons for the Weakness of Muslim Nation

The scholars have listed many reasons for the weakness of the Muslim Ummah. They are all aware however, or at least some of them are aware, that the Prophet ( sallallaahu 'alayhi wa sallam) compiled these reasons in one sentence, in an authentic hadeeth when he ( sallallaahu 'alayhi wa sallam) said:

"**The nations will soon gather up and call upon each other to gather up against you just as the diners call upon each other to the dining plate.**"

Someone asked: 'Is it because of our little numbers at that time?'

The Messenger of Allaah (sallallaahu 'alayhi wa sallam) said:

"**Certainly not, in fact, you would be numerous, but you would be like the foam of the ocean. And certainly Allaah would remove the fear of you from the hearts of your enemies, and He would certainly cast weakness (wa hn) into your hearts.**"

Someone asked: 'What is this weakness (wa hn)?'

He (sallallaahu 'alayhi wa sallam) replied:

"**Love for the worldly life and hatred for death.**"

Indeed the Messenger of Allaah ( sallallaahu 'alayhi wa sallam) was correct, because every Muslim in his right mind can see that the love of this world is the root of all evil and it is the reason behind all wrongdoings and calamities. Why not? When it is that this is drives man to be miserly and covetous with regards to wealth and person, with which we strive in the Path of Allaah - by spending the wealth that is dear to us and by sacrificing our person which is even dearer than the wealth. This is why the Messenger of Allaah ( sallallaahu 'alayhi wa sallam) said:

"**�Beware of covetousness, for indeed covetousness destroyed those before you by causing them to spill the blood of each other and to make unlawful things lawful.**"

As has been mentioned in many of the books of the Sunnah, among them Saheeh Muslim .

I must take this opportunity here to mention, that the making of unlawful things lawful is of two natures. The first is the indulgence in unlawful acts whilst being fully aware of their unlawfulness. This is visibly present among the Muslims today in all of its forms and types. Even the greatest of all sins, Shirk (the association of partners with Allaah and the worship of others besides Allaah) is clearly apparent in some societies and in some personalities who call upon other than Allaah in times of distress, seek other than the relief of Allaah from hardships and sacrifice to other than Allaah. There are even others who swear by other than Allaah. All of these things are considered Shirk and they are forms of Shirk which are widespread today amongst the Muslims. Most people however, and I would not say most of the common folk, but most of the learned, are not concentrating upon warning the people from these forms of Shirk and idolatry. These are the greatest of all sins, as has been mentioned in an authentic hadeeth, which states that among the greatest of sins are Shirk, murder, being unkind to parents and interest (ribaa ). And if you only knew ribaa, since it has become so widespread today due to the establishment of what are known today as "Banks".

In addition, among the major sins is the drinking of alcohol, the women displaying themselves, the building of mosques on gravesites and many, many more.

The second category of unlawful acts is of two further types:

**From:** [redacted]@hotmail.com>

**Date:** Monday, May 28, 2007 9:45 AM

**To:**

**Subject:** Americanized Muslims

**Size:** 7 KB

# Americanized Muslims

THE September issue of The American Legion magazine contained an article by Ahmed Younis, National Director of the Muslim Public Affairs Council (MPAC) in which he sought to portray American Muslims adapting to and becoming part of the American way of life. He accomplished his mission; however, the American way of life is not adaptable to Islamic teachings.

Many of my readers already know that I am not a Muslim, but for the purpose of this article I am making it known that I am a former U.S. Navy officer and Legionnaire, and receive The American Legion magazine monthly.

In many of my previous columns I wrote that what the West considers to be "moderate" Islam is Islam without teeth, and what it considers to be "modern" Islam is Islam without standards. Younis' article portrayed a moderate and modern Islam without using those words. Perhaps he didn't even realize the modern Islam he portrayed. He referred to the London bombings, French riots, the Danish cartoon fiasco, and many other incidents of discord between Muslims and their surrounding communities in the West, and indicated that the United States looks on with amazement that American Muslims have not succumbed to the same sort of violent backlash as their European counterparts. Obviously many European Muslims have not yet been made "moderate" and "modern." Besides, Europe does not have a Guantanamo.

Younis went on to show how MPAC cooperated with the government in fighting terrorism. What is terrorism? Hammas and Hezbolah are referred to as terrorist organizations by the media, yet both were democratically elected. Who has killed more civilians, the West or Muslims? Will MPAC net use the term Islamo-fascist?

Younis wrote, "we see numerous generations that see themselves as organic to the United States and legitimate with the global Muslim community." How can that be? Let's take a look at the organic United States. It has the highest rate of incarceration in the world, high rates of suicide, high rates of depression, high rates of unwed motherhood, and high rates of adultery. Its children are taught sexuality in grade school, little girls now wear thongs instead of underwear, children ride on trains and buses in which posters promote pre-marital sex, and 24 million children live in a home without fathers. Can any member of any religion consider itself to be organic with such a society and loyal to its religious principles?

Even the most liberal interpretation of the Koran will concede that the practices of the West are haram. They are haram from top to bottom. All religions in the West have been neutered and consequently have no spiritual influence on their members. The Gospels teach that women should have their heads covered in church. Now Christian women attend Sunday services dressed as though they were auditioning for HBO and MTV. They were told not to speak in church. Now they are ministers. The divorce rate among Christians is higher than among atheists and the divorce rate among the clergy equals that of the laity. That's "moderate" and "modern" Christianity. All religions become neutered and emasculated under the Western guise of moderation and modernity.

Younis ends his article with the statement "one can be both 100 percent American and 100 percent Muslim, doing both while engaging with mainstream society." That statement is what we in the West call "a mouthful," and one that is difficult "to swallow." No religion can be engaged with mainstream Western society and retain its fundamental teachings. Religious groupings such as the Amish and Orthodox Jews engage in mainstream society politically, but stay among themselves socially and professionally; and even they are witnessing their members succumbing to Western secularism. Spirituality in any religious form and the West are opposites.

The prophet wrote, "Do not with your own hands cast yourself into destruction." Any man who attempts to engage his spiritual beliefs with mainstream Western society does just that.

**From:** Craig Monteilh
**To:** Lundberg, Jessica A (CIV); Powers, James R. (CIV); Josh Gerstein
**Cc:** Mohammad Tajsar; Ahilan Arulanantham; isaid@aclunc.org; aShabaik@cair.com; dChehata@cair.com
**Subject:** [EXTERNAL] Monteilh OP FLEX Files
**Date:** Wednesday, September 16, 2026 11:47:04 PM
**Attachments:** [redacted]1.pdf
2.pdf
3.pdf
4.pdf
5.pdf
6.pdf
7.pdf
8.pdf
9.pdf
10.pdf

---

From The Craig Monteilh OP FLEX Files:

Please review the attached

I do believe The Architect of Operation Flex retained a few materials. Too bad about that NDA.

Respectfully,

Craig Monteilh -

| | |
|---|---|
| **From:** | **[redacted]@hotmail.com>** |
| **Date:** | **Tuesday, May 29, 2007 8:53 PM** |
| **To:** | |
| **Cc:** | **[redacted]@hotmail.com** |
| **Subject:** | **war between normal human people and savages** |
| **Size:** | **22 KB** |

# A war between normal human people and savages

By: ABID ULLAH JAN
Published: July 13, 2005

It is time to talk a little bit more than about just what is happening in <?XML:NAMESPACE PREFIX = ST1 />Palestine, Kashmir, Chechnya, Afghanistan and Iraq. Muslims� situation is very bad. There is an obvious attempt to wipe Muslims out of the map if they do not agree to live by what has been repeatedly mentioned by Bush, Blair. Martin, and others as �our way of life� and our �values.� No other way of life and no other value matters. <?XML:NAMESPACE PREFIX = O />

Terrible crimes are being committed to impose a �way of life� on Muslims. These are the crimes which no one would even feel like describing; not accidentally but with a purpose aimed at creating societies which submit to the will and way of life prescribed by the modern day fascists. The aim is to keep Muslims away from Islam in accordance with the ideologists of the Washington regime and that aim is to be fulfilled by any means and at all costs.

Briefly there are 150,000 dead people in Afghanistan and Iraq until now. The rest of the populations are subjected to a life which is hardly better than death. Economies and infrastructures are totally shattered and the only job available are working as collaborators for consolidation of occupations.

Besides the concentration camps, there are areas, both in Afghanistan and Iraq, where no body knows what is going on, because there are no journalists and no monitors allowed. We fear that the death toll is much higher. There are reports of concentration camps even on ships in the international waters. The extent of the crimes against humanity has crossed all limits of comprehension.

The question is: How come this is going on before the eyes of the �civilized� world and there is no one who can hold the culprits accountable? Some people argue this is a war against terrorism and the extremists. In fact all those who died are ordinary Muslims, not even knowing the complex classification which the war lords have invented to divide Muslims. Yet the �civilized world� is mum over Afghanistan occupation and there is no way it can deal with the occupation of Iraq and Palestine. Similarly, there is no "collateral damage." Every damage is intentional from day one to break the back of resistance in Muslim populations as a whole.

This is total indifference and complacency and this is confusion between values and interests; principles and interests. This is what is serious because no civilization, or no man, can live

| | |
|---|---|
| **From:** | [redacted]**@hotmail.com>** |
| **Date:** | **Tuesday, May 29, 2007 8:49 PM** |
| **To:** | |
| **Cc:** | [redacted]**@hotmail.com** |
| **Subject:** | **Blair, Let's put Islam aside** |
| **Size:** | **18 KB** |

# Blair, Let's put Islam aside

By: ABID ULLAH JAN
Published: July 14, 2005

Mr. Blair, you are trying to make us believe that the <?XML:NAMESPACE PREFIX = ST1 / >London bombing was �an extreme and evil ideology whose roots lie in a perverted and poisonous misinterpretation of the religion of Islam.� Let us put Islam aside for a moment and don�t let it become a blinder, obstructing our view to see the whole truth. <?XML:NAMESPACE PREFIX = O />

Let us ask if it was Islam whose misinterpreted ideology starved 1.8 million Iraqis to death. Let us calculate and see that Iraqis have been subjected to more than 42.6 September 11s and 2461.5 July 7s since you invaded the country in 2003. Has this extremism been the result of some �perverted misinterpretation of Islam� or Christianity? If your answer is no, we better stop dragging Islam in this affair because what can motivate you to kill millions abroad can motivate others to kill a few dozens at home.

Imagine it the other way round. Let us agree with you that Muslims have killed 52 Britons and they are responsible for 9/11 and Bali and Madrid bombings. Now think of a coalition of countries that starves 1.8 million Britons to death and then starts bombing to slaughter 128,000 of them in little over two years time.

Will you prefer to become British Iyad Allawi or Hamid Karzai and assist in consolidation of occupation or you would prefer to resist the occupation? If you chose to resist occupation of UK, will it be because you are a terrorist and insurgent, inspired by misinterpretation of your religion, or because you are just a simple straight forward British individual who just doesn�t like to live under oppression and occupation?

No matter how you and your fellow warlords may react to a foreign occupation of your country, it is less likely that your reaction would be inspired by misinterpretation of Islam or Christianity.

If you don�t believe, think of your forefathers who were killed, defeated and thrown out of many places, including the United States. They were kicked out by your co-religionists: Christians. The Americans didn�t accept you despite your ruling them for 2000 years. They were not inspired by Islam to stand up to the oppression of your forefathers. They just didn�t want your ancestors to unjustly rule them as colonial masters. The same is happening to you today in Iraq and Afghanistan where the blood on your hands is still fresh.

Even if we agree that London bombing was the handy work of Muslims, Islam has little to do with it. Muslims are living in every corner of the world. Even if a fraction of 1.2 billion Muslims

| | |
|---|---|
| **From:** | **[redacted]@hotmail.com>** |
| **Date:** | **Tuesday, May 29, 2007 8:30 PM** |
| **To:** | |
| **Cc:** | **[redacted]@hotmail.com, [redacted]@hotmail.com** |
| **Subject:** | **How Khilafah became inevitable?** |
| **Size:** | **39 KB** |

# How Khilafah became inevitable?

Islam-bashers used to complain that terrorism is �simply a technique� and there cannot be �war on terrorism.� Well, they don�t have to worry any more. After crossing the initial milestones, the war lords in the <?XML:NAMESPACE PREFIX = ST1 />US are now clearly defining their goal and the allied tyrannical regimes are taking full advantage of their determination. <?XML:NAMESPACE PREFIX = O />

Holding Muslims from establishing Khilafah is now the best justification for invading sovereign states, supporting dictators, running concentration camps and butchering hundreds and thousands of civilians without any fear of accountability.

The more the scare-mongering terrorists in the position of power travel this road, the more they dig a grave for their moribund democracy and hasten the establishment of a single Islamic entity.

To justify his recent slaughter, dictator Karimov instantly alleged the dead with the most heinous crime of the 21st century. He said: "Their aim [wa]s to unite the Muslims and establish a caliphate.�[1] No one dares ask him: what is wrong with that?

The reason is simple. Karimov tried to be on the same wavelength with the US General Abizaid, who declared earlier that the US forces are after �the most despicable enemy.. who use 21st century-technology to spread their vision of a 7th-century paradise [and] try to re-create what they imagine was the pure and perfect Islamic government of the era of the prophet Muhammad.�[2]

The United States � most favored dictator, General Musharraf also told BBC: �there's no chance of going back to Khilafat really�[it] is totally a Utopian idea.�[3]

This is, in some senses, convenient for dictators like Musharraf and Karimov. Like Stalin, their opportunistic response to their political ambitions is murder, torture and claiming that every arrest, every execution, is part of the US efforts against Khilafah under the cover of a �war on terrorism.� They feel very comfortable with this cover because it grants them protection of their masters in Washington .

**The misunderstanding**

Many in the East and West are carried over with the propaganda that justifies every possible inhuman action and crime against humanity when it comes to the most misunderstood issue of

| | |
|---|---|
| From: | [redacted]@hotmail.com> |
| Date: | Tuesday, May 29, 2007 6:27 PM |
| To: | |
| Cc: | [redacted]@hotmail.com |
| Subject: | Afghanistan: Legitimacy of the US occupation |
| Size: | 89 KB |

# Afghanistan: Legitimacy of the US occupation - I

By: ABID ULLAH JAN

Published: February 14, 2005

Keeping the facts straight about <?XML:NAMESPACE PREFIX = ST1 />US occupation of Afghanistan should be the top most priority of researchers and analysts. The reason is simple: For the first time in modern history, occupation of a sovereign state has been globally accepted as fully legitimate. In addition, the tyrants have been given a free hand to terrorize, kill, capture, and abuse all those in the name of the Taliban who stand against the occupation. <?XML:NAMESPACE PREFIX = O />

The global silence and assumed legitimacy of the US occupation of Afghanistan is tied and directly proportional to the Taliban�s presumed �illegitimacy.� Therefore, the focus of research and analysis should go behind the concocted stories and biased reports generated by the co-opted media and other vested interests during the Taliban era.

The US policies and media campaigns during this period has turned the world against living by Islam, pitted Muslims against each other and divided Pakhtoon on both sides of the defunct Durand Line to an extent that history has never seen.

This minds infected with years of media campaign now consider the US invasion and occupation of Afghanistan as a benevolent exercise towards a prosperous future. Whereas those who are aware of the ground realities, consider it far worse than the Soviet occupation, which was, at least, discussed and reviewed at the UN on weekly basis and there were people who really considered it illegitimate.

Therefore, the truth and facts must come to fore to help the world understand the reality and deconstruct the myths, including that of a legitimate occupation and legitimate terrorism to keep enemies of the occupation out. Ignoring the reality, or avoiding a discussion on it, could doom dreams of a better future for Afghans and others in the region forever to come.

**American interests and interventions**

The Taliban have been singled out as a primary as well as ultimate reason to justify the ongoing aggression, imposing a puppet regime in Kabul and consolidating another in Islamabad, across the now defunct Durand Line. However, there is little mention to what the US has made of Afghanistan due to its intervention that started long before the Soviet invasion and occupation and culminated with scapegoating the Taliban.

| | |
|---|---|
| **From:** | **[redacted]@hotmail.com>** |
| **Date:** | **Wednesday, May 30, 2007 9:34 PM** |
| **To:** | |
| **Cc:** | **[redacted]@hotmail.com** |
| **Subject:** | **USA´s Rulers: All Are Jews!** |
| **Size:** | **44 KB** |

**USA�s Rulers: All Are Jews!**

---

**- Palestinians won't get their independence until Americans get theirs! -**

**Ariel Sharon:**

# "We control America"

**"Every time we do something you tell me America will do this and will do that . . . I want to tell you something very clear: Don't worry about American pressure on Israel. We, the Jewish people, control America, and the Americans know it."**

**- Israeli Prime Minister, Ariel Sharon, October 3, 2001.**

## "Israel controls the United States Senate."

**- Sen. William Fulbright**

**Jews in the Bush Administration**

---



| | |
|---|---|
| **From:** | [redacted]**@hotmail.com>** |
| **Date:** | **Sunday, June 3, 2007 2:40 PM** |
| **To:** | |
| **Cc:** | [redacted]**@hotmail.com** |
| **Subject:** | **The Great White Sufi Sheikh Hamza Yusuf Hansen** |
| **Size:** | **37 KB** |

**SHEIKH HAMZA YUSUF EXPOSES HIMSELF**<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />

Islamic history has shown that times of trial and tribulation for the Muslims have exposed the hypocrites in their ranks. During the Battle of Ahzab, when the disbelieving armies gathered against the Muslims of Madinah from all sides, the hypocrites came out and said: **"And when the hypocrites and those in whose hearts is a disease said: 'Allah and His Messenger (SAWS) promised us nothing but delusions.' And when a party of them said: 'O People of Yathrib (Madinah) There is no stand possible for you (against the enemy attack)! Therefore, go back!'" [Quran 33:12-13]**

One such personality amongst the Muslims that has been famous over the last few years is Hamza Yusuf. His eloquent speeches have led to a popular following amongst ignorant Muslims. However, his credibility was destroyed on 11 September 2001.

There follows a discussion on various points made by Hamza Yusuf after the events on 11 September 2001. One can make the necessary conclusions about this individual after hearing what he himself has to say.

There have been many other Muslim scholars who condemned the killing of the innocents in the World Trade Centre, but none crossed the limits of Al-Walaa Wal-Baraa (loyalty and hate for the sake of Allah) as Hamza Yusuf did.

**Transcript of CBS's 60 Minutes Interview with Hamza Yusuf, Imam Siraj Wahaj, Farid Esack and Faisal Abdur Rauf on 30 September 2001**

**Bradley:** While Islam forbids the killing of innocents, in this 1998 interview, Bin Laden justified the <?xml:namespace prefix = st1 ns = "urn:schemas-microsoft-com:office:smarttags" />U.S. embassy bombings in Africa, saying every American man is our enemy, whether he is a soldier or a taxpayer. As for the women and children who died, he says women and children die every day in Palestine. In a statement last week, Bin Laden called for a Jihad or Holy War in the Name of Allah.

**Yusuf:** I would say that he has no legitimate authority, that in Islam, Jihad can only be declared by legitimate state authority. And this is accepted by consensus. There is no vigilantism in Islam. Muslims believe in state authority.

**Comment:** According to this, the Muslims in Palestine should not wage Jihad against the Israeli forces, because Jihad has not been declared by a legitimate state authority. Ibn Qudama, the Hanbali scholar, said in Al-Mughni 8/253, *"The absence of an Imam does not postpone the Jihad because much is lost in its postponement."*

**Bradley:** You think he's a vigilante?

**Yusuf:** Absolutely, absolutely. All Muslims are guided by the words of Islam's holy book, the Quran, which is believed to be the word of God, and explains how Muslims should lead their lives. It also says fighting should only be in self-defence, a fight in the Way of Allah against those who fight against you, but be not aggressive. And the Quran forbids suicide. They cannot bring any textual evidence from the Quran, from the traditions of the prophet, to prove anything that justifies what they've done.

**Comment:** Jihad can be defensive or offensive.
Letter from the Messenger of ALLAH (SAW) to the people of Najran (Narrated in Baihaqi):
*"In the Name of the God of Ibraheem, Ishaaq, and Ya'qoob, from Muhammad Messenger of Allah to Asqaf of Najran, and the people of Najran: Peace be upon*

| | |
|---|---|
| **From:** | **[redacted]@hotmail.com>** |
| **Date:** | **Sunday, June 3, 2007 1:25 PM** |
| **To:** | |
| **Cc:** | **[redacted]@hotmail.com** |
| **Subject:** | **Origins of Sufism** |
| **Size:** | **11 KB** |



**Rediscover Ancient Egypt**
**with Tehuti Research Foundation**

Last Updated: 28-Mar-2003

# The Ancient Egyptian Roots of Sufism

The common premise is that �Sufism� is an Islamic group practicing a form of mysticism that originated in Persia. �Sufism� has nothing to do with Islam or Persia, and everything to do with the quiet people of Ancient and Baladi Egypt. Two points of interest should be mentioned here:

1. The term and practices of �Sufism� surfaced as a result of Islamic conquests and the subsequent terrorizing of its victims. In order for the Islamic-terrorized masses to maintain their ancient traditions, they had to camouflage old traditions under an Islamic garment.

2. The pure form of �Sufism� originated in Egypt. Other countries copied it and were quick to take the credit for it. Their application of �Sufism� is impure and incomplete.

The common premise (mentioned above) about the roots and essence of �Sufism� is absolutely wrong, as we will conclude by examining the facts. Here are just a few introductory facts:

1. The notion of an Islamic origin of �Sufism� is wrong. �Islamic mysticism� is an oxymoron�as per the following selected points:

    - The mystical seekers who are called �Sufis� have always suffered from Islamic rule throughout the ages. Many have been killed. They have been accused of attempting to make innovations on the dogmas of Islam; of following practices forbidden by the Koran; of denying the very existence of a personal Allah. The tolerance, or lack thereof, of Sufism in the Arabized/Islamized world is closely linked to the whim of the ruler and how he interprets/enforces Islamic laws. During certain periods, Sufism was/is tolerated; during others, it was outlawed and condemned.

    - The keynote of mysticism (Sufism) is the union between man and God, which in Islam is considered blasphemy; and as such punishable by death by any Moslem, as �empowered� by the Koran itself!

    - Islamic teachings are characterized by a consuming fear of God�s wrath, while the Egyptian model of mysticism (Sufism) emphasizes love and not fear. God is perceived in terms of emotional closeness��the friend,� �the lover��whose love can be experienced personally and individually.

    - Mysticism (Sufism) is based on self-attained revelations by mystical means, which is

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Sunday, June 3, 2007 12:58 PM |
| **To:** | |
| **Cc:** | [redacted]@hotmail.com, [redacted]@hotmail.com |
| **Subject:** | Muslim Ummah is Bleeding but Sufis Dancing |
| **Size:** | 3 KB |

**Watch how Sufis has corrupted islam:**

**Is this Sufism or Judaism???? Did the Sahaba and the ones who came after them did this?? Watch to see the visible face of sufism with hidden hands of the Secret forces behind it to damage islam....May Allah Guide them to the Sunnah of Our Beloved Prophet and the teachings of Holy Book of Allah.....And may Allah punish the enemies of islam who create these sects.....**

**To me they seem like they are absolutely possessed by Satan, watch for yourself: They are dancing but the Muslim Ummah is Bleeding to Death!!!! May Allah punish them.**

http://www.youtube.com/watch?v=86yjpKzfOoI&mode =related&search=

http://www.youtube.com/watch?v=Jeca3isOoW4&mode=related&search=

http://www.youtube.com/watch?v=9dCmuqYxyOU&mode=related&search=

http://www.youtube.com/watch?v=r_YYpDRknjU&mode=related&search=

| | |
|---|---|
| **From:** | [redacted]**@hotmail.com>** |
| **Date:** | **Friday, June 1, 2007 7:28 PM** |
| **To:** | |
| **Cc:** | [redacted]**@hotmail.com** |
| **Subject:** | **Must watch this one!!** |
| **Size:** | **2 KB** |

**Check this out, you have to watch this one:**

http://www.youtube.com/watch?v=FXqJ4sC6EGs&mode=related&search=

| | |
|---|---|
| **From:** | [redacted]**@hotmail.com>** |
| **Date:** | **Friday, June 1, 2007 7:17 PM** |
| **To:** | |
| **Cc:** | [redacted]**@hotmail.com** |
| **Subject:** | **Proof that Bush and kerry Bonesmen** |
| **Size:** | **2 KB** |

**What could be a better proof than someone own's word to say he is a member of the Skull and Bones...Here listen to Bush and Kerry both of whom are members of this Satanic club in their own words that they admit they are Bonesmen!!! This powerfull club or secret society almost controls everything...in fact one can not become a president if he is not a member of this club...all this political game of voting and other bses are just a play...the president is selected before the elections are done....**

| | |
|---|---|
| **From:** | [redacted]**@hotmail.com>** |
| **Date:** | **Friday, June 1, 2007 7:05 PM** |
| **To:** | |

**Cc:** [redacted]@hotmail.com

**Subject:** **Must see..911 Truth: Skull & Bones "Connect the Dots"**

**Size:** **2 KB**

**The real Sleeper Cell guys and the real Dark forces that run the whole politcal show and the war on Islam...Who are the Skull and Bone? What do they worship? What are they upto?? If you guys do just a good research and study on this Secret Society you will find out that these are the Worshipers of Satan!! And they believe secrecy is power and that is how they have exploited and deceived everyone by using Democracy and some religions as shields to hide behind:**

**Check this out:**

**From:** [redacted]@hotmail.com>

**Date:** **Friday, June 1, 2007 6:33 PM**

**To:**

**Cc:** [redacted]@hotmail.com

**Subject:** **Kamran Pasha's Background**

**Size:** **12 KB**

**Salaam Farooq and Mohammad,**

**Guys he might be a Paki Jew!!! Read his background I pasted at the bottom check it out and see where he grew up in a Jewish neighborhood ...They are way smarter than we can think ....they run in our bloods within like germs... I know of a fact that there are fake Muslim scholars who are Jewish because they believe they can do more damage to Islam from within than from outside....Do not you think there could possibly be fake Muslim Movie Producers and screen writers??? Allah knows best....By Allah that Sleeper Cell movie is absolutely designed to destroy the image of islam... now I remember that movie and I just looked it up.....**

# Kamran Pasha

From Wikipedia, the free encyclopedia

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Wednesday, February 7, 2007 9:10 PM |
| **To:** | |
| **Subject:** | Must Watch this!! |
| **Size:** | 2 KB |

Click here to see the terror of Israelis
http://vids.myspace.com/index.cfm?fuseaction=vids.fullscreen&videoid=1380469430

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Tuesday, February 6, 2007 11:05 PM |
| **To:** | |
| **Subject:** | Jewish Manipulation of World Leaders |
| **Size:** | 2 KB |

http://www.radioislam.org/jewish-photos/manipulat-the-wold/world-leaders-manipulated.htm

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Tuesday, February 6, 2007 11:02 PM |
| **To:** | cfmonteilh@cox.net |
| **Subject:** | Farooq Check these out!!! |
| **Size:** | 6 KB |

| | |
|---|---|
| **From:** | [redacted]@hotmail.com> |
| **Date:** | Saturday, February 3, 2007 9:50 PM |
| **To:** | |

| | |
|---|---|
| **Cc:** | **[redacted]@hotmail.com** |
| **Subject:** | **Quotes from the Illuminati** |
| **Size:** | **46 KB** |

# Quotes from the Illuminati

Updated 11 April 1999

Note � The word "Illuminati" was the predecessor of the two terms Zionism and / or Freemasonry.

"It doesn't matter who the people voted for; they always vote for us".

Illuminati Statement

"We are not going to achieve a new world order without paying for it in blood as well as in words and money."

**Arthur Schlesinger, Jr.**, in Foreign Affairs (July/August 1995)

THAT quotation and the following - and many others like them � clearly demonstrate that the words "new world order" are deadly serious and furthermore, have been in use for decades. They did not originate with President George Bush in 1990. The "old world order" is one based on independent nation-states. The "new world order" involves the elimination of the sovereignty and independence of nation-states and some form of world government. This means the end of the United States of America, the U.S. Constitution, and the Bill of Rights as we now know them. Most of the new world order proposals involve the conversion of the United Nations and its agencies to a world government, complete with a world army, a world parliament, a world court, global taxation, and numerous other agencies to control every aspect of human life (education, nutrition, health care, population, immigration, communications, transportation, commerce, agriculture, finance, the environment, etc.). The various notions of the "new world order" differ as to details and scale, but agree on the basic principle and substance.

"The world is governed by personalities very different to what people that cannot see further than their eyes, believe"

**Benjamin Disraeli**, Statesman

"Behind the October Revolution there are more influential personalities than the thinkers and executors of Marxism"

**Lenin**, Illuminati

"The one who cannot see that on Earth a big endeavor is taking place, an important plan, on which realization we are allowed to collaborate as faithful servants, certainly has to be blind"

**Winston Churchill**, 33 Degree Freemason

"What we say, goes"

**George Bush**, Illuminati - as a response to what would happen after the collapse of the Soviet Union. He referred to the Council on Foreign Relations.

"... in politics nothing is accidental. If something happens, be assured it was planned this way"

**Franklin D. Roosevelt**, 32 Degree Freemason

"Give me the power of the money and it will not matter any more who is commanding"

**Mayer Amschel Rothschild**, Illuminati

The following is from the magazine Progress for all January 1991, an interview

| | |
|---|---|
| **From:** | **[redacted]@hotmail.com>** |
| **Date:** | **Saturday, February 3, 2007 9:46 PM** |
| **To:** | |
| **Cc:** | **[redacted]@hotmail.com** |
| **Subject:** | **The Secret World** |
| **Size:** | **83 KB** |

# The Secret World

al Kanadi

**In the Name of God, the Beneficent, the Merciful.**

**All Praises be for Allah, the Lord of the Worlds.**

**The Beneficent, the Merciful.**

**Sovereign of the Day of Recompense.**

**You we worship, and You we seek for assistance.**

**Guide us to the Straight Path.**

**The path of those on whom You have bestowed Your grace,**

**Not of those who earned Your anger (the Jews), Nor those who went astray (the Christians).**

**The Holy Quran: The Opening.**

**The Story Good and Evil**

**The Chosen People**

**King of Zion**

**First Entry into Europe**

**The Craft**

**Progress and Christianity**

**The World Abroad**

**Novus Ordo Seclorum**

**The Final Conflict**

**Jihad in the Cause of God**

**Appendix I**

**Appendix II**

**Appendix III**

**Preface**

**The Story Good and Evil**

**And (have We not) shown him (man) the two highways? But he has made no haste on the path that is steep.** Holy Qur'an: Al-Balad verses 10 and 11.

The confrontation between the forces of this world, plays itself out in a complex story, of the events that unfold through the many machinations that men create, by their various endeavours, composed of all sorts of intentions. To the public in general, things do not seem to have any particular pattern, nor does there seem to be much meaning behind most events. That for the average person, there is not much significant outside his daily coming and goings. But a careful examination of the interplay of these conflicting forces, reveals complicated, cleverly schemed operation, which displays the actually deeply meaningful course of reality. That life is the conception of a much more sophisticated wisdom than what we had previously envisioned. The following is a humble attempt to expose some of that reality. We are in a particular period

Here is some more Bro check these ones out!!!

http://www.jewwatch.com/index.htm

http://www.radioislam.org/jewish-photos/index.htm

From: <cfmonteilh@cox.net>
To: [redacted]@hotmail.com>
Subject: Re: http://www.missionislam.com/nwo/index.htm
Date: Mon, 5 Feb 2007 9:54:21 -0800

Assalamu Alaikum,

Brother, thank you so much for the website on MissionIslam. That website has greatly inspired me and opened my eyes more to the truth. Thank you again.

Assalamu Alaikum,

Farouk

---- [redacted]@hotmail.com> w

**From:** [redacted]@hotmail.com>

**Date:** **Saturday, February 3, 2007 10:06 PM**

**To:**

**Cc:** [redacted]@hotmail.com

**Subject:** **Free Mason Invasion( Dajjalic System)**

**Size:** **8 KB**

# Free Mason Invasion

You would have heard much about DAJJAL-THE ANTICHRIST from the christian and Jewish authorities. But what did the Prophet (PBUH) said about Dajjal, (the greatest fitnah, evil, test) that will ever befall on mankind. When Shall Dajjal appear? most of the signs prevalent before the coming of Dajjal can now be observed. One thing though is for certain ,if you're fortunate enough not to witness the Anti-Christ, then your children certainly shall. before the Anti-Christ shall appear, we have been told there shall be a SYSTEM, a Dajjal-system, that is up and running, that awaits his arrival. this dajjal-system, will be the most evil and most corrupt satanic, kaffir force in history.

This system shall promote mass immorality (Homosexuality, adultery, fornication), Atheism (a belief that there is no god), Devil-worship, use of USURY ( lending money at high interest rates), Intoxication( Alcohol, Drug abuse), Crime, Injustice, Oppression (cruel and unfair treatment of a group of people), Fitnah of the pen (Pornography , magazines ), Wars, Famine, massacres, Rape and suffering on an immeasurable scale.

| | |
|---|---|
| **From:** | **[redacted]@hotmail.com>** |
| **Date:** | **Saturday, February 3, 2007 8:28 PM** |
| **To:** | **[redacted]@cox.net, cfmonteilh@cox.net** |
| **Subject:** | **http://www.iraqvictims.com/** |
| **Size:** | **2 KB** |

http://www.iraqvictims.com/

| | |
|---|---|
| **From:** | Craig Monteilh |
| **To:** | Mohammad Tajsar; Ahilan Arulanantham; isaid@aclunc.org; aShabaik@cair.com; dChehata@cair.com |
| **Cc:** | Powers, James R. (CIV); Lundberg, Jessica A (CIV) |
| **Subject:** | [EXTERNAL] Target: Yasser Abdel-Rahim"s Emails |
| **Date:** | Wednesday, September 16, 2026 11:54:45 PM |
| **Attachments:** | email surveillance - OP FLEX.pdf |

Litigants,

Here's more of Plaintiffs' email contacts that were targeted.

| | |
|---|---|
| **From:** | **Yasser Abdelrahim [redacted]@gmail.com>** |
| **Date:** | **Wednesday, January 31, 2007 1:28 PM** |
| **To:** | [redacted] |
| **Subject:** | **WOW - This is Crazy !** |
| **Size:** | **3 KB** |

Please check this out, this is obviously true as it was covered on CNN - Bayer is/was selling a drug overseas that was banned here in the US becuase that drug was infected with the AIDS virus -

Check this out :

http://www.youtube.com/watch?v=XS3mhjt7TrY

**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; isaid@aclunc.org; aShabaik@cair.com; dChehata@cair.com
**Cc:** Josh Gerstein; Powers, James R. (CIV); Lundberg, Jessica A (CIV)
**Subject:** [EXTERNAL] OP FLEX Activity; Tasking Orders
**Date:** Thursday, September 17, 2026 2:28:09 PM
**Attachments:** OP FLEX - 1A.pdf
OP FLEX - 1B.pdf
OP FLEX - 1C.pdf
OP FLEX - 1E.pdf
OP FLEX - 1F.pdf
OP FLEX - 1G.pdf
OP FLEX - 1H.pdf
OP FLEX - 1I.pdf
OP FLEX - 1K.pdf
OP FLEX - 1L.pdf
OP FLEX 1D.pdf
OP FLEX 1J.pdf

---

Fazaga v FBI case no. 8:11-cv-00301-DOC-VBKx

Dear litigants and the Honorable David O. Carter,

Attached are emails demonstrating specific FBI tasking orders, such as:

Purchasing Muslim clothing, enrolling in Berlitz Language Center to gain more access to Mr. Niazi (he worked there), engaging with jihadi websites to draw out suspected terrorists, enrolling in specific online courses (notice 1A, we were targeting the one in Yemen).

That particular school in Yemen, from that intel the school was raided by U.S. Special Forces, many enemy combatants were killed. That military operation came from me (Operation Flex).

Respectfully,

Craig Monteilh -

| | |
|---|---|
| **From:** | **Farouk Aziz <cfmonteilh@cox.net>** |
| **Date:** | **Friday, March 30, 2007 9:30 AM** |
| **To:** | **[redacted]@hotmail.com** |
| **Subject:** | **Arabic Classes** |
| **Size:** | **5 KB** |

Assalamu Alaikum,

Brother here are the schools/websites from Ossman:

Fajr Center

Diwan Center

Cordoba

Sibawi

And the one in Yemen is TheDowra.com.

Assalamu Alaikum

| | |
|---|---|
| **From:** | **cfmonteilh@cox.net** |
| **Date:** | **Friday, February 16, 2007 5:39 PM** |
| **To:** | **reception@jihadunspun.com** |
| **Subject:** | **Inspired** |
| **Size:** | **5 KB** |

Assalamu Alaikum,

My name is Farouk. I am inspired and encouraged by your website. Please send me more information. Shokran.

Aassalamu Alaikum,

Farouk

| | |
|---|---|
| **From:** | **cfmonteilh@cox.net** |
| **Date:** | **Saturday, February 10, 2007 7:42 AM** |
| **To:** | [redacted]**@hotmail.com** |
| **Subject:** | **Lets Go Eat** |
| **Size:** | **5 KB** |

Assalamu Alaikum,

Sabah el kheer. Brother, are you free to get some food today? Perhaps this afternoon? My treat.

| | |
|---|---|
| **From:** | **Mail Administrator <Postmaster@cox.net>** |
| **Date:** | **Sunday, February 18, 2007 5:50 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Mail System Error - Returned Mail** |
| **Size:** | **7 KB** |
| **Attachments:** | |

```
The reasons given by the server are included to help you determine why
each recipient was rejected.

    Recipient: <info@jihadunspun.net>
    Reason:    "The recipient cannot be verified.  Please check all
recipients
of this               message to verify they are valid."


 Please reply to <Postmaster@cox.net>
 if you feel this message to be in error.
```

Open Attachment []

--- Forwarded Message ---

Date: [Sun, 18 Feb 2007 17:49:10 -0800]
From: cfmonteilh@cox.net
To: info@jihadunspun.net

Subject: Shukran

My name is Farouk. I have been a Muslim for 6 months now. I am inspired and encouraged by

| | |
|---|---|
| **From:** | **Farouk Aziz <cfmonteilh@cox.net>** |
| **Date:** | **Saturday, May 5, 2007 10:35 PM** |
| **To:** | [redacted]**@hotmail.com>** |
| **Subject:** | **Re: Battle in Afghanistan** |
| **Size:** | **5 KB** |

Assalamu Alaikum,

Brother, thank you for that website. May Allah bless the mujahadeen.

Assalamu Alaikum,

Farouk

--- [redacted]@hotmail.com> wrote:

**From:** Yahoo!Shopping <rate-merchant@store.yahoo.com>

**Date:** Friday, May 4, 2007 1:38 AM

**To:** craig monteilh <cfmonteilh@cox.net>

**Subject:** Yahoo! Shopping Merchant Review for SHUKR - order# shukr-29512

**Size:** 5 KB

YAHOO! shopping Yahoo! - Help

Dear craig monteilh,

Thank you for your recent purchase on Yahoo! Shopping.
Please take a moment to rate and review your shopping experience with **SHUKR**.
By rating and reviewing merchants, you can help other customers find merchants and provide those merchants with feedback.
It's easy - just rate the merchant and add any helpful comments.

Before you start, review our Merchant Review Guidelines. Yahoo! reserves the right to refuse or remove any review that does not comply with these Guidelines or the Yahoo! Terms of Service and terminate your Yahoo! account (including email) for a violation. Yahoo! is not responsible or liable in any way for ratings and reviews posted by its users.

Rate and review this merchant

Or copy and paste the following URL into your browser:

http://store.yahoo.com/OS/rate?shukr-29512+d4a9d65e3175fb6e692f

Yahoo! Shopping and SHUKR appreciate your feedback.

Thanks for shopping with us, and we hope to see you again soon.

Yahoo! Shopping

| | |
|---|---|
| **From:** | **SHUKR After Sales Support <AfterSales@ShukrClothing.com>** |
| **Date:** | **Tuesday, April 24, 2007 2:18 AM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Your Order Has Been Shipped** |
| **Size:** | **2 KB** |

Dear craig,

Thank you for shopping with SHUKR. Your order has been shipped.

**Order Number:** 29512
**Shipped On:** 4/23/2007
**Shipped Via:** UPS Ground Residential
**Estimated Arrival Time:** 5 business days
**Tracking Number:** 1ZR068W10311188321
**Tracking Link:** Click here to track your order.

Thank you once again for shopping with us.

Please contact us if you require further assistance.

SHUKR After Sales Support
www.ShukrClothing.com

| | |
|---|---|
| **From:** | **orders@alhannah.com** |
| **Date:** | **Friday, April 27, 2007 10:41 AM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Your order with Al-Hannah Islamic Clothing** |
| **Size:** | **2 KB** |

```
Thank you for ordering from Al Hannah and Jazak Allah Khair!

If you have any questions - feel free to e-mail us or call.
Our telephone number is (860) 229-3838

Shipping is included in the price which you see on this invoice.

                                Invoice

Order Number ............................................ 44538

Billing Address

farouk aziz
23 butterfly
irvine, CA 92604
Daytime Tel: 949-294-3581
Evening Tel: 949-735-5840

Order Total ............................................. $60.20
Payment Method .......................................... credit
Shipping Method .......................................... UPS2
Shipping Weight .......................................... 1.5 Lb
me104 : Smagh - Size: na,  Color: Red and White,  Qty: 1 ... $15.00
me104 : Smagh - Size: na,  Color: Black and White,  Qty: 1 ... $15.00
me104 : Smagh - Size: na,  Color: Black and White,  Qty: 1 ... $15.00
```

| | |
|---|---|
| **From:** | **costamesalc@berlitz.us** |
| **Date:** | **Sunday, March 4, 2007 11:54 AM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Learn Faster With Berlitz** |
| **Size:** | **11 KB** |




Dear Mr. Monteilh,

Thank you for your interest in Berlitz. We look forward to meeting all of your language needs.

Get more from your international business travel. Today´s business environment is more challenging than ever. As the world changes, you need to stay current, relevant and proficient. Let Berlitz help you.

Visit our Language Center or call 714.557.3535 and claim your Free Berlitz Needs Assessment. You´ll meet your Berlitz Representative and have all your questions answered. Plus, you´ll receive a complimentary Berlitz Needs Assessment – a comprehensive tool we use to determine the Berlitz product or service that best meets your goals. Can´t find the time to visit us? Simply give us a call and we can do your Assessment right over the phone.

With your personalized plan, you´ll start speaking Arabic right from the very first class. You´ll learn conversational skills and practical vocabulary by discussing real–life situations, as well as business situations.

Call 714.557.3535 to reserve your appointment today. Or simply reply to this email should you have any further questions.

Sincerely,

[redacted]
Language Center Director
3070 Bristol
Suite 150
Costa Mesa, CA 92626
[redacted] Hours of operation:
Monday-Friday:
9:00 a.m. - 6:30 p.m.
Saturday:
9:00 a.m. - 11:30 a.m.
www.berlitz.us/costamesa

To be removed from our email list, simply respond to this email and write "remove" in the subject line.

© 2006 Berlitz Languages, Inc. All Rights Reserved. <a href="http://www.berlitz.us/about/privacypolicy.html" class="link_2" onClick="CSAction(new Array(/*CMP*/"c0bdbfc30"));return CSClickReturn()" csclick="c0bdbfc30">Privacy Policy. <a href="http://www.berlitz.us/about/terms.html" class="link_2" onClick="CSAction(new Array(/*CMP*/"c0bdbff41"));return CSClickReturn()" csclick="c0bdbff41">Terms of Use.

| | |
|---|---|
| **From:** | [redacted]@berlitz.us> |
| **Date:** | **Thursday, March 22, 2007 12:49 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Follow Up on Total Immersion for Arabic** |
| **Size:** | **5 KB** |

Good Day Craig,

I'm following up with you regarding our Total Immersion program for Arabic. What I would like to do is schedule an appointment for early next week to discuss in full detail how our Total Immersion program will work best for you. I can be reached either through email or phone at [redacted] to schedule a time that is most convenient for you.

Once again, thank you for contacting Berlitz and I look forward to hearing from you soon!

Best Regards,

[redacted]y@Berlitz.us

Unit Director of Southern California
Berlitz Language Center
3070 Bristol Street
Suite 150
Costa Mesa, CA 92626
☎:: [redacted]
: 714.557.3583

Visit our website at www.Berlitz.us

**From:** **cfmonteilh@cox.net**

**Date:** **Thursday, February 8, 2007 10:18 PM**

**To:** **[redacted]@hotmail.com>**

**Subject:** **Re: Must Watch this!!**

**Size:** **5 KB**

This is horrible. And no way for Muslim children to live. Something must be done to stop this horror.

----[redacted]@hotmail.com> wrote:

**From:** **cfmonteilh@cox.net**

**Date:** **Thursday, February 8, 2007 10:14 PM**

**To:** **[redacted]@gmail.com>**

**Subject:** **Re: Video of Refugee Camp (You have to see this)**

**Size:** **6 KB**

This is horrible. And no way for muslim children to live. Thank you for the website. These websites open my eyes more to what is going on.

---- '[redacted]@gmail.com> wrote:
> ------------------------------
>
> [illegible]

| | |
|---|---|
| **From:** | **QuantumView <QuantumViewNotify@ups.com>** |
| **Date:** | **Monday, April 30, 2007 4:00 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **UPS Ship Notification, Reference Number 1: 44538** |
| **Size:** | **6 KB** |

***Do not reply to this e-mail. UPS and Al Hannah Clothing will not receive your reply.

This message was sent to you at the request of Al Hannah Clothing to notify you that the package information below has been transmitted to UPS. The package(s) may not have actually been placed with UPS for shipment. To verify when and if the shipment is tendered to UPS and its actual transit status, click on the tracking link below or contact Al Hannah Clothing directly.

## Important Delivery Information

---

**Message from Al Hannah Clothing:**
Your Order with Al Hannah

**Scheduled Delivery:** 02-May-2007

## Shipment Detail

---

**Ship To:**
farouk aziz
23 butterfly
IRVINE
CA
92604
US
**Number of Packages** 1
**UPS Service:** 2ND DAY AIR
**Weight:** 1.0 LBS

**Tracking Number:** 1Z0A4E170263948531
**Reference Number 1:** 44538

**Merchandise Description:** Merchandise

Click here to track if UPS has received your shipment or visit
http://www.ups.com/WebTracking/track?loc=en_US on the Internet.

---

This e-mail contains proprietary information and may be confidential. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this message in error, please delete it immediately.

This e-mail was automatically generated by UPS e-mail services at the shipper's request. Any reply to this

**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; isaid@aclunc.org; aShabaik@cair.com; dChehata@cair.com
**Cc:** Powers, James R. (CIV); Lundberg, Jessica A (CIV); Josh Gerstein
**Subject:** [EXTERNAL] OP FLEX Targets, Tasking, Muslim Travel Plans
**Date:** Friday, September 18, 2026 1:17:34 PM
**Attachments:** OP FLEX Z1.pdf
OP FLEX Z2.pdf
OP FLEX Z3.pdf
OP FLEX Z4.pdf
OP FLEX Z5.pdf
OP FLEX Z6.pdf
OP FLEX Z7.pdf
OP FLEX Z8.pdf
OP FLEX Z9.pdf
OP FLEX ZZ10.pdf
OP FLEX ZZ11.pdf
OP FLEX ZZ12.pdf
OP FLEX ZZ13.pdf

---

Fazaga v FBI case no. 8:11-cv-00301-DOC-VBKx

Dear litigants,

Attached are various email communications that demonstrate FBI tasking orders regarding recording specific Muslim teachers, monitoring travel plans, recording certain classes, and the tasking order to get myself into the home of [redacted]. The class recordings were designed to ascertain how the Quran is taught.

The specific targets were: [redacted]. I have mentioned [redacted] a few times in my previous letters. Some classes were being conducted at the same time. When that occurred, I attended one class and placed recording devices in the other classes.

Please be advised, I am honoring the Government's request to review all of my Operation Flex materials first. However, I'm honoring that request my way . . . . . . They are 3 hours ahead of us. So technically they are reviewing them first (EDT).

Respectfully,

Craig Monteilh -

| | |
|---|---|
| **From:** | **[redacted]@gmail.com>** |
| **Date:** | **Friday, January 26, 2007 8:10 AM** |
| **To:** | |
| **Subject:** | **Fri & Sat (please read details)** |
| **Size:** | **4 KB** |

**Aslamo Alykoum,**

As we all know it's an obligation on every Muslim
To know how to read Quran.

Tajweed Halaqa inside the masjid
Every Friday night after Ishaa prayer

Also every Saturday after Fajar parayer
Tajweed class (upstairs)

Location: Islamic center of Irvine (ICOI)

Ishaa prayer @ 7:15 pm

Fajar prayer @ 6:00 am

make a commitment with Allah.

**Aslamo Alykoum**

| | |
|---|---|
| From: | [redacted]@gmail.com> |
| Date: | Friday, January 26, 2007 8:07 AM |
| To: | |
| Subject: | Adult Arabic Class this Friday 01-26-2007 |
| Size: | 4 KB |

**Asalamo Alykoum,**

**Adult Arabic Class every Friday night Inshallah.**

**Date: 01-26-2007 Every Friday**

**Time: 7:30 to 9:00 pm After Ishaa**

**Location: Islamic center of Irvine (ICOI) (UPSTAIRS)**

**Teacher:** [redacted]

**Please brothers and sister be there on time**

**Asalamo Alykoum.**

| | |
|---|---|
| **From:** | [redacted]@gmail.com> |
| **Date:** | Wednesday, February 7, 2007 12:18 PM |
| **To:** | [redacted]@gmail.com |
| **Subject:** | Video of Refugee Camp (You have to see this) |
| **Size:** | 3 KB |

---

http://vids.myspace.com/index.cfm?fuseaction=vids.fullscreen&videoid=1380469430

| | |
|---|---|
| **From:** | [redacted]@gmail.com> |
| **Date:** | Friday, February 2, 2007 7:12 AM |
| **To:** | |
| **Subject:** | Tonight is a movie night (About Jerusalem} Refreshments will be served ( No arabic class ) |
| **Size:** | 4 KB |

**Asalamo Alykoum,**

**Adult Arabic Class every Friday night Inshallah.**

**Date: 02-02-2007 Every Friday**

**Time: 7:30 to 9:00 pm After Ishaa**

**Location: Islamic center of Irvine (ICOI) (UPSTAIRS)**

**Teacher:** [redacted]

**Please brothers and sister be there on time**

**Asalamo Alykoum.**

| | |
|---|---|
| From: | [redacted]@gmail.com> |
| Date: | Monday, February 12, 2007 7:29 AM |
| To: | [redacted]@gmail.com |
| Subject: | Beware of these web sites |
| Size: | 47 KB |
| Attachments: | ThisISNOTawasteofyourtime.doc (45.2 KB) |

Open Attachment ThisISNOTawasteofyourtime.doc

**This IS NOT a waste of your time. check the websites for urself!**

تأكد من المواقع هذه بنفسك

**Please send this message to all your contacts !!!**

الرجاء ارسال هذه الرسالة لكل من تعرف

Beware of the following **websites:**

# انتبهوا من هذه المواقع على الأنترنت:

## .1 www.answering-islam.org

## .2 www.aboutislam.com

## .3 www.thequran.com

## .4 www.allahassurance.com

These sites have been developed by the **Jews**

هذه المواقع تم تصميمها من قبل اليهود (لعنهم الله)...

Who Intentionally spread **wrong** information about the **QURAN** , the **HADITH** and the **Islam**

وهم ينشرون معلومات خاطئة جدّاً عن القرآن والسنة والأحاديث النبويّة الشريفةوالإسلام

**Please spread this information To all the Muslim brothers and sisters around the world .**

أستحلفكم بالله أن  تنشروا هذه الرسالة لكل المسلمين
في العالم (احموا الإسلام من الغزو الصهيوني)

Always check the source of any Islamic web site even if it is very convincing

تأكد دائماً من مصدر المواقع التي تتحدث عن الإسلام

A FAKE AMERICAN QURAAN

http://www.amazon.com/exec/obidos/tg/detail/-/
/1579211755
qid3%D2395342-4933271-1096805827/102

هذا الموقع يباع فيه نسخة بإسم (الفرقان الحق) تم تأليفه
من قبل

اليهود والأمريكان الحاقدين (لعنهم الله وأدخلهم نار جهنم
خالدين  فيها)

The new AMERICAN book: a dangerous trick is being distributed in Kuwait , titled "The True Furqan"

المشكلة العظمى أن هذا الكتاب بدأ انتشاره في الكويت

You Cant Ignore this, send it to as many muslims as u can.

أستحلفكم بالله أن لا تهملوا هذه

الرسالة، أنصر الإسلام ولو برسالة

(اللهم عليك بالظالمين، اللهم عليك

بالظالمين، اللهم عليك بالظالمين، اللهم عليك بالظالمين)

| | |
|---|---|
| **From:** | [redacted]@gmail.com> |
| **Date:** | Wednesday, February 14, 2007 7:36 AM |
| **To:** | cfmonteilh@cox.net |
| **Subject:** | good sites |
| **Size:** | 9 KB |

Aslamo Alykoum,

How are you brother ?
Here is a good sites you can surf
Please save them and pass them to any one who is interested in Islam
Turn to Islam site lots of interviews with a new converts
I hope you will enjoy them all and I will see you on Fri Inshallh

Aslamo Alykoum

http://www.islamalways.com/

http://english.islamway.com/

http://www.turntoislam.com/

http://www.islamicbulletin.org/

http://www.amjaonline.com/English/

http://www.55a.net/firas/english/index.php

http://nadiayassine.net/en/

http://www.reciter.org/

On 2/13/07, [redacted]@aol.com> wrote:
Shukran! I know part of the problem in being a new Muslim is knowing where to get good information about Islam. The internet can a good source of information, but there is a lot of bad information out there and I appreciate your looking out for me by warning me about which sources of information on Islam to stay away from.

I have a suggestion: maybe you could send a short list of websites that the Imam [redacted] approves. [redacted] (whose father owns the [redacted] Bookstore in Anaheim) told me about one called IslamiCity.com that I go to that seems to be a good source for information on Islam. (I listen to the recorded recitation of Suras from the Qur'an to check and see if I'm pronouncing them correctly or not.) Do you know of any other good websites that are from Islamic sources?

P.S. It was good seeing you at prayers on Friday. After prayers, [redacted] said he is trying to

| | |
|---|---|
| From: | [redacted]@gmail.com> |
| Date: | Monday, March 5, 2007 7:41 AM |
| To: | |
| Subject: | Important to attend Tue night (Please read details time has changed) |
| Size: | 6 KB |

**ASALAMO ALYKOUM,**

**Inshallah Sheikh [redacted] class on TUE**

**Date: 03-06-07**

**Time: 7:45pm To 8:45pm**

**Location: Islamic Center Of Irvine**

**Language: (Arabic) English translation is available**

**Salat Al-Ishaa @ 7:30 pm**

**Please brothers and sisters do your best to be there**
**Also bring and tell other brothers and sisters about the class**
**So we all can benefit and get the Ajar Inshallah.**

| | |
|---|---|
| From: | [redacted]@gmail.com> |
| Date: | Monday, January 15, 2007 12:53 PM |
| To: | [redacted]@gmail.com |
| Subject: | Sheikh [redacted] class Tue night (Please read details) |
| Size: | 5 KB |

**ASALAMO ALYKOUM,**

**Inshallah Sheikh [redacted] class on TUE**

**Date: 01-16-2007**

**Time: 7:30pm To 8:30pm**

**Location: Islamic Center Of Irvine**

**Language: (Arabic) English translation is available**

**Salat Al-Ishaa @ 7:15 pm**

**Please <u>brothers</u> and <u>sisters</u> do your best to be there**
**Also bring and tell other brothers and sisters about the class**
**So we all can benefit and get the Ajar Inshallah.**

**From:** [redacted]@gmail.com>

**Date:** Saturday, January 20, 2007 1:02 PM

**To:** cfmonteilh@cox.net <cfmonteilh@cox.net>

**Subject:** Re: Afdal?

**Size:** 3 KB

Asalamo Alykoum,

thank you very much brother farouk
Alhamdollah I start feeling better
I will see you tomorrow at the mesjid

Thank you Habibi farouk

On 1/20/07, **cfmonteilh@cox.net** <cfmonteilh@cox.net> wrote:

Assalamu Alaikum,

Sabah el kheer. Brother, I heard you were sick. If there is anything I can do please let me know. If you need me to bring you something from the store or pharmacy just give me a call [redacted] . Hope you feel better.

Assalamu Alaikum,

Farouk

**From:** [redacted]@gmail.com>

**Date:** Friday, January 19, 2007 7:28 AM

**To:**

**Subject:** Adult Arabic Class this Friday 01-019-2007

**Size:** 4 KB

**Asalamo Alykoum,**

**Adult Arabic Class every Friday night Inshallah.**

**Date: 01-19-2007 Every Friday**

**Time: 7:30 to 9:00 pm After Ishaa**

**Location: Islamic center of Irvine (ICOI) (UPSTAIRS)**

**Teacher:** [redacted]

**Please brothers and sister be there on time**

**Asalamo Alykoum.**

| | |
|---|---|
| From: | [redacted]@gmail.com> |
| Date: | Tuesday, February 27, 2007 9:32 AM |
| To: | |
| Subject: | Important to attend Tue night (Please read details time has changed) |
| Size: | 6 KB |

**ASALAMO ALYKOUM,**

**Inshallah Sheikh [redacted] class on TUE**

**Date: 02-27-07**

**Time: 7:45pm To 8:45pm**

**Location: Islamic Center Of Irvine**

**Language: (Arabic) English translation is available**

**Salat Al-Ishaa @ 7:30 pm**

**Please brothers and sisters do your best to be there**
**Also bring and tell other brothers and sisters about the class**
**So we all can benefit and get the Ajar Inshallah.**

| | |
|---|---|
| **From:** | **[redacted]@gmail.com>** |
| **Date:** | **Wednesday, March 7, 2007 7:14 PM** |
| **To:** | |
| **Subject:** | **I will be leaving on sunday 03-11-2007** |
| **Size:** | **3 KB** |

Asalamo Alykou,

Inshallah I will be leaving to Qatar on Sunday 03-11-2007 and I will be back on
04-02-2007 Please do DOAA for me
The best way to get hold of me is by email

Asalamo Alykoum

| | |
|---|---|
| **From:** | [redacted]**@gmail.com>** |
| **Date:** | **Tuesday, March 13, 2007 12:31 AM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Re: Masaa el kheer** |
| **Size:** | **5 KB** |

On 3/13/07, [redacted]@gmail.com> wrote:
Asalamo Alykoum

Brother Farouk thank you very much for your email also my wife just told me that you called to check on me thank you very much for everything you had done for me (programs and the time to be with at the gym I really appreciated) Inshallah I'm going to keep the good work that I have been doing I tested myself on the plane Alhamdollah I did very good I only ate the healthy stuff and salad
Inshallah I will stay in touch with and I will see when I got back
Say Salam to all the guys please
Aslamo Alykoum maa alsalamah

On 3/13/07, **Farouk Aziz** <cfmonteilh@cox.net > wrote:

Assalamu Alaikum,

Brother, I hope you had a safe and comfortable flight. Have a good time with your family. If you need anything do not hesitate to email or call. May Allah bless you.

Assalamu Alaikum,

| | |
|---|---|
| **From:** | **Farouk Aziz <cfmonteilh@cox.net>** |
| **Date:** | **Monday, March 12, 2007 8:03 PM** |
| **To:** | [redacted]**@gmail.com** |
| **Subject:** | **Masaa el kheer** |
| **Size:** | **5 KB** |

Assalamu Alaikum,

Brother, I hope you had a safe and comfortable flight. Have a good time with your family. If you need anything do not hesitate to email or call. May Allah bless you.

Assalamu Alaikum,

Farouk

| | |
|---|---|
| **From:** | [redacted]**@gmail.com>** |
| **Date:** | **Thursday, March 15, 2007 8:31 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **salam brither farouk** |
| **Size:** | **3 KB** |

Sabah Alkhair

Walla brother I have not had the chance to work out I had been extremely busy with work
But Inshallah we will make it out when I got back to the state
I missed you all but Inshallah we will see each other soon
Give my regards to all

Masaa Alkhair

| | |
|---|---|
| **From:** | [redacted]**@gmail.com>** |
| **Date:** | **Thursday, March 15, 2007 8:28 PM** |
| **To:** | |
| **Subject:** | **Salam to all from the heart of Doha (Sheikha** [redacted] |
| **Size:** | **3 KB** |

Asalmo Alykoum.

How are you brother?

I hope Inshallah everything is going well for you.

walla i'm doing well Alhamdollah and I will be back by th 2nd of april

I missed you all

[redacted]

| | |
|---|---|
| **From:** | **Farouk Aziz <cfmonteilh@cox.net>** |
| **Date:** | **Thursday, March 15, 2007 7:20 PM** |
| **To:** | [redacted]**@gmail.com** |

| | |
|---|---|
| **Subject:** | **Kaifa Haloka** |
| **Size:** | **5 KB** |

Assalamu Alaikum,

Brother, how is everything in Qatar? You are always missed at the masjid. Have you had any time to workout? If not, you and I will make it up when you come home. Don't worry about it. I hope everything goes well with you.

Ma'a Salama

| | |
|---|---|
| **From:** | [redacted]**@gmail.com>** |
| **Date:** | **Saturday, June 2, 2007 3:57 PM** |
| **To:** | |
| **Subject:** | **Good Morning** |
| **Size:** | **13 KB** |

QUICK VOTE

## Is Jack Straw right to say the wearing of veils by Muslim women makes community relations more difficult?

## Vote with "No" on the below link

أنصر أخواتنا المحجبات
بنقرة زر على

**No** في الجهة اليسرى من المقال

جاك سترو يقود حملة لخلع الحجاب عن أخواتنا المسلمات في
بريطانيا على موقع
**CNN**
صوتوا وانصروا مسلمات الغرب لعلنا نمنع إصدار قوانين تضطهد
المسلمات
وتحرمهن من حق الحجاب مثلما يحدث في فرنسا وتركيا وتونس

http://edition. cnn.com/2006/ WORLD/europe/ 10/06/uk. straw/index. html
رجاء: أرسلوا الرسالة
إلى أكبر عدد ممكن

**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; isaid@aclunc.org; aShabaik@cair.com; dChehata@cair.com
**Cc:** Josh Gerstein; Powers, James R. (CIV); Lundberg, Jessica A (CIV)
**Subject:** [EXTERNAL] The Dichotomy/No Contradictions
**Date:** Friday, September 18, 2026 12:43:42 AM

---

Fazaga v FBI case no. 8:11-cv-00301-DOC-VBKx

Dear litigants,

Firstly, with all of the emails that were sent to you from the Operation Flex time period, you can narrow your requests for my notes by the dates of the emails. My notes that I took daily and my recordings reflect those emails.

Secondly, everything that I have written and testified under oath do not contradict. All of my testimony is consistent. Which brings me to my next and final point.

What may seem like a dragnet surveillance investigation within the Muslim community, I steadfastly maintain the investigation known as Operation Flex was [properly predicated]. I look forward to explaining my assessment September 28, at 9:00 am, and answer questions under oath and allow the Court to make their determination.

As you can see for yourself, I'm not covering for anyone. I am committed to my obligation to appear in Court and tell the truth, the whole truth, and nothing but the truth.

Respectfully,

Craig Monteilh -

**From:** Craig Monteilh
**To:** Mohammad Tajsar; Ahilan Arulanantham; isaid@aclunc.org; aShabaik@cair.com; dChehata@cair.com
**Cc:** Josh Gerstein; Powers, James R. (CIV); Lundberg, Jessica A (CIV)
**Subject:** [EXTERNAL] OP FLEX - Multiple Recording Devices
**Date:** Thursday, September 17, 2026 6:31:09 PM
**Attachments:** OP FLEX C1.pdf
OP FLEX C2.pdf
OP FLEX C3.pdf
OP FLEX C4.pdf
OP FLEX C5.pdf
OP FLEX C6.pdf
OP FLEX C7.pdf
OP FLEX C8.pdf
OP FLEX C9.pdf
OP FLEX C10.pdf
OP FLEX C11.pdf
OP FLEX C12.pdf

---

Fazaga v FBI case no. 8:11-cv-00301-DOC-VBKx

Dear litigants and the Honorable David O. Carter,

During Operation Flex there were tasking orders to use multiple recording devices at specific events. These events included fundraising events, classes, wherever Board of Director members attended, and specific Islamic lecturers, such as Sheikh [redacted] and Sheikh Yassir Fazaga (see C9, C10, AND C11).

Attached are the Islamic Center of Irvine Newsletters informing members of specific events. The FBI (through my activities) carefully monitored the newsletters.

Respectfully,

Craig Monteilh -

WebMail: Folder

Compose | Check Mail | Addresses | Search | Settings

Help

cfmonteilh@cox.net | Logout

**This application needs Javascript enabled to function correctly.**

**Read Message**

Reply | Reply All | Forward | Delete | Spam

New Filter | Detail | Print

Move to: Inbox OK Help

Prev | Next

**From:** **ICOI <donotreply@icoi.net>**

**Date:** **Friday, March 16, 2007 12:28 PM**

**To:** **cfmonteilh@cox.net**

**Subject:** **ICOI Fundraising Dinner Banquet with Shaykh [redacted] CONFIRMED. BUY YOUR TICKETS TODAY!!**

**Size:** **14 KB**

Islamic Center of Irvine

**e-newsletter**




Our Newsletter

› ICOI Homepage

› Announcements

| | |
|---|---|
| **From:** | **ICOI <donotreply@icoi.net>** |
| **Date:** | **Wednesday, March 21, 2007 12:03 AM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Shaykh [redacted] in SoCal 03/24/07. Tickets are almost sold out, buy yours today!** |
| **Size:** | **14 KB** |

# Islamic Center of Irvine

**e-newsletter**




Our Newsletter

ICOI Homepage

Announcements

Donate

Assalamu Alaikum,

ICOI will be sending out a weekly newsletter every Thursday to keep community members informed on the classes, events, and activities occurring at ICOI and in the community during the week. The ICOI Weekly Newsletter will also feature interesting articles from Sheikh [redacted] and our other respected scholars, as well as provide an opportunity for local businesses to post any advertisements. To post an event or to get more information about this newsletter, please email info@icoi.net.

**Shaykh Al-Afasy will be in Southern California on THIS Saturday!!**
ICOI's fundraising banquet dinner entitled **"From Darkness to Light"** is going to be held **this Saturday, March 24th, 2007 at 6:00pm** at the **Anaheim Marrio**tt. Tickets are almost sold out so make sure you go to **www.afasyinirvine.com** to purchase your tickets.

**Ticket Pricing:**
Adults: $60
Babysitting (ages 5-12): $20
Table (seating for 10 persons): $650 **If you want to purchase a table, please call ICOI ASAP**

*Babysitting is for children ages 5 to 12 years only and includes a meal and entertainment. Self parking will be included for event attendees. Valet parking is not included and will be at vehicle owner's expense.*

If you have pre-registered for the event go to www.afasyinirvine.com/login.php to purchase your tickets.

***** Make sure after you complete payment that you and return to the AfasyInIrvine.com website in order to retrieve and print your tickets. You will need to bring these tickets with you to gain entrance into the venue.**

If you have any questions please call ICOI at 949-786-ICOI (4264).

Vendors who are interested in selling products or advertising at this event should contact ICOI by phone immediately.

Thank you in advance for your support and cooperation. We look forward to seeing you at this spectacular event.

Sincerely,

Islamic Center of Irvine

| | |
|---|---|
| From: | ICOI <donotreply@icoi.net> |
| Date: | Sunday, March 25, 2007 1:55 AM |
| To: | cfmonteilh@cox.net |
| Subject: | Qiyam at ICOI with Sheikh [redacted] on Sunday, March 25th |
| Size: | 12 KB |

# Islamic Center of Irvine

**e-newsletter**




Our Newsletter
- ICOI Homepage
- Announcements
- Donate

Assalamu Alaikum,

ICOI will be sending out a weekly newsletter every Thursday to keep community members informed on the classes, events, and activities occurring at ICOI and in the community during the week. The ICOI Weekly Newsletter will also feature interesting articles from Sheikh [redacted] and our other respected scholars, as well as provide an opportunity for local businesses to post any advertisements. To post an event or to get more information about this newsletter, please email info@icoi.net.

Assalam Alaikum,

We have great news. We will have a special program **Sunday, March 25th at ICOI** from **8:30pm - 10:30pm** reflecting on the life of the prophet, some qaseedah's, and a short **qiyam**. We will be honored with the presence of Sheikh [redacted]. All of you are welcome and please pass on this information to all of your friends and family.

We look forward to seeing you all there.

Tel: (949) 786-ICOI (4264) - 2 Truman, Irvine, CA 92620 - www.icoi.net
Copyright 2007 Islamic Center of Irvine, All rights reserved.

| | |
|---|---|
| **From:** | **ICOI <donotreply@icoi.net>** |
| **Date:** | **Tuesday, January 9, 2007 12:48 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **"In the Shade of the Prophet" resumes tomorrow night!** |
| **Size:** | **6 KB** |

This message is being sent from the Islamic Center of Irvine. You have received this e-mail because you subscribed to our mailing list. Please note, this is a *read-only* list. Any replies or e-mails to this list are not read by ICOI staff.




Assalamu Alaykum,

Insha'Allah, Sheikh [redacted] class, **"In the Shade of the Prophet"** will resume tomorrow night, **Wednesday, January 10th** after Isha'a prayer at **7:00PM.** All members of the community are welcome to attend the class, please be punctual as the class will start on time.

-ICOI

ICOI • (949) 786-ICOI (4264) • 2 Truman, Irvine, CA 92620 • www.icoi.net
To update your membership information, please click here and you will be able to edit your information.
To unsubscribe, please click here and you will be taken off this list immediately. Thank you.

| | |
|---|---|
| **From:** | **ICOI <donotreply@icoi.net>** |
| **Date:** | **Thursday, January 25, 2007 6:26 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **ICOI Weekly Newsletter** |
| **Size:** | **45 KB** |

This message is being sent from the Islamic Center of Irvine. You received this e-mail because you subscribed to our mailing list.
Please note, this is a *read-only* list. Any replies or emails to this list are discarded.




# ICOI Weekly Newsletter

Assalamu Alaikum,
ICOI will be sending out a weekly newsletter every Thursday to keep community members informed on the classes, events, and activities occurring at ICOI and in the community during the week. The ICOI Weekly Newsletter will also feature interesting articles from Sheikh [redacted] and our other respected scholars, as well as provide an opportunity for local businesses to post any advertisements. To post an event or to get more information about this newsletter, please email info@icoi.net .

## Important Announcements

The Islamic Center of Irvine would like to announce the **new ICOI Board of Directors for 2007**. ICOI also wishes to express sincere gratitude and appreciation to our respected brother [redacted], for his hard work and dedication as President of the ICOI Board of Directors for the past two years. His leadership has indeed played a key role in elevating ICOI to where it is today, Jazak Allahu Khairan.

**The Islamic Center of Irvine Board of Directors for 2007:**

[redacted] – President
[redacted] – Vice President
[redacted] – Treasurer
[redacted] – Secretary
[redacted] – Board Member
[redacted] - Board Member
[redacted] - Board Member

**ICOI CALENDERS for 2007!** We are pleased to present the first annual ICOI Calender for 2007. The Calender features original Islamic designs, words of wisdom on every page, and a monthly schedule of prayer times. The ICOI Calenders will be on sale after Jummu`ah prayer and are $10 each. Buy yours soon as there is a limited supply of these beautiful calenders.

## Featured Event

**ICOI Presents...**

***"From Darkness to Light"*** An entertaining and spiritually awakening evening with the world-renowned Qari' **SHAYKH** [redacted] in Irvine on Friday, February 23rd, 2007. Details will be announced on www.ICOI.net insha'Allah.

## Community Events

| | |
|---|---|
| **From:** | **ICOI <donotreply@icoi.net>** |
| **Date:** | **Friday, January 26, 2007 8:08 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **"Self-Empowerment" class w/Sh[redacted]resumes this Sun. 01/28** |
| **Size:** | **6 KB** |

This message is being sent from the Islamic Center of Irvine. You have received this e-mail because you subscribed to our mailing list. Please note, this is a *read-only* list. Any replies or e-mails to this list are not read by ICOI staff.




Assalamu Alaykum,

Insha'Allah, **"Self-Empowerment"** with Shaykh [redacted] will resume this **Sunday, January 28th at 12:00PM sharp.** All members of the community are welcome to attend the class, please be punctual as the class will start on time.

-ICOI

ICOI • (949) 786-ICOI (4264) • 2 Truman, Irvine, CA 92620 • www.icoi.net
To update your membership information, please click here and you will be able to edit your information.
To unsubscribe, please click here and you will be taken off this list immediately. Thank you.

| | |
|---|---|
| **From:** | **ICOI <donotreply@icoi.net>** |
| **Date:** | **Sunday, January 28, 2007 6:11 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Welcome & Introduction** |
| **Size:** | **10 KB** |

This message is being sent from the Islamic Center of Irvine. You received this e-mail because you subscribed to our mailing list.
Please note, this is a *read-only* list. Any replies or emails to this list are discarded.




## Letter from the ICOI President

28 January, 2007

Assalamu'Alaikum,

First of all I'd like to say that I am very humbled, honored and privileged to be selected as President of the Board of ICOI.

I'd like to thank my parents, my family, and my freinds, for their love, support and encouragement, and Allah s.w.t for giving me this unique and challenging opportunity.

I'm stepping into a role where ICOI is already an established center with a strong, supportive and energetic community. We have a balanced mix of youth and adults to accommodate at ICOI and I recognize that our community is also culturally rich and diverse. As you may know, ICOI has a wide variety of classes and programs (20+ running weekly) that cater for every possible age group, and most recently we launched a weekly and very popular Youth Group who meet each Friday. But there are other key ingredients that make ICOI such a successful and popular Islamic Center. Our staff, youth, volunteers, committees and most important of all, you, the members of this community.

ICOI is recognized by Irvine City Council leaders as a diverse organization that it is proud to be associated with. We want to foster excellent relationships with the local community, our neighbors and leaders of other faiths to promote communication, good understanding, joint collaboration, unity and peace for all people. ICOI has and will continue working with the city, and educational institutions such as UCI, UCLA, USC, Claremont University, and New Horizon Elementary school. We also recognize the need to support other organizations such as Access California, CAIR, ILM Foundation, Islamic Relief, Uplift and others to support the needs of those in the local and international community.

ICOI is the "Ferrari" of Islamic Centers in Southern California and if I may continue to use that prestigious sports car analogy, the boards mission is simple. Keep the engine running smoothly, efficiently and ensure it never runs out of gas!.

ICOI opened it's doors in August 2004 and this milestone could not have been accomplished without the help and support from every single member of the Orange County community and beyond. Since then ICOI has grown and flourished and is recognized as one of the best if not the premiere independent Islamic Center in Southern California. I want to keep it that way and continue to seek and open the doors of opportunity by working with others for our center to grow and prosper to meet the needs of today whilst also staying very focussed on the demands of tomorrow.

On behalf of my fellow Board members, our Religious Director, Imam, and all the Staff here at ICOI, we all pledge to serve ICOI to the best of our ability and keep it "The Center par Excellence". We have some great things planned for 2007 and I am very excited about what lies in store for ICOI in the weeks and months ahead.

We have a young, talented and intelligent board full of energy, and I look forward to working with them to burn some rubber as we accelerate down the road in 2007.

Was Salaam,

[redacted]
President of the Board
Islamic Center of Irvine

ICOI Homepage
Announcements
Classes
Services
Donate to ICOI

**From:** **ICOI <donotreply@icoi.net>**

**Date:** **Monday, February 5, 2007 9:11 PM**

**To:** **cfmonteilh@cox.net**

**Subject:** **"From Darkness to Light" - ICOI Dinner Banquet with Shaykh** [redacted]

**Size:** **6 KB**

This message is being sent from the Islamic Center of Irvine. You have received this e-mail because you subscribed to our mailing list. Please note, this is a *read-only* list. Any replies or e-mails to this list are not read by ICOI staff.




## "From Darkness to Light"

Join us for a spiritually awakening visit from the world-renowned Qari' **SHAYKH** [redacted] in Irvine in February, insha'Allah.

****REGISTRATION IS NOW OPEN**** Please reserve your spot now at **www.**[redacted]**InIrvine.com**. Due to the popularity of this event, a very large attendance is expected and there is limited seating, so we urge everyone to visit the site and register today!!!

Advertising/Booth opportunities are available for those who are interested. Please download the ad agreement form located at: http://afasyinirvine.com/icoi_ad_form.pdf.

ICOI • (949) 786-ICOI (4264) • 2 Truman, Irvine, CA 92620 • www.icoi.net
To update your membership information, please click here and you will be able to edit your information.
To unsubscribe, please click here and you will be taken off this list immediately. Thank you.

Copyright © 2006 Islamic Center of Irvine, All Rights Reserved.

| | |
|---|---|
| **From:** | **ICOI <donotreply@icoi.net>** |
| **Date:** | **Friday, March 9, 2007 2:04 AM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **ICOI Weekly Newsletter** |
| **Size:** | **45 KB** |

# Islamic Center of Irvine

**e-newsletter**




**Our Newsletter**

ICOI Homepage

Announcements

Donate

Assalamu Alaikum,

ICOI will be sending out a weekly newsletter every Thursday to keep community members informed on the classes, events, and activities occurring at ICOI and in the community during the week. The ICOI Weekly Newsletter will also feature interesting articles from Sheikh [redacted] and our other respected scholars, as well as provide an opportunity for local businesses to post any advertisements. To post an event or to get more information about this newsletter, please email info@icoi.net.

## Community Events

Saturday 03/10

ICOI in conjunction with Zaytuna Institute present "Spiritual Enlightenment" a Program with Sheikh [redacted], Imam [redacted] & Sheikh [redacted]. Program will take place at ICOI on Saturday, March 10th from 8:00pm to 10:00pm.

Saturday 03/10 - 03/11

"Agenda to Change Ourselves " presented by Zaytuna Institute in partnership with the Islamic Center of Irvine. A two-day intensive workshop taught by Sheikh [redacted] and Imam [redacted]. Event will be held at the South Coast Chinese Cultural Center (9 Truman) Saturday & Sunday, 10:00am-6:30pm. Tuition: $80/adult and $50/student. No children under 10 will be admitted. To register, visit www.zaytuna.org

Friday 03/30 - Sunday 04/01

MSA West presents:The 10th Semi-Annual Tajdeed Retreat "Al-Akhirah: Preparing for the Unseen Reality" Noon on Friday March 30th - 3:00 PM on Sunday April 1st in San Bernardino, CA. Register now at www.msawest.com

Saturday 04/07

"Seerah Program" presented by ISOC to celebrate the month of Rabi' Al-Awwal. Speakers include Ustadha [redacted], Dr. [redacted], Sheikh [redacted], Dr. [redacted], and Br. [redacted]. Program will take place at ISOC from 10am - 5pm. Register at www.isocmasjid.com

## ICOI Classes

**SUNDAY**
Sunday Islamic School** by Staff
10:00am - 2:00pm
ICOI is pleased to offer Islamic Studies, Qur'anic reading and Beginners and Advanced Arabic Language Classes for children ages 5-11. Classes are from 10:00am - 2:00pm and modules run for 12 weeks.

'Self Empowerment' By Sheikh [redacted]
12:00pm - 1:00pm

| | |
|---|---|
| From: | ICOI <donotreply@icoi.net> |
| Date: | Thursday, April 19, 2007 10:32 PM |
| To: | cfmonteilh@cox.net |
| Subject: | ICOI Weekly Newsletter |
| Size: | 44 KB |

Islamic Center of Irvine

e-newsletter




# Our Newsletter

ICOI Homepage

Announcements

Donate

Assalamu Alaikum,

This eNewsletter is being sent from the Islamic Center of Irvine. You have received this e-mail because you subscribed to our mailing list. Please note, this is a *read-only* list. Any replies or e-mails to this list are not read by ICOI staff.

**Featured Event**

Wise Living Presents "Umrah Trip Summer 2007" with Sheikh [redacted] & Sheikh Yassir Fazaga, a trip to Makkah and Madina 06/28/2007 – 07/08/2007. Register before April 30 th, 2007 at www.wiseliving.ws first come, first served basis.

**Community Events**

Sunday 05/06

ICOI Women's Committee and IslamiCity Marriage present "Singles Social Event" hosted by Avais Chughtai of IC Marriage. Speaker: Sheikh [redacted]. At the Chinese Cultural Center (9 Truman) from 2pm – 6pm. For more information call [redacted] 949.[redacted].

Sunday 05/13

ICOI & Wise Living Present...**Islamic Quiz Competition ~ FINAL ROUND!!** The whole community is invited to attend this educational event with more than 200 questions on Islamic Trivia. The final winning team will win a trip to 'Umrah!! Final Competition will be held at the Chinese Cultural Center (9 Truman) promptly at 5:30pm.

**ICOI Classes**

**SUNDAY**
Sunday Islamic School** by Staff
10:00am - 2:00pm
ICOI is pleased to offer Islamic Studies, Qur'anic reading and Beginners and Advanced Arabic

| | |
|---|---|
| From: | ICOI <donotreply@icoi.net> |
| Date: | Tuesday, April 24, 2007 11:15 PM |
| To: | cfmonteilh@cox.net |
| Subject: | Classes to resume with Sheikh [redacted] |
| Size: | 11 KB |

# Islamic Center of Irvine

**e-newsletter**




Our Newsletter

ICOI Homepage

Announcements

Donate

Assalamu Alaikum,

This eNewsletter is being sent from the Islamic Center of Irvine. You have received this e-mail because you subscribed to our mailing list. Please note, this is a *read-only* list. Any replies or e-mails to this list are not read by ICOI staff.

Assalamu Alaikum,

Insha'Allah, the following classes will resume this week with Sheikh [redacted]:

**"In the Shade of the Prophet" on Wednesday, April 25th at 7:30PM**

**"Self-Empowerment" on Sunday, April 29th at 12:00pm**

-ICOI

Tel: (949) 786-ICOI (4264) - 2 Truman, Irvine, CA 92620 - www.icoi.net
Copyright 2007 Islamic Center of Irvine, All rights reserved.

| | |
|---|---|
| **From:** | **ICOI <donotreply@icoi.net>** |
| **Date:** | **Monday, May 7, 2007 11:19 PM** |
| **To:** | **cfmonteilh@cox.net** |
| **Subject:** | **Islamic Quiz FINALS this Sunday, May 13th at 5:00PM** |
| **Size:** | **14 KB** |

# Islamic Center of Irvine

**e-newsletter**




Our Newsletter
- ICOI Homepage
- Announcements
- Donate

This eNewsletter is being sent from the Islamic Center of Irvine. You have received this e-mail because you subscribed to our mailing list. Please note, this is a *read-only* list. Any replies or e-mails to this list are not read by ICOI staff.

# *ICOI / WISELIVING*

*Invite the Community to Attend*

**a uniquely entertaining, educational and inspiring**

# *Islamic Quiz Competition 2007*

**Venue:** Chinese Cultural Center, 9 Truman, Irvine

**Date: Sunday May 13th, 2007.**

**Time:** 5:00pm sharp

**Format:** Teams from various local colleges participate in a public quiz contest, focusing on Islamic topics.

**Adjudicators:** Sheikh [redacted] & Sheikh Yassir Fazaga

**Prize:**'UMRAH Trip for entire Winning Team

**A learning experience for the whole community,** as answers will be provided to over 100 questions on …

*Islam's Contribution to Civilization, Qur'an, Islamic History, Seera-tun-Nabi, Muslim Heroes and*

**From:** Craig Monteilh
**To:** Powers, James R. (CIV); Lundberg, Jessica A (CIV); alexander.cote@winstontaylor.com; Josh Gerstein
**Cc:** Mohammad Tajsar; Ahilan Arulanantham; Isir Said; Amr Shabaik; Dina Chehata
**Subject:** [EXTERNAL] Craig Monteilh - Double Agent
**Date:** Sunday, September 20, 2026 7:20:35 PM
**Attachments:** American Double Agent.pdf

---

Fazaga v FBI case no. 8:11-cv-00301-DOC-VBKx

Dear litigants,

Please carefully read the attached PDF document.

Respectfully,

Craig Monteilh -

# Craig Monteilh, A True American Double Agent

It is a widely known fact, and by widely known I mean publicly known throughout the Muslim community, law enforcement community, judicial community, intelligence community, and to the open source community at large, that Craig Monteilh successfully, on behalf of the Federal Bureau of Investigation (FBI) pretended to convert to Islam and spied on the Muslim community in Los Angeles and Orange counties infiltrating mosques and passed on to the FBI audio, video, email, and cell phone information, including handwritten notes that the U.S. Government has classified at the **Secret Level**.

Craig Monteilh spied on the Muslim community for the FBI.

It is also a widely known fact that because the FBI reneged on promises made to Craig Monteilh, removing their protection from Craig Monteilh, and allowing him to be arrested and sent to a California State Prison, that Craig Monteilh directing his vengeance against the FBI has taken much of that same information classified at the **Secret Level** and intentionally and purposefully passed that on to The ACLU of Southern California for a class action lawsuit against the FBI, and became their primary witness.

Craig Monteilh was the primary operative on Operation Flex, and the primary operative on Fazaga v FBI. Both. Now that can only be described as a **Double Agent**, especially where national security, state secrets, and classified information are in question.

Most people who are double agents are arrested for their actions and convicted of espionage and are sentenced to long prison terms. Craig Monteilh, however, is a legitimate double agent. Not giving classified information to a foreign power, or an adversary of the United States, but giving it to an American civil rights organization. Revenge or not, it was legitimate. Although Craig Monteilh's NDA did make his actions illegitimate (illegal).

Please be advised, by passing on the classified information to the ACLU, Craig Monteilh essentially passed on classified information to the FBI's nemesis - the Council on American Islamic Relations (CAIR).

Craig Monteilh was nevertheless in serious violation of his Non-Disclosure Agreement that carried the consequences of criminal prosecution and civil liability. However, Craig Monteilh violated the NDA anyway. That was a risk Craig Monteilh was willing to make. The FBI legally required Craig Monteilh to obtain written authorization from the Director of the FBI or his designee to reveal Operation Flex information.

After a 19 year process of fighting the FBI, the FBI ultimately released Craig Monteilh from all his NDA terms and agreements. The NDA is now unenforceable. Craig Monteilh wore down the FBI. The FBI folded. The FBI quit.

Craig Monteilh is The Architect of Operation Flex and is The Architect of Fazaga v FBI.

Craig Monteilh is a legitimate true **American Double Agent**. It takes a specialized and unique skill set to claim and achieve such a thing.